**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D**                                                   **PLAINTIFF**

**vs.**                                                        **CASE NO: 3:23-cv-3113-CWR-FKB**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,
MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING, RICHARD
DUSZAK, M.D., AND LOUANN WOODWARD, M.D.**          **DEFENDANTS**

**ENTRY OF APPEARANCE**

Please take notice that Malissa Wilson, with the law firm of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, Mississippi 39201, files this Entry of Appearance as counsel of record for Defendants, University of Mississippi Medical Center, Mississippi Board of Trustees of State Institutions of Higher Learning, Richard Duszak, M.D and Louann Woodward, M.D. in the above-styled matter without waiving any rights or defenses Defendants may raise in response to Plaintiff's Amended Complaint. The undersigned requests that all pleadings, papers, and other matters be directed accordingly.

RESPECTFULLY SUBMITTED, this the 30th day of November, 2023.

                                        **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, MISSISSIPPI BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, RICHARD DUSZAK, M.D., AND LOUANN WOODWARD, M.D.**

                                        By: */s/ Malissa Wilson*
                                        Malissa Wilson (MSB #100751)
                                        Chelsea C. Lewis (MSB #105300)
                                        FORMAN WATKINS & KRUTZ LLP
                                        210 East Capitol St., Suite 2200
                                        Jackson, Mississippi 39201
                                        malissa.wilson@formanwatkins.com
                                        Phone: (601) 960-3173
                                        Facsimile: (601) 960-8613

                                        **THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613