IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                             **PLAINTIFF**

**vs.**                                                      **CASE NO: 3:23-cv-3113-CWR-FKB**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,**
**MISSISSIPPI BOARD OF TRUSTEES OF STATE INSTITUTIONS**
**OF HIGHER LEARNING, RICHARD DUSZAK, M.D., AND**
**LOUANN WOODWARD, M.D.**                               **DEFENDANTS**

## PARTIAL MOTION TO DISMISS

     Defendants University of Mississippi Medical Center (UMMC), Mississippi Board of Trustees of State Institutions of Higher Learning (IHL), Richard Duszak, M.D., and LouAnn Woodward, M.D. (collectively Defendants), by and through counsel, file this Partial Motion to Dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In this employment matter, Defendants move for dismissal of Plaintiff's state law and federal claims against all defendants in their official capacities based upon Eleventh Amendment immunity and move for dismissal of Plaintiff's breach of contract claim against Dr. Duszak in his individual capacity because he was not a party to the Plaintiff's employment contract.

     Defendants incorporate in full their accompanying Memorandum of Law and as noted in it, the jurisprudence supporting dismissal of these claims is clear: Plaintiff cannot recover on these claims as a matter of law.

RESPECTFULLY SUBMITTED, this the 8th day of January 2024.

            Respectfully submitted,

            **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, MISSISSIPPI BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, RICHARD DUSZAK, M.D., AND LOUANN WOODWARD, M.D.**

By:    */s/ Malissa Wilson*
            Malissa Wilson (MSB #100751)
            Chelsea Lewis (MSB #105300)
            FORMAN WATKINS & KRUTZ LLP
            210 East Capitol St., Suite 2200
            Jackson, Mississippi 39201
            Phone: (601) 960-3173
            Facsimile: (601) 960-8613
            malissa.wilson@formanwatkins.com
            chelsea.lewis@formanwatkins.com

            **THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613