IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MOHAN PAULIAH, PH.D**  **PLAINTIFF**

**VERSUS**  **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, ET AL**  **DEFENDANTS**

## UNOPPOSED MOTION OF THE PLAINTIFF TO AMEND SCHEDULING ORDER TO ALLOW ADDITIONAL TIME FOR PRE-DISCOVERY DISCLOSURES

The Plaintiff respectfully requests that the deadline for the parties to provide pre-discovery disclosures under the Case Management Order [Document 53 Filed 11/13/24] be extended an additional seven (7) days, until Thursday, November 21, 2024. Counsel opposite does not oppose this motion, provided the deadline applies to the Defendants as well. Plaintiff's counsel needs additional time to meet with his client over the weekend, when both are available, to assure that all persons with discoverable information, documents, and electronically stored information are identified and compiled. Plaintiff's counsel has had and will have a heavy workload this week, including preparation for and participation in depositions, a settlement conference with Judge Harris in another case, and timely answering other discovery.

Respectfully submitted on November 13, 2024.

**MOHAN PAULIAH, PH.D, PLAINTIFF**

*/s/* Samuel L. Begley
**SAMUEL L. BEGLEY, ESQ.**
Miss. Bar No. 2315

BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
Tel: 601-969-5545
begleylaw@gmail.com
*Attorney for the Plaintiff*