**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                            **PLAINTIFF**

**vs.**                                                    **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                                **DEFENDANTS**

**NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES OF THE
UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, THE MISSISSIPPI BOARD OF
TRUSTEES OF THE STATE INSTITUTIONS OF HIGHER LEARNING,
RICHARD DUSZAK, M.D., AND LOUANN WOODWARD, M.D.**

**TO:** All Attorneys of Record

Notice is hereby given that Defendants University of Mississippi Medical Center, Mississippi Board of Trustees of the State Institutions of Higher Learning, Richard Duszak, M.D., and LouAnn Woodward, M.D. have this date disclosed to Plaintiff the information required by L.U. Civ. 26(a)(1) and Fed. R. Civ. P. 26(a)(1).

This the 21st day of November, 2024.

                                          Respectfully submitted,

                                          **UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, MISSISSIPPI BOARD OF
TRUSTEES OF STATE INSTITUTIONS OF
HIGHER LEARNING, RICHARD DUSZAK,
M.D., AND LOUANN WOODWARD, M.D.**

                                          By: */s/ Malissa Wilson*
                                          Malissa Wilson (MSB #100751)
                                          FORMAN WATKINS & KRUTZ LLP
                                          210 East Capitol St., Suite 2200
                                          Jackson, Mississippi 39201
                                          malissa.wilson@formanwatkins.com
                                          Phone: (601) 960-3173
                                          Facsimile: (601) 960-8613

                                          **ITS ATTORNEY**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613