IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                                  **PLAINTIFF**

**vs.**                                                       **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                                        **DEFENDANTS**

### NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES OF THE MEMBERS OF THE MISSISSIPPI BOARD OF TRUSTEES OF THE STATE INSTITUTIONS OF HIGHER LEARNING

**TO:**    All Attorneys of Record

Notice is hereby given that Defendants Bruce Martin, Jeanne Carter Luckey,[1] Donald Clark, Jr., Dr. Ormella Cummings, Dr. Steven Cunningham, Teresa Hubbard, Jerry L. Griffith, Jimmy Heidelberg, Gee Ogletree, Hal Parker, Gregory Rader, Charlie Stephenson and Dr. Alfred Rankins have this date disclosed to Plaintiff the information required by L.U. Civ. 26(a)(1) and Fed. R. Civ. P. 26(a)(1).

This the 21st day of November, 2024.

                                                  Respectfully submitted,

                                                  **BRUCE MARTIN, JEANNE CARTER LUCKEY, DONALD CLARK, JR., DR. ORMELLA CUMMINGS, DR. STEVEN CUNNINGHAM, TERESA HUBBARD, JERRY L. GRIFFITH, JIMMY HEIDELBERG, GEE OGLETREE, HAL PARKER, GREGORY RADER, CHARLIE STEPHENSON AND DR. ALFRED RANKINS, JR.**

---

[1] Jeanne Carter Luckey recently passed away. This event triggers the application of Rule 25(d), and further proceedings regarding substitution may follow.

                                              By: */s/ Malissa Wilson*
                                              Malissa Wilson (MSB #100751)
                                              FORMAN WATKINS & KRUTZ LLP
                                              210 East Capitol St., Suite 2200
                                              Jackson, Mississippi 39201
                                              malissa.wilson@formanwatkins.com
                                              Phone: (601) 960-3173
                                              Facsimile: (601) 960-8613

                                              **ITS ATTORNEY**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613