**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D**                                                                 **PLAINTIFF**

**VERSUS**                                                      **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, ET AL**              **DEFENDANTS**

**NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION**

The Plaintiff, Mohan Pauliah, Ph.D , hereby provides his Notice of Pre-Discovery Disclosure Information required by Fed. R. Civ. P. 26(a)(1) and the Local Uniform Civil Rules.

Respectfully submitted on November 21, 2024.

**MOHAN PAULIAH, PH.D,
PLAINTIFF**

*/s/* Samuel L. Begley
**SAMUEL L. BEGLEY, ESQ.**
Miss. Bar No. 2315
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205