**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                            **PLAINTIFF**

**vs.**                                                        **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET AL.**                                                          **DEFENDANTS**

**NOTICE OF SERVICE OF IHL BOARD MEMBERS' FIRST SET OF**
**INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR**
**ADMISSION TO PLAINTIFF**

**TO:**   All Attorneys of Record

Notice is hereby given that Defendants Bruce Martin, Jeanne Carter Luckey,[1] Donald

Clark, Jr., Dr. Ormella Cummings, Dr. Steven Cunningham, Teresa Hubbard, Jerry L. Griffith,

Jimmy Heidelberg, Gee Ogletree, Hal Parker, Gregory Rader, Charlie Stephenson and Dr. Alfred

Rankins, Jr. (collectively "IHL Board Members" and "Defendants") have this date served their

First Set of Interrogatories, Requests for Production, and Requests for Admission to Plaintiff.

This the 27th day of November, 2024.

Respectfully submitted,

**BRUCE MARTIN, JEANNE CARTER LUCKEY, DONALD CLARK, JR., DR. ORMELLA CUMMINGS, DR. STEVEN CUNNINGHAM, TERESA HUBBARD, JERRY L. GRIFFITH, JIMMY HEIDELBERG, GEE OGLETREE, HAL PARKER, GREGORY RADER, CHARLIE STEPHENSON AND DR. ALFRED RANKINS, JR.**

---

[1] Jeanne Carter Luckey recently passed away. This event triggers the application of Rule 25(d), and further proceedings regarding substitution may follow.

By: */s/ Malissa Wilson*
Malissa Wilson (MSB #100751)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
malissa.wilson@formanwatkins.com
Phone: (601) 960-3173
Facsimile: (601) 960-8613

**THEIR ATTORNEY**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613