**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                         **PLAINTIFF**

**vs.**                                           **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET AL.**                                                      **DEFENDANTS**

**NOTICE OF SERVICE OF DEFENDANT UMMC'S**
**SECOND SET OF REQUESTS FOR ADMISSION TO PLAINTIFF**

**TO:** All Attorneys of Record

Notice is hereby given that Defendant University of Mississippi Medical Center has this date served its Second Set of Requests for Admission to Plaintiff.

This the 17th day of January, 2025.

                                        Respectfully submitted,

                                        **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

                                        By: */s/ Malissa Wilson*
                                        Malissa Wilson (MSB #100751)
                                        FORMAN WATKINS & KRUTZ LLP
                                        210 East Capitol St., Suite 2200
                                        Jackson, Mississippi 39201
                                        malissa.wilson@formanwatkins.com
                                        Phone: (601) 960-3173
                                        Facsimile: (601) 960-8613

                                        **ITS ATTORNEY**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613