IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                          **PLAINTIFF**

vs.                                CASE NO: 3:23-cv-3113-CWR-ASH

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET. AL.**                                                   **DEFENDANTS**

## NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY

Notice is hereby given that on this day I served discovery the Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission via electronic mail and/or U.S. Mail on the opposing attorneys:

    Malissa Wilson (MSB #100751)
    Chelsea Lewis (MSB #105300)
    FORMAN WATKINS & KRUTZ LLP
    210 East Capitol St., Suite 2200
    Jackson, Mississippi 39201
    Phone: (601) 960-3173
    Facsimile: (601) 960-8613
    malissa.wilson@formanwatkins.com
    chelsea.lewis@formanwatkins.com

Date: January 19, 2025.

                                               **MOHAN PAULIAH, PH.D,
PLAINTIFF**

                                               */s/* Samuel L. Begley
                                               **SAMUEL L. BEGLEY, ESQ.**
                                               Miss. Bar No. 2315
                                               BEGLEY LAW FIRM, PLLC
                                               P. O. Box 287
                                               Jackson, MS 39205
                                               Tel: 601-969-5545
                                               begleylaw@gmail.com
                                               *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to defendants' counsel of record.

Dated: January 19, 2025.

*/s/Samuel L. Begley*