## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                       **PLAINTIFF**

**vs.**                                                    **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,**
**ET AL.**                                                                        **DEFENDANTS**

### JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

The parties, by and through their respective counsel, pursuant to Fed. R. Civ. P. 26(c), hereby submit this *Joint Motion for Stipulated Protective Order*, as follows:

1.      Certain documents that may be produced or requested in this matter may contain certain confidential, proprietary, medical, and/or trade secret information.

2.      The parties have mutually agreed that the production of these documents should be subject to a protective order and protected from public dissemination.

3.      Accordingly, the parties respectfully request the Proposed Stipulated Protective Order submitted to chambers be entered by this Court to govern the handling of confidential information produced in this litigation.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request this Court enter the Stipulated Protective Order as an Order of this Court.

Respectfully submitted this the 28th day of January, 2025.

/s/ Samuel L. Begley
Samuel L. Begley
Begley Law Firm, PLLC
P.O. Box 287
Jackson, MS 39205
Telephone: (601) 969-5545
Email: begleylaw@gmail.com

*Attorney for Plaintiff*

/s/ Malissa Wilson
Malissa Wilson (MSB #100751)
Chelsea Lewis (MSB #105300)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201
Telephone: (601) 960-3178
Facsimile: (601) 960-8613
Email: malissa.wilson@formanwatkins.com
Email: chelsea.lewis@formanwatkins.com

*Attorneys for Defendants*