**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                                 **PLAINTIFF**

**vs.**                                                            **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET. AL.**                                                                              **DEFENDANTS**

## NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY RESPONSES

Notice is hereby given that on this day I served discovery the Plaintiff's Supplemental Responses to UMMC's First Set of Interrogatories and Requests for Production via electronic mail and/or U.S. Mail on the opposing attorneys:

  Malissa Wilson (MSB #100751)
  Chelsea Lewis (MSB #105300)
  FORMAN WATKINS & KRUTZ LLP
  210 East Capitol St., Suite 2200
  Jackson, Mississippi 39201
  Phone: (601) 960-3173
  Facsimile: (601) 960-8613
  malissa.wilson@formanwatkins.com
  chelsea.lewis@formanwatkins.com


  Date:  January 28, 2025.

                                                                **MOHAN PAULIAH, PH.D,**
                                                                **PLAINTIFF**

                                                                */s/  Samuel L. Begley*
                                                                **SAMUEL L. BEGLEY, ESQ.**
                                                                Miss. Bar No. 2315
                                                                BEGLEY LAW FIRM, PLLC
                                                                P. O. Box 287
                                                                Jackson, MS 39205
                                                                Tel: 601-969-5545
                                                                begleylaw@gmail.com
                                                                *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to defendants' counsel of record.

Dated: January 28, 2025.

*/s/Samuel L. Begley*