**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                                                    **PLAINTIFF**

vs.                                                                        **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                                                                              **DEFENDANTS**

**NOTICE OF SERVICE OF IHL DEFENDANTS' RESPONSES TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR ADMISSION**

**TO:**   All Attorneys of Record

Notice is hereby given that Defendants Institutions of Higher Learning and Bruce Martin, Jeanna Carter Luckey,[1] Donald Clark Jr., Dr. Ormella Cummings, Dr. Steven Cunningham, Teresa Hubbard, Jerry L. Griffith, Jimmy Heidelberg, Gee Ogletree, Hal Parker, Gregory Rader, Charlie Stephenson, and Dr. Alfred Rankins, Jr. have this date served their Responses to Plaintiff's First Set of Requests for Admission.

This the 31st day of January, 2025.

                                                  Respectfully submitted,

                                                  **INSTITUTIONS OF HIGHER LEARNING, BRUCE MARTIN, DONALD CLARK JR., DR. ORMELLA CUMMINGS, DR. STEVEN CUNNINGHAM, TERESA HUBBARD, JERRY L. GRIFFITH, JIMMY HEIDELBERG, GEE OGLETREE, HAL PARKER, GREGORY RADER, CHARLIE STEPHENSON, AND DR. ALFRED RANKINS, JR.**

                                                  By: */s/ Malissa Wilson*
                                                  Malissa Wilson (MSB #100751)
                                                  Chelsea Lewis (MSB #105300)
                                                  FORMAN WATKINS & KRUTZ LLP
                                                  210 East Capitol St., Suite 2200
                                                  Jackson, Mississippi 39201
                                                  Phone: (601) 960-3173
                                                  Facsimile: (601) 960-8613
                                                  malissa.wilson@formanwatkins.com

---

[1] Mrs. Luckey passed away. This event triggers the application of Rule 25(d), and further proceedings regarding substitution may follow.

chelsea.lewis@formanwatkins.com

**THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613