## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                    **PLAINTIFF**

**vs.**                                                    **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET AL.**                                                    **DEFENDANTS**

### NOTICE OF SERVICE OF UMMC DEFENDANTS'
### RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

**TO:**   All Attorneys of Record

Notice is hereby given that Defendants University of Mississippi Medical Center, Richard Duszak, M.D., and LouAnn Woodward, M.D. have this date served their Responses to Plaintiff's First Set of Requests for Admission.

This the 31st day of January, 2025.

Respectfully submitted,

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, RICHARD DUSZAK, M.D., AND LOUANN WOODWARD, M.D.**

By:*/s/ Malissa Wilson*
Malissa Wilson (MSB #100751)
Chelsea Lewis (MSB #105300)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-3173
Facsimile: (601) 960-8613
malissa.wilson@formanwatkins.com
chelsea.lewis@formanwatkins.com

**THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613