# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                                            **PLAINTIFF**

**vs.**                        **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,**
**ET AL.**            **DEFENDANTS**

___

### RE-NOTICE OF VIDEO DEPOSITION OF MOHAN PAULIAH, PH.D.
___

**TO:**     **ALL COUNSEL OF RECORD**

COME NOW, Defendants, by and through undersigned counsel, hereby re-notices the videographic deposition of **Mohan Pauliah, Ph.D.**, before an officer authorized by law to administer oaths. Said deposition will take place on **Tuesday, March 18, 2025, beginning at 9:00 a.m., at the law office of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, MS 39201.**

You are hereby notified to appear and take part in the deposition as you deem appropriate.

THIS, the 13th day of February, 2025.

                                      Respectfully submitted,

                                      **DEFENDANTS**

                By:     */s/ Malissa Wilson*
                         Malissa Wilson (MSB #100751)
                         Chelsea Lewis (MSB #105300)
                         FORMAN WATKINS & KRUTZ LLP
                         210 East Capitol St., Suite 2200
                         Jackson, Mississippi 39201
                         Phone: (601) 960-3173
                         Facsimile: (601) 960-8613
                         malissa.wilson@formanwatkins.com
                         chelsea.lewis@formanwatkins.com

                         **THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613