**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                               **PLAINTIFF**

**vs.**                                                **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                                   **DEFENDANTS**

**NOTICE OF SERVICE OF DEFENDANT UMMC'S
SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF**

**TO:**   All Attorneys of Record

Notice is hereby given that Defendant University of Mississippi Medical Center has this date served its Second Set of Requests for Production to Plaintiff.

This the 14th day of February, 2025.

                                                     Respectfully submitted,

                                                     **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

                                                     By: */s/ Malissa Wilson*
                                                     Malissa Wilson (MSB #100751)
                                                     FORMAN WATKINS & KRUTZ LLP
                                                     210 East Capitol St., Suite 2200
                                                     Jackson, Mississippi 39201
                                                     malissa.wilson@formanwatkins.com
                                                     Phone: (601) 960-3173
                                                     Facsimile: (601) 960-8613

                                                     **ITS ATTORNEY**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613