**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                        **PLAINTIFF**

**vs.**                                **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET AL.**                                        **DEFENDANTS**

**NOTICE OF SERVICE OF UMMC DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

**TO:** All Attorneys of Record

Notice is hereby given that Defendants University of Mississippi Medical Center, Richard Duszak, M.D., and LouAnn Woodward, M.D. have this date served their Responses to Plaintiff's First Set of Interrogatories and Requests for Production.

This the 4th day of March, 2025.

                                              Respectfully submitted,

                                              **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, RICHARD DUSZAK, M.D., AND LOUANN WOODWARD, M.D.**

                                              By:*/s/ Malissa Wilson*
                                              Malissa Wilson (MSB #100751)
                                              Chelsea Lewis (MSB #105300)
                                              FORMAN WATKINS & KRUTZ LLP
                                              210 East Capitol St., Suite 2200
                                              Jackson, Mississippi 39201
                                              Phone: (601) 960-3173
                                              Facsimile: (601) 960-8613
                                              malissa.wilson@formanwatkins.com
                                              chelsea.lewis@formanwatkins.com

                                              **THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613