**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                                                        **PLAINTIFF**

**vs.**                                                                              **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                                                                                 **DEFENDANTS**

**NOTICE OF SERVICE OF IHL DEFENDANTS' RESPONSES TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

**TO:**   All Attorneys of Record

Notice is hereby given that Defendants Institutions of Higher Learning and Bruce Martin, Jeanna Carter Luckey,[1] Donald Clark Jr., Dr. Ormella Cummings, Dr. Steven Cunningham, Teresa Hubbard, Jerry L. Griffith, Jimmy Heidelberg, Gee Ogletree, Hal Parker, Gregory Rader, Charlie Stephenson, and Dr. Alfred Rankins, Jr. have this date served their Responses to Plaintiff's First Set of Interrogatories and Requests for Production.

This the 4th day of March, 2025.

Respectfully submitted,

**INSTITUTIONS OF HIGHER LEARNING, BRUCE MARTIN, DONALD CLARK JR., DR. ORMELLA CUMMINGS, DR. STEVEN CUNNINGHAM, TERESA HUBBARD, JERRY L. GRIFFITH, JIMMY HEIDELBERG, GEE OGLETREE, HAL PARKER, GREGORY RADER, CHARLIE STEPHENSON, AND DR. ALFRED RANKINS, JR.**

By:*/s/ Malissa Wilson*
Malissa Wilson (MSB #100751)
Chelsea Lewis (MSB #105300)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-3173
Facsimile: (601) 960-8613

---

[1] Mrs. Luckey passed away. This event triggers the application of Rule 25(d), and further proceedings regarding substitution may follow.

malissa.wilson@formanwatkins.com
chelsea.lewis@formanwatkins.com

**THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613