**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                      **PLAINTIFF**

**vs.**                                           **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                            **DEFENDANTS**

**NOTICE OF SERVICE OF DEFENDANT
UMMC'S SECOND SET OF INTERROGATORIES AND
THIRD SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF**

**TO:**    All Attorneys of Record

Notice is hereby given that Defendant University of Mississippi Medical Center has this date served its Second Set Interrogatories and Third Set of Requests for Production to Plaintiff.

This the 9th day of April, 2025.

                                                                Respectfully submitted,

                                                                **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

                                                                Malissa Wilson (MSB #100751)
                                                                Chelsea Lewis (MSB #105300)
                                                                FORMAN WATKINS & KRUTZ LLP
                                                                210 East Capitol St., Suite 2200
                                                                Jackson, Mississippi 39201
                                                                malissa.wilson@formanwatkins.com
                                                                chelsea.lewis@formanwatkins.com
                                                                Phone: (601) 960-3173
                                                                Facsimile: (601) 960-8613

                                                                **ITS ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613