**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                                                          **PLAINTIFF**

**vs.**                                                                       **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET AL.**                                                                                                     **DEFENDANTS**

**NOTICE OF INTENT TO SERVE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

PLEASE TAKE NOTICE that pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Defendant University of Mississippi Medical Center, by and through counsel, intends to serve the attached Subpoena to Produce Documents, Information, or Objects (Exhibit "A"), to Northwestern Memorial Hospital, Office of General Counsel.

Respectfully submitted, this the 22nd day of April, 2025.

                                              **UNIVERSITY OF MISSISSIPPI MEDICAL**
                                              **CENTER**

                                              Malissa Wilson (MSB #100751)
                                              Chelsea Lewis (MSB #105300)
                                              FORMAN WATKINS & KRUTZ LLP
                                              210 East Capitol St., Suite 2200
                                              Jackson, Mississippi 39201
                                              malissa.wilson@formanwatkins.com
                                              chelsea.lewis@formanwatkins.com
                                              Phone: (601) 960-3173
                                              Facsimile: (601) 960-8613

                                              **ITS ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613