**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                                                    **PLAINTIFF**

**vs.**                                                      **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                                          **DEFENDANTS**

**NOTICE OF INTENT TO SERVE
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

PLEASE TAKE NOTICE that pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Defendant University of Mississippi Medical Center, by and through counsel, intends to serve the attached Subpoena to Produce Documents, Information, or Objects (Exhibit "A"), to Northwestern University.

Respectfully submitted, this the 22nd day of April, 2025.

                                                               **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

                                                               Malissa Wilson (MSB #100751)
                                                               Chelsea Lewis (MSB #105300)
                                                               FORMAN WATKINS & KRUTZ LLP
                                                               210 East Capitol St., Suite 2200
                                                               Jackson, Mississippi 39201
                                                               malissa.wilson@formanwatkins.com
                                                               chelsea.lewis@formanwatkins.com
                                                               Phone: (601) 960-3173
                                                               Facsimile: (601) 960-8613

                                                               **ITS ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613