AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Mohan Pauliah *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-03113-CWR-ASH |
| University of Mississippi Medical Center, et al. *Defendant* | ) ) ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Northwestern University - ATTN LEGAL DEPARTMENT
633 Clark Street - Evanston, IL 60208

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
(1) Personnel records of Mr. Pauliah; and
(2) Mr. Pauliah's EEOC Charge of Discrimination and documents filed with the EEOC in connection with the Charge.

| Place: Forman Watkins & Krutz LLP<br>210 East Capitol Street, Suite 2200<br>Jackson, MS 39201 | Date and Time:<br>05/06/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/17/2025

| *CLERK OF COURT* | OR | /s/ Malissa Wilson |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* University of Mississippi Medical Center, who issues or requests this subpoena, are:
Malissa Wilson, 210 E. Capitol St., Suite 2200, Jackson, MS 39201; malissa.wilson@formanwatkins.com; 601-960-3173

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit A**