# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                                                   **PLAINTIFF**

**vs.**                                                                                   **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,**
**ET AL.**                                                                                   **DEFENDANTS**

___

### NOTICE OF VIDEO DEPOSITION OF MERLIN MANOGARAM, PH.D.
___

**TO:   ALL COUNSEL OF RECORD**

COME NOW, Defendants, by and through undersigned counsel, hereby file their notice to take the videographic deposition of **Merlin Manogaram, Ph.D.**, before an officer authorized by law to administer oaths. Said deposition will take place on **Wednesday, May 28, 2025, beginning at 9:00 a.m., at the law office of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, MS 39201.**

You are hereby notified to appear and take part in the deposition as you deem appropriate.

THIS, the 25th day of April, 2025.

          Respectfully submitted,

          **DEFENDANTS**

          Malissa Wilson (MSB #100751)
          Chelsea Lewis (MSB #105300)
          FORMAN WATKINS & KRUTZ LLP
          210 East Capitol St., Suite 2200
          Jackson, Mississippi 39201
          Phone: (601) 960-3173
          Facsimile: (601) 960-8613
          malissa.wilson@formanwatkins.com
          chelsea.lewis@formanwatkins.com

          **THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613