**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                               **PLAINTIFF**

**vs.**                    **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                    **DEFENDANTS**

**NOTICE OF INTENT TO SERVE
<u>SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION</u>**

PLEASE TAKE NOTICE that pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Defendant University of Mississippi Medical Center, by and through counsel, intends to serve the attached Subpoena to Testify at a Deposition in a Civil Action (Exhibit "A"), to Merlin Manogaram, Ph.D. The deposition will be taken via stenographer and videographer.

Respectfully submitted, this the 30th day of April, 2025.

                                                   **UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER**

                                                   Malissa Wilson (MSB #100751)
                                                   Chelsea Lewis (MSB #105300)
                                                   FORMAN WATKINS & KRUTZ LLP
                                                   210 East Capitol St., Suite 2200
                                                   Jackson, Mississippi 39201
                                                   malissa.wilson@formanwatkins.com
                                                   chelsea.lewis@formanwatkins.com
                                                   Phone: (601) 960-3173
                                                   Facsimile: (601) 960-8613

                                                   **ITS ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613