AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Mohan Pauliah *Plaintiff* v. University of Mississippi Medical Center, et al. *Defendant* | ) ) ) ) Civil Action No. 3:23-cv-03113-CWR-ASH ) ) ) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: **Merlin Manogaram, Ph.D.**

*(Name of person to whom this subpoena is directed)*

✔ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Forman Watkins & Krutz LLP 210 East Capitol Street, Suite 2200 Jackson, MS 39201 | Date and Time: 05/28/2025 9:00 am |
|---|---|

The deposition will be recorded by this method: stenographer and videographer

✔ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
1.) Any documents within your control or posession relating to the alleged damages and inquiries, including emotional distress, of Plaintiff; and
2.) Any medical records within your control or posession as a provider related to the treatment of Plaintiff.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/30/2025

*CLERK OF COURT*
OR

_____          /s/ Malissa Wilson
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* University of Mississippi Medical Center , who issues or requests this subpoena, are:
Malissa Wilson, 210 E. Capitol St., Suite 2200, Jackson, MS 39201; malissa.wilson@formanwatkins.com; 601-960-3173

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit A**