IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                        **PLAINTIFF**

**vs.**                                                 **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET. AL.**                                                            **DEFENDANTS**

## **PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS**

The Plaintiff Mohan Pauliah, through counsel, opposes UMMC's Motion to Dismiss [ECF Doc. 97] for the reasons set forth in his accompanying Memorandum Brief.

The Plaintiff attaches to this Response her deposition taken in the New York case in its entirety, excluding deposition exhibits.

The Plaintiff asserts that he did not commit perjury in his New York deposition.

The Plaintiff asserts that the testimony at page 399 of his deposition did not relate to a material matter in the New York case.

The Plaintiff further asserts that his interrogatory responses in this case are truthful.

The Plaintiff asserts that he has not engaged in contumacious conduct in this case, meriting dismissal under Rule 41(b).

Date:  May 6, 2025.

                    **MOHAN PAULIAH, PH.D,**
                    **PLAINTIFF**

                    */s/*  Samuel L. Begley
                    **SAMUEL L. BEGLEY, ESQ.**
                    Miss. Bar No. 2315
                    BEGLEY LAW FIRM, PLLC
                    P. O. Box 287
                    Jackson, MS 39205
                    Tel: 601-969-5545
                    begleylaw@gmail.com
                    *Attorney for the Plaintiff*