1              Mohan Pauliah

2     SUPREME COURT OF THE STATE OF NEW YORK
            COUNTY OF NEW YORK

3

4

  MOHAN PAULIAH                    PLAINTIFF

5

6

  VERSUS                INDEX NO. 157671/2019

7                              ECF CASE

8

  MEMORIAL SLOAN KETTERING
9 CANCER CENTER                  DEFENDANT
  ************************************************

10        DEPOSITION OF MOHAN PAULIAH

11 ************************************************

12         APPEARANCES NOTED HEREIN

13

14         DATE: JANUARY 24, 2023
              PLACE: REGUS
15      ADDRESS: 232 MARKET STREET
             FLOWOOD, MISSISSIPPI
16            TIME: 8:50 A.M.

17

18

19 REPORTED BY: TODD J. DAVIS
             CSR #1406, RPR
20

21

22 JOB NO. 221416

23

24

25

ORIGINAL

```
 1                    Mohan Pauliah

 2    APPEARANCES:

 3

 4         RUSSELL MORIARTY, ESQ.
           Levine & Blit, PLLC
 5         350 Fifth Avenue
           New York, New York 10118
 6

 7

 8              COUNSEL FOR PLAINTIFF

 9

10         KRISTINA YOST, ESQ.
           GRACE GALE, ESQ. - Present via Zoom
11         Jones Day
           250 Vesey Street
12         New York, New York 10281

13

14

15              COUNSEL FOR DEFENDANT

16

17    ALSO PRESENT:

18         DIEDRE FOX, ESQ. - Present via Zoom

19

20

21

22

23

24

25
```

```
1                    Mohan Pauliah

2                      INDEX

3   Style and Appearances ....................    1

4   Index ...................................    3

5   Examination by Ms. Yost...................    5

6   Certificate of Court Reporter ............  402

7   Certificate of Deponent...................  403

8

9   EXHIBITS:

10  Exhibit 1 Memorial Sloan Kettering Record..   44

11  Exhibit 2 MSKP01829-MSKP01907.............   59

12  Exhibit 3 MSKP00276-MSKP00459.............   60

13  Exhibit 4 MSKPO2530-MSKP02530.............   63

14  Exhibit 5 MSKEP00069-MSKP0275.............   63

15  Exhibit 6 Complaint.......................   68

16  Exhibit 7 Email...........................   73

17  Exhibit 8 Email...........................   86

18  Exhibit 9 MSKP02453.......................  137

19  Exhibit 10 MSKPO2937-MSKPO1647............  161

20  Exhibit 11 MSKP01635-MSKP01647............  182

21  Exhibit 12 Email..........................  202

22  Exhibit 13 Email..........................  209

23  Exhibit 14 Email..........................  241

24  Exhibit 15 Email .........................  265

25  Exhibit 16 MSKP01991-01992................  272
```

1                    Mohan Pauliah

2   Exhibit 17 Email........................... 297

3   Exhibit 18 Email........................... 316

4   Exhibit 19 Email........................... 323

5   Exhibit 20 Email........................... 349

6   Exhibit 21 MSKP03203...................... 351

7   Exhibit 22 MSKP03208...................... 354

8   Exhibit 23 MSKP03185-MSKP03186 ........... 355

9   Exhibit 24 Email........................... 358

10  Exhibit 25 MSKP03075-MSKP03173............ 363

11  Exhibit 26 MSKP03990-MSKP04024............ 393

12  Exhibit 27 MSKP03769-MSKP03773............ 399

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    Mohan Pauliah
 2                    MOHAN PAULIAH,
 3    having been first duly sworn, was examined and
 4    testified under oath as follows:
 5    EXAMINATION BY MS. YOST:
 6         Q.   Good morning, Mr. Pauliah.
 7         A.   Yes.  Good morning.
 8         Q.   Before we begin, by what name would you
 9    like me to refer to you as during today's
10    deposition?
11         A.   Paul.
12         Q.   Paul?  Okay.  Yeah, I understood from
13    various folks at MSK that you may have gone by
14    "Paul" when you worked there, so I wanted to
15    clarify that.
16         A.   Yeah.  That's easier to pronounce.
17    Yeah.
18         Q.   Okay.  Great.  Thank you.  So, my name
19    is Kristina Yost.  I'm a lawyer for defendant
20    Memorial Sloan Kettering Cancer Center, and before
21    we begin, I will briefly explain the procedures
22    that we will follow in your deposition today.
23              You will see that, obviously, your
24    lawyer and myself and the court reporter are here
25    in person today.  My colleague, Grace Gale, and
```

Mohan Pauliah

1

2    Deidra Fox from Memorial Sloan Kettering are also

3    on the Zoom, which is why we have a computer

4    screen in front of you, which may be confusing.

5              So, today, I will ask you a series

6    of questions which you will answer under oath.

7    This means that you're legally obligated to tell

8    the truth the same as if you were in court.  Do

9    you understand that?

10    A.    Yes.

11    Q.    Do you understand that you will be

12    committing perjury if you do not know the answer

13    to a question but you testify that you don't know

14    the answer?

15    A.    Yes.

16    Q.    Do you understand that you will be

17    committing perjury if you know the answer to a

18    question but you say you don't remember the

19    answer?

20    A.    Oh, yes.

21    Q.    You should answer my questions

22    truthfully, accurately, and completely.  Will you

23    answer my questions truthfully today?

24    A.    Yes.

25    Q.    Will you answer my questions accurately?

Mohan Pauliah

1

2      A.    Yes.

3      Q.    And will you answer them completely?

4      A.    Yes.

5      Q.    If there is any question that you do not

6  understand, please tell me, and I will repeat it

7  or rephrase it so that you can hear the question

8  and understand it.  Do you understand?

9      A.    Okay.

10      Q.    And if I go too fast, I am a New Yorker,

11  please let me know, and I will slow down.  Okay?

12      A.    Yes.

13      Q.    Unless you indicate otherwise, I will

14  assume that you have heard and understood all of

15  my questions.

16            Have you heard and understood

17  everything that I have said so far?

18      A.    Yes.

19      Q.    Please be sure to give all of your

20  answers verbally so that the court reporter can

21  record them.  As you can see, Todd, our court

22  reporter, is writing down all the questions and

23  all the answers; so we need to make sure that you

24  use an audible answer so that that can be

25  recorded.  Do you understand?

Page 8

                        Mohan Pauliah

1

2       A.    Yes.

3       Q.    Please wait for me to finish my question

4    completely before answering so that Todd can make

5    sure he gets all the questions and answers.  Do

6    you agree?

7       A.    Yes.

8       Q.    If at any time you need a break, please

9    just ask, and we can -- we will take a break.  I

10   would just ask that if a question is pending, you

11   answer the question before we take a break.  You

12   understand?

13      A.    Yes.

14      Q.    Okay.  Is there any reason that you

15   can't testify completely, truthfully, and

16   accurately today?

17      A.    Pardon?  Can you repeat that, please?

18      Q.    Let me rephrase the question.  Are you

19   on any medication that would prevent you from

20   answering completely, truthfully, and accurately

21   today?

22      A.    I'm on a medication, but I -- I'm

23   answering fully to the best of my knowledge, yeah.

24      Q.    Okay.  And have you had any issues in

25   the past with the medication interfering with your

1                    Mohan Pauliah

2     ability to communicate?

3          A.    This is my first time.

4          Q.    Outside of the -- I understand you're

5     saying it's your first deposition; is that right?

6          A.    Yes.

7          Q.    Okay.  Outside of deposition context,

8     have you had any issues communicating as a result

9     of the medication that you're on?

10         A.    No.  Not so far.

11         Q.    Okay.  If at any point you feel that you

12    are having difficulty communicating because of

13    your medicine, will you please let me know?

14         A.    Yeah.  Sure.

15         Q.    Okay.  Thank you.

16               Okay.  Let's begin.  Can you please

17    state your full name for the record?

18         A.    Mohan, M-O-H-A-N, Pauliah,

19    P-A-U-L-I-A-H.

20         Q.    And what is your current address, Paul?

21         A.    I stay at 100 Sagefield Drive, Canton,

22    Mississippi 39046.

23         Q.    What is your date of birth?

24         A.    It's November 11, 1970.

25         Q.    And what is your national origin?

1                        Mohan Pauliah

2         A.    India.

3         Q.    What is your race?

4         A.    I'm an Asian Indian.

5         Q.    Are you married?

6         A.    Yes.

7         Q.    Do you have children?

8         A.    One son.

9         Q.    Do you have any siblings?
10        A.    I have siblings.
11        Q.    How many siblings do you have?
12        A.    I have six, one that passed away, so.
13        Q.    Sorry to hear that.
14                     What is your highest level of
15   education?
16        A.    Ph.D.
17        Q.    Where is your Ph.D. from?
18        A.    It's from India.
19        Q.    Is there a particular university in
20   India?
21        A.    BBAU, short for Babasahed --
22              COURT REPORTER:  You're going to have to
23        please spell that for me.
24        A.    Babasahed Bhimrao Ambedkar inner city.
25   BBAU, short form you can write.  BBAU.

1                         Mohan Pauliah

2      BY MS. YOST:

3          Q.    What year did you obtain your Ph.D.?

4          A.    I obtained 2008.

5          Q.    Did you receive a master's degree before

6      that?

7          A.    Yes.  I did receive a master's degree

8      before that.

9          Q.    What was your master's degree in?
10         A.    Master's degree in medical electronics.
11         Q.    Can you say that again?
12         A.    Medical electronics.
13         Q.    Medical electronics.  Okay.
14         A.    It's a part of electronics and
15     communication engineering, which it's specialized
16     as medical electronics, which covers a lot of
17     medical engineering aspects of it.
18         Q.    And when did you receive your master's
19     degree?
20         A.    I received master's degree in 1996.
21         Q.    What did you do between the time of your
22     master's degree and the time that you entered the
23     Ph.D. program?
24         A.    I was working as a faculty professor in
25     School of Medical Education, Kottayam Kerala.

1                          Mohan Pauliah

2              COURT REPORTER:  The last part?  Where?

3       A.    The Kottayam Kerala.

4              COURT REPORTER:  Can you spell that?

5       A.    K-E-R-E-L-A (sic).

6              COURT REPORTER:  Thank you.

7       A.    It's in India.

8   BY MS. YOST:

9       Q.    What discipline were you a faculty in?
10      A.    It's biomedical instrumentation.
11  Master's of -- it was a -- it was a master's
12  degree program, and I was a teaching faculty in
13  biomedical instrumentation for the School of
14  Medical Education Kottayam.
15      Q.    Did you hold that position until the
16  time you entered your Ph.D. program?
17      A.    No.  I had another job of -- started in
18  May 19 -- I would say -- I think it was '99 or
19  '97.
20              And I they worked at the Sanjay
21  Ghandi Postgraduate Institute of Medical Science
22  Lucknow.  And I was working as the capacity of
23  biomedical -- manager of biomedical engineering
24  covering most of the radiodiagnosis, radiology
25  medicine.  And I had given other positions, also.

1                    Mohan Pauliah

2        Q.    What was your other position?

3        A.    Other position is the system analyst and

4    a medical physicist also.

5        Q.    When did you hold the position as the

6    systems analyst and medical physicist?

7        A.    System analysis, it was additional

8    charge that they gave me.

9        Q.    At the same company that you were a
10   biomedical engineer?
11       A.    In the same company, yes.  Yes.  So,
12   when you have some expertise, they will give some
13   additional positions to new projects, implement
14   new projects, and all of that.
15       Q.    Did you hold any other positions prior
16   to the time that you entered your Ph.D. program?
17       A.    Time to time when -- within the
18   institute, time to time they would give other
19   assignments like, you know, when I -- one time, I
20   was given vehicle department, to trace the vehicle
21   department.
22       Q.    That was for the same employer?
23       A.    That's the same employer.  I had two
24   employers.  One is School of Medical Education.
25   And the one that's Sanjay Ghandi Postgraduate

1                    Mohan Pauliah

2    Institute of Medical Science.

3        Q.    Why did you leave the first employment

4    you had after your master's degree?  Why did you

5    leave the first company to go to the second

6    company?

7        A.    Oh, second company was a premier

8    institute supported by a French/Japanese -- it's a

9    international repute.  It's well-known for this.

10   And after this, I took a position in France before

11   coming to -- so, during this time, I did my Ph.D.

12   After that, I did same position in France.  And

13   then, while I was there -- after finishing that, I

14   came to Memorial.

15       Q.    Okay.  Thank you.  So, we will get to

16   that.  So, in 1996, you got your master's.  You

17   worked for two separate companies after getting

18   your master's.  You left the first company for a

19   better opportunity.  Is that fair to say?

20       A.    Yeah.

21       Q.    And then, you entered your Ph.D.

22   program.  What year did you enter your Ph.D.

23   program?

24       A.    It was 2002, December, end.

25       Q.    2002, you said?

1                    Mohan Pauliah

2        A.    Yeah.

3        Q.    And what was your Ph.D. in?    What

4    discipline?

5        A.    This was -- this was primarily in

6    computer science.    And mostly focused on imaging

7    and medical systems imaging.    Mostly on the

8    radiology part.

9        Q.    Okay.    And then, you mentioned that you
10    worked for a university in France after obtaining
11    your Ph.D.; is that right?
12        A.    Yes, ma'am.
13        Q.    What did you do there?
14        A.    I did a -- I developed an algorithm.
15    And it's a scientific position.    So, we had
16    qualifications with companies also.    So, my work
17    also published in a newspaper, so.
18        Q.    Was there a particular discipline that
19    your work was in?
20        A.    It was work with the radiology and asks
21    for a list there.    It is a laboratory of
22    informatics image interpretation.
23             COURT REPORTER:    What was the last part?
24        A.    LEII.    Laboratory of electronics imaging
25    informatics.    Did you spell correctly?    Yeah.

```
 1                    Mohan Pauliah

 2    LEII.  That's it.

 3    BY MS. YOST:

 4         Q.    And what university was that?

 5         A.    It was University of Bourgogne.

 6               COURT REPORTER:  Can you spell it?

 7         A.    B-U-R-G-O-G-N-E (sic).  I may be

 8    spelling it wrong.

 9    BY MS. YOST:
10         Q.    We won't hold you to that.  So, you
11    mentioned a publication.  Approximately, how many
12    publications have you had over the course of your
13    career?
14         A.    So far, it's listed as 11 peer-reviewed
15    ones.  And I think I'm close to that.  I don't
16    remember exactly the number.  But many abstracts.
17    And few of the abstracts got international awards.
18         Q.    Have you been a first author on any of
19    those publications?
20         A.    Yes.  The Ph.D. publication, yes.
21         Q.    How many of them have you been a first
22    author on?
23         A.    It was -- I believe, it was two.  I
24    believe.  And many abstracts.
25         Q.    Many what?
```

```
 1                    Mohan Pauliah

 2        A.   Abstracts.  Small manuscripts just --

 3        Q.   Oh, abstracts.

 4        A.   Yeah.

 5        Q.   Okay.  What's the difference between an

 6   abstract and a publication, in your view?

 7        A.   Abstracts, it's -- it's a summary.  Full

 8   paper may be what you have done through the

 9   abstracts.  You can elaborate the findings.
10        Q.   So, when you mentioned you had -- there
11   were 11 publications, that did not include
12   abstracts?
13        A.   No.
14        Q.   Okay.  Do know how many abstracts you
15   have had?
16        A.   I don't remember now, but maybe close to
17   20, 22.
18        Q.   Are there first authors on abstracts, as
19   well?
20        A.   Yes.  Many.
21        Q.   And have you been a first author on
22   abstracts?
23        A.   Yes.
24        Q.   How many, approximately?
25        A.   I don't remember -- recall, but maybe
```

```
 1                    Mohan Pauliah

 2    six or seven.

 3         Q.    Have you ever been arrested or convicted

 4    of a felony crime, offense, or a misdemeanor?

 5         A.    No.

 6         Q.    Have you ever filed for bankruptcy?

 7         A.    No.

 8         Q.    What did you do to prepare for your

 9    deposition today?
10         A.    What?
11         Q.    What did you do to prepare for your
12    deposition today?
13         A.    What did I do?
14         Q.    Did you do anything to prepare to come
15    here today?  Did you review any documents before
16    you came here today?
17         A.    No.  No.
18         Q.    Did you meet -- and I don't want to know
19    the substance of what you talked to your lawyer
20    about.  But did you meet with your lawyer prior to
21    your deposition?
22         A.    Today was the first time I met him.
23         Q.    Did you talk on the phone with your
24    lawyer prior to your deposition?
25         A.    Yes.  Yes.  About the location.
```

1                    Mohan Pauliah

2        Q.   And just -- let's -- I'm just going to

3    remind you to try to let me finish my question

4    before you answer so we don't -- so we get a clean

5    record.

6              MR. MORIARTY:   And I just want to say,

7         don't discuss the contents of any of our

8         conversations, even if it's just location.

9              THE WITNESS:   Okay.

10   BY MS. YOST:

11       Q.   Yeah.  So, I agree with your counsel.  I

12   don't want to know the substance of what you

13   talked about with your lawyer.  But -- so, you

14   talked to your lawyer before the deposition.  How

15   long did you speak for before the deposition?

16       A.   Maybe one minute.

17       Q.   Okay.  Did you have any other calls with

18   your lawyer to prepare for your deposition?

19       A.   No.

20       Q.   Did you have any, like -- a Zoom or

21   video sessions with your lawyer to prepare for

22   your deposition?

23       A.   No.

24       Q.   Did you do anything else to prepare to

25   come here today?

Page 20

```
 1                    Mohan Pauliah

 2        A.    That's my first time.  I don't know what

 3   it is.

 4        Q.    Okay.  I know we had -- this deposition

 5   was scheduled a couple of -- on a couple of prior

 6   occasions.  Did you do anything to prepare for

 7   those depositions?

 8        A.    I was asked to come and --

 9        Q.    Okay.  So, you didn't --
10        A.    -- appear.
11        Q.    You didn't discuss the deposition with
12   your lawyer in advance of either of those two
13   depositions?
14        A.    No.
15        Q.    Did you discuss the case with anyone
16   other than your attorney before coming here today?
17        A.    Pardon?
18        Q.    Have you discussed your lawsuit with
19   anyone other than your attorney?
20        A.    No.
21        Q.    Have you ever brought a lawsuit against
22   another employer besides Memorial Sloan Kettering?
23        A.    No.
24        Q.    Have you ever filed a charge against
25   another employer?
```

```
1                    Mohan Pauliah

2         A.   Yes.

3         Q.   Tell me about that.

4         A.   I don't recall much.  But it's between

5    my previous employer that -- they asked me to

6    write a falsified document about a patient's

7    treatment.  Patient's treatment.  It was the --

8    primarily, I was working on the project.  They

9    asked me to write -- patient received the
10   treatment.  But my manager told me not -- the
11   patient did not receive -- I have to write that I
12   did not receive the document.  So, I informed the
13   authorities about that.
14        Q.   What employer was that?
15        A.   It's Northwestern Memorial Hospital, and
16   I was an employee there.
17        Q.   And do you know what agency that charge
18   was filed with?
19        A.   It's a -- it's a EEOC.
20        Q.   The EEOC?
21        A.   Yes.  I was asked to file by the
22   University.
23        Q.   You were asked to file by the
24   University?
25        A.   Yes.
```

1                    Mohan Pauliah

2        Q.    Who at the university asked you to file?

3        A.    Because when I talked to my chair, he

4   told me contact the university.  There's a

5   university unit handles this kind of complaints.

6   And when they asked me -- what are my options, I

7   asked them.  They said, "You can file a EEOC."

8   So, I filed.

9        Q.    Who was the chair that you're referring
10  to?
11       A.    Chair?
12       Q.    You referenced that you talked to a
13  chair.
14       A.    Oh, yeah.  Yeah.  That's the radiation
15  oncology chair, Bharat Mittal.
16            COURT REPORTER:  Spell his last name.
17       A.    Radiation oncology.
18            MR. MORIARTY:  Spell the name that you
19       said.
20       A.    Bharat, B-H-A-R-A-T, M-I-T-T-A-L.
21  BY MS. YOST:
22       Q.    Okay.  So Bharat -- am I saying that
23  correctly?
24       A.    Bharat.
25       Q.    Bharat.  Okay.  Bharat.

1                    Mohan Pauliah

2        A.    Mittal.

3        Q.    Okay.  You met with Bharat, and Bharat

4   said that you could file a charge with the EEOC?

5        A.    Yeah.  He referred me to contact the

6   university, and then I later contacted -- I was

7   working at radiation oncology department, Memorial

8   Hospital.

9        Q.    Okay.  So Bharat told you to contact the
10   university?
11        A.    Yes.  That --
12        Q.    Okay.  And then, you spoke to someone at
13   the university?
14        A.    Yeah.  That's --
15        Q.    Who did you speak to at the university?
16        A.    I don't recall the name.
17        Q.    Do you know what department the person
18   was in?
19        A.    I don't remember.
20        Q.    But the person at the university is the
21   person who said you could file a charge; is that
22   right?
23        A.    Yes.
24        Q.    And what is the -- what is -- what are
25   you asserting in your charge against Northwestern?

1                    Mohan Pauliah

2        A.   Charges?  It's harassment.  And I don't

3   exactly remember what are the charges now.

4        Q.   Okay.

5        A.   And I told them what's -- at that time,

6   I told them what happened to me.

7        Q.   Have you received any contact from the

8   EEOC in regards to your charge?

9        A.   Yeah.  So, they gave me a right to sue,
10   but I did not prefer to sue.
11        Q.   Why did you -- why did you decide not to
12   sue?
13        A.   I was going through a lot of things.
14        Q.   Any other reason you decided not to sue?
15        A.   For mentally and physically, I was so
16   much traumatized.  Not because of this.  Because
17   the previous instance, also, so I didn't make the
18   call.
19        Q.   You were mentally -- you said you were
20   mentally traumatized by -- by what exactly?
21        A.   It was this Memorial Sloan.  So, that's
22   a lot for me, so.
23        Q.   Have you ever made an internal complaint
24   against an employer, aside from Memorial Sloan
25   Kettering and Northwestern?

1                         Mohan Pauliah

2          A.    Can you okay repeat that, please?

3          Q.    Have you ever made any complaints

4     against an employer, aside from Memorial Sloan

5     Kettering and Northwestern?

6          A.    I don't remember.  That you're asking --

7     employee or employer?

8          Q.    Employer.  Have you made any other

9     complaints against any other employers?

10         A.    That's the only thing we talked about,

11    the Northwestern.

12         Q.    Okay.  So, Northwestern is the only

13    other employer that you've filed a charge against?

14         A.    Yeah.

15         Q.    Okay.  Have you ever been sued?

16         A.    No.

17         Q.    Okay.  Have you been part of any other

18    lawsuits, other than this lawsuit that we're here

19    about today?

20         A.    No.

21         Q.    Okay.  So, let's talk about Memorial

22    Sloan Kettering.  So, how did you first come to be

23    employed at Memorial Sloan Kettering?

24         A.    I don't remember much.  But when I was

25    in France, I visited my brother-in-law.  He's in

1                    Mohan Pauliah

2    Virginia.  His family is in Virginia.  So, I

3    applied to many positions but not to Michelle

4    Bradbury.

5                    Michelle Bradbury somewhat come to

6    know about my credentials, my work, through

7    publications and the internet.  And it was exactly

8    matching what she needed.  My skills were needed.

9    So, it was -- she sent me an e-mail.  I received
10   one e-mail when I was in Virginia.  I was in
11   Virginia staying with my brother-in-law.
12                    And I've -- that e-mail simply
13   said -- I don't exactly remember -- but would you
14   like to onboard with us.  And she explained to me
15   the onboard prospects.  My wife placement, getting
16   green card.
17                    And I was so happy that I'm -- I
18   was one of the -- you know, accepted from Memorial
19   Sloan Kettering Center.  I was coming from a
20   variable background.  Somebody offered me job to
21   come to America.  I took it.  The blessing is a
22   lot.  And I was part of a team.
23                    MR. MORIARTY:  Take a moment.  Compose
24        yourself.
25        A.   I was part of a team to develop and

```
 1                    Mohan Pauliah

 2     improve a patient's life.

 3     BY MR. MORIARTY:

 4          Q.    Uh-huh (affirmative response).

 5          A.    And I used to help a lot of people and

 6     the missionaries, getting into all of the trials.

 7          Q.    Uh-huh (affirmative response).

 8          A.    The work I did in Sanjay Ghandi, I was

 9     an administrator; but I saw people after treatment
10     still having more of sufferings, losing kinetic
11     powers.  And I helped them to just dealing with
12     the tumor to the normal cell.  That was the
13     position merging at this point.  So, I took that
14     as a blessing and came to Memorial.  I continued
15     work.
16          Q.    Thank you.  I can see that you feel very
17     strongly about your work.
18          A.    Yeah.
19          Q.    Do you need a minute before we proceed?
20          A.    Yeah.
21          Q.    Yes?
22          A.    Yes.
23          Q.    Okay.
24          MR. MORIARTY:  Let's take a five-minute
25          break.
```

```
 1                    Mohan Pauliah

 2            MS. YOST:  Yeah.  That's a good idea.

 3       Let's do that.  Can we go off the record,

 4       please?

 5              (A short recess was taken.)

 6   BY MS. YOST:

 7       Q.   Are you ready to proceed?

 8       A.   Yes.

 9       Q.   So, thank you, Mr. Pauliah.  Just before
10   the break, we were talking about how you became --
11   how you came to be employed at Memorial Sloan
12   Kettering.  You had mentioned that you were
13   applying for positions.  Had you applied to
14   positions at Memorial Sloan Kettering, or were you
15   referring to applying for positions at other
16   institutions?
17       A.   I was applying at other institutions,
18   too.  Yeah.  I don't remember exactly how many
19   applications I put.  But I was looking forward to
20   come to -- taking another job.
21       Q.   Were you specifically looking for jobs
22   in the United States at that point?
23       A.   Yes.  Because my wife was cleared the
24   USMLE.
25              COURT REPORTER:  I'm sorry.  What?
```

```
 1                    Mohan Pauliah

 2    BY MS. YOST:

 3         Q.    Yeah.  I didn't hear that either.

 4         A.    USMLE.  USMLE.  United States Medical

 5    Licensing Exam.  My wife is a physician.  She

 6    cleared the step one, step two at that time.

 7         Q.    So, she had passed the U.S. Medical Exam

 8    at that time?

 9         A.    Yeah.  Not fully but some of them, so.
10         Q.    So, you and your wife wanted to relocate
11    to the United States; is that right?
12         A.    Yeah.  Yeah.
13         Q.    Okay.  And was -- Memorial Sloan
14    Kettering was one of the institutions that you had
15    applied to?
16         A.    I applied many places, so I don't
17    remember.
18         Q.    Okay.  You don't remember if you applied
19    specifically to Memorial Sloan Kettering; is that
20    right?
21         A.    Yeah.
22         Q.    Okay.  And then, you recall receiving an
23    e-mail from Dr. Bradbury expressing interest and
24    bringing you on; is that right?
25         A.    Yes.
```

1                          Mohan Pauliah

2        Q.    Okay.  And do you remember what the

3   e-mail said?

4        A.    I don't remember.  But I remember we

5   spoke after that.

6        Q.    Do you remember roughly when this was?

7        A.    I can say in the year.  That is, like,

8   2009 I joined, so that year.

9        Q.    That was in 2009?
10       A.    Yeah.
11       Q.    And so, you had a telephone conversation
12  with Dr. Bradbury at that time?
13       A.    Yes.
14       Q.    What did she ask you -- or what did she
15  say to you during the telephone conversation, if
16  you remember?
17       A.    Much other things, we talked about
18  getting on board.  And she said Memorial is the
19  topmost institutions by developing all of these
20  technologies.  So, I am very much impressed by
21  your work you did.
22             And also, I asked about my career
23  prospects, my green card to stay in United States,
24  and work for my wife.  So, we had many, many other
25  conversations, but roughly can remember this.

1                     Mohan Pauliah

2          Q.    So, that was the first conversation with

3    Dr. Bradbury that you're describing?

4          A.    Yes.

5          Q.    Do you remember, roughly, how long after

6    she sent you the e-mail that you talked to her on

7    the phone?

8          A.    I don't remember.

9          Q.    And do you remember how long the
10   conversation was?
11         A.    It was quite a long conversation.
12   Maybe -- I don't remember exactly but maybe 30
13   minutes or so.
14         Q.    Did Dr. Bradbury mention what work she
15   had seen when she mentioned that she had seen your
16   work?
17         A.    Yes.
18         Q.    What work did she refer to?
19         A.    That improved -- the paper I published
20   as a first author.  Got some awards and all of
21   that.  Improved Methods for Micro Vascularity.
22              COURT REPORTER:  I'm sorry.  Can you
23        repeat that?
24              MR. MORIARTY:  What was the last word?
25         A.    Improve -- last word?  Micro

```
 1                    Mohan Pauliah

 2    vascularity.

 3    BY MS. YOST:

 4         Q.    Okay.  And what institution were you at

 5    when you published that paper?

 6         A.    I was in Sanjay Ghandi Post Graduate

 7    Institute of Medical Sciences.

 8         Q.    So, was that a paper you did during your

 9    time getting a Ph.D.?

10         A.    Yes.  That was a technique I developed.

11         Q.    Okay.  So, Dr. Bradbury said she was

12    impressed with your work on that paper.

13              And did she offer you a job at that

14    point, or was she interviewing you?  What was the

15    nature of the conversation?

16         A.    She offered job --

17         Q.    She offered job?

18         A.    -- on the phone call itself.  And she

19    already asked me -- I remember -- onboard with

20    me -- that's --

21         Q.    She used the phrase "onboard with me"?

22    Is that what you're saying?

23         A.    Yes.

24         Q.    Okay.  And so --

25         A.    If -- then I said yes.  So then if I
```

```
 1                      Mohan Pauliah

 2   have said yes, if I accept that one.  Then

 3   followed the other e-mails.

 4        Q.   And did she say what position she was

 5   offering you at that time?

 6        A.   I don't remember.

 7        Q.   Did she say you would be a research

 8   scholar?

 9        A.   No.
10        Q.   No?  Did she not name a position?
11        A.   No.
12        Q.   Okay.  Did she explain what the nature
13   of the work you would be performing would be?
14        A.   Yes.  Similar to that, yeah.  The
15   technique I developed would be integrated with
16   PET.
17             COURT REPORTER:  The new technique will
18        be integrated with what?
19        A.   Will be integrated with PET, P-E-T,
20   Positive Emission Tomography.
21   BY MS. YOST:
22        Q.   So, you're saying that Dr. Bradbury
23   indicated that the technology you had developed
24   would be integrated into her work; is that right?
25        A.   Yeah.  Yeah.
```

1                          Mohan Pauliah

2          Q.    Okay.

3          A.    And would be in collaboration with

4    Phillips.

5          Q.    Can you say that again?

6          A.    Phillips company.  Will be collaborating

7    with Phillips company, too.

8          Q.    Oh.  She explained that you would be

9    collaborating with the Phillips company?  What is

10   the Phillips company?

11         A.    It's a supplier of medical equipment.

12         Q.    So, in what way would you be

13   collaborating with the Phillips company?

14         A.    Michelle told me.  So, in terms of

15   developing techniques, advancing the techniques.

16   That's what -- I don't remember -- recall much of

17   that.

18         Q.    Okay.

19         A.    Yeah.

20         Q.    I mean, was it your understanding that

21   the Phillips company would be supplying equipment?

22         A.    She said we will collaborate -- we are

23   collaborating and will collaborate.  So, the point

24   is they had the software, I think, at that time.

25   Phillips had a software for that.

```
1                    Mohan Pauliah

2        Q.   So, Phillips was providing the software;

3   is that right?

4        A.   Part of the software.  Not fully, so.

5        Q.   Phillips was providing part of the

6   software; is that right?

7        A.   Yeah.

8        Q.   And so, you said that you said yes on

9   this call; is that right?

10       A.   Yes.

11       Q.   Okay.  Did you ask any questions before

12   you said yes?

13       A.   I don't remember -- recall.

14       Q.   You had referenced talking about career

15   growth.

16       A.   Yes.

17       Q.   How did that come up in the

18   conversation?

19       A.   So, when I've -- I'm moving to another

20   place, so my work -- what is my career growth will

21   be?  She said the rest is assured.  And I talked

22   about my wife, I remember because we are together

23   for our lives, so.

24       Q.   So, you asked Dr. Bradbury about the

25   career growth prospects, then.  Do I have that
```

1                    Mohan Pauliah

2    right?

3        A.    Yes.  And she said Memorial Sloan is a

4    topmost supplier to provide all the career goals.

5        Q.    And was this before or after you

6    accepted the position that you asked that

7    question, if you recall?

8        A.    It was during the conversation, but I

9    don't know.  I'm not remembering exactly.

10        Q.    Okay.  And then, did you also ask about

11    getting a green card, or did she bring that up?

12        A.    I asked for it.  I mean, she all --

13    she -- during our conversation, I believe, which

14    visa already and that kind of talk.  So, I've

15    asked for a green card.

16        Q.    So, you're saying that she asked you

17    what kind of visa you were on?

18        A.    Yeah.

19        Q.    Okay.  And what kind of visa were you on

20    at that point?

21        A.    At that point, a visiting visa.

22        Q.    A visiting visa?  Okay.  And so --

23        A.    B-1, B-2.

24        Q.    You said B-1, B-2?

25        A.    Yeah.

1                    Mohan Pauliah

2        Q.   Okay.  And so, at that point, was that

3    when you asked about the -- about getting a green

4    card?

5        A.   Yeah.

6        Q.   And what was her response to that?

7        A.   She said everything I will do for you.

8        Q.   And you mentioned asking about your

9    wife.  Did you ask -- did you say something about

10   your wife to Dr. Bradbury at that time?

11       A.   Yes.

12       Q.   What did you ask about your wife?

13       A.   My wife was medical graduate.  And she

14   will be part of the -- wherever we go, she lives

15   with me, family.  So, she also brought up, I

16   think, it's husband staying far away.  So, she

17   knows the trouble we had.

18       Q.   So, she --

19       A.   Staying together.  I mean, the part of

20   the conversation I'm just recalling -- recollect.

21       Q.   So, she brought up that her husband was

22   far away?  Did I hear that right?

23       A.   Yeah.  He was in California.  I don't

24   know.  I don't know personally.  Yes.

25       Q.   Okay.  And was there any other

```
 1                    Mohan Pauliah

 2   discussion about your wife during that call?

 3        A.   I don't remember.

 4        Q.   Okay.  And then, you said you had other

 5   conversations with Dr. Bradbury before you started

 6   working; is that right?

 7        A.   Before started working?  I had phone

 8   call after that?  No.  No.  Only e-mails.

 9        Q.   You had e-mails with her --
10        A.   Yeah.
11        Q.   -- after that conversation?
12        A.   Yeah.  After that.
13        Q.   And so, what -- how many e-mails did you
14   exchange with her before you started working?
15        A.   I don't remember.
16        Q.   Okay.  Just a reminder let me finish the
17   question so we can get a clean record, and I'll do
18   my best to let you finish your answer.  Do you
19   understand what I'm saying?
20             I was just saying -- just a
21   reminder to let me finish my question before you
22   answer, and I will do my best to let you finish
23   your answer before I jump in.  Just so we're not
24   talking over each other, because it makes it very
25   hard for the court reporter.
```

1                          Mohan Pauliah

2          A.    I'm sorry.

3          Q.    No.  No.  No.  No worries.  We're all

4     guilty of it.  We're just trying to get through

5     the best we can.

6                          How many e-mails, roughly, did you

7     think you had with Dr. Bradbury before you

8     started?

9          A.    I don't remember.
10         Q.    What were the topics discussed in those
11    e-mails, if you remember?
12         A.    I don't remember.
13         Q.    Did you ask her what the pay was in that
14    conversation or in any of the e-mails?
15         A.    They sent me a letter -- offer letter
16    with pay, and then I accepted at that time.
17         Q.    Did you discuss your pay with
18    Dr. Bradbury before you received that letter?
19         A.    I don't remember.  Vaguely, I asked for
20    some housing and all of that.  I don't remember.
21         Q.    Okay.  So, you think you may have said
22    something about housing, but you don't remember
23    discussing pay with her specifically?
24         A.    I don't remember.  I don't know.
25         Q.    Okay.  And you don't think you discussed

1                    Mohan Pauliah

2    what position you would hold with her before you

3    got this offer letter?

4         A.    I don't remember.  But whatever she --

5    later, I accepted that offer letter.

6         Q.    And so you, at some point, received an

7    offer letter from Memorial Sloan Kettering?

8         A.    Yes.

9         Q.    And that was after the phone call from
10   Dr. Bradbury?
11        A.    Yes.  That's from another person.  I
12   don't remember the name.
13        Q.    Okay.  And what was contained in the
14   offer letter, to your recollection?
15        A.    That's pay and -- and accommodations to
16   stay in the housing -- the housing.  That's the --
17   and it was under Hricak lab.
18              COURT REPORTER:  What was the last part?
19        A.    It was Hricak.  A lab -- I was asked to
20   work under the Hricak lab.  H-R-I-C-A-K.  That's
21   the chairman of the --
22   BY MS. YOST:
23        Q.    So, you were asked to work in the -- I'm
24   not going to try to pronounce that.  In the H -- I
25   understand that.  The Hedvig Hricak lab?

1                    Mohan Pauliah

2        A.   Yeah.  Hricak Hedvig lab.

3        Q.   Okay.  And were you surprised that you

4    would not be working in Dr. Bradbury's lab?

5        A.   I was -- when I got there, I didn't

6    know.  But, you know, it's work.  I'm going to do

7    work.  So, it's -- it's a Michelle Bradbury.  They

8    had some radiology departments, so.

9        Q.   But the Hricak lab is distinct from the
10   Bradbury lab; is that right?
11       A.   I don't know all of those things.
12       Q.   You don't know?  Okay.  So, the offer
13   letter said you would work in the Hricak lab, and
14   it listed your pay.  And it said you would get
15   housing --
16       A.   Yes.
17       Q.   -- is that right?  Do you remember what
18   your title was at that point?
19       A.   That letter stated -- said scholar.
20       Q.   Research scholar.  So, your title was
21   going to be research scholar?
22       A.   Yes.
23       Q.   Okay.  And do you remember what the pay
24   was?
25       A.   I don't remember exactly.  It was around

1                    Mohan Pauliah

2   50, 52, 54, something like that.  Yeah.

3        Q.   And were you happy with that amount?

4        A.   I accepted, so I was happy to come to --

5   yes.

6        Q.   Okay.  And so, did you interview with

7   anyone prior to getting the job at Memorial Sloan

8   Kettering?

9        A.   I don't remember.  No.  I think -- I
10  don't remember.  Yeah.
11        Q.   Did you talk to anyone besides
12  Dr. Bradbury before you accepted the job?
13        A.   I don't remember.
14        Q.   Is it possible that you did talk to
15  other people and you just don't remember?
16        A.   I can't recall.
17        Q.   Okay.  Did Dr. Bradbury know that you
18  were Indian when she hired you?
19        A.   Yes.  She know.
20        Q.   And she knew that you were Asian when
21  she hired you?
22        A.   Yes.
23        Q.   So, when you first started, did you, in
24  fact, work in the Hricak lab?
25        A.   So, the paper said this one, and I was

```
 1                    Mohan Pauliah

 2    literally sitting work space allotted for the

 3    chief.  What was his name?  Chief of

 4    neuroradiology where she is working.  And they

 5    gave me a spot in the FMRA lab.

 6         Q.    In the -- what lab?

 7         A.    FMRA, Functional Magnetic Resonance

 8    Imaging Lab.

 9         Q.    So, you were working in the FMR lab?
10         A.    Lab.  I was sitting -- I had a space to
11    sit.  And I was working in the FMRA lab.
12         Q.    What did you do there?
13         A.    So, Michelle was across me, and I was
14    here.
15         Q.    So, Michelle was also in that lab at
16    that time?
17         A.    Yeah.  Yeah.
18         Q.    Okay.  And so, what were your duties at
19    that time?
20         A.    Duties?  At that time, it's developing
21    the software for the integration of PMR.  Two
22    different traces.
23         Q.    Who were you reporting to?
24         A.    I was directly reporting to Michelle
25    Bradbury.
```

```
1                    Mohan Pauliah

2        Q.   Okay.  So, did you report to

3   Dr. Bradbury during the entire time that you

4   worked at Memorial Sloan Kettering?

5        A.   Yes.

6        Q.   Okay.  So, you started out as a research

7   scholar; is that right?

8        A.   Yes.

9        Q.   Do you remember how long you held that
10  role for?
11       A.   It was past over five years that I
12  remember.
13       Q.   Let me just introduce this document that
14  might help us piece together just when you held
15  different roles.
16            (Exhibit No. 1 marked for
17            identification.)
18  BY MS. YOST:
19       Q.   So, Paul, I'm handing you a document
20  that's been marked as Exhibit 1.  I expect that
21  this is probably not a document you've seen
22  before.  But this is a record from Memorial Sloan
23  Kettering that appears to list the titles that you
24  held during different dates that you worked at
25  Memorial Sloan Kettering.
```

```
 1                    Mohan Pauliah

 2                    And I just want to use this to walk

 3    through your position history to see if you agree

 4    with it.  So, according to this data, you started

 5    at MSK on October 27th, 2009, as a research

 6    scholar.  Does that sound right to you?

 7         A.   Yes.

 8         Q.   And then, it appears, according to this,

 9    that you were promoted in January of 2015 to
10    research associate?
11         A.   2015?  Yes.  I see that.
12         Q.   Is that accurate?
13         A.   Yeah.
14         Q.   And then, it appears that on October
15    15th, 2017, you were promoted to senior research
16    scientist.  Is that accurate?
17         A.   Yes.
18         Q.   All right.  We may come back to that,
19    but you can put it aside for now.
20                    Okay.  What is Dr. Bradbury like?
21    What is her personality like?
22         A.   I can't answer that.
23         Q.   You can't answer that?
24         A.   Yeah.
25         Q.   Why can't you answer that?
```

1                          Mohan Pauliah

2          A.    I can't.

3          Q.    What was -- what was your impression of

4    her when you first met her?

5          A.    Was nice.

6          Q.    She was nice?

7          A.    And at the first time, I met with my

8    wife.

9          Q.    So, you and your wife met Dr. Bradbury
10   together?
11         A.    Yes.
12         Q.    Is that right?  Where was that?
13         A.    It was in the cafeteria.
14         Q.    At the MSK cafeteria?
15         A.    Cafeteria.
16         Q.    And what do you remember about that
17   meeting?
18         A.    She invited both of us to, you know --
19   and then, she said next day, you can come and
20   join.  She sent the location where I would go.
21   And from that day, I started working.
22         Q.    So, this was the day before you started
23   working at Memorial Sloan Kettering that this
24   lunch occurred?
25         A.    Yes.

1                        Mohan Pauliah

2        Q.    That this lunch occurred?

3        A.    There was no lunch.

4        Q.    Oh, I thought you said -- okay.  So

5   you met in the cafeteria --

6        A.    We met in the cafeteria.

7        Q.    Okay.  Sorry.  Let me just finish the

8   question.  So, you met in the cafeteria, but you

9   did not have lunch?

10       A.    Yes.

11       Q.    Okay.  How long did the meeting last?

12       A.    Like, three minutes.  Less than five

13  minutes.

14       Q.    Do you remember what she said to you and

15  your wife?

16       A.    She welcomed us.  I don't remember other

17  things.

18       Q.    Okay.  Do you remember anything that you

19  or your wife said to her?

20       A.    No.  I don't remember.

21       Q.    At the time that you started working

22  with her in the Hricak lab, did she have other

23  people who were reporting to her, as well?

24       A.    Yeah.  Later came to know Miriam

25  Benezra.

1                     Mohan Pauliah

2        Q.   When you said later you came to know

3   her, when did you come to know her?

4        A.   Probably after a week or two.  Like, she

5   use to come and discuss with Michelle projects.

6        Q.   She used to what?

7        A.   She used to come and discuss with her.

8        Q.   Did Michelle have any other employees at

9   that time who reported to her?

10       A.   In the beginning, first day, I don't

11  know.  I don't know.  But I was the one working

12  directly with her.

13       Q.   Okay.  And what were -- how were your

14  interactions in the first year?

15       A.   First year was good.  Yeah.  Here, I was

16  able to do my work.  In two months' time, I

17  developed a software and showed her images.  She

18  was overjoyed.

19       Q.   What was her management style like?

20       A.   Very dictative.

21       Q.   Very dictative?

22       A.   Yeah.

23       Q.   Okay.  Can you explain what you mean by

24  that?

25       A.   She would demand.

```
1                    Mohan Pauliah

2         Q.    She would demand things?

3         A.    Yeah.

4         Q.    And was she like that with other people

5    on the team, as well?

6         A.    Yes.  When I came to know other people,

7    yes.

8         Q.    So, the first year, you said she had

9    another employee, Miriam.  Do you know what
10   Miriam's national origin was?
11        A.    She is from Israel.
12        Q.    Do know what her race is?
13        A.    Israeli.  Jew.
14        Q.    Okay.  Over time, did Dr. Bradbury have
15   other people who reported to her?
16        A.    Yes.
17        Q.    How many, roughly?
18        A.    There was one technician, Phillips.  And
19   then another, Ola.  Another guy.  I don't remember
20   his name.  Was from Europe.
21        Q.    So, you've named about, like, four
22   people?
23        A.    Yeah.  Subsequently, after we got the
24   U54 grant, she hired more.
25        Q.    How many people did she hire after the
```

1                    Mohan Pauliah

2    grant, if you know, roughly?

3         A.    Maybe four or five or more.

4         Q.    Okay.  So, over the course of time that

5    you worked for Dr. Bradbury, she may have had,

6    like, around ten different people working for her

7    on and off?

8         A.    Yeah.  Close to that.

9         Q.    Okay.  And was the group -- were there
10   people of different national origins in that
11   group?
12        A.    Yes.
13        Q.    Were the people different races in that
14   group?
15        A.    Yes.
16        Q.    Were there other Asian individuals in
17   that group?
18        A.    Asian Chinese, yes.
19        Q.    There was someone Asian who was from
20   China; is that right?
21        A.    China.  Later.
22        Q.    Okay.  And did her style remain the same
23   over the course of time?  Did she remain sort of
24   dictatorial, as you described?
25        A.    Towards me, yes.

1                    Mohan Pauliah

2        Q.   Was she like that towards others, as

3   well?

4        A.   I don't know.  But to me, on a daily

5   basis interaction, no.  But I hear other things

6   from others, too.

7        Q.   You heard that she was dictatorial from

8   others?

9        A.   Yes.

10        Q.   What did you hear from others?

11        A.   From Miriam.  She later fired her, too.

12        Q.   What did Miriam tell you about that?

13        A.   She was totally devastated.

14        Q.   Did Miriam explain what Dr. Bradbury had

15   done?

16        A.   We know.

17        Q.   I'm sorry?

18        A.   We got together, then we moved to

19   another place.  To another -- across the building,

20   and Miriam was sitting in front of me.  And we

21   were knowing -- talking to each other what is

22   happening with us --

23        Q.   Uh-huh (affirmative response).

24        A.   -- on a daily basis, what she was doing.

25   She was crying every day on the table.  And she

Page 52

```
1                    Mohan Pauliah

2  would tell me, "My father is not alive."

3        Q.    She would tell you what?

4        A.    "My father is not alive," so.

5        Q.    Wait.  She would tell you her father was

6  not in her life?

7        A.    Not alive.

8        Q.    Oh, her father was not alive.  Okay.  I

9  got it.
10        A.    So, she was going through a lot of pain
11  because of the work.  And she worked all seven
12  days, except for the Jewish holiday -- days she
13  would take off.  But she thought this was second
14  home.  We had a lot of sharings.
15        Q.    Uh-huh (affirmative response).  And was
16  there anything specific that she told you about
17  what Dr. Bradbury had done or said to her?
18        A.    Yeah.  She pushed -- she pushed her
19  away, literally.  And in front of me, also, she
20  said, "Go away.  Get out.  Get far from here."
21  Many times, she shut the doors.
22        Q.    So, Dr. Bradbury --
23        A.    Very violent with her, too.
24        Q.    Very what with her?
25        A.    Very violent.
```

1                    Mohan Pauliah

2        Q.    Very violent?  Did she -- she physically

3    pushed her away?

4        A.    Yeah.  I saw many times shutting the

5    door.  As she knocked the door, when she see the

6    face, she will shut the door.

7        Q.    And then, she would say, "Get away.  Get

8    out of here"?

9        A.    Yeah.
10       Q.    Okay.  Anything else that you observed
11   about her interactions with Miriam?
12       A.    She would come and cry.  She reached out
13   to the authorities.  She did not receive much
14   help, but --
15       Q.    What authorities did she reach out to,
16   if you know?
17       A.    She was in imaging science.
18       Q.    Uh-huh (affirmative response).
19       A.    Part of radiology section.  Jason Lewis
20   was the head.  She reached out to him for help and
21   promotion and big projects.  He didn't help.  And
22   it was reasonably seen everywhere that she would
23   fire us.  And it happens.
24       Q.    Was there anything else that you
25   observed with respect to Miriam?

1                      Mohan Pauliah

2         A.    Miriam was totally shaken.  Every day,

3    she cries, and -- but she continued to work hard.

4    And we both -- one at the imaging site, one at the

5    biology -- worked hard.

6         Q.    Okay.  And did Miriam tell you anything

7    else about what Dr. Bradbury had said or done to

8    her beyond what we already talked about?

9         A.    She told many things.  I was helpful to
10   her.
11        Q.    And I think you said earlier that you
12   are not aware, one way or the other, how
13   Dr. Bradbury treated other employees who came into
14   the lab later; is that right?
15        A.    There was one other guy from Iran.
16        Q.    Iran?
17        A.    Iran.
18        Q.    Okay.
19        A.    A science company.  She also fired --
20   fired him.
21        Q.    Do you know why she fired him?
22        A.    Yeah.  His wife had a pregnancy, and
23   they had a child.  And during this time, the area
24   where Muslims are not allowed to come in -- the
25   parents were not allowed to come in, so he wanted

1                    Mohan Pauliah

2    to take leave, taking care of the child.  So, he

3    took leave, I think.  On the day of that, she

4    fired him.

5         Q.   And is this -- is this understanding

6    based on what Iran told you about the situation?

7         A.   And he knows my firing, also.  The day

8    she fired me, he was in the lab.

9         Q.   Uh-huh (affirmative response).  But I

10   just want to understand.  Is your understanding of

11   why he was fired based on what Iran told you?

12        A.   He told me this.

13        Q.   Okay.  So, do you know whether that's

14   actually why he was fired or not?

15        A.   He told me this is the reason.  I asked

16   for it.  She asked me for some help.  But I said,

17   you know, I'm on the same boat.

18        Q.   You haven't seen his file?  You don't

19   know why he was actually fired, right?

20        A.   He told me this.  That's all I know.

21   But he also told me not to disclose many things.

22        Q.   He told you not to disclose many things?

23        A.   Yes.

24        Q.   Like, did he specify what --

25        A.   It's a lot of what she shared to me,

1                       Mohan Pauliah

2    that one.

3         Q.   I'm sorry.  So, he told you not to

4    disclose to other people what had happened to him?

5         A.   Yeah.

6         Q.   Okay.  Is there any reason he told you

7    not to disclose it?

8         A.   I don't know.

9         Q.   Okay.  And what is Iran's race, if you
10   know?
11        A.   He is Iranian.
12        Q.   Iranian, you said?
13        A.   Yeah.
14        Q.   Okay.
15             COURT REPORTER:  His name is -- how do
16        you spell his name?
17        A.   Syed, S-Y-E-D, Z-A-N-D-A-N-H-E,
18   Zandanhe.  And then, he later changed his name to
19   Steven.
20   BY MS. YOST:
21        Q.   You were referring to him as Iran
22   before?
23        A.   Yeah.
24        Q.   So, what -- why was he called "Iran"?
25        A.   He came from Iran, I believe.

```
 1                    Mohan Pauliah

 2        Q.   Oh, he came from Iran.  Oh, I'm sorry.

 3   I thought you were saying Iran was his name.

 4   Okay.  All right.  So, his name was Syed?

 5        A.   Syed Zandanhe.

 6        Q.   Syed.  I'm sorry.  I was completely

 7   saying his name wrong.  Okay.  So, Syed was from

 8   Iran?

 9        A.   Yes.
10        Q.   Okay.  Understood.  All right.  Did you
11   personally observe any interactions between Syed
12   and Dr. Bradbury?
13        A.   I don't remember -- recall much, but
14   there are many incidents he wouldn't talk about.
15        Q.   There are incidents that he wouldn't
16   talk about, you said?
17        A.   He would talk to me about, like -- but
18   later when firing happened, he shared.  So, he
19   wanted to know what happened to me and --
20        Q.   When was he terminated, if you recall?
21        A.   After eight months after I terminated.
22        Q.   And so, you said he would talk to you.
23   But did you personally observe anything that
24   Dr. Bradbury did to him that you thought was
25   improper?
```

1                       Mohan Pauliah

2          A.    I don't recall.

3          Q.    And did you observe her interactions

4    with anyone else in her lab?

5          A.    With others, she -- others, she was very

6    cordial and other things.

7          Q.    So, you observed her being cordial to

8    some people?

9          A.    Some people and not -- not three of us,
10   mainly.
11         Q.    To what?
12         A.    Not three of us.
13         Q.    Okay.  But do you know whether she was
14   dictatorial to other people when you weren't
15   around?
16         A.    She was dictatorial to us, not to them.
17         Q.    Do you know one way or the other whether
18   she was dictatorial to them?
19         A.    I don't know about that.
20         Q.    Do you remember receiving an employee
21   handbook when you joined Memorial Sloan Kettering?
22         A.    I don't remember, but that's part of --
23   I believe that's a part of it.
24              MS. YOST:  Okay.  Mark this as
25         Exhibit 2, Todd.

1                    Mohan Pauliah

2         (Exhibit No. 2 marked for

3         identification.)

4    BY MS. YOST:

5         Q.    I'm handing you a document that's been

6    marked as Exhibit 2, if you could take a look at

7    that, Paul.

8                         Okay.  Does this look familiar to

9    you?

10        A.    I don't remember.  I joined in 2009.  I

11   think -- I believe -- this was 2011.

12        Q.    Okay.  Do you remember receiving a

13   handbook when you joined?

14        A.    Not like this but maybe in the internet

15   links, but --

16        Q.    So, you didn't receive a physical

17   handbook?

18        A.    Physical, no.

19        Q.    Okay.  But you may have received a link

20   to an electronic version?

21        A.    Yes.  A link.

22        Q.    Okay.  Can you go to -- so, you see at

23   the bottom, right-hand corner, there's little

24   letters and numbers?  So the first page says,

25   "MSKP01829."  Do you see that?

```
 1                    Mohan Pauliah

 2        A.   Yes.

 3        Q.   Can you turn to the page that's labeled

 4   MSKP -- wait.  Hold on.  I think I handed you the

 5   wrong document.  Okay.  Put this aside.  So, you

 6   don't recognize this specific document, but you

 7   may have received it electronically; is that

 8   right?

 9        A.   I don't remember.  Yeah.
10        Q.   Okay.
11             (Exhibit No. 3 marked for
12             identification.)
13   BY MS. YOST:
14        Q.   Okay.  I'm handing you another document
15   that has been labeled as Exhibit 3.  Take a look
16   at this one.  And when you've had a minute, let me
17   know if this looks familiar.
18        A.   I did not see this.
19        Q.   You've never seen this before?
20        A.   Yeah.  I never seen this.
21        Q.   Okay.  Let me direct your attention to a
22   specific page to see if you've seen that.  So, go
23   to the page at the bottom right that's labeled
24   MSKP00297.  Does this document look familiar?
25        A.   No.  I'm seeing this one for the first
```

```
 1                    Mohan Pauliah

 2    time.

 3        Q.   Okay.  Do you recall seeing an equal

 4    employment opportunity policy during the time that

 5    you worked at Memorial Sloan Kettering?

 6        A.   I know generally when this things

 7    happens, then I came to know what is equal

 8    employment opportunity.  That's all from the

 9    internet but not from -- it must be a --
10        Q.   Can you scroll to the page that's
11    labeled MSKP00300?  So, this is a policy against
12    harassment and discrimination.  Have you seen this
13    document before?
14        A.   I have not seen this document.
15        Q.   Okay.  Do you recall seeing a policy
16    against harassment and discrimination during the
17    time that you worked at Memorial Sloan Kettering?
18        A.   Let me see.  No, I have not seen that.
19    No.
20        Q.   Okay.
21        A.   I don't recall.  Yeah.  My work is
22    mainly focused on -- such work --
23        Q.   Were you aware at the time that you
24    worked at Memorial Sloan Kettering that the center
25    prohibits discrimination and harassment on the
```

```
1                    Mohan Pauliah

2    basis of protected characteristics?

3        A.   I have not seen it, but every employer

4    has to do it in the United States.  That's the

5    mandatory that I know.

6        Q.   So, you understood that it was unlawful

7    for Memorial Sloan Kettering to engage in

8    harassment or discrimination?

9        A.   Yes.  For every employee.
10       Q.   And did you understand that if that
11   happened, you were supposed to report it to human
12   resources?
13       A.   I did.  I did report to Andre.
14       Q.   So, you --
15       A.   I reported to as many as people I could.
16   I reported to them.
17       Q.   So, since you did, in fact, report, you
18   understood that you were supposed to report any
19   behavior like that?
20       A.   Yeah.  I was not knowing all those
21   things -- legality and all of that into this.  So,
22   I tried to resolve and brought to the higher
23   authorities.  Notice.
24           MS. YOST:  All right.  I'm going to
25       introduce two documents.  This one is going
```

```
 1                    Mohan Pauliah

 2        to be 4.

 3             (Exhibit No. 4 marked for

 4             identification.)

 5             MS. YOST:  And this one will be 5.

 6             (Exhibit No. 5 marked for

 7             identification.)

 8   BY MS. YOST:

 9        Q.   I'm handing you -- I'm going to hand you
10   two exhibits together.  The first one is
11   Exhibit 4, and the second one will be Exhibit 5.
12                  So, starting with Exhibit 4, are
13   you -- did you remember participating in various
14   types of training when you were at Memorial Sloan
15   Kettering?
16        A.   I did.  It's part of our work.  We have
17   to do it.
18        Q.   And were you aware that Memorial Sloan
19   Kettering kept a record of what training sessions
20   you attended?
21        A.   It's mandatory courses, so I don't have
22   the list of it.  I don't have it.  But every time
23   they give a deadline within the time frame, we
24   have to finish that.  So, we do that on a regular
25   basis.
```

1                          Mohan Pauliah

2          Q.    So, the document that I'm handing you

3     marked as Exhibit No. 4 is a record of the courses

4     that MSK has a record of you attending.

5                    Can you just scroll through this

6     and tell me if you recall attending some of these

7     training sessions?

8          A.    Yeah.   I can remember but not all.

9          Q.    Okay.   Do you remember attending the
10    respect in the workplace training session?
11         A.    I don't recall but maybe.
12         Q.    Okay.   All right.   So, let's look at
13    what's marked as Exhibit 5.   And I'm going to ask
14    you to turn to the page that is labeled MSKP000252
15    in the lower right corner.
16                    So, this is a printout of the
17    respect in the workplace course.   Does this help
18    you recall whether you attended this training
19    session?
20         A.    I did not recall.   I'm not able to
21    recall this.
22         Q.    You don't recall?   Okay.   Do you have
23    any reason to think you did not attend this
24    training session?
25         A.    I don't recall this.   I don't know.

1                    Mohan Pauliah

2        Q.    Okay.  But if MSK's records show that

3    you attended this training session, do you have

4    any reason to think that's wrong?

5        A.    If I attended, I would say I attended.

6    But I don't recall this.

7        Q.    Okay.  If you could turn to the page

8    that's labeled MSKP00257.

9        A.    5-7?
10        Q.    Uh-huh (affirmative response).  Do you
11    see at the top of the page, it says,
12    "Antidiscrimination.  MSK's policy against
13    harassment and discrimination also prohibits
14    discrimination in the workplace on the basis of an
15    employee's characteristics"?  Do you see that?
16        A.    Yes.  Here.  Yes.
17        Q.    Yes.  Did you understand that -- that
18    that was MSK's policy, that it prohibited
19    harassment and discrimination on the basis of an
20    employee's protected characteristics?
21        A.    Yeah.  Discrimination is not legal in
22    workplace, yes.
23        Q.    And you understood that MSK also
24    prohibited that behavior, correct?
25        A.    But in my case, it was a discrimination

```
 1                    Mohan Pauliah

 2   there.  And they didn't protect me.  I complained

 3   to them.  They did not protect me.

 4        Q.   But you understand that Memorial Sloan

 5   Kettering's policy prohibited harassment and

 6   discrimination, correct?

 7        A.   Here, I see the paper.  Here, it says

 8   that they will protect, but they did not protect

 9   me.

10        Q.   Okay.  And you have no reason to think

11   that you did not attend this training session,

12   correct?

13        A.   Yeah.  I don't remember.  If I -- if I

14   have done it, I remember, I would say yes.

15        Q.   Okay.

16        A.   But I have not -- I am not able to

17   remember that at this part of the course.

18        Q.   But you have no specific reason to think

19   that Memorial Sloan Kettering's records that did,

20   in fact, attend this training session are wrong,

21   right?  Is there any particular reason you would

22   say that Memorial Sloan Kettering's records that

23   you did, in fact, attend this training session are

24   wrong?

25        A.   It's wrong?
```

1                    Mohan Pauliah

2        Q.   Let me rephrase the question.   If

3   Memorial Sloan Kettering's records show that you

4   attended this training session, would you -- do

5   you agree that you did, in fact, attend this

6   training session?

7        A.   Maybe.  It's a part of it.  When it is

8   mandatory, it's part of that.  We would do it.

9        Q.   Okay.  Do you have any reason to dispute

10  Memorial Sloan Kettering's records that you

11  attended this training session?

12       A.   I don't recollect, so I cannot suppose.

13       Q.   In your experience, does Memorial Sloan

14  Kettering have records that are not accurate?

15       A.   Accurate?  Involved?  I can't say that.

16  But if I have -- if I seen it, I have done it, I

17  will say yes.  But I don't remember.

18       Q.   Okay.  And do you have --

19       A.   These things, I have not seen.  I am

20  seeing it for the first time this morning.

21       Q.   Okay.  But if Memorial Sloan Kettering's

22  records show that you did, in fact, attend this

23  training session, which they do, do you have any

24  specific information that would suggest that that

25  data is wrong?

```
 1                    Mohan Pauliah

 2         A.    If they say it, yeah.  Maybe.  Yes.

 3         Q.    So, you think maybe you attended it?

 4         A.    Yeah.  I don't recall.  If I have

 5   knowledge of it, I would say yes.  But I don't

 6   recall now.  But if it is a mandatory thing, then

 7   I would have attended.

 8         Q.    Okay.  So, you're saying if it was

 9   mandatory, then you would have attended it?

10         A.    Attended that.

11              MS. YOST:  Okay.  All right.  We've been

12         going for maybe close to an hour.  Are you --

13         do you want to take a break?

14              MR. MORIARTY:  I'm fine.  It's up to

15         you.  Do you need a break?

16              THE WITNESS:  I'm fine.

17              MS. YOST:  I'm fine.

18              (A short recess was taken.)

19   BY MS. YOST:

20         Q.    You ready to proceed?

21         A.    Yes.

22              MS. YOST:  Okay.  We're back on.  If you

23         could, mark this as Exhibit 6.

24              (Exhibit No. 6 marked for

25              identification.)
```

```
 1                   Mohan Pauliah

 2    BY MS. YOST:

 3        Q.   Okay.  Paul, I'm showing you what's been

 4    marked as Exhibit 6.  I'm going to ask you if you

 5    recognize this document, which I assume that you

 6    do.

 7        A.   Yes.

 8        Q.   Okay.  Is this the complaint that you

 9    filed in this case?

10        A.   Yes.

11        Q.   Okay.  Does this fully reflect all of

12    your allegations against --

13        A.   Yes.

14        Q.   -- Memorial Sloan Kettering?

15        A.   Yes.

16        Q.   Are there any allegations that you have

17    against Memorial Sloan Kettering that are not

18    reflected in your complaint?

19        A.   I consult a lawyer.  He did that for me,

20    so.

21        Q.   I'm sorry.  Could you say that again?

22        A.   I consult a lawyer.  He did that

23    drafting and all for me.

24        Q.   Okay.  I don't want to know what

25    discussions you had with your lawyer.  But are
```

1                    Mohan Pauliah

2    there any allegations that you have against

3    Memorial Sloan Kettering that are not reflected in

4    this document?

5         A.    This is the complaint I've filed.

6         Q.    Okay.  So, is this a complete picture of

7    all the allegations that you have against Memorial

8    Sloan Kettering?

9         A.    Yeah.  Most of it.  Yes.

10        Q.    Okay.  When you say "most of it," is

11   there something that's not reflected in this

12   document?

13        A.    Yes.  It's reflected here.

14        Q.    It is reflected here?  Okay.  Let's

15   focus on some specific allegations in here.  Can

16   you turn to paragraph 20, please?  Can you just

17   read that paragraph to yourself?

18             MR. MORIARTY:  Not aloud.

19   BY MS. YOST:

20        Q.    You don't have to read it out loud.  You

21   can just read it to yourself.  Let me know when

22   you've finished that.

23        A.    Yes, ma'am.

24        Q.    When was it that you developed the

25   software to integrate MRI-PET?

1                           Mohan Pauliah

2          A.    This was right from day one of joining.

3     That's 2009.

4          Q.    And what publication are you referring

5     to in this paragraph?

6          A.    This is a technical development work,

7     and she -- we talked about the collaborator and

8     Michelle Bradbury taking multiple publications.

9     And it's reflected in that.  So, one of the
10    publications -- before we publish -- do the
11    manuscript submission, we submit the abstract.
12                    So, this abstract, you know, from a
13    green card and all, it's very important that I
14    have a citation and for sale of publications to
15    qualify for the external applicant.  So, this is a
16    important development we did, and we were
17    successful.
18                    And she was very happy with my
19    results from the day one when I show it, and I
20    wanted to make it as a -- be even in a well class
21    stage.  So, I submitted -- I went and submitted
22    the paper -- manuscript -- on midnight --
23    12 o'clock.  I remember.  And that accepted for
24    the world.
25         Q.    It was accepted for an award?

1                    Mohan Pauliah

2         A.    For world presentation.

3         Q.    For a world presentation?

4         A.    Normally, it's electronic posters.  But

5    if it is a very clinical significance and an

6    externally work, it will be selected for the

7    world.  And this was -- I got a approval -- I got

8    the acceptance.  That's a great thing.

9              COURT REPORTER:  You got what?

10        A.    Accepted for the world presentation at

11   ISMRM.  It's a body of more than 5,000 people

12   gathered.

13   BY MS. YOST:

14        Q.    I'm sorry.  What's the name of it?

15        A.    ISMRM.

16             COURT REPORTER:  Can you spell it?

17   BY MS. YOST:

18        Q.    Yeah.

19        A.    International Society of Magnetic

20   Resonance in Medicine.  In short form, ISMRM.

21        Q.    And so, you wrote an abstract; is that

22   right?

23        A.    Yeah.

24        Q.    And was there a title of the abstract?

25        A.    It's integration of PET-MRI -- I don't

```
 1                  Mohan Pauliah

 2   remember exactly.

 3       Q.   Is it, "MRI-PET Surgical Target and

 4   Generation of Parametric Maps Reflecting Cellular

 5   Proliferation and Microvascular Permeability and

 6   High-Grade Gliomas"?  Is that -- is that the

 7   abstract?

 8       A.   Yeah.  I don't remember exactly, but

 9   that's -- that's the one.
10       Q.   And what exactly happened with this
11   abstract?
12       A.   So, this abstract accepted in oral
13   presentation ISMRM.  And I have to go there and
14   present.
15       Q.   And so, did you, in fact, get first
16   author credit on this abstract?
17       A.   I was the first author of that.
18       Q.   So, you did get first author credit?
19       A.   Yeah.  First author in that.  But she
20   wanted to withdraw this one.
21       Q.   Uh-huh (affirmative response).
22            MS. YOST:  Mark this as Exhibit 7.
23            (Exhibit No. 7 marked for
24            identification.)
25
```

Page 74

```
 1                    Mohan Pauliah

 2    BY MS. YOST:

 3        Q.    I'm handing you a document that's been

 4    marked as Exhibit 7.  If you could take look at

 5    that, please, and let me know when you have read

 6    it.  Have you had a chance to read the document?

 7        A.    Yes.  I know this e-mail.

 8        Q.    What do you know about this e-mail?

 9        A.    This e-mail -- this is -- this is where
10    I showed my expertise.  That when they brought up
11    this, there is mismatch.  The first -- so, it's a
12    deadline.  I submitted some -- some of the values
13    in the document.  And later, we can also --
14    because you have to get a spot.
15                    So, Michelle did not correct
16    those -- you know, we were exchanging e-mails
17    before the submission, but she was not willing to
18    correct it or anything.  So, I put it inside.  And
19    this -- this is -- this is where my expert will
20    come here integrating what the corrective factors
21    that would imply to make it similar to PET.
22                    So, this is, here, two different
23    technologies.  The patients are imagined in PET
24    first and the MR.  And that's conditions -- if the
25    pathological conditions remain the same, two
```

```
 1                    Mohan Pauliah

 2   different equipments, two different traces.

 3                    And radiologist going to have

 4   expert opinion having two different equipments.

 5   So, my expert is shown here.  But when Pat

 6   Zanzonico wrote this letter, I went and explained

 7   to him --

 8        Q.    Uh-huh (affirmative response).

 9        A.    -- and John Humm.
10        Q.    Okay.  So, let's just back up for a
11   minute to make sure --
12        A.    So, this is very technical.
13        Q.    Okay.  Yeah.  Let me just make sure we
14   get into the record what has transpired here.  So,
15   this e-mail is dated March 6th, 2012; is that
16   right?
17        A.    Yes.
18        Q.    So, in -- as of March 6th, 2012, your
19   abstract had been accepted to this conference; is
20   that right?
21        A.    Yes.
22        Q.    Okay.  And then, it was also in 2012
23   that Dr. Bradbury wanted you to withdraw it; is
24   that right?
25        A.    Yes.
```

```
 1                    Mohan Pauliah

 2        Q.   Okay.  And in this e-mail, is it fair to

 3   say that Pat Zanzonico is questioning your

 4   methodology?

 5        A.   Yeah.  Pat Zanzonico is -- primarily,

 6   he's on the PET side.  So, I got the datas from

 7   the PET imaging.  Okay.  So, I was trying to

 8   integrate MR and PET.  I had the -- a software

 9   developed by me correlating PET and MR together.
10   So, Pat didn't know what we did, how I obtained
11   the values.  And I went and explained to them
12   where you will enter these correction factor.
13        Q.   And so, Pat -- what was Pat Zanzonico's
14   role at this time?
15        A.   He was a co-author in this.  He is the
16   collaborator with us.
17        Q.   And he says in his e-mail, "While I
18   appreciate your efforts, I do not recollect having
19   seen this abstract or having the opportunity to
20   review for now"; is that right?
21        A.   Yeah.
22        Q.   So, he hasn't seen the abstract before
23   this time?
24        A.   He hasn't seen an abstract.  It's
25   Michelle Bradbury who normally puts the author's
```

1                    Mohan Pauliah

2   name in it.

3       Q.   Is it typical for someone to be listed

4   as a co-author on an abstract and had never seen

5   it before?

6       A.   But usually, it's not done that way.

7   But Michelle Bradbury does put the author's

8   name -- even many authors.  My first other

9   publications were submitted.  I remember one in
10  New York, that auditorium.  And I didn't even know
11  she submitted my abstract.  That's me.  I'm the
12  first author there.
13      Q.   All right.  So, she submitted a first
14  author abstract for you that you didn't know
15  about?
16      A.   Yeah.
17      Q.   When was that?
18      A.   That was in 2017, I believe.
19      Q.   2017?
20      A.   2017, 2016, that time.  I was -- so, I
21  asked her -- I wanted, at that time, many of the
22  conferences to see what the scientific
23  achievements are done in this area so that I can
24  improve the precision imaging.
25               You don't normally kill the normal

1                   Mohan Pauliah

2    cells.  Keep in context of the normal structure.

3    One leak kill the tumor cells.  That's the

4    speciality I was very particular and wanted

5    developed and helping improve the patient life.

6         Q.   Did you have an understanding of why she

7    submitted that first author abstract for you?

8         A.   I was requesting for many papers to be

9    published and abstract to be published.  If I have

10   to have a scientific advancement, then I can't

11   stay in this field.  Everybody is like -- and we

12   are the top of the field.  We are developing

13   something new that will benefit a patient, and we

14   wanted to bring it to the world as a leader.

15        Q.   So, is it fair to say that she submitted

16   that first author abstract to try to help you?

17        A.   I didn't know when she submitted it, but

18   I later came to know.  But I wanted that at this

19   conference, but she did not give me permission.

20        Q.   Okay.  But is there any reason she would

21   have submitted your abstract with you listed as

22   first author other than to try to help you?

23        A.   Pardon, please.

24        Q.   So, is there any reason she would have

25   submitted your abstract and listed you as a first

1                     Mohan Pauliah

2   author other than trying to help you?

3       A.    When I have done the work, normally, all

4   the managers give a credit to the worker.

5       Q.    Right.

6       A.    And Michelle Bradbury has to do that

7   job.  I expect that she should do that.  She did

8   not -- she did not do it in many other areas, but

9   this one, she submitted it, but I wanted to

10  attend.  She did not give me permission to attend.

11      Q.    Okay.  And you're talking about the 2017

12  one at this point?

13      A.    For this -- for this.

14      Q.    No.  You're talking about the 2012 one.

15      A.    Oh, okay.

16      Q.    Wait.  Which one are you talking about

17  when you're saying she didn't give you permission

18  to attend?

19      A.    That was the 2017, which is --

20      Q.    2017?

21      A.    -- in New York -- New York.  It happened

22  in New York.

23      Q.    Okay.  But I think -- my question is:

24  Do you think that there was any negative purpose

25  behind her submitting a first author abstract on

1                    Mohan Pauliah

2    your behalf?

3        A.    This?  No.  No.

4        Q.    No?  Okay.  All right.  So, turning back

5    to this 2012 paper and conference.  So, at this

6    point, during this -- when this March 6th, 2012,

7    e-mail was sent, it looks like Pat had not seen

8    the abstract.

9                And then at the bottom of the
10   e-mail, he says, "Again, I would strongly advise
11   withdrawing the abstract so that all of the
12   co-authors have an opportunity to carefully vet
13   the data before presentation or publication.  At
14   the very least, I would respectfully request that
15   my name be removed from the abstract, as I have
16   not seen it previously and cannot vouch for the
17   results at this point."
18                Did I read that accurately?
19       A.    Yes.
20       Q.    Okay.
21       A.    Yes.
22       Q.    And so, you saw this e-mail, and then --
23   are you saying you went to talk to Pat Zanzonico?
24       A.    I went to talk to Pat Zanzonico, show
25   the readings, show the values, and also with John

1                     Mohan Pauliah

2    Humm and make them understand what it is step by

3    step.  All the values are coming and what needs to

4    be done to get it corrected.

5                     So, normally this is called slope.

6    That's you only need to read it in the image

7    headers, which they don't know.  But I was able to

8    tell them, and that's how they came and supported

9    me.

10        Q.   So, after you talked to them, did

11   they -- what did they say?

12        A.   So, they accepted my thing.  But they

13   also advised in support of me to Michelle, also,

14   saying that, you know, the abstracts are

15   normally -- you know, the values -- it may not

16   look perfect.  But abstracts are, like, you know,

17   to know the concept only, the proof of concept.

18        Q.   So, I --

19        A.   So, even if it is there, something

20   deviations, we will work on it; but don't withdraw

21   the abstract.  That's what they advised us.  So,

22   we had two abstracts on the same name.  If you

23   have -- see on the internet, there will be two.

24   Some of the others will have -- those one

25   withdraw.

1                    Mohan Pauliah

2              I think Michelle has withdrawn

3    those later.  Some of them wanted to be there.

4    They put the ones.  So, I think Pat Zanzonico and

5    two of the authors, like -- there's one.  Rachael.

6    She was one.  But later, he came and told me, "I

7    want to be inside."

8         Q.    So, there were other authors besides Pat

9    Zanzonico who did, in fact, withdraw their names
10   from this abstract?

11        A.    One more.  One more.  But she came later
12   to me to add it to the abstract when she found
13   this is what, so.

14        Q.    I'm sorry.  I just want to understand.

15        A.    In the beginning -- in the beginning,
16   there was -- they said, "We are withdrawing," Pat
17   Zanzonico and Rachael, I think.  I remember these
18   two authors.  So, Bradbury removed both of the
19   authors, kept rest of the authors like Brennan,
20   Cameron, surgery.

21                 We were collaborating in many areas
22   with the surgeon of medical physicist radiology.
23   And so, those -- so, we had -- you will see two
24   versions in the websites nowadays.  I guess the
25   modern will have two -- for the same abstract, two

1                      Mohan Pauliah

2    authors -- two different kind of authors.

3        Q.   So, I just want to make sure I

4    understand.  So, initially, Rachael and Pat did

5    not want to be on the abstract, so Bradbury

6    withdrew them.  And then later, they changed their

7    mind and did want to be on the abstract.  Is that

8    your testimony?

9        A.   Yes.
10       Q.   Okay.  All right.  And when you say that
11   Pat and John went to talk to Michelle to encourage
12   her not to withdraw it, were you present for that
13   conversation?
14       A.   Yes.  I presented my work, also, for
15   that.  I personally went -- when I saw this
16   e-mail, I personally went and showed them what I
17   did step by step.  Make it very clear to them.
18   And then was a presentation.
19                   I was asked to present the whole
20   thing with the 20 slides, I believe -- more than
21   20 slides.  And every slide was corrected,
22   mentored by -- I mean, by John Humm and was seen
23   by Dr. Bradbury.  And I have answered all of the
24   questions.
25       Q.   Uh-huh (affirmative response).

```
1                    Mohan Pauliah

2        A.    And that was the technique I developed,

3   and that was the leading technique -- that's a

4   leader.   That's all the Memorial Sloan always lead

5   in technology development.   And that came later as

6   official grants.

7        Q.    Okay.   So, you presented this material

8   to Dr. Bradbury and the others.   And what did --

9   what was the conclusion of that?

10       A.    They accepted my findings, and I was

11  able to answer all the questions.   It was not only

12  the internal collaborators.   It was also from

13  outsiders.   Like, from the medical physics.   They

14  were also kind of similar for the whole medical

15  physicist people.   So, when they had questions

16  also, I was able to answer them and approved.

17       Q.    Okay.   And so, when was it that you --

18  that the abstract was withdrawn, then?

19       A.    She was trying to withdraw every time.

20  She came usually -- on the e-mail, she wrote to be

21  draft.   But I asked her to call the -- I used the

22  coordinator to, you know -- then she -- she also

23  clearly told her not to withdraw at this time.

24  You know, you have one more time.

25                   But abstracts are normally -- it's
```

1                    Mohan Pauliah

2     a crucial concept they explain to them.  And it

3     was later -- you know, she didn't withdraw that

4     one later.

5          Q.   So, she didn't withdraw it?

6          A.   She did not withdraw the form.  Then, I

7     was planning to attend that workshop or the -- I

8     guess, a meeting, which is to be held in

9     Australia.

10          Q.   Uh-huh (affirmative response).

11          A.   Because that's a life line for me.

12          Q.   But, so this particular abstract -- I'm

13     sorry.  This particular abstract was not, in fact,

14     withdrawn?

15          A.   Yes.  But she was planning to withdraw

16     but not later withdraw, yes.

17          Q.   Okay.  Is it fair to say the reason she

18     was going to withdraw it was because of these

19     concerns that Pat Zanzonico had raised?

20          A.   No.  I can't say that.  I can't say

21     this -- that's because of only -- because I make

22     them to understand, so.

23          Q.   Okay.  But do you know why Michelle was

24     thinking about withdrawing it?

25          A.   I was not knowing the intentional.

1                    Mohan Pauliah

2    Later, I came to the intention that she won't

3    allow me to present it at -- attend the

4    conference.  That image came clear to me.  But she

5    did not support me in attending the conference.

6         Q.   Okay.  But in terms of why she was

7    thinking about withdrawing the abstract, you don't

8    know one way or the other whether it was because

9    of these concerns that Pat had raised?

10        A.   As soon as I received this e-mail, I

11   produce all the data and explained to them step by

12   step what I did.

13        Q.   Again, I just want to be clear.  You

14   don't know why Michelle was thinking about

15   withdrawing it, right?

16        A.   Yeah.  Yeah.

17             (Exhibit No. 8 marked for

18             identification.)

19   BY MS. YOST:

20        Q.   Okay.  All right.  I'm going to hand you

21   what's been marked as Exhibit 8.  I'm handing you

22   a document that's been marked as Exhibit 8.  This

23   appears to be an e-mail from you to Michelle

24   Bradbury -- although, I surmise others may have

25   been copied on it -- dated May 2nd, 2012; is that

1                    Mohan Pauliah

2    right?

3        A.    Yeah.   This e-mail, I told you

4    previously just before, she wrote that e-mail

5    sitting on my laptop.

6        Q.    And so, you're saying that she wrote

7    this e-mail?

8        A.    Yeah.

9        Q.    How did she write this e-mail?
10       A.    Because she was asking me to, you know,
11   withdraw and all of this stuff going.  But I was
12   pursuing that we should go on, and I should be
13   able to present it orally.  And all that is
14   prohibiting me is the visa status.
15       Q.    Right.  So, you could not attend because
16   of your visa status?
17       A.    And she had to give me permission, too.
18   But she was arranging another one to present my
19   work.
20       Q.    Right.  But is it accurate that you
21   could not attend because of your visa status?
22       A.    Visa status, by the three months, they
23   could have arranged for it.
24       Q.    Who could have arranged for it?
25       A.    Memorial -- Memorial Sloan Kettering

1                      Mohan Pauliah

2    Cancer Center.  They have a visa department.

3         Q.    Right.  But --

4         A.    Immigration call center is there at that

5    department.

6         Q.    But if the type of visa you had did not

7    permit international travel, how could Memorial

8    Sloan Kettering have allowed that to happen?

9         A.    So, after my visa kind of extending
10   every three months, which is very abnormal to MSK
11   policies.  MSK usually allows a year or more.
12   Sometimes three years or more.  But for me, she
13   was -- every three months, she was extending, if I
14   recall correctly.
15        Q.    Are you aware that Michelle Bradbury is
16   not responsible for visas?
17        A.    Michelle Bradbury recommends, then the
18   visa attorney will act on it.  Their job is to get
19   the visa for us.
20        Q.    The immigration department's job is to
21   get the visa for you, correct?
22        A.    Yeah.  Yeah.  Yeah.  One year under
23   recommendations of my manager.  We cannot ask
24   them.  It's the -- upon the recommendations from
25   the manager.  They will -- Sloan Kettering has a

1                     Mohan Pauliah

2   special route to get the visas.

3        Q.   There are certain requirements for

4   visas, correct?

5        A.   But attending --

6        Q.   Can you answer the question?  There are

7   certain requirements that you have to meet to get

8   a visa, correct?

9        A.   No.  I mean, can you give me some
10  example?  I'm --
11       Q.   Well, I mean, every visa has its own
12  requirements about what type of work you have to
13  do and things of nature, correct?
14       A.   Yes.  Yes.  So, for me, I'm on my J-1
15  visa at that time.  So, going abroad, getting
16  stamped, and then come back.
17       Q.   And do you --
18       A.   Only --
19       Q.   Do you know one way or the other whether
20  you could travel internationally on a J-1 visa?
21       A.   Yeah.  Many people travel.
22       Q.   So, why is it that you're saying here
23  that you could not travel because of your visa
24  status?
25       A.   Because the visa status -- she was

1                    Mohan Pauliah

2     extending every three months, which is against the

3     policy of MSKCC.

4          Q.    Did you have an active visa at this

5     time?

6          A.    I had active, but it was expiring next

7     month, if I remember correctly.  So, I cannot

8     travel.  So, they have to extend my job, extend my

9     work authorization.  And then -- so, I think there

10    was one manager -- a mystery person working on

11    this.  She asked -- explained to her very clearly.

12    And then, she made arrangements to present my work

13    with another physicist.

14         Q.    Okay.  But do you have any reason to

15    disagree with the fact that your visa status did

16    not allow you to go to Australia at that time?

17         A.    It can -- MSK or any institution can

18    make it possible, ma'am.

19         Q.    They could make it possible, but was it,

20    in fact, possible at that time for you to travel

21    to Australia?

22         A.    It was possible.

23         Q.    Why do you say it was possible?

24         A.    It's just to have a visiting visa to

25    visit another country to come back.

```
 1                     Mohan Pauliah

 2         Q.    But did you have a visiting visa at that

 3    time?

 4         A.    I have a working J-1 visa in this

 5    country, so I can travel to any country from here.

 6         Q.    If MSK's immigration department felt

 7    that you could not travel because of your visa

 8    status at that time, would you have any reason to

 9    dispute that?
10         A.    MSK?
11         Q.    I would assume that MSK's immigration
12    department understands visa rules better than you.
13    Is that fair to say?
14         A.    But American visas policies and visa
15    regulations for easy and for -- especially for the
16    scholars.  It's very easy to get -- to go present
17    your work in any countries.
18         Q.    All I'm asking is:  Do you think that
19    MSK's immigration department had a better
20    understanding of the visa rules than you do?
21         A.    They do.
22         Q.    Okay.  So, if they said that you could
23    not attend because of your visa status, would you
24    have any reason to think that was not true?
25         A.    They can make it possible, also.
```

1                    Mohan Pauliah

2        Q.    That's not -- doesn't answer the

3    question.   If MSK's immigration department said

4    that you could not travel because of your visa

5    status, would you have any reason to think that's

6    not true?

7        A.    Not true?  Yes.

8        Q.    You would have a reason to think it's

9    not true?  Is that what you're saying?

10       A.    Yeah.  So, if they say I cannot travel,

11   I don't know the reason.  But if they said that I

12   cannot travel, maybe yes.  Yes.

13       Q.    I'm sorry.  So, you agree that if they

14   said you could not travel because of your visa

15   status, then you probably could not travel because

16   of your visa status?

17       A.    Yeah.

18       Q.    Okay.  Okay.  So, going back to this

19   e-mail.  So, you are saying that Michelle wrote

20   this e-mail, even though it appears to be an

21   e-mail from you?

22       A.    Yeah.  She wrote this e-mail --

23       Q.    Okay.  And --

24       A.    -- and asked me to send it.

25       Q.    -- do you have any reason to think that

1                    Mohan Pauliah

2    her desire for you to not go was for any reason

3    other than your visa status?

4        A.    Yes.

5        Q.    And why do you think that?

6        A.    Because I go meet people.  Meeting --

7    scientific meetings are fellowships.  Meet people.

8    Get opportunities, more opportunities.

9    Collaborating.  Extend your area of expertise.
10   Get to know others, also.  And you go next step.
11       Q.    Okay.
12       A.    So, scientific -- every researchers who
13   works in the field of development have to
14   definitely attend this kind of scientific --
15   because that's the only exposure you get.
16       Q.    Right.  I'm not disputing that there was
17   a benefit to you obtain -- attending the
18   conference.  But do you have any reason to think
19   that it was -- that Michelle -- let me just
20   rephrase that.
21              Did Michelle explain to you why she
22   didn't think you should go to the conference?
23       A.    She did not explain to me.  She was --
24   she was every time wanted to withdraw, wanted to
25   send another person.  So, I wanted this to happen.

1                    Mohan Pauliah

2    Because this is a world presentation.  If I had

3    gone there, I would have gotten a medal.  I know

4    that's work worth the medal, gold medal or

5    whichever award -- the best award, I would have

6    got it.  I know.  But I was insisting on that.

7         Q.   And so, the only communication that you

8    had with Michelle about this is the fact she wrote

9    this e-mail, in which she said, "I have called the
10   Australian embassy visa office in Washington,
11   D.C., USA, but was unable to get the visa.  It's
12   short notice because of the administrative
13   processing time for having Indian passport."  Is
14   that what this e-mail says?
15        A.   This was the reason she wanted to write
16   there, but there was another e-mail from -- I
17   think -- I think someone was helping me to get --
18   go -- attend from the radiology department.  So,
19   she also told them, like, you can get that route,
20   another way of getting the visa, and then come
21   back to work.  By the time -- you know, J-1
22   expired date, within five minutes, they can renew
23   it.
24        Q.   I'm sorry.  So, someone else in the
25   radiology department said that there was another

1                    Mohan Pauliah

2    way you could go?

3         A.    Yeah.  Yeah.  So, she has the link with

4    the MSK immigration office.

5         Q.    Did you have any discussions with the

6    immigration office about this indirectly?

7         A.    Not at this time but later.

8         Q.    And what were the discussions you had

9    with the immigration department later?

10        A.    Later for the green card.  I had to go

11   in and --

12        Q.    Okay.  So, you don't know -- you don't

13   know one way or the other whether the immigration

14   department said you couldn't go or not; is that

15   right?

16        A.    But I know from my friends and everyone

17   to -- anybody can go from America -- you be an

18   Indian or any citizen can go and present the work.

19        Q.    Okay.  That's not my question, though.

20        A.    Yes.

21        Q.    You don't know whether MSK's immigration

22   department said you could not go to the

23   conference; is this right?

24        A.    This is -- this is not coming from the

25   MSK immigration department.

```
 1                    Mohan Pauliah

 2        Q.   I understand that's not coming from the

 3   immigration department.  But do you know one way

 4   or the other whether Memorial Sloan Kettering's

 5   immigration department said that you could not go

 6   because of your visa status?

 7        A.   Yeah.  I answered the question.

 8        Q.   No, you didn't.  I think the answer is

 9   no, but I want to confirm.  You don't know whether

10   MSK's immigration department said that you could

11   not go because of your visa status, correct?

12        A.   At that time, I didn't know.  I didn't

13   know.

14        Q.   Okay.  Thank you.

15             Okay.  So, this was a conference

16   that happened in 2012; is that correct?

17        A.   Yes.

18        Q.   Okay.  So, were there any other

19   conferences that you could not -- that

20   Dr. Bradbury told you you could not attend?

21        A.   There was many other conferences coming.

22   I was trying to put abstracts, but she would not

23   increase me to put any abstracts or anything.  So,

24   I didn't want to take care of -- you know, I want

25   to make a smooth path, you know, where putting the
```

```
 1                  Mohan Pauliah

 2   paper -- manuscript paper.  But there are many

 3   opportunities there to publish, but she was

 4   supporting others.

 5        Q.   I'm sorry.  I want to unpack that.  So,

 6   you said there were other conferences that you

 7   wanted to attend, like, based on the same paper?

 8   Is that what you were referring to?

 9        A.   Yeah.  Well, multiple techniques
10   developed.  There may be another area of
11   presenting the papers to, yes.
12        Q.   Okay.  So, when were these other
13   conferences?
14        A.   I don't remember exactly, but
15   opportunities -- presenting opportunities best
16   cause in Washington, D.C.  And I had -- there are
17   many areas we can put the presentation.
18        Q.   And do you -- you don't remember when
19   these conferences were?
20        A.   It's on every basis, every month and
21   every --
22        Q.   Was there a time -- specific time that
23   you asked her to present at a conference?
24        A.   Every time I asked her.
25        Q.   Well, how many times did you ask her?
```

```
 1                    Mohan Pauliah

 2         A.    Every time, because that's a lifeline

 3   for my (sic) to stay in the country.

 4         Q.    What do you mean every time you asked

 5   her?

 6         A.    Every time I get -- I want to present

 7   this paper or put out a manuscript.  Manuscript,

 8   that gives me the civility to the world and

 9   international community that I am the one who is
10   developing that, because we are leading that.  So,
11   that kind of leverage, I wanted.  That improves my
12   card, and even MSK.  So, I worked hard for this,
13   so I wanted to publish.
14         Q.    But when you say when you put out a
15   manuscript -- so, you put out this manuscript; is
16   that right?
17         A.    Yeah.  This is an abstract, so I write
18   the full paper after that, also.
19         Q.    Okay.  When did you write the full
20   paper?
21         A.    Soon after that, the same.  We wrote a
22   letter of -- I worked with John Humm and Pat
23   Zanzonico.  We wrote the full paper.
24         Q.    And when did you write that paper?
25         A.    Right after three months, I think.
```

1                     Mohan Pauliah

2    Yeah.  It was ready to publish every time.  We

3    wanted to know which journal, and the format will

4    be fine.  So, Paul -- we had not decided on this.

5    We will go and -- so, I will -- she will not do

6    it.

7                     So, I will go and talk to John

8    Humm.  John Humm also wanted this paper

9    deliberately.  If I have -- if I understand him

10   correctly, too.  Because this is a collaboration

11   work.  This a leading work that MSK would take it

12   to the next level.

13        Q.    And so, when you say that you approached

14   her about conferences when you had a manuscript,

15   so were those discussions also in 2012?

16        A.    Yeah.  2012 and after, yes.  After this.

17   Right after this.  Yeah.

18        Q.    Okay.  So, how long after this

19   manuscript do you think you were having these

20   discussions with Michelle?

21        A.    So, when you write an abstract -- a

22   manuscript, you have background methodology and

23   discussions on it.  So, various people also

24   contribute to that.

25        Q.    Okay.  But in terms of the time line,

1                    Mohan Pauliah

2    like -- so, you wrote the manuscript in 2012.

3    Like, how long after that would you have been

4    asking Michelle to go to conferences?

5         A.    Every time, I would say.  Every time.

6    Every year.  Every opportunity that we have it.

7         Q.    Okay.  But at some point, the manuscript

8    would have been -- you wouldn't have been trying

9    to go to a conference on a manuscript you wrote in
10    2012 anymore, right?
11         A.    What?
12         Q.    So, like, if you wrote the manuscript in
13    2012, at some point, I assume that you would not
14    be asking to go present at a conference on a paper
15    you wrote in 2012 in, like, 2015?
16         A.    Okay.  So, abstract only presentable.
17    So, you go present abstract only the meeting, not
18    the manuscripts.  Manuscripts will lead to submit
19    to the journals.  Manuscripts will lead to --
20    submit to the journals.  You don't have to present
21    that.  So, we are talking about abstracts, so.
22                    I also translated some of my work
23    in spine and breast and other areas.  I worked on
24    the brain.  So, I wanted to translate that one to
25    the spine.  So, I had an abstract putting into the

1                    Mohan Pauliah

2    ISMRM later with Sasan Karimi.  And he supported

3    me to get it -- present that paper.  So, with him,

4    I wrote another abstract.

5         Q.    And when was that?

6         A.    It was the next year, I think.

7         Q.    2013?

8         A.    Yeah.  I think 2013 was the year.  Yes.

9         Q.    And so, you did, in fact, present that
10   paper?
11        A.    I did not get for oral but for
12   electronics.  So, I didn't need to go for
13   presentation there.  But he was telling me to ask
14   for money to travel if you want to return there.
15   But she did not give me permission to travel to
16   other than that ISMRM conference.
17        Q.    But you were not going to present to
18   that conference?
19        A.    It was an electronic poster, ma'am.
20        Q.    Maybe I don't understand what that
21   means.  What does that mean?
22        A.    So, oral means you have to be there to
23   present.  And electronic posters, you just upload
24   your documents the Power Point slides.  You don't
25   need to present there maybe, I think.  But if you

1                    Mohan Pauliah

2    need to attend the whole conference, you can go.

3    Because you have the first author and the

4    co-authors on the paper.  MSK already imply it

5    would fund me to attend, but she refused me to go

6    on that conference.

7         Q.   But I'm just confirming that you were

8    not scheduled to present at that conference; is

9    that right?

10        A.   Electronic poster?  Those with

11   electronic poster, you can stand next to the

12   monitor and press and solve.  So, people come and

13   watch it.

14        Q.   So you could --

15        A.   Not like --

16        Q.   You could present, but it wasn't, like,

17   a formal presentation?

18        A.   Yeah.  Yeah.  No.  Not a formal.  No.

19        Q.   Okay.  Do know why Michelle didn't

20   authorize it?

21        A.   She should have supported, I believe,

22   but she did not.

23        Q.   You don't know why?

24        A.   I don't know.

25        Q.   Okay.

1                     Mohan Pauliah

2         A.    And she was supporting others.

3         Q.    And do you know what others' papers

4    were?

5         A.    Phillips -- Phillips -- I think

6    Phillips.  I think.  I don't remember his full

7    name.  He is a -- he is a technician, but he was

8    allowed to submit abstracts and other manuscript

9    as a first author, which I worked on it.  He was
10   given the first author on that, but I was given
11   the middle authorship.
12        Q.    Did he have a greater role in that paper
13   than you?
14        A.    The work is done by me.  Most of the
15   works.
16        Q.    What are the requirements for a first
17   authorship?
18        A.    Oh, there are many increments.  Every
19   journals would ask for work -- what role you
20   played and all that.
21        Q.    Uh-huh (affirmative response).
22        A.    So, the work I did, I was asking for my
23   name to be person as first author.  And some of
24   the works I did collaboratively, I asked for
25   co-authorship.  But most of the time, it's denied.

1                     Mohan Pauliah

2    But first author paper, she never gave me one.

3         Q.    Is it your understanding that you have

4    to provide scientific insight to be a first

5    author?

6         A.    We do.  At the beginning of the start of

7    the experiment, we all discuss what to be done.

8    How we -- how we proceeding further.  If what --

9    if a problem comes, how we solve it.  These all
10   discussed prior.
11        Q.    Uh-huh (affirmative response).
12        A.    And imaging side, I have expertise with
13   Michelle only coordinating kind of things.
14        Q.    But isn't it true that developing
15   software on its own would not be enough to get
16   first author credit?  You need to have scientific
17   insight, as well, correct?
18        A.    This work later turned to be a patent.
19   And I hold the patent for 50 percent more than
20   that.
21        Q.    Uh-huh (affirmative response).
22        A.    Yeah.
23        Q.    Right.  The requirements for --
24        A.    So, that's a patentable -- patentable
25   work.  That's --

1                    Mohan Pauliah

2        Q.   The requirements for a patent are

3   different than the requirements for a scholarly

4   publication, though, correct?

5        A.   So, it's on a similar note.  You need to

6   have new development.  It's not that you -- you

7   know, research and -- it's not a review paper.

8   It's original works, and you have to be innovative

9   in a sense that you have done advanced the field.

10  And patents means innovations and know that you

11  are protected by the intellectual properties.

12       Q.   Uh-huh (affirmative response).  And do

13  you know one way or the other whether what Phillip

14  did was innovative?

15       A.   No.  I was -- I was training him.  I was

16  to how to do the orientations and take the

17  measurements of.  But she did not give my name on

18  it.

19       Q.   Did he write the paper?

20       A.   Did he write the paper?  A force -- I

21  know this was exchange between him and her.

22       Q.   Uh-huh (affirmative response).

23       A.   But Michelle does most of the editing

24  and writing.  That's what she always claims.

25  Like, I wouldn't have --

1                    Mohan Pauliah

2        Q.    Do you know whether he played a

3   significant part in writing the paper?

4        A.    Everybody will have contributed.  It's

5   not whole authors contributed.  But in my cases, I

6   was excluded.  Denied.

7        Q.    Were there papers that you played a

8   substantial part in writing that you were excluded

9   from?

10       A.    Yeah.  The methodology also.

11       Q.    What?

12       A.    Methodology.

13       Q.    I'm not saying methodology.  I'm

14   saying -- not doing methodology.  Were there

15   papers that you had a significant role in writing

16   that you were excluded from first authorship of?

17       A.    I have a -- for explained to her given

18   the paragraph of my role and what I did.  Paper

19   consists of multiple disciplinarities in this

20   case.

21       Q.    So, you would give her --

22       A.    It would be a surgeon.  It would be a --

23   for pathologist.  It would be a -- another of

24   (unintelligible) or biologist.  They would all

25   have contributed to the work.

1                    Mohan Pauliah

2        Q.    Right.  But the first --

3        A.    Everybody -- everybody --

4        Q.    Okay.  I understand.  But --

5        A.    Sorry.

6        Q.    So, my question is:  Were there papers

7    that you had a substantial role in writing, the

8    actual content of the paper, not just what your

9    contribution was, that you were excluded from
10   first author credit?
11       A.    Yes.
12       Q.    What paper was that?
13       A.    That was -- I can primarily say at least
14   three plus more.  But the papers that have been
15   published here on the internet I see, those are
16   the papers I have not.  One is -- the first very
17   one is the integrative biology paper.  And this --
18   my work has never been published, the work I did.
19       Q.    But you were given first author credit
20   for it?
21       A.    For the abstract only, ma'am.  So, the
22   abstract -- abstract doesn't add more weight
23   unless it is a manuscript that's been
24   peer-reviewed and published in a good journal that
25   carries a citation.

1                          Mohan Pauliah

2          Q.    Okay.  But so, you don't have first

3     author credit because it's not been published.

4     But are there -- you mentioned the integrative

5     biology paper.  Was that published?

6          A.    Yeah, it was published.

7          Q.    Okay.  Where was it published?

8          A.    It was published right after 2016 or --

9     I don't know.  It's still available in the paper.
10    That's a first paper that I worked on developing
11    the technique -- measuring techniques, and she
12    said she will put my name.  She did not put.  When
13    it is available for -- on the internet, and I
14    think -- I went and cornered her.
15         Q.    And so, what was your role in that
16    paper?
17         A.    I did all the measurements, and I added
18    the quantitation part.
19         Q.    And did you write that paper?
20         A.    Yeah.  As -- I did.  Usually how we do
21    it, I meet with her every morning, normal then,
22    and explain how we did it.  So, normally, she edit
23    and writes on the computer.  That's how we work on
24    a daily basis.
25         Q.    Okay.  So, she actually wrote it, then?

1                    Mohan Pauliah

2        A.    Most of the work, everything is, like --

3   we all contribute sitting and writing together and

4   all of that.  And we write the paragraph.  If she

5   asked for it, we will add to that.

6        Q.    So, do you know one way or the other how

7   she worked with other people who got author

8   credits?

9        A.    Some other people -- she also add some
10  other people which have no contributions at all.
11  But I've -- that's -- that's -- I don't know much
12  details about that.  I have --
13       Q.    Okay.  So, just to be clear, you don't
14  know whether with other people in the lab, she
15  also, like, sat and wrote while they were -- while
16  they were helping with talking, whether they
17  actually themselves wrote the papers?
18       A.    Yeah.  But the work, we did together.
19  Right?  Those are the people will be listed on the
20  co-author that I know.
21       Q.    Okay.  But with respect to other people
22  in the lab who got author credits, you don't know
23  what their role was relative to what Michelle's
24  role was, correct?
25       A.    Yeah.  I focus on my work and my

1                    Mohan Pauliah

2    routine -- my work to be author -- given a

3    co-author paper.

4         Q.    Okay.  And with the integrative biology

5    one, you developed the measurements, and you

6    talked with Michelle about it.  But she edited it

7    and wrote it?

8         A.    She edited it and wrote and did a -- I

9    contributed to the methodology and all that, but
10   she didn't add my name.

11        Q.    She didn't add your name at all, or you
12   just weren't first author?

13        A.    Yeah.  She did not add me as a co-author
14   in that paper.  I brought it to her.  She
15   apologized.  But I asked her if there is any way
16   you can add my name after the publication.  It's
17   coming in the internet.  She said she will -- she
18   will talk to the publication editor, but she never
19   did that.

20        Q.    How do you know she never did it?
21        A.    It's not added.  My name was not added.

22        Q.    Is it possible that she talked to them
23   and they said they couldn't add it?

24        A.    There is always a -- we can add.

25        Q.    Did she explain to you -- did she ever

1                    Mohan Pauliah

2    tell you why she didn't add your name?  Was it

3    just a mistake?

4         A.   She said, "I forgot."

5         Q.   Do you have any reason to think that's

6    not the reason?

7         A.   Yes.

8         Q.   What do you have?  What reason do you

9    have to think it's not the reason?

10        A.   She doesn't want to acknowledge me, my

11   work.  And she doesn't want to give me credit of

12   my work.

13        Q.   Do you have any reason to believe it was

14   based on any protected characteristic?

15        A.   Yes.

16        Q.   And what reason is that?

17        A.   She supporting others is not supporting

18   me.  So, that differentiation I can make her.

19        Q.   But you don't know what role other

20   people had relative to her role on the papers they

21   did, correct?

22        A.   Okay.  The data they keep analysis for

23   the truck, I was person who downloaded from the

24   truck and established in the lab.  And I have the

25   expertise as an instrument biomedical engineer.

1                    Mohan Pauliah

2             I operated -- and most of the

3    development on that equipment is done on my ideas,

4    also.  They have an ideas, too.  But most of the

5    implements -- I asked for patents and all of that.

6    So, every work done on the camera system, I was

7    part of it.

8         Q.   Right.  But again, just to go back to

9    the question, you don't know what roles people --
10   and other people in the lab had with respect to
11   papers they worked on with Michelle, right?
12        A.   When we work together, we know.
13   Everybody who is working on this, working on that.
14        Q.   Right.  I'm not asking you if you knew
15   what people were working on.  But when other
16   people had papers, did you know what role they had
17   on those papers relative to what role Michelle had
18   on those papers?
19        A.   I can only talk about my thing, not for
20   others.
21        Q.   Okay.  So, other than the integrative
22   biology paper that you mentioned, were there any
23   other papers where you had a substantial role in
24   writing the paper that you were not given first
25   authorship on?

1                    Mohan Pauliah

2        A.    Yes.   For -- that's a phenotype.   There

3   are two papers came after from the surgery.   And I

4   reported this to HR, also.   When it was about to

5   publish, I wanted to have my name listed as first

6   author, and they totally withdrawn that.

7        Q.    So, there was a phenotype paper you

8   referenced?

9        A.    Yeah.   Phenotype paper.   I don't exactly
10  remember the title.
11       Q.    When was that?
12       A.    This is came after they terminated me in
13  2018.
14       Q.    Oh, okay.   So, this was after.   Okay.
15       A.    So, there were four or five papers she
16  promised to Adam Cohen when getting my green card,
17  because Adam Cohen was telling me to list the
18  papers so that I would get my green card.   So,
19  those she never gave me any papers created on
20  papers.   She removed my name.
21       Q.    Well, she did give you that first author
22  credit on the abstract in 2017, correct?   Remember
23  earlier you mentioned that she put as a first
24  author for an abstract in 2017?
25       A.    Yes.

1                        Mohan Pauliah

2          Q.    She did that, correct?

3          A.    Yes.   She did that.   But similarly, I

4    have a first author abstract.   But she did not put

5    my name in the full paper, manuscript too.   She

6    denied me.

7          Q.    Is it a requirement for being a first

8    author of a paper that you contribute

9    substantially to the analysis and writing of the
10   paper?
11         A.    It's a normal thing -- normal thing.
12   It's a requirement.   Whoever contributed, you
13   acknowledge their sincerity, and you support their
14   career.
15         Q.    My question, I think, is a little bit
16   different than that, though.
17                    Is it a requirement for being a
18   first author to have contributed substantially to
19   the analysis and writing of a paper?
20         A.    It's a part of the requirement, yes.
21         Q.    Okay.   And so, I'm asking if there were
22   other papers that you contributed substantially to
23   as a writer or analysis to that you were not given
24   first author credit for?
25         A.    Yes.   That's the phenotype.   It's

1                     Mohan Pauliah

2    been -- I mean, I brought this to the knowledge of

3    HR previously.  And later, also, when doing

4    publications when they are about to submit, I

5    raised that one.

6         Q.    Okay.  And what happened with that?

7         A.    They removed my name totally.

8         Q.    Okay.  And what was your role in the

9    phenotype paper?

10        A.    All the -- all the data collections,

11   methodology, improvements, design.  I even -- I

12   wrote the background and methodology.  All things

13   I wrote -- I initiated things.  I worked with her

14   closely, worked with her.  She did not give

15   finally.

16        Q.    Who was the first author?

17        A.    It was given to Feng Chen.  One of the

18   paper, she give to Feng Chen.  Another one, she

19   gave it to -- what is her -- what's her name?  I

20   don't remember her name.  Daniella something.

21        Q.    And what was Feng Chen's role with

22   respect to the phenotype paper?

23        A.    So, this paper -- the phenotype -- the

24   paper which Feng Chen, he came after we got the

25   U54 grant, ten million award.  And all the work on

1                    Mohan Pauliah

2    the paper was done before these are able.  So, I

3    was the only person worked on the whole thing.

4         Q.    Do you know if you wrote the parts of

5    the paper?

6         A.    I wrote part of the paper, then he asked

7    her to wrote -- write also.  That -- she took all

8    of my datas (sic) from me and stripped off me from

9    all the projects.  Then, she gave it to him.

10        Q.    But he did, in fact, write parts of the

11   paper, correct?

12        A.    Maybe.  Everybody contributes to paper

13   with that one person --

14        Q.    Right.  But there can only be one first

15   author, right?

16        A.    But this is -- I have also contributed

17   to the paper.

18        Q.    Right.  But is it possible that Michelle

19   was not giving you first author credit because

20   another person contributed more substantially to

21   the writing of the paper?

22        A.    This cannot be, because the work we have

23   done from 2009 to 2018 and cannot be -- somebody

24   cannot take over what we did, improvements did.

25   No.  No.

1                    Mohan Pauliah

2        Q.   But you acknowledged that playing a

3    substantial role in the writing and analysis of a

4    paper leads to first author credit.  So, if you

5    did not -- if someone else had a more substantial

6    role in writing and analysis of these papers, then

7    do you know that that's not why you were not

8    getting first author credit?

9        A.   I totally disagree.  Because
10   scientifically, that's not acceptable.
11       Q.   Scientifically under what standards?
12   Like, what are you referring to?
13       A.   Those that have done the work should get
14   the credit, and should get listed in the
15   publications or patents.  They should get the
16   credit.
17       Q.   Well, and it sounds like you got credit;
18   you just weren't getting first author credit,
19   correct?  You were getting credit; you just
20   weren't getting first author credit, correct?
21       A.   On this paper, I didn't get the credit
22   too.  That Daniella paper, I didn't get my -- my
23   name is not there.
24       Q.   Okay.  But on other papers, you did get
25   author credit, correct?

1                    Mohan Pauliah

2          A.    Yeah.    That author was shared by two --

3    two people.    First author was shared by two

4    people, and I was not -- even I asked for sharing.

5    They didn't -- she did not give me.    My name, she

6    put it --

7          Q.    Is it --

8          A.    -- she put it in the middle.    So, I

9    reached out to John Humm and other -- my seniors.
10   Paul, you know, move on.    You know, this is --
11   this is happening.    This is tough for you.    I know
12   you want a paper.    Take it.    So, I reached out to
13   many people, and I'm asking higher authorities,
14   help me with this.    I need a paper.
15         Q.    Right.    But what was the response to
16   you?
17         A.    She was not putting me in papers.
18   That's the response.    So, I can't -- I can't --
19         Q.    But do you -- do you have -- if Michelle
20   Bradbury were to say, "I could not give Paul first
21   author credit because he did not contribute
22   substantially to the writing and analysis of this
23   paper," would you have any reason to think that's
24   not true?
25         A.    That should not be true, because I have

1                        Mohan Pauliah

2    worked -- we have changed the methodology.  We

3    have written the papers.  We have submitted

4    abstracts.  That's a basic ground for any work.

5         Q.   But do you know --

6         A.   She cannot say that.  She should not say

7    that.  She cannot say that.  That scientific

8    matter images --

9         Q.   Do you know what criteria Michelle was
10   using to determine who should be first author of
11   papers?
12        A.   She doesn't have it -- I don't know.
13   But she just denying opportunities for me -- well,
14   to Miriam and for the other guy.
15        Q.   Okay.  But if -- again, do you have any
16   reason to think that -- well, actually, let me
17   rephrase this.
18             You don't know what criteria
19   Michelle was using to determine who should be
20   first author; is that right?
21        A.   The criteria is well before the start of
22   next experiment when you all decide who is playing
23   which part.  And if paper comes, who will be the
24   first author.  Who will be the second author.  Who
25   will be the middle author.  That's all discussed

  

1                      Mohan Pauliah

2    in the beginning itself when we start the work.

3         Q.    Okay.  And so --

4         A.    Based on that assurance, we will try to

5    do the work.  We will complete the work.  We will

6    make it in innovative.  We will make it more of

7    a -- more prospect to bring to the lab, bringing

8    money and all of that.  That's how we bring more

9    things.  So, we worked on all of that.  But why
10   should she not put our name?  The adding a name?
11   Not a big thing.  When you have contributed, you
12   expect that to be done.  If you lost this five
13   years of work -- and today, I don't have any first
14   other paper from Memorial Sloan Kettering Cancer
15   Center.  And people ask me.  Eight years of work,
16   and you don't have a first author paper?
17        Q.    But again, I don't think you answered my
18   question.  Do you know what criteria Michelle was
19   considering when deciding who should get first
20   author credit?
21        A.    It may be her criteria, but general
22   criteria for scientific publications, whoever
23   contributes, first decide their role.  And that's
24   how the work proceeds further.
25        Q.    And in those discussions, was it -- was

1                    Mohan Pauliah

2    it determined that you would get first author

3    credit in any papers or that you wouldn't?

4        A.    Yes.  So, she also confirmed with Adam

5    Cohen, and Adam Cohen asked for the first author

6    papers so that he will process my green card.

7    He -- she said there will be five papers.

8                    That the Mattila -- Mattila, I

9    think.  She was also HR partner.  When I
10   complained to her, she also got into the meeting.
11   And she promised.  And there are many e-mails.
12   You would see that she would give me the first
13   author paper.
14       Q.    But was this, like, a general promise?
15   Like, I'm going to try to get Paul more first
16   author papers, or were there specific papers where
17   she said I'm going to make you first author on,
18   like, a paper about phenology and radiology and --
19   was it specific papers, or was it a general
20   statement?
21       A.    Whenever we start the work, this is what
22   the promise -- the managers and the collaborative
23   work make.  And there will be a discussion on the
24   work.  And finally, when it's for submission of
25   paper, they will list every author.  That should

Page 122

1                    Mohan Pauliah

2    be just to any person who you have not included in

3    that.  And I have seen Michelle acknowledging many

4    people, even their contributions, very less.

5        Q.   Okay.  So, just to back up.  So, it

6    seems there's two aspects to your claim here.

7    There's the fact that you were not given first

8    author credit, and there's a subset of papers that

9    you were not given credit on at all.  Am I
10   understanding that correctly?
11       A.   Yes.
12       Q.   Okay.  So, other than the phenotype
13   paper that happened after you left, were there any
14   other papers other -- oh, and the one that you
15   mentioned -- the biology one that we talked about.
16   Were there any other papers where you she did not
17   give you credit at all?
18       A.   Yeah.  So, when I complained to the
19   post-doctoral -- off the department of
20   post-doctoral office and the immigration and all
21   that, HR, they circulated one memo saying that all
22   the post-doc should be given a first author paper.
23       Q.   Okay.  That's not my question, though.
24   So, I want to focus on the part of your claim
25   about papers that she didn't give you credit on at

1                        Mohan Pauliah

2    all as opposed to papers you didn't get first

3    author credit on.  Do you understand that?

4        A.    Okay.

5        Q.    So, you mentioned two papers that you

6    didn't get credit on at all.  There was one from

7    2016, the biology one.  And then one from 2018,

8    phenotype one.

9        A.    Yeah.

10       Q.    Were there any other papers that she

11   didn't give you credit on at all?

12       A.    I remember I have two more -- I think I

13   had -- can make two more.  But I don't remember

14   exact topic.  I have to look in the publications

15   and let you know.  But right at this moment, I

16   don't have that information.

17       Q.    Okay.  And do you remember having any

18   discussions with Michelle about why you were not

19   on those papers?

20       A.    Michelle -- this was what the complaint

21   I wrote to HR.  She would agree.  She delays and

22   denies.  So, when she agreed, I'm on the board.  I

23   contributed fully.  Day and night, I work on this.

24   We make it a patentable, profitable,

25   commercializing product.  But later, she is not

1                    Mohan Pauliah

2   acknowledging me as a first author or a

3   co-inventor, no co-authorship.  Where do I go?

4        Q.   Okay.  But specifically about the two

5   other papers that you can't recall where she may

6   have not given you credit at all, do you remember

7   discussing either of those with Michelle?

8        A.   Yes.  We -- I discussed with her with --

9   in front of Adam Cohen.

10       Q.   And what did she say about why you

11  weren't listed?

12       A.   She did not give me any reason to why

13  it's not listed.  She said, "Paul, I'm going to

14  give you the first authorship."  First authorship

15  every time.  So, this phenotype paper came later,

16  and HR asked me -- and I asked them to list me as

17  a first author, which is denied.  And I followed

18  to my lawyer.

19       Q.   Okay.  And other than the fact that you

20  perceived that other people were getting more

21  credits and more first author credits, is there

22  any other reason that you think that you were not

23  getting these credits because of your -- any

24  protected characteristic?

25       A.   Yes.

1                    Mohan Pauliah

2        Q.    What is the other reason?

3        A.    I'm totally discriminated based on my

4    color and origin.

5        Q.    But other than -- I'm asking you why you

6    thought that.  So, you mentioned earlier that you

7    thought that because other people were getting

8    more author credits than you.  Is there any other

9    reason that you have for thinking that it was
10   based on --
11       A.    They're just getting -- with some
12   little -- with a little work, also, they are
13   getting -- with that work, also they are getting.
14   For me --
15       Q.    All right.  But you just testified --
16   you testified earlier that you don't know what
17   role they had in their -- in their first author
18   papers, correct?
19       A.    So, the work I have told you, the work I
20   did, and I didn't get the first author paper.
21   That's all you're focused on.  And instead of me
22   putting a first author, she is bringing another
23   name to put on the first author.
24       Q.    Right.  But other than the -- other than
25   the --

```
 1                    Mohan Pauliah

 2        A.   So, other people were --

 3        Q.   -- Feng Chen situation, were there other

 4   times that you -- that someone else was put a

 5   first author -- as a first author on something

 6   that you did?

 7        A.   Yes.  She did put Feng Chen as a first

 8   author instead of me.

 9        Q.   Right.  But other than that -- the Feng
10   Chen time in 2018, were there other papers that
11   you thought you should have been a first author on
12   that she listed someone else as a first author on?
13        A.   Yeah.  The Daniella -- Daniella paper,
14   also.
15        Q.   And when was the Daniella paper?
16        A.   That was in -- that's -- I terminated
17   after that.
18        Q.   So, it was also 2018?  And do you know
19   what Daniella's role was in that paper?
20        A.   She will have a English degree -- I
21   mean, she's not an employee of that.  But she got
22   a English degree in investigative some -- some
23   research she was coming in.  She was just a part
24   of it.  But she did not do most of the work.  I
25   did.
```

1                    Mohan Pauliah

2        Q.   But do you -- did she work on it after

3    you left?

4        A.   We were working together for a long

5    time.  And they did this -- this paper will come

6    after three or four years of work.

7        Q.   But did the work continue after you

8    left?

9        A.   Work -- no.  This paper.  Paper work?
10   The published work?  It's done during my time.
11   Those were -- those results all done during my
12   time.
13       Q.   And do you know what Daniella's role was
14   in the paper?
15       A.   Daniella -- I should be the first author
16   that I know she promised me, but she put Daniella.
17       Q.   Okay.  I understand you're saying she
18   promised you.  But do you know what Daniella did
19   with respect to the paper?  Daniella.  Sorry.  Do
20   you know what she did with respect to the paper?
21       A.   I don't know.  But most of the results,
22   we all sit together.  We -- I put the results on
23   the meta tree.
24       Q.   Did these --
25       A.   Access them --

1                    Mohan Pauliah

2        Q.    These papers usually have analysis of

3   the results, correct?

4        A.    Yeah.  So, I do the analysis and put all

5   the listed column, rows, in the folder.  And also

6   write up small methodology for the publications.

7   I put in the folder.

8        Q.    And so --

9        A.    So, everybody contributes.

10       Q.    Uh-huh (affirmative response).  But

11  then, is there a section, like a written section,

12  analyzing the results?

13       A.    Yeah.  So, I also did all those things.

14  I put it as a draft.

15       Q.    Uh-huh (affirmative response).

16       A.    And the draft finally goes three, four

17  edits, you know, like here or there.  Pat's saying

18  that, you know, it's not given to me.  But

19  after -- it circulates everybody.  And they make

20  contributions.

21              Then finally, it's submitted to the

22  journal.  But she is withdrawing my name after I

23  asked for first authorship.  And she completely

24  removed my name.  And then, she falsified that I

25  did not -- I did only one work.  All the work --

```
 1                      Mohan Pauliah

 2   all the -- all the animal work carried out in my

 3   period of time when the first author was not

 4   there.

 5        Q.   Was the paper written on already when

 6   you left?

 7        A.   I have already given a draft to her to

 8   publish, because everybody is asking for the

 9   paper.
10        Q.   Do you know what she did with that draft
11   after you left?
12        A.   After I left, I don't know.
13        Q.   Okay.  Is it possible that the draft
14   was, like, completely rewritten after you left?
15        A.   I cannot guess.  But after that, what
16   happened, I -- whatever -- we talked to each
17   other --
18        Q.   Okay.  I --
19        A.   -- on that matter.  And whatever we did,
20   we correct.  We move forward.
21        Q.   Uh-huh (affirmative response).  But you
22   don't know one way or the other whether -- after
23   you left, Daniella may have substantially
24   rewritten the paper, correct?
25        A.   I don't know.  I don't know.
```

1                    Mohan Pauliah

2        Q.    Okay.  All right.  So, other than that

3   paper -- those two papers we talked about from

4   2018, were there any other papers that you worked

5   on where you thought you should get first author

6   credit and someone else got first author credit?

7        A.    At this time point, I'm not able to

8   recollect.  But there are two more papers, I

9   believe, that -- at least I recall those two.  I'm
10  not claiming a first author on those papers --
11       Q.    Okay.
12       A.    -- but co-authorship.  These two papers,
13  first author I claim because I worked on it.
14       Q.    Okay.
15       A.    And I was promised.  I was delayed for a
16  very long time.  And my family and everybody
17  suffered on that.
18       Q.    Okay.  And you observed that Syed and
19  Miriam were also denied credits?
20       A.    Yes, ma'am.
21       Q.    Okay.  I just want to confirm again -- I
22  don't know that I got a clear answer on this.
23  Other than the fact that other people got first
24  author credits and author credits and you did not,
25  do you have any other reason for thinking that it

1                    Mohan Pauliah

2    was based on your protected characteristics?

3         A.    Yes, ma'am.  She stripped off from the

4    total projects after that.  When I complained

5    to --

6         Q.    After --

7         A.    When I complained to HR, she told me, "I

8    will show you the door," and stripped off me all

9    the projects.  And I asked to put every data and
10   analysis results in a folder.  So, I -- you know,
11   I just put everything on a common folder.
12                    And there's a different folders
13   other people are using, but I'm not given access
14   to that.  But this is the common lab folder I was
15   asked to create.  And I put every images that --
16   tons of images there and analysis and results on
17   that and the abstract papers and everything.
18        Q.    Okay.  I want to go back to that, but I
19   want to just, for now, focus on the question,
20   which is:  So other than the fact that after you
21   went to HR, she stripped you of projects --
22        A.    All of the projects.
23        Q.    -- and the fact that other people got
24   credit, is there any other reason you have for
25   thinking that you were not getting these credits

1                    Mohan Pauliah

2    because of any protected characteristics?

3         A.    But I've -- I have complained to them.

4    But what she does -- I mean, I can't talk for her.

5    But she did all the damages to me.  Ruined my

6    career.  And, I mean, there are many things comes

7    after what she did to me.

8         Q.    Okay.  Just focusing, though, on the

9    first author -- on the author credit issue.  Other

10   than what you've said already, is there any other

11   reason you have for thinking that it's based on

12   any protected characteristics?

13        A.    Protected characteristics?

14        Q.    So -- sorry.  Is there any other reason

15   you have for thinking it's based on your race or

16   your national origin?

17        A.    Yes.  She was not giving me the --

18   nationality, age --

19        Q.    Okay.  But with respect to the credits

20   that you think you didn't get on papers, you

21   mentioned that other people got these credits and

22   that she took you away -- projects away from you

23   after you went to HR.  But is there any other

24   reason besides those as to why you think that you

25   were not getting these credits based on your race

```
 1                    Mohan Pauliah

 2   or your national origin or your age?

 3        A.    I don't recall.

 4        Q.    Okay.  Do you need a break?

 5        A.    That's fine.  That's fine.

 6              MS. YOST:  Okay.  Let's take a

 7        five-minute break.

 8              (A short recess was taken.)

 9   BY MS. YOST:
10        Q.    Paul, I'm going to ask you to turn back
11   to the complaint in this case, which I think is
12   Exhibit No. 6.  If you could pull that up.  Sorry.
13   I know there are a number of documents in front of
14   you.  Oh, there you go.
15                    Can you turn to paragraph -- take a
16   read through paragraph 22?
17        A.    Yes.
18        Q.    Have you had a chance to read that
19   paragraph?
20        A.    Yes, ma'am.
21        Q.    So, is your claim here that you should
22   have been promoted earlier?
23        A.    Yes.  That's the policy of MSKCC.  No
24   one should be here with a title of associate
25   beyond five years.
```

1                      Mohan Pauliah

2          Q.    When is it your belief that you should

3     have been promoted?

4          A.    She could have promoted me in 2012 when

5     she was extending my visas.  And I come with a lot

6     of experience, ma'am.  This is -- research scholar

7     is a position where you -- minimum, people get

8     three years.  And later, they, you know, spread

9     out their wings and go advance and develop new

10    things and find a world career in that.  And MSK

11    supports --

12         Q.    Sorry.  Go ahead.  Were you -- did you

13    have --

14         A.    Yeah.  That's what -- that's what

15    everybody supports in the career.  That's your

16    manager or your mentor or your -- whom you work

17    with.  Yeah.

18         Q.    There's a suggestion in here that she

19    agreed to promote you at some earlier point.  Is

20    that accurate or no?

21         A.    Yes.  She agreed -- she had a talk with

22    one of the administrators from the radiology

23    department who processed the file

24    administratively.  The manager has to say yes.

25    Then, your title will be changed.  There will be

1                    Mohan Pauliah

2    two options, title with pay increase or simple

3    title change.  She agreed for both, and she

4    denied.  My pay wasn't increased nor my title

5    changed.

6            Q.   And when was it that she agreed to

7    promote you?

8            A.   I don't recall exact year, but it should

9    be on the time after the Australian embassy --
10   something that -- during that.  She is the one who
11   handles my visa paperwork and all of that as the
12   primary from the department to the immigration
13   office.
14           Q.   So, you don't recall, but it was
15   sometime after 2012?
16           A.   Yeah.  During that time, yeah.
17           Q.   Okay.  And what exactly did she say?
18           A.   So, she was invited to the meeting
19   between me and Michelle.
20           Q.   I'm sorry.  Who are you talking about?
21           A.   The department administrator who comes.
22           Q.   Oh, the departmental administrator was
23   invited to a meeting with you and Michelle.
24           A.   We had a meeting so that she would sign
25   the document in future, you know, how much my

```
 1                    Mohan Pauliah

 2   salary and future contributions and all of that

 3   that they do.  So, she did sign that paper, I

 4   remember, for an increase in the title, as well as

 5   for the salary.  But she did not.  And we had a

 6   meeting -- closed-door meeting.  It was promised,

 7   but it was not later reflected in my pay scale or

 8   anything.  And I have no reason to ask, nobody to

 9   ask for it.
10        Q.   All right.  So, who's the departmental
11   administrator you referred to?
12        A.   I think Fortunato, Sheila.  Sheila.
13   Fortunato, Sheila.
14        Q.   Sheila Fortunato?
15        A.   Fortunato.
16        Q.   Is it Fortunato?
17        A.   Fortunato, I think.
18        Q.   Fortunato.
19        A.   I may be spelling it differently, but I
20   don't remember.  No.
21        Q.   Okay.  And so, you're saying there was a
22   meeting with Sheila and Michelle where it was
23   discussed that you would be promoted to research
24   associate and get a salary increase?
25        A.   Yeah.  Close to 14 percent, I think.
```

1                    Mohan Pauliah

2    Yeah.

3         Q.    Okay.   And so, Sheila was also present

4    for that discussion?

5         A.    She brought those papers.

6         Q.    Okay.   Let me just pull up what I think

7    the document may be.   Okay.   Make sure I have the

8    right one.

9              (Exhibit No. 9 marked for

10             identification.)

11   BY MS. YOST:

12        Q.    Okay.   I'm handing you a document that's

13   been marked as Exhibit 9.

14             Can you take a look at this and let

15   me know if you recognize it?   Do you recognize

16   this document?

17        A.    This is not -- I mean, this is a usual

18   procedure they do, but I didn't see this document.

19   It's not presented to me.   But this is an internal

20   promotion they do.   They don't recall my

21   signature, I believe.

22        Q.    Okay.   So, you have not seen this

23   document before?

24        A.    Yeah.   But we had the discussion that I

25   know in 2012.   So, this is 2014 and '15.

1                    Mohan Pauliah

2        Q.    So, what is the paperwork that you're

3    referring to, then, that she showed you?

4        A.    This is prior to this.  The one I'm

5    referring to --

6        Q.    It was prior to this?

7        A.    -- it was prior to that.  Yeah.

8        Q.    Okay.  Did the form look like this one?

9        A.    Yeah.  But they changed it, I think.  It
10   was different, little different.  I can't exactly
11   remember, but this was a little different from
12   the --
13       Q.    Okay.  And did it show -- I mean, did it
14   have the check that you were going to be a
15   research associate on it -- the form?
16       A.    That appointment, yes.  So, when you
17   want to get a green card, Adam Cohen explained
18   to -- the immigration office explained to them
19   saying that if a -- if a person holding a research
20   scholar position, they cannot apply for the green
21   card.  They have to be an associate.
22       Q.    Uh-huh (affirmative response).
23       A.    So, that's where the talk coming to the
24   2012.  And I was asking for a green card --
25   requesting for a green card and processing for it.

1                    Mohan Pauliah

2    All these things coming way back in 2012.  So, my

3    wife employment also affected and financially is

4    also affected, because she can't get the

5    employment continuations where she was working.

6    So, this we are going side-by-side.  My family is

7    financially deprived.  And I was not able to move

8    her with us.  And neither there was an increase in

9    salary, not a promotion also for me.  But this was

10   promised with the meeting as well as --

11        Q.    Okay.  So, there was a meeting with

12   Michelle and Sheila in 2012-ish --

13        A.    Yeah.

14        Q.    -- when you were told you could be a

15   research associate?

16        A.    Yes.

17        Q.    Did she say when you could be a research

18   associate?

19        A.    So, it was explained to her that title

20   change and title change can be easy because I'm on

21   the H-1 -- I mean, the J-1.  So, when they renewed

22   my J-1 visa, it actually goes within five minutes

23   to get that approval and all of that.

24              So, it won't affect my visa status

25   or anything.  So, she has to process it, which she

1                    Mohan Pauliah

2   did in only three months' time, I believe.  And

3   that's put me in a lot of -- lot of problems.

4       Q.   But during that meeting, did she say

5   when you would be promoted to a research

6   associate?

7       A.   She said, "The next pay scale will

8   reflect your raise," but it never happened.

9       Q.   She said, "The next pay scale will
10  reflect" --
11      A.   Will reflect.
12      Q.   Okay.  Did she just mean you would get a
13  raise?
14      A.   Yeah.  Raise plus title.
15      Q.   But if she just referred to the pay
16  scale, is it possible she was just referring to a
17  raise?
18      A.   It was a pay raise.  14 percent, I
19  believe.
20      Q.   Right.  But if what she said
21  specifically was, "In the next pay cycle, you will
22  go up to the next pay scale," is it possible that
23  she was only referring to a raise and not
24  referring to a promotion to research associate?
25      A.   But she -- what she told me is a title,

1                    Mohan Pauliah

2    as well as promotion of pay -- pay rise.  But

3    according to the MSK policy and -- those who have

4    high enough experience cannot hold that position

5    for a long time.

6                    So, we had the talk prior to that.

7    So, she would either promote me to the research

8    associate or a higher position.  She would like

9    to -- or any other departments would intervene,
10   but she was not doing it for me.
11        Q.   So, during that discussion, it's your
12   recollection that she did also say you would be
13   promoted to a research associate.  But she didn't
14   specify when?
15        A.   No.  She did specify to me.  Yeah.  She
16   did specify to me.  Next on my monthly salary
17   paycheck, it will be reflected.
18        Q.   Okay.  Did someone else at MSK have to
19   sign off on your ability to be a research
20   associate?
21        A.   I believe only Michelle have to sign it.
22        Q.   Okay.  But you don't know whether it's
23   possible someone else at MSK had to agree that
24   that was appropriate?
25        A.   I know when managers are request, others

```
1                    Mohan Pauliah

2    will follow through.  I mean, they will have the

3    mandate to do it, they will do it.  That's us --

4    the hierarchy there.  Like, you call the finance

5    manager and give the raise, and on this paper,

6    that will be reflected.  So, I went and asked her

7    why it was not reflected.  She told me, "Go and

8    ask Michelle.  I don't know what she's doing.

9    Just go and ask her."
10        Q.    I'm sorry.  Who did you ask?
11        A.    I asked Sheila.
12        Q.    And she said, "Go and ask Michelle"?
13        A.    Michelle.
14        Q.    And what was not reflected?  Your raise
15   or your --
16        A.    Both.
17        Q.    -- promotion?
18        A.    Title and promotion.
19        Q.    Okay.  So, effectively, up until --
20   between 2012 and 2014, you think that you should
21   have been promoted and received higher pay during
22   that time?
23        A.    Yes, ma'am.
24        Q.    Okay.
25        A.    And I -- we were very productive.  I was
```

1                     Mohan Pauliah

2    working multiple projects and bringing a lot of

3    money.

4         Q.    Okay.  And did Michelle ever explain to

5    you why it was delayed?

6         A.    She never explained to me.  She says

7    that she is doing, doing, doing, whenever you ask.

8    Then after that, she will ask me to do a bunch of

9    things, which is quite level to my work.  That's
10   how she turn around and de-focus me on that.  So,
11   I continued to work on that.
12        Q.    Okay.
13        A.    I know if -- I know if she terminates
14   me, I will go back to India.
15        Q.    And the policy was that you couldn't be
16   a research scholar for more than five years; isn't
17   that right?
18        A.    This is -- later, I came to know MSK has
19   a policy that nobody should be more than five
20   years -- should be scholar of research -- I mean,
21   research scholar.
22        Q.    Okay.  And you started as a research
23   scholar on October 27th, 2009, right?
24        A.    Yeah.
25        Q.    And then, your promotion was

1                    Mohan Pauliah

2    effective -- to research associate was effective

3    January 1st, 2015, correct?

4         A.    So, here is the thing.  So, previously,

5    it did not happen.  2012, it did not happen.  So,

6    I was keep asking to wherever I could reach other

7    people.  So, everything came back to Michelle

8    Bradbury.  She is the manager.  She handles all

9    your things.

10                    It's not anybody else, so go and

11   talk to her.  So, I keep on pressing.  I mean, not

12   to the extent that I lose my job.  So, I was also,

13   you know, very polite and all of that.  I did.

14   But they did not.  But later, I complained to HR.

15   And based on that, they promote -- this one --

16   they formed that it's a violation of MSK policy,

17   and they made this title change and raise here.

18        Q.    Who in HR found that?

19        A.    I think Mattila.  Mattila, I think.

20   Mattila and Adam Cohen.  And I spoke with the

21   chief of neuroradiology, Andre Holodny and Sasan

22   Karimi.

23        Q.    And when did they tell you that?

24        A.    Huh?

25        Q.    When did they tell it was a violation of

1                    Mohan Pauliah

2   MSK policy?

3        A.    So, I also told them.   I showed the

4   document, and I told them.   So, he said, "You're

5   not under my service.   You're under Bradbury

6   service.   Bradbury is working under me, but I

7   cannot do anything for you.   But I will raise to

8   the authorities."

9                    And I was told that it was -- this
10   information is selected and the complaints were
11   given to Jason Lewis, research chair, the vice
12   chair and HR, also.
13        Q.    Okay.  But when was that?
14        A.    This was happening before my promotion.
15   The title change, this thing, I think -- I
16   believe.
17        Q.    So, like, in 2014?
18        A.    Yeah.   Those are -- when my -- when my
19   due -- when is the -- my due?   It's 2009 plus
20   five?   It's 14 years.   To 14 October, it's due.
21   So, when they were not giving me that, then I
22   wanted to have it as an associate position.
23                    Because title reflected in me,
24   because research scholar can be terminated within
25   one minute.   And research associate would give me

```
 1                    Mohan Pauliah

 2   three months' time, they cannot -- the period to

 3   terminate.  So, I waited for this.

 4       Q.   So, your testimony is that sometime in

 5   2014, Elizabeth Mattila told you that it was a

 6   violation of MSK policy --

 7       A.   I have told her --

 8       Q.   Can I just finish the question?  Sorry.

 9            So, sometime in 2014, Elizabeth
10   Mattila told you that you should be promoted
11   because it's been more than five years.  Is that
12   accurate?
13       A.   Yeah.  But I'm not -- it's 2014 or 2015.
14   I'm just taking -- right after my promotion is
15   due, and I was waiting for it, after that, I
16   reached out to complain.  But I was -- I have
17   complained to the Andre Holodny, Sasan Karimi, and
18   all of that.
19       Q.   Okay.  But you just hit five years,
20   like, as of October 2014, correct?
21       A.   Yeah.
22       Q.   Okay.  And was the renewal typically
23   done, like, on an annual basis, or was it typical
24   for it to be done in January?
25       A.   That's mandatory for every research
```

```
 1                    Mohan Pauliah

 2    scholar.  You sit for the mentor, decide for the

 3    next year projects, papers signed, the meeting

 4    determining what projects you do.  That's how

 5    we -- we sign a document, which were after I

 6    complained to the post-doctoral affair, they made

 7    it mandatory in 2017.

 8                    And she would not show me -- she

 9    would not discuss with me on that things.  But I
10    was asking because I was -- financially, I was
11    deprived.  I couldn't bring my family with the low
12    pay.
13         Q.   Okay.  But just to reiterate, so you
14    just hit five years as of October 2014.  And you
15    were up for your renewal in January of 2015.  So,
16    wouldn't that have been -- typically been when you
17    would have been promoted anyway?
18         A.   Ma'am, research scholar is a entry level
19    position.  And for a -- for a experienced
20    candidate like me, nobody have to stay in research
21    scholar for five years.  If you're boss or manager
22    promotes you, supports you in your career, right
23    after a year -- after you have seen your
24    performance -- they will promote you as the
25    research associate or senior scientist.
```

1                    Mohan Pauliah

2            So that you can fly off later on

3    your career shine having the matter with you,

4    like -- you know, those are the credentials the

5    mentor's also having and also the blessings of the

6    mentor to the career for the juniors.

7        Q.   But in terms of your issue that it

8    violated MSK policy, it only was beyond five years

9    by, like, two months, correct?

10       A.   Violation as well is because I had been

11   asking from 2012.  She agreed, but she not giving

12   me.  Why she not giving me?  And she deprived me.

13   And she throws her money, three hundred dollars,

14   to me.  I told her I might very much need.

15       Q.   Are you aware of other people in the

16   Bradbury Lab who were promoted from research

17   scholar to research associate in less than five

18   years?

19       A.   At that time, I was only the research

20   scholar.  And Phillips was a technician.  And she

21   was -- Miriam is a senior scientist, I believe.  I

22   think -- yeah.

23       Q.   So, when you came in, she was a senior

24   research scientist already?

25       A.   I'm not -- I'm not -- she was assistant

1                     Mohan Pauliah

2   professor.  Sorry.  She was assistant professor.

3        Q.   Miriam was assistant --

4        A.   Assistant professor.

5        Q.   Okay.  And that was her position when

6   you came in?

7        A.   Yeah.

8        Q.   Okay.  So, are you aware of anyone who

9   was a research scholar who was promoted after less
10  than five years?

11       A.   And this one.  She was demoted after --
12  sent to senior scientist later.

13       Q.   Okay.  So, she was demoted after you
14  came?

15       A.   Afterwards.  So, then only we know all
16  these things -- why she doing all these things.
17  She worked.  She bring money.  And she is not
18  entitled to receive any benefits of it?  It's a
19  grant that's coming from outside to support our
20  salary, for bread.  She is not supporting her.
21  She is not putting her name anywhere, and she is
22  doing the same thing to me.

23       Q.   Uh-huh (affirmative response).  Okay.
24  So, you sound like you're not aware of anyone in
25  Michelle's lab who was a research scholar for less

1                    Mohan Pauliah

2     than five years and then was promoted to research

3     associate?

4          A.    Yeah.  So, Feng Chen has three years

5     post-doc.  After finishing his Ph.D., he has three

6     years post-doc experience.  He was directly given

7     senior research associate -- scientist associate.

8          Q.    Uh-huh (affirmative response).

9          A.    Which I got even after complaining and
10    fighting and running to pull a post.  He gets
11    right after coming to the department with the
12    money we -- we work hard to bring the money.  And
13    he is given everything, and I am not given even
14    the promotion -- even the policies, they are not
15    following.
16         Q.    Do know how many papers he had when he
17    came in?
18         A.    Who?
19         Q.    Feng Chen.
20         A.    Oh, Feng Chen?  He has a lot of review
21    papers, but the original papers are not that --
22         Q.    When you say "a lot of review papers,"
23    what do you mean by that?
24         A.    The review papers, anybody can write,
25    ma'am.  Just I go through ten articles; I write a

1                      Mohan Pauliah

2    review paper.  Somebody else -- based on

3    somebody's work.  And he gets -- he get a lot of

4    networks and connections.  But here, we are

5    working on real things, real projects, real

6    values, real things.

7                      It take years to get values.  And

8    you do correction like this.  People expect will

9    come and bombard you.  What did this value stand

10   for?  This is nothing.  And we make the

11   improvement on that and make it better.  And

12   that -- when it reaches to the novelty level, then

13   we go for publication.  That's a credential.

14                      It's not the number of papers that

15   matters.  People have -- Feng Chen has written

16   many papers, but he was not able to do the work

17   which I was doing.  I trained him.

18        Q.   When you say he had -- you said he had

19   lots of networks and connections?  Is that what

20   you said?

21        A.   Yeah.

22        Q.   What does that mean?

23        A.   What's that mean?  I mean, I was

24   wondering.  I think he's publishing five, six

25   papers.  How can it be possible?

1                     Mohan Pauliah

2        Q.    You're saying how is it possible for him

3   to publish five or six papers?

4        A.    Publish five, six papers.  Yeah.  I'm

5   just wondering.  We are doing the real work.  It

6   takes years to see the results and after the

7   results.  And some people saying that every

8   article, he just copy pasted a thing, and he's

9   publishing.  That's kind real research papers --
10  review papers, not original papers.
11       Q.    But do you know one way or the other
12  whether Michelle valued the fact he had written
13  those papers?
14       A.    Pardon?
15       Q.    Is it possible that Michelle valued the
16  fact he had written those papers?
17       A.    After coming to my -- our lab, he was
18  not able to publish that frequency.
19       Q.    Right.  But at the time he was hired, he
20  was hired as a senior research scientist, right?
21       A.    He was hired as a senior research --
22       Q.    Right.  So, is it possible that Michelle
23  valued the fact that he had a bunch of papers when
24  she hired him as a senior research scientist?
25       A.    I'm not sure, ma'am.  I can't answer

1                          Mohan Pauliah

2    that, but --

3         Q.    Okay.  Do you know whether --

4         A.    I think the --

5         Q.    Do you know whether he has hierarchy

6    with any funding?

7         A.    He did not come with any funding.  And

8    he did not work in optical imaging.  The work I

9    did, he did not have expertise or anything.

10        Q.    What did he do?

11        A.    He did some particle related research,

12   but not in the cycle or anything what we had done.

13   No.  This was the first thing.

14        Q.    Okay.  Is it possible that Michelle

15   valued the work that he did?

16        A.    I can't speak for Michelle, but --

17        Q.    Yeah.  Okay.  All right.  So, Feng Chen

18   was hired as a senior research scientist.  And I

19   think you said you're not aware of anyone else who

20   was a research scholar who was promoted to

21   research associate within less than five years; is

22   that right?

23        A.    I think there was Barney, also.  I think

24   he was a research associate, but he came from

25   another lab.  So, he was hired in research also in

1                      Mohan Pauliah

2    data collect, I believe.  I might be wrong on this

3    but --

4         Q.    Okay.

5         A.    -- I don't recall.

6         Q.    And do you know -- do you know what his

7    qualifications are?

8         A.    He is a different biopolymer, synthetic

9    biopolymer or something like that.  But he is not

10   into my area.  There are different people working

11   different projects, different contributions to the

12   projects.  So, he might be doing that area.  But

13   he worked in another lab inside MSK.

14        Q.    Oh, he didn't work in the Bradbury lab?

15        A.    He was some, like, visiting kind of

16   thing.  Then later, when Feng came, what we did --

17   which we wrote the proposals on, he was hired on

18   that.

19        Q.    Okay.

20        A.    And she was -- she also gave me -- or

21   promised me on the high pay, high raise, on the

22   U54 ten million dollars.  She did give me that pay

23   raise.

24        Q.    Yeah.  I'll turn to that in a minute

25   here.  But were there others in the lab who were

```
1                    Mohan Pauliah

2   promoted during the time that you worked there?

3       A.   I guess.

4       Q.   Who was promoted?

5       A.   I think of -- I think others -- this guy

6   was promoted, a technician, new technician.

7   Phillips left for Ph.D., and another one came.

8   What is his name?  Kenneth.  That's another name.

9   Kenneth.
10       Q.   So, Kenneth was promoted?
11       A.   I think Kenneth was promoted.
12       Q.   He came in as a technician, you said?
13       A.   He came as a technician.  He was
14   promoted to research senior assistant and all of
15   that.  Yeah.
16       Q.   What's a senior assistant?
17       A.   Next level in technician.
18       Q.   What's the difference -- this was not --
19   his was not a post-doc?
20       A.   Oh, yeah.  If you put in that way, yes.
21       Q.   Okay.
22       A.   It's not a post-doc if you put it that
23   away.
24       Q.   So, it seems like Dr. Bradbury was not
25   promoting a lot of people in the lab, since you're
```

```
 1                    Mohan Pauliah

 2     having trouble thinking about the people who were

 3     promoted.

 4          A.   Especially me and Miriam were the

 5     brutally faced down.

 6          Q.   Who was that?

 7          A.   Miriam and me.

 8          Q.   Oh, Miriam.

 9          A.   Miriam and me.  And when she demoted
10     her, than I know.  Wow.  Wow.
11          Q.   But can you think of any other post-docs
12     during the time that you were there that she
13     promoted?
14          A.   There wasn't any other post-docs.  But
15     others were coming and working from different
16     labs.  But I was hired in this lab with Michelle
17     and research -- some managements they made with
18     the chair.
19          Q.   But Miriam was -- I guess she was a
20     post-doc.  I mean, she was a professor --
21          A.   No.  She was assistant professor.
22          Q.   Right.
23          A.   She was a faculty, and she demoted her
24     instead of promoting her.
25          Q.   Okay.
```

1                        Mohan Pauliah

2          A.    That's a very terrible situation there.

3          Q.    So, given that is sounds like Michelle

4    was demoting other people and not promoting a lot

5    of people, do you have any reason to think that

6    you weren't being promoted because of your race or

7    national origin?

8          A.    Yes, ma'am.

9          Q.    And why do you think that is?
10         A.    There's no reason that anyone who works,
11   bring money -- like, you not give the benefit of
12   that.
13         Q.    But you don't know what her reasons
14   were, right?
15         A.    We don't.  We -- I was stripped off.
16   When I went to HR, she stripped off.  She was
17   treating very differently me.
18         Q.    Any other reason besides the fact she
19   stripped you of responsibilities that you have for
20   thinking it was because of your national origin or
21   your race?
22         A.    I don't -- I don't recollect, but it's
23   there.
24         Q.    Okay.  So, let's go back to what we had
25   marked as Exhibit 1, which is the chart that has

1                      Mohan Pauliah

2    your employment history on it, I think it's at the

3    very bottom of your stack there.  I just want go

4    through your salary history and make sure that we

5    have it clean for the record.

6                      So, according to this document,

7    when you were hired on October 27th, 2009, as a

8    research scholar, your comp was $51,744.  Does

9    that sound right?

10        A.    Yes.

11        Q.    Okay.  And then, it looks like the

12   following year on October 24th, 2010, it was

13   increased to $54,096; is that right?

14        A.    Yes.

15        Q.    And then in January 2011, it looks like

16   it was increased again to 58,577; is that right?

17        A.    Yes.  She did not give me the increase

18   there.

19        Q.    She didn't give you the increase?

20        A.    Yeah.  It is not there.  58.   58.

21        Q.    So, you don't think you got the 58 at

22   that point?

23        A.    So, I got promoted.  She should have

24   given me some increase I was expecting.  Usually,

25   there's two percent, but she did not.  She -- then

```
 1                    Mohan Pauliah

 2   I get shock.  I was planning my family in that

 3   way.  That some increase, 300, 400 dollars would

 4   benefit me.  But she deliberately denied that one

 5   there.

 6          Q.   So, you're saying that you're -- I just

 7   want to make sure I understand.  So --

 8          A.   So, every year, they give two percent

 9   increase, but it's not reflected here.

10          Q.   So, you're saying that differential is

11   not two percent?

12          A.   58,577.

13          Q.   Uh-huh (affirmative response).

14          A.   This was 1/1/2011.

15          Q.   Uh-huh (affirmative response).

16          A.   The next year, I'm supposed to get

17   another two percent increase.

18          Q.   Oh, you're saying in 2012, you didn't

19   get a two percent increase?

20          A.   Yes.

21          Q.   Okay.  All right.

22          A.   That's -- that's how she is starting.

23          Q.   But you did -- you got the increase

24   before the -- you got a two percent increase after

25   having a 54,096 salary for, like, two months,
```

1                    Mohan Pauliah

2    right?

3         A.    Yeah.   That's the increase we talked

4    about in 14 percent and all of that.   She's

5    denying that there.

6         Q.    So, in 2012 when you thought --

7         A.    Yeah.

8         Q.    -- you were going to get --

9         A.    Yeah.
10        Q.    -- a 14 percent increase?
11        A.    Yeah.   Yeah.   Yeah.
12        Q.    Okay.
13        A.    But she's dictating the no.
14        Q.    Are aware that MSK has salary
15   guidelines?
16        A.    MSK has salary guidelines?  Yes.  Yeah.
17        Q.    And do you understand that Dr. Bradbury
18   had to stick within those salary guidelines?
19        A.    But I'm working, also, two or three
20   projects, ma'am.  So that's more money coming into
21   the project I am working here.  Not only one
22   project what paying me the three -- first two.  I
23   have added another project.
24               I'm working day and night, multiple
25   projects -- paying payment for multiple projects.

```
 1                    Mohan Pauliah

 2    That's what she told me.  If you work on these

 3    projects, I will pay you more.  But she's not

 4    giving me that payment there.  I worked on sodium

 5    projects, which is in collaboration with Chicago,

 6    and they also paying for me my work.

 7         Q.   Is it your position that you should have

 8    been paid more than the salary guidelines because

 9    you were working on multiple project?
10         A.   Not the salary variance.  Salary
11    variance is -- it's like 50 -- I think 50 to 80
12    for a computer engineer for my professional with
13    the computer science.  That time, it was, like,
14    80, 82,000.
15         Q.   That's not what MSK's salary guidance
16    was.
17         A.   I don't know the --
18              MR. MORIARTY:  Objection.  That's not a
19         question.
20              MS. YOST:  That's a fair point.  Okay.
21    Let me introduce a document.
22              (Exhibit No. 10 marked for
23              identification.)
24    BY MS. YOST:
25         Q.   Okay.  I'm handing you what's been
```

1                    Mohan Pauliah

2    marked as Exhibit 10.  I'm going to ask you to

3    take a look through this document.  It's a

4    multipage document labeled MSKP02937 through

5    MSKP02942.  Let me know if this is something you

6    have seen before.  Is this something you have seen

7    before?

8        A.    I have not seen this.

9        Q.    Okay.  Were you aware that MSK had these
10    salary guidelines?

11       A.    There are variables from office of
12    post-doctorial affairs senting out the e-mail, I
13    think which one -- which Monay (phonetic).  She
14    has -- for computer professionals, there's the
15    range -- ranges are a little higher than what the
16    normal range here.  So, I remember seeing that
17    e-mail.

18                But here, it was also look at the
19    experience of eight years which I bring to my work
20    experience after my Ph.D.  The years of experience
21    I bring to this place, it's more than that.  So,
22    they should have been paying more than that that I
23    asked for.

24       Q.    Well, this is post-graduate years of
25    experience.  So, you didn't have eight years of

1                    Mohan Pauliah

2    experience after getting your Ph.D. at the end of

3    2012.  Didn't you get your Ph.D. in 2008?

4         A.    Yeah.  So 2008, I already have one year

5    of experience in France before coming here.

6         Q.    Well, didn't you get your Ph.D. in 2008?

7         A.    Yeah.  I got my -- 2008.

8         Q.    Right.  So, in 2012, you would have had

9    four years of post-grad -- post-doc experience,
10   correct?
11        A.    Yeah.  Four years of experience
12   post-doc.  So, I was eligible for -- even for
13   higher promotion senior research scientist, as
14   well as research associate.  That's for this
15   document.  I've not seen this document, but this
16   one clearly says with three years of post-graduate
17   research experience, I can be promoted as senior
18   research scientist.
19        Q.    Right.  And that also requires a memo
20   justifying promotion, correct?
21        A.    Yes.  So, she has to write a memo and
22   that's -- it's a done deal if she just approve it.
23        Q.    Do you know that for a fact?
24        A.    Yeah.
25        Q.    Do you know what the approval process is

1                    Mohan Pauliah

2    of people being promoted to senior research

3    scientist?

4         A.    Because I had a talk with the finance --

5    I think -- what's her name?  I just forgot.

6    Sheila.  After that, that's when another finance

7    administrator was there.  And I spoke with her,

8    because there was an issue later.  She just, you

9    know, threatened me to immigration, like cancel my
10   visa.
11                 So, I had to talk to her.  What I
12   added to my salary plus fringe and benefits and
13   all of that.  So, I understand the process.  She
14   explained to me how it's done.  So, when she tells
15   and sign the document and give it to her, that's
16   reflected in my salary.  That's --
17        Q.    That was for research associate, though,
18   right?
19        A.    For any position, ma'am.  It's --
20        Q.    No.  But do you know -- I'm asking
21   specifically about the senior research scientist.
22   If there has to be a memo justifying the
23   promotion, it would seem that there was some
24   decision-making as whether the promotion is
25   appropriate beyond Dr. Bradbury, correct?

1                    Mohan Pauliah

2        A.    Well, here, it -- it isn't in here.  But

3   some are given a senior associate.  I don't know

4   the vetting process, to be fair enough.  But if

5   she recommends, that's all.  Easy processing.

6   It's not complicated process at MSK or SKI.

7        Q.    But you just said you don't know the

8   process.

9        A.    I don't know the process.  I don't know
10   the process.
11        Q.    All right.  So, at the time that you --
12   in 2012, when you had four years of post-doctorate
13   experience, the salary guidelines for research
14   scholar for four years post-graduate was that you
15   should be paid 55,037; is that correct?  Looking
16   at page -- the page applicable to research
17   scholars?
18        A.    So, that's on this page?  This one is
19   here.
20             MR. MORIARTY:  Sorry.  I'm just showing
21        the witness.
22             MS. YOST:  Yeah.  Thank you.
23             (off-the-record comments.)
24   BY MS. YOST:
25        Q.    So, was the salary guideline 55,037?

1                    Mohan Pauliah

2        A.    55,000 --

3        Q.    It's on the next page.

4        A.    Here?

5        Q.    Yeah.  So, for research -- appointments

6   of research fellows and research scholars in

7   computational biology program.

8        A.    Computational biology program.  Okay.  I

9   see the difference here.  Non-computational
10  biology program and computational biology program.
11  But I'm computational physics.  Okay.  Anyway.
12  It's not a problem.
13       Q.    Okay.  But the salary guideline was
14  55,037, correct?
15       A.    Well, the fourth year -- yeah.  It's
16  mentioned 55,037.
17       Q.    Yeah.  And your salary was above that
18  when you were a fourth-year post-grad, correct?
19  It was 58,577, I believe.
20       A.    Yeah.
21       Q.    Okay.  And then in January 2012 -- I'm
22  sorry.  Yeah.  In January 2012 is when you didn't
23  get a raise, and then it looks like you got the
24  raise.  And on March 25th, 2012, you went up to
25  63,208; is that right?

1                        Mohan Pauliah

2        A.    Yeah.   I was asking for more, because I

3    have a lot of experience and expertise.   And we

4    are profitable.   We bring -- I bring -- I brought

5    money through my experience.   So, if I'm working

6    on many projects, and the projects are going to

7    support me.

8                       And she decided -- she asked me

9    whether we will support this project.   Based on my

10   expertise only, we are getting the work.   So, she

11   has to pay more.   That's what we agreed.   And

12   that's how the talk went.   And that's what the

13   managers come in, talk it.   And later, she delays

14   and denies.   That's the usual pattern she does.

15       Q.    But so, your position is that you should

16   have been paid more than these guidelines?

17       A.    Yes, ma'am.   I have -- I bring a lot of

18   expertise.   People pay more than that.

19       Q.    Do you know what the process is for

20   Dr. Bradbury to get compensation approved for her

21   team?

22       A.    But I also came to know from other

23   faculties, other higher senior officials.   So,

24   many of the projects clamp together making it, and

25   then they promote you -- the faculties, also.

1                    Mohan Pauliah

2    That's how it is all "thing."  It's not direct

3    come from one call center.

4                    It will come from different call

5    centers and make you pay -- you work in this area,

6    your time preferred, full-time preferred,

7    part-time preferred.  So, how much you are sharing

8    on this project, how much you are working on this

9    project and this project.

10                    So, here the thing is that you're

11   talking about only the research scholar, but I am

12   qualified to be more than that.

13        Q.   So, you're saying you should be a

14   research associate.  I understand that.

15        A.   A research associate, a senior

16   associate, or a faculty.  There was an -- there

17   was an interview, but I was not allowed to go.

18        Q.   But, I mean, the research -- if you look

19   at this -- the requirements for research

20   associates, which appears on the prior page,

21   MSKP02939, the pay for a post-doc -- a fourth-year

22   post-doc research associate is still 60 -- is

23   60,840.

24        A.   60,840?

25        Q.   Is that right?  It's on page -- it's on

1                    Mohan Pauliah

2    the page labeled MSKP02940, but the header is on

3    the prior page.

4          A.    Oh, okay.

5          Q.    And so, you were a fourth-year post-doc

6    in 2012, correct?

7          A.    2012.

8          Q.    And in 2012, your pay got increased to

9    63,208, correct?

10         A.    Yeah.

11         Q.    So, you were still paid above what the

12   guideline was for research associate, as well,

13   correct?

14         A.    Yeah.  According to this document, yes.

15         Q.    And, I mean, is it your understanding

16   that Dr. Bradbury had to get compensation

17   approved?

18         A.    Compensation approved from?

19         Q.    From MSK.  Did MSK have to approve

20   compensation?

21         A.    I mean, this document says that, which

22   right now for senior research associate that is

23   MSK director.  It has to be approved from MSK

24   director.  Only for research scientist position or

25   above, but not for --

1                    Mohan Pauliah

2        Q.    Yeah.  I'm not talking about the

3    promotion.  I'm talking about the compensation.

4    Is it your understanding that someone would have

5    to approve the compensation she was giving to

6    people on her team?

7        A.    Yeah.  It was totally up to the manager

8    to pay -- to follow this guidelines or more.  It

9    is totally up to the manager.

10       Q.    So, you think Dr. Bradbury can just set

11   your compensation at whatever she wanted?  Is that

12   your testimony?

13       A.    That's what -- yeah.  That's what she

14   did in 2012.  She didn't give me raise.

15       Q.    Right.  But you don't think she had to

16   get that approved from anyone else at MSK?

17       A.    No.  For research scholars, no.

18       Q.    If someone in HR were to testify that

19   Michelle had to get it approved by HR, would you

20   have any reason to dispute that?

21       A.    I think that's internal process.  I'm

22   not involved in internal process.

23       Q.    Okay.  So, you don't know whether she

24   had to get it approved or not?

25       A.    No.

```
 1                    Mohan Pauliah

 2        Q.   Okay.  Let's just finish going through

 3   your pay over the years, and then we can --

 4        A.   But I know the reason is that I don't

 5   have to be a research scholar or research

 6   associate from my experience to be in that

 7   low-level category for many years.

 8        Q.   Okay.  So, in -- then on 9/22/2013, you

 9   got another bump to 65,104.  Is that accurate?

10        A.   65 --

11        Q.   Sorry.  I'm back to the document that's

12   Exhibit 1.  You're on the pay chart here.

13        A.   65,104?  So 9/22/2013, I was paid

14   65,104.

15        Q.   Is that right?

16        A.   Yes.

17        Q.   Okay.  And then, on August 24th, 2014,

18   you got a bump to 67,057; is that right?

19        A.   Yeah.

20        Q.   Okay.  And then on January 25th, 2015,

21   it looks like you got two raises to 67,057, and

22   then to 71,690.

23        A.   I don't know.  This is where the

24   problems started.  She threatened me to terminate

25   my visa.  Then I have to go back to my country.
```

1                    Mohan Pauliah

2    So, this is where I asked for clarification.  She

3    brought that it's a fringe benefit.

4                    They came with some kind of

5    formula, which doesn't switch.  Didn't tally to

6    that calculation, it seems.  So later, they

7    changed to the lower one.  But she's really making

8    me to suffer and dictating and threatening me

9    there.

10        Q.   I'm sorry.  So, which was your actual

11   salary as of 1/25/2015?

12        A.   I don't remember.  This is correct.  Why

13   they have to have two salaries for my --

14        Q.   Well, it seems as though there was one

15   raise, and then there was another raise given.

16   And if you look at the form that was executed,

17   which -- let's see -- was -- would have been

18   Exhibit 9 -- or wait.  Look at my chart right.

19                    Yeah.  Exhibit 9.  That's the

20   authorization.  It looks as though there was a

21   cross-out on that form, and then it was ultimately

22   changed to 71,690.

23        A.   That's where she threatened me.  And I

24   said, okay.  Better than -- people asked --

25   addressed me, "Paul, keep low.  Shut your mouth."

```
1                     Mohan Pauliah

2          Q.    Who advised you that?

3          A.    My lab and other -- my senior

4     colleagues.

5          Q.    And they advised you that because

6     Michelle was --

7          A.    Yeah.  She is in power.  She got the

8     money -- grant money, $10 million.  If you want to

9     have a career here, just follow.  Or you have

10    to -- you know, she will cancel your visa, and you

11    have to go back to your country.

12         Q.    And that's ask because she was --

13         A.    Threatening me.  Yeah.

14         Q.    -- not -- she threatened other

15    employees, as well?

16         A.    She did threaten other employees, I

17    know.

18         Q.    Okay.  So, it seems as though, then, you

19    did get bumped to 71,690 as of January 25th, 2015;

20    is this right?

21         A.    Yeah.

22         Q.    Okay.  And then, on December 27th, 2015,

23    you got bumped to 73,372; is that right?

24         A.    Yeah.  73.

25         Q.    Okay.  And on 12/25/2016, you got bumped
```

```
 1                    Mohan Pauliah

 2   to 75,573; is that right?

 3        A.    Yes.   Yes.   So, I just want to say.   In

 4   2015, we got 10 million awards.   10 million award

 5   from the NAH.   And two million of actual award

 6   from the MSK is providing us.   And medium salary,

 7   my salary, everybody's salary will increase based

 8   on the OR.

 9                    Because our name is included
10   previously when writing the grant, and all the
11   compensation detail there.   And she did not pay.
12   Not listing our name in that, and she denied
13   our -- and I have to fight for it.   I went and
14   fought with the vice president of technology
15   division to put my name there.
16        Q.    Okay.   We'll circle back to that.   So, I
17   just want to finish going through this.   Then, on
18   December 25th, 2016, you got bumped to 75,573; is
19   that right?
20        A.    Yes.
21        Q.    Okay.   And then, on October 15th, 2017,
22   you got promoted to senior research scientist; is
23   that right?
24        A.    Yes.
25        Q.    And you got pumped to 77,035; is that
```

1                    Mohan Pauliah

2    right?

3         A.    Yeah.   She is hiring more people now

4    with the money that we wrote the grant on the --

5    based on our work, but she is not paying us here.

6         Q.    And then on 12/10/2017, you got bumped

7    to 82,035; is that right?

8         A.    Yeah.

9         Q.    Okay.

10         A.    And she didn't give me raise in 2010 and

11    '14.  It's remains the same.

12         Q.    Sorry.  When did it remain the same?

13         A.    2017 to 2018.

14         Q.    Well, you got a raise of 12/10/2017.

15    That's the very end of 2017, right?

16         A.    But 2018, there was no raise.

17         Q.    But you left in the middle of 2018.  So,

18    if you had stayed until December of 2018, you

19    don't know whether you would have gotten a raise

20    or not.

21         A.    No.  If you look at this, every year

22    counts.  Like, every October, I should -- normal

23    procedure.  If anything, people treating others

24    fairly -- equally like others, every year, they

25    should get the promotion and increments on board.

1                    Mohan Pauliah

2    But here, it is, like, whenever I ask her -- ask

3    for it, request for it, she give -- she is giving

4    only one.  It's not a pattern they are following.

5         Q.    But you got a raise every year.

6         A.    But 1/25, it's not October.  I get the

7    raise here.

8         Q.    In what year are you talking about?

9         A.    I'm talking about 2015.

10        Q.    Well, you got a raise in January of

11   2015.  And then, you got another raise in December

12   of 2015, correct?

13        A.    Pardon, please?

14        Q.    You got a raise in January of 2015, and

15   then you got another raise in December of 2015,

16   correct?

17        A.    This document shows -- yes.  That's

18   where I -- she was threatening me.  So, I -- so,

19   two days, there is a reflection here.  25 -- she

20   is paying 27 and 1/25.  She's increasing 1/25 and

21   12/27.  There is -- yeah.

22        Q.    So, it doesn't appear that there is any

23   year that you did not get a raise, correct?

24        A.    She did -- did she give me a raise in

25   2011 to 2012?

1                        Mohan Pauliah

2          Q.    You got a raise in -- on 1/1/2011.  And

3    then, you got another raise on 3/25/2012; is that

4    right?

5          A.    But that's suppose to be on October, not

6    on -- I mean, it passed one year.  So, 10/27 was

7    my first pay.  And the second year, it 10/24.

8    That's going well.  54.  And then, next year, they

9    are not giving -- they are giving 12.  October,
10   they didn't give me any raise.
11         Q.    Well, is -- are people at Memorial Sloan
12   Kettering on an annual pay system?
13         A.    Normally, that's certainly they
14   followed.  But if you work on other projects or
15   anything that's coming money, they have to
16   increase the pay.  So that's -- that will be
17   reflected in your pay scales if you're doing more
18   projects, more money.
19         Q.    Right.  But all I'm asking is, like --
20   it seems like if MSK was on an annual pay cycle,
21   it would be typical that you would get an increase
22   in January; is that right?
23         A.    Yeah.  Throughout my employment history,
24   every year you have a ACR, confidential
25   appointment.  That's how the payments are done.

1                  Mohan Pauliah

2    But in these projects here, it is a quite

3    different parent here.  And I'm working more, but

4    I'm not paid there.  Even the promises are not

5    fulfilled.

6         Q.   Do you know what other people in

7    Bradbury's lab were paid?

8         A.   Huh?  I believe it was -- I don't know

9    if this is -- I don't know.  But Feng Chen told

10   me -- may be wrong.  I don't know.  But he told me

11   he's getting close to 80.

12        Q.   So, he told you -- he told you that he

13   came in at close to 80?

14        A.   Yeah.  His pay is close to 80.  Because

15   we know he was buying house.

16        Q.   But you don't know -- you haven't

17   actually seen his pay, so you don't know --

18        A.   I don't -- I don't know.  I don't know.

19        Q.   And when you were a senior research

20   scientist, you were making 77,035, correct?

21        A.   Yeah.  That came in at 77.

22        Q.   Yeah.  And then when you -- after only

23   two months of being a senior research scientist,

24   you increased -- your pay was increased to 82,035,

25   correct?

1                    Mohan Pauliah

2       A.   Yeah.   That should be more.   Even she

3    committed to in writing to the HR e-mail.   We had

4    talked about that.

5       Q.   82,000 is more than what Feng Chen told

6    you he was paid, though, correct?

7       A.   I think Feng Chen came around 2015.   He

8    came around 2015, if I am correct.

9       Q.   I thought your complaint alleged he came
10   in 2017, so -- but in any event, 82,000 is more
11   than 80,000, right?
12      A.   But I don't know when -- I don't exactly
13   when Feng Chen came into our -- joined our
14   department.   It's 2015?   Then, I'm paid less, too.
15      Q.   Right.   But he -- he was a senior
16   research scientist at that point.   So, when you
17   were a senior research scientist, your pay was
18   roughly equivalent, correct?
19      A.   But she is not giving -- she did not --
20   yes.   That's true.   But she did not promote me.
21   It was eligible to promotion, too.   I was asking.
22   She promised, but she did not.
23      Q.   Other than Feng Chen, do you know one
24   way or the other whether other people in the lab
25   were paid more than you or not?

1                     Mohan Pauliah

2        A.    I don't know.  I didn't ask any

3    personal -- but, there, I quickly pay attention.

4    I think Miriam was in the faculty range, so she

5    paid well.

6        Q.    But you don't know -- you don't actually

7    know what her pay was, correct?

8        A.    Not exactly.  I didn't ask her

9    particular things on that, no.  But she's told me
10   it's around 120K.
11       Q.    She told you 120K?
12       A.    Yeah.
13       Q.    But you don't know if that's right or
14   not?
15       A.    The range usually -- when we ask her,
16   that's usually the range they gave for that senior
17   salary.  And later, when she promoted -- demoted
18   her, the salary came down.
19       Q.    Okay.  So -- and, again, just looking at
20   these guidelines, it doesn't appear that there was
21   ever a time that you were paid less than these
22   guidelines.  Is that accurate?
23       A.    If this is the guideline, yes.  But I
24   have -- I had some e-mails where the computer
25   scientist will be paid more than 85 -- near close

1                    Mohan Pauliah

2    to 85 -- 82,000.  And plus, it depends totally --

3    depends upon the manager, whoever hired him.

4                    So, there is no regulation that you

5    stick to this limit.  It depends upon the talent.

6    It depends upon the work -- knowledge and

7    expertise he brings to the table and to advance

8    projects to make it to national premier programs.

9        Q.    Right.  And you don't have a sense for
10   how Michelle was, in terms of whether she paid
11   other people more or not?
12       A.    I did not ask.  I did not know.
13       Q.    Okay.  And then, in terms of the senior
14   research scientist pay, it says the starting
15   salary range of 65,000 to 80,000.  So, when you
16   were a senior research scientist, your pay was
17   within that range and then above that range,
18   correct?
19       A.    It's 54,380.
20             COURT REPORTER:  Say it again.
21             MS. YOST:  I think he was asking me a
22       question.
23       A.    Yeah.  Referring to this document?
24   BY MS. YOST:
25       Q.    Yes.

1                    Mohan Pauliah

2        A.    Okay.

3        Q.    It's on the page labeled MSKP02939.

4        A.    Okay.

5        Q.    So, it says that the starting salary

6   range for a senior research scientist is 65,000 to

7   80,000.  So, your pay was within that at first,

8   correct?

9        A.    Yeah.  According to this document, yes.

10       Q.    And then, when you got your pay bump in

11  December of 2017 to 82,035, it was above that,

12  correct?

13       A.    Yes.  I was promised more than that, but

14  I was given only 82.

15       Q.    Okay.  Do you know anyone who was paid

16  above these guidelines?

17       A.    No.

18       Q.    Okay.

19       A.    But I only heard from them, but it may

20  not be true.

21       Q.    Okay.

22             (Exhibit No. 11 marked for

23             identification.)

24  BY MS. YOST:

25       Q.    So, I'm handing you a compilation of

```
 1                    Mohan Pauliah

 2   e-mails, which are from, I believe, Elizabeth

 3   Mattila's file.  I want to focus on specific pages

 4   of this, so I'm going to direct you to where I

 5   would like to focus.

 6                    So, first thing I'd like you to

 7   focus on is the page labeled MSKP01641.

 8        A.    Thank you.

 9        Q.    If you could take a look at that and let
10   me know when you've had a chance to review it.
11                    MR. MORIARTY:  This is 11?
12                    MS. YOST:  Yes.
13   BY MS. YOST:
14        Q.    Okay.  Have you had a chance to review
15   this?
16        A.    This page?  Yes.
17        Q.    Yeah.  So, is this an e-mail chain
18   between, initially, you and Roselinda Severin?
19        A.    Yes.
20        Q.    And then with Dr. Bradbury?
21        A.    Yeah.
22        Q.    So, it looks like Roselinda e-mailed you
23   on December 12th, 2014, and provided a calculation
24   of your salary and benefits that totaled 98,000;
25   is that correct?
```

1                    Mohan Pauliah

2        A.    Yeah.   So, prior to that, I made

3    complaints.   And then I asked for my salary raise,

4    which she assured of me.   That's what the e-mails

5    talks about and I'm -- if I recollect exactly.

6                    So, I wrote an e-mail asking for

7    that and the paper, so it's that e-mails are here.

8    And he's just threatening here to terminate my

9    visa status and all of that.   That's talk that's

10   going on here.

11       Q.    Uh-huh (affirmative response).   So, is

12   it your claim that you were promised 98,000?

13       A.    That's what I was told.

14       Q.    Okay.   And is it possible that when you

15   were told that, it included fringe benefits?

16       A.    When she spoke to me -- but she said she

17   will pay me 98,000.   That's what my understanding

18   was.   And I had also, I think, of -- brought in

19   between that two, because you have to have seven

20   pay scales.   And according to the labor

21   department, he said.

22                    So, he was agreeing.   Because she

23   was saying I'm opening a company.   He will be a

24   part of company.   And sponsorship and all will

25   take care of that.   So, she said this -- I think I

1                    Mohan Pauliah

2    recall correctly, if I'm not wrong, 98,000.  But I

3    also wrote an e-mail to her back.  Normally, you

4    don't say fringe benefits, you know.

5                    She gave me all this 58,000,

6    51,000, 50, 60.  She never mentioned me about the

7    fringe benefits.  But here, he -- when I asked for

8    98,000 like she promised me, she's not paying --

9    she's coming with a calculation saying that, oh,

10   this is divided by 1.3.  But she never give out

11   calculations here.

12        Q.   Right.  But --

13        A.   That was my first understanding.

14        Q.   Okay.  And is it possible that when she

15   was talking about 98,000, she was talking about

16   something that included fringe benefits?

17        A.   No, ma'am.  We had funds coming from

18   outside -- external, internal, as well as

19   (unintelligible).  She is bringing money.  And

20   this is what the minimal salary she's promising me

21   there.  And she did not mention me about the

22   fringe benefits there.

23        Q.   But at this point, it's clear that it

24   includes the fringe benefits, correct?

25        A.   So, I went and contacted her.  She

1                    Mohan Pauliah

2    threatened me.   Then I spoke to my peers and

3    seniors.   They said, "Paul, keep quiet.   Calm.

4    Move on with this."   So, I agreed to whatever she

5    did, and I'm continuing this employment.   Because

6    if she terminates me, that will be a devastating

7    situation for me to go back to India.

8         Q.   So, in response to this e-mail from

9    Roselinda, you -- it looks like you forwarded this
10   e-mail to Michelle.   And you said, "Michelle, if
11   you cannot provide me what we agreed upon, I am
12   moving to other opportunities.   Shall be grateful
13   for your recommendations"; is that correct?
14        A.   Yes.
15        Q.   So, it looks like you are telling her
16   that you are going to leave if she doesn't give
17   you this money.
18        A.   Because I'm not getting a paper.   I'm
19   not anything.   No career -- usually, lab supports.
20   And I'm looking at other opportunities coming from
21   within MSK.   Because if I have to find an employer
22   outside, I have to have a visa sponsorship.   So,
23   another one was interested in my work and all of
24   that.   She's willing to take me.   Other people are
25   willing to take me, but she won't let me go.

1                    Mohan Pauliah

2        Q.   But you agree that you are saying that

3   you would leave if she didn't give you this

4   98,000; is that right?

5        A.   Yeah.   That opportunity was right in

6   front of me.  But after this incident, she said I

7   don't want to be the internal, you know, here and

8   there.  I don't want coming to Michelle Bradbury

9   politics.  So, Paul, you know, stay there,
10  whatever you want.
11                   So, she didn't -- she didn't give
12  me the offer letter where I switch position.  But
13  she was giving me the position there in the
14  previous talks.  But after this, I was moving, but
15  that was, you know, stopped.
16       Q.   Okay.  And I don't mean to be asking the
17  same question a number of times.  I just want to
18  make sure the record is clear that you were
19  writing in this e-mail that you were going to
20  leave if she didn't give you the 98,000, correct?
21       A.   Yeah.  Yeah.  So, she --
22       Q.   Okay.
23       A.   -- has promised me, so I -- yeah.
24  Again, I'm confirming that you promised me.
25  You're not paying me now.

Q. Okay. And so, is her response --

A. I'm taking some risk.

Q. So, is her response to this e-mail what you're referring to as the threat of canceling your visa?

A. She -- she was -- in this time, there was -- yes.

Q. So, it looks like what she said is: "Paul, this e-mail is terrible. Maybe I should forward this to Roselinda who is processing the paperwork. I am extremely irritated with your tone." Did I read that correctly?

A. "I should follow who is processing the" --

MR. MORIARTY: Read it to yourself.

THE WITNESS: Okay.

BY MS. YOST:

Q. Did I read that correctly?

A. Pardon. I'm sorry.

Q. No. That's okay.

A. I just was reading this.

Q. Yeah. Did I read it correctly?

A. Yeah. Yeah.

Q. Okay. So, Roselinda was presumably

1                    Mohan Pauliah

2    processing the promotion paperwork; is that right?

3         A.    This is in here, 20 -- December 2014

4    after I complained.  Yes.

5         Q.    Okay.  So, at this point, you've already

6    said, like, I'm going to leave if you don't get me

7    this money.  So, is it possible that she's just

8    saying I'm going to forward this to Roselinda

9    because you've just said you're going to leave,

10   and so we're not going to process the paperwork?

11        A.    Was that the intention?  I don't know.

12        Q.    Okay.  So, you don't know what her

13   intention was?

14        A.    I don't know.  I don't know.  She -- but

15   she is threaten me to cancel my visa.

16        Q.    Was there another time she threatened to

17   cancel your visas besides this e-mail?

18        A.    Yeah.  Many times.  Yeah.

19        Q.    What --

20        A.    This was only one of the incident.

21        Q.    But it doesn't -- she doesn't say here

22   I'm going to cancel your visa, correct?

23        A.    She was very angry.  She was threatening

24   to cancel my visa.

25        Q.    Well, you just said you were going to

```
 1                    Mohan Pauliah

 2    leave, and then she said maybe I should forward

 3    this to the person who is doing the paperwork

 4    because you said you're going to leave.

 5         A.   Because she's not paying me what she

 6    promised.

 7         Q.   Right.  I understand.  But is this what

 8    you're reading to mean that she is threatening to

 9    cancel your visa?

10         A.   No.  The whole situation that she was

11    talking to me, like, I'm going cancel these.  Yes.

12         Q.   So, was there another time that she said

13    she was going to cancel your visa?

14         A.   No.  This -- in this, as well as other

15    times, too.  Multiple times.

16         Q.   Okay.  When were the other times she

17    said she was going to cancel your visa?  Don't

18    look at the document.  Just tell me if you

19    remember that she said it another time.

20         A.   I don't remember.  At this point of

21    time, I don't remember.

22         Q.   Okay.  So then, she goes on to say, "For

23    the record, I asked you to talk to me directly.

24    We spoke last night, and you did not do this."  Do

25    you remember having a discussion with Michelle
```

1                    Mohan Pauliah

2    about this the prior day, which would have been

3    December 12th?

4         A.    That was not true statement, "I asked

5    you to talk to me directly."  I have discussed

6    with her many times.  Even if you look at prior

7    e-mails -- these e-mails are very selective here.

8    There are prior e-mails starting from 2012.

9         Q.    I'm just asking if you had talked to her
10   the day before about this.
11        A.    I was talking every day to her.
12        Q.    Okay.  And what was --
13        A.    I told her where I want to be resolved
14   on these things.  I want to be a part of the
15   resolution, not on the other end.  I offered
16   myself.  But that's my situation.  My wife is not
17   able to go to work financially, realistically.
18   And my son health conditions return.  We have to
19   to have some kind of, you know -- we are living in
20   New York.  It's very high.
21        Q.    During the discussion the night before,
22   you had said those things to Michelle; is that
23   right?
24        A.    Michelle's what?
25        Q.    I was asking you about the discussion

```
1                    Mohan Pauliah

2    you had with Michelle the night before on

3    January -- sorry -- September 12th.

4         A.   Ma'am, she agreed for 98,000.

5         Q.   Yeah.  I'm not asking about that.  I'm

6    just asking if you remember the conversation the

7    night before.

8         A.   So, I'm asking why you're not paying

9    me -- why you're not paying --
10              MR. MORIARTY:  Listen to the question,
11         and then answer the question.
12    BY MS. YOST:
13         Q.   So, I'm just asking what you remember
14    about having a conversation with Michelle on the
15    day before this e-mail on December 12th.
16         A.   I don't remember.  No.
17         Q.   Okay.  Okay.  Did you have any
18    discussions during this point in time with
19    Michelle about the 98,000 and her understanding of
20    what the 98,000 included?
21         A.   She told me she will pay me 98,000.  And
22    once the funds kick in, she will pay me more and
23    promote me to faculty or senior positions.  That's
24    what she run -- she give me, and she did not
25    follow through.
```

```
1                    Mohan Pauliah

2        Q.    Okay.  And do you have any reason to

3    think that her not following through with that was

4    based on your national origin or your race?

5        A.    Yes.

6        Q.    Why?

7        A.    Other things leading to -- like, you

8    know, there are comments that's made.

9        Q.    What comments are you talking about?
10        A.    The design of a coffin and sending back
11    to India.
12        Q.    Anything else?
13        A.    I mean, every time this is -- this is
14    the way she threatens.  Normally, if you -- if any
15    manager comes -- a person is working, very
16    productive, bringing money, establishing a career,
17    they all support with the paper.  What we ask, we
18    for only paper, manuscript.  That's it.  And money
19    is -- it's not her money.
20        Q.    Uh-huh (affirmative response).
21        A.    It's money that I was a principal
22    investigator on that fund, too.  Like she, I was
23    there.  I have expertise of imaging.  I should be
24    paid more and equally treated.  It was not there.
25        Q.    Other than that sense that, you know,
```

1                    Mohan Pauliah

2    because of what you were doing, you should be paid

3    more -- actually, let me refer -- let me withdraw

4    that and rephrase.

5                    It sounds like she was threatening

6    other people in the lab, as well.  Do you know if

7    she was engaging in this kind of, like, promising

8    and then taking things away with other people in

9    the lab?

10        A.   I told her about Miriam.  That's very

11   sad.  But I would know something with Miriam, too,

12   but other things, I'm not -- I don't recollect, or

13   I don't remember.

14        Q.   Okay.  But if she was doing this to

15   Miriam, too, what makes you think it was based on

16   your national origin or your race?

17        A.   Because she's doing to -- send me back

18   to India.  That's a national origin.

19        Q.   In what context did she say she was

20   going to send you back to India?

21        A.   Here when I asked for raise.  If she --

22   she threaten me and send back you -- she made many

23   comments.  One of the comments, I wrote in this

24   here, too.  "You are slum dog millionaires come

25   and take our money."  That's what she said, also.

1                    Mohan Pauliah

2              COURT REPORTER:  Repeat that one more

3       time.

4       A.    Slum dog millionaires who come and take

5  our jobs.

6  BY MS. YOST:

7       Q.    When was it that she said that?

8       A.    She said that during a time when there

9  was -- there was confrontation.  I mean, along
10  this -- along this going on there, there was a
11  time -- the images she want, she asked me to
12  process tons of images.  And exactly I remember --
13  I can't recollect all of those sequences now.  But
14  she said during that time to -- in front of me.
15       Q.    So, she was upset about something with
16  images?  Is that what you're saying?
17       A.    Something with -- not images.  She
18  doesn't know how to process it.
19       Q.    Okay.  And you recall when this --
20       A.    So, she was -- she was just, like, in
21  fear -- fearing like threatening.  If you go and
22  rant -- like a rant.
23       Q.    Like a rant?
24       A.    Rant, yeah.
25       Q.    Okay.  And do you recall when this was?

1                        Mohan Pauliah

2        A.    It was 2015.

3        Q.    2015?

4        A.    2014.   This is December, right?   This is

5    happening that time period.   Yes.

6        Q.    This is the same time period?

7        A.    Yeah.

8        Q.    Okay.   And was anyone else present for

9    this?

10       A.    No.   This is between me in the other

11   room, I think -- in the basement.

12       Q.    And so, she was frustrated about

13   something and going on a rant.   And was this --

14       A.    Yeah.

15       Q.    -- was this one of the things she said?

16       A.    Yeah.

17       Q.    What else did she say?

18       A.    I don't recollect.   But if something --

19   if you say something, that should be related to

20   work, right?   This is more than that.   That's --

21       Q.    What were her exact words?

22       A.    I told you.   "Slum dog millionaires.

23   You come to America to take our jobs."   And that's

24   exactly I recollect.

25       Q.    Okay.

```
 1                    Mohan Pauliah

 2        A.    And some other things.   The slavery talk

 3   also came in -- came in.   The Margaret -- she

 4   was -- me -- how she was treating me inside that

 5   suite, the veterinary suite.

 6        Q.    What is that?

 7        A.    The incubators are there.   We will bring

 8   the animals to the imaging and doing the surgery.

 9   And she noticed me that she's taking advantage my
10   situations and all of that.  So, she asked me to
11   watch one movie.  I think it's Sheldon
12   (unintelligible) movie or something.  I wrote it
13   down.  It's like you -- the title -- one
14   journalist.  So, I put it in writing to Mattila.
15   I don't remember now.
16        Q.    Wait.  So, she was watching you with the
17   animals?
18        A.    Animals and asked me to watch this
19   particular movie.  So, I went and hired that CD to
20   watch that movie.
21        Q.    And you don't remember what the movie
22   was?
23        A.    I don't -- today, I am not able to
24   remember, but --
25        Q.    Okay.  Was there something --
```

```
 1                  Mohan Pauliah

 2        A.   But I have -- I put it in writing.

 3        Q.   Was there something you felt was

 4   inappropriate about the movie?

 5        A.   Yeah.  That's why -- that's why, you

 6   know, you have to be careful.  She is basing me

 7   take care of yourself.  That's what she's

 8   stating -- telling me that one.

 9        Q.   She was telling you to take care of
10   yourself?
11        A.   Yeah.  Stay away from those kind of, you
12   know -- she was just giving me a talk.
13        Q.   This is Michelle?
14        A.   This is -- this is -- what's her name?
15   Megan?  I think Megan, Margaret, or something.
16        Q.   Oh, so Margaret told you to go watch
17   some movie?
18        A.   The movie.
19        Q.   Okay.  But, so, is there something that
20   Michelle did in connection with that that you
21   think was inappropriate.
22        A.   No.  No.  No.  This all was happening
23   day to the life every time.  Frequently, we are
24   doing it.  She is ill-treating me.  She is
25   harassing me.  She is telling me, "Paul, have you
```

```
 1                    Mohan Pauliah

 2   watched this movie?  Just go and watch this

 3   movie."

 4        Q.   Okay.

 5        A.   It was a typical slavery kind of thing

 6   there.

 7        Q.   So, you took from that that she was

 8   suggesting that you were, like, being subject to

 9   some kind of slavery?
10        A.   Slavery.  Modern-day slavery.
11        Q.   And this -- her name was Margaret, you
12   said?
13        A.   Yeah.  Margaret.
14        Q.   Did she work in Dr. Bradbury's lab,
15   also?
16        A.   No.  She is a veterinarian nurse, I
17   think -- manager.
18        Q.   Okay.  Okay.  So, she would have no idea
19   how Dr. Bradbury interacted with other employees?
20        A.   I don't know.  I don't know that.  I
21   don't know about that.  But she asked me to.
22   That's -- that was a --
23        Q.   I mean, Dr. Bradbury worked very hard,
24   correct?
25        A.   Dr. Bradbury worked very hard?
```

1                     Mohan Pauliah

2        Q.    That's my question.

3        A.    Everybody worked hard.

4        Q.    Right.  Everyone in her lab worked very

5    hard, correct?

6        A.    We all worked hard day and night to get

7    the money.  It's not easy money.

8        Q.    She expected people to work very hard,

9    right?

10       A.    Everybody has done a contributions.  And
11   myself, other people -- myself and Miriam, other
12   people who works at the bench level.  She's at the
13   top level.  She is the one dictating.  Everything
14   copying, posting.  That's all she does.  She just
15   coordinates.  The real work are done by me and
16   Miriam.  On the value side, it's Miriam.  On the
17   imaging side, it's me.  And she never touched any
18   of those equipments.
19       Q.    Right.  I mean, her role was more
20   high-level, correct?
21       A.    It's not high level.  PA -- I have seen
22   PA coming down to work like any other post-doc.
23   They will come and sit and strike, follow through,
24   do that work.  I've not seen that work.  She never
25   been in microscopes looking at the datas (sic)

1                        Mohan Pauliah

2    like Miriam does.

3        Q.    Right.   But Dr. Bradbury was coming up

4    with ideas and doing analysis, correct?

5        A.    Yeah.   Ideas are ours.   That's what we

6    all say.   The pattern I put -- 50 percent.   I

7    fought for it to get 50 percent.

8        Q.    Okay.   And you don't know --

9        A.    And other -- I'm sorry.
10       Q.    No.   That's okay.   And other people in
11   the lab, she was doing the same thing to them,
12   correct?
13       A.    For me, yes.
14       Q.    And you don't know whether she was doing
15   the same thing to other people?
16       A.    I can't say exactly, but she did to
17   Miriam.
18       Q.    Yeah.   Okay.
19       A.    But I -- when we talked together --
20       Q.    Okay.   See if there's anything else on
21   this.   So, Dr. -- just going back to this e-mail.
22   So, Dr. Bradbury did not like your tone in this
23   e-mail.   Is that fair to say?
24       A.    She wrote here.   Like the tone of the
25   e-mail.

1                    Mohan Pauliah

2        Q.   Yeah.  Did you think your tone was

3   appropriate?

4        A.   I was asking -- I was requesting, but I

5   could have returned more vocabularies, but I'm --

6   I'm not enough.  Like, boy in America to have

7   that -- that's -- language barriers are there.

8             MS. YOST:  Let's mark this one.

9             (Exhibit No. 12 marked for
10            identification.)
11   BY MS. YOST:
12        Q.   Hand this to you.  There you go.  Okay.
13   Handing you a document that's been marked as
14   Exhibit 12, which is Bates labeled MSKP01064
15   through MSKP01070.  Take a look through this, and
16   let me know once you've had a chance to look at
17   it.  Have you had a chance to read it?
18        A.   Yeah.  The first page, I did.  Yeah.
19        Q.   Do you recognize this e-mail chain?
20        A.   Yes, I do.
21        Q.   Is this one of the e-mails you were
22   referring to about you complaining to Michelle
23   about the compensation issue?
24        A.   Yeah.  I was asking -- I was pleading.
25   Can you please help?  That was my first sentence.

1                    Mohan Pauliah

2          Q.    Okay.

3          A.    I was barely enough money to put my son

4    into school.

5          Q.    So, part of Dr. Bradbury's response is,

6    "It has nothing to do with promises.  One either

7    has the money or not"; is that correct?

8          A.    She made the promises, but she's coming

9    with words here now.

10         Q.    Okay.  But --

11         A.    She made the promises earlier, and I was

12   thinking that this will be reflected so that my

13   son will get into the center.  She was not -- I

14   was not able to afford him to go to a similar

15   learning where the other childrens (sic) are

16   learning.  And in the building, Mammora

17   (phonetic), MSK's people are living, but I was not

18   able to afford.

19         Q.    So, but she's saying in this e-mail that

20   one either has the money or not, correct?

21         A.    "One either has the money or not.  You

22   need to stop sending this type of email and we

23   need to simply speak."  She wrote this, but I know

24   she had the money.  That's why she made the

25   promises to me.  And she made more promises once

1                    Mohan Pauliah

2    she get more money from the MSK from other grants,

3    also.

4        Q.   Well, how do you know she had the money?

5        A.   Because she was saying -- she was

6    discussing with us.  It was just coming in.

7    They're putting money, and the grants of -- we are

8    covered with the grants money, other things she

9    was talking about on a daily basis.  So, next

10   grant we play, we will get this money.  And she --

11   I worked on multiple grants, internal grants --

12   external, internal, NIH funds.  So, more money

13   come in, she wants to pay -- she assured me of

14   98,000, but she is not -- she falter on that.

15       Q.   Right.  But --

16       A.   But I needed it, of course.  I have a

17   dire need here.  If I'm a millionaire, I would not

18   ask for this.

19       Q.   Do you know whether all the money she's

20   referring to had actually come in?  Did all the

21   grants come in at this point?

22       A.   She promised me, so I know that.

23       Q.   I understand she promised you.  But do

24   you have any reason to think that she actually had

25   the money and she wasn't giving it to you?

1                          Mohan Pauliah

2          A.    She had the money, I think.  Yeah.

3          Q.    Okay.  But you don't know how much --

4     you don't know how much money she had, right?

5          A.    I don't know.  No.

6          Q.    I want to turn back to I think what was

7     marked as Exhibit 9.  Sorry.  I keep making you

8     jump around here.  It's the reappointment form

9     when you were promoted to research associate.

10    There it is.  So, there's a section of this

11    document that says, "Charge to CC/charge to fund."

12    Do you see that?

13         A.    Uh-huh (affirmative response).

14         Q.    So, is it your understanding that your

15    salary -- your salary had to come from particular

16    funding?

17         A.    My understanding that, you know -- when

18    I first joined, it was a research lab.  So, money

19    coming -- she supported, I think, at the

20    beginning.  I don't know.  I'm not sure, but

21    that's what I was told.  And later, many funds

22    come here, and they sublease a center -- a call

23    center in her name later here.  That's of the

24    senior --

25         Q.    Uh-huh (affirmative response).

1                    Mohan Pauliah

2         A.    -- people.  The chairs will support

3    junior faculty to come out.  They give some fund.

4    And later, they also have the call center

5    individual.  That's how I know -- I know that.

6    So, the call centers will have all the moneys in

7    between.  If she is -- if it is coming from other

8    call center, they also put it here.

9         Q.    Uh-huh (affirmative response).  So, you

10   did understand that your salary had to come from

11   particular funding sources, right?

12        A.    Yeah.  Sources, yeah.

13        Q.    And if there wasn't enough money from

14   those sources, then there wouldn't be enough money

15   for raises, correct?

16        A.    If there is no money, then nobody

17   promises of another salary.  They said they go.

18        Q.    Well, is it possible that she made the

19   promise without knowing that the money wasn't

20   going to be there in time?

21        A.    She knows it.  I knows (sic) it.  We

22   have submitted grants.  So, we know that this

23   money is coming.

24        Q.    Right.  But had the money -- was the

25   money there at the time that this correspondence

Page 207

1                     Mohan Pauliah

2   was occurring?  Do you know?

3        A.    I know the money is there.  She

4   charges -- I have charges to call centers.  There

5   are a lot of call centers here.  So, it's coming

6   from many sources.  It's here.

7        Q.    Right.  But --

8        A.    Right there.

9        Q.    -- those sources still have to cover a
10  lot of different things, correct?
11       A.    So, like that, you can -- you can ask
12  someone to contribute.  Many people work that way.
13  And it come from the hospital, a department, or
14  research.  They all make that way to pay the
15  salary for the faculties and the other things.
16       Q.    Right.  But the sources -- there's only
17  so much money in these sources, right?
18       A.    And if there is no money, nobody
19  promises.
20       Q.    Well, you believe that.  But is it not
21  possible that someone would promise when there is
22  not, in fact, enough money?
23       A.    If I don't have money, I would say no.
24       Q.    Well, but you don't know whether someone
25  else would do that or not?

1                     Mohan Pauliah

2       A.    That's not my call.  I can't take it on

3    that.

4       Q.    You also don't know for sure whether

5    Michelle intended to say 98,000 salary or 98,000

6    total, correct?

7       A.    I -- as far as I know, this is the only

8    lab in four-years' time we turned to be elected

9    the top tiers.  There are only five people in that

10   MSK lab this much money.  Other's labs were not

11   even having a million.  Every project we wrote, we

12   were getting in money in millions.

13      Q.    Okay.  You don't know whether she was

14   giving more money to other people or not?

15      A.    Other people?

16      Q.    So, I mean, it's possible that the lab

17   was getting in money, but Michelle was saving for

18   more research and not giving it to employees?

19      A.    She is hiring people, so there is money

20   there.

21      Q.    Right.  But you don't know how much

22   money she was paying to other people, right?

23      A.    I don't know about the other salary.

24            MS. YOST:  Okay.  I think I just have

25       one more document, and then we can take a

1                    Mohan Pauliah

2         break.

3              (Exhibit No. 13 marked for

4              identification.)

5    BY MS. YOST:

6         Q.    All right.   I'm handing you a document

7    that's been marked as Exhibit 13.   Take a look at

8    that, and let me know when you've had a chance to

9    read it.   Have you had a chance to look at this?

10        A.    Yes.   This is -- this is the e-mail

11   you've given from Michelle.   It's the same thing.

12        Q.    So, is this -- this is another part of

13   the December 13th, 2014, e-mail chain between you

14   and Dr. Bradbury?

15        A.    Yes.   This e-mail is very selectly

16   taken.   So, I remember the previous ones leading

17   to this one.   It also contributes -- the situation

18   also contributes to this.   So, here I'm asking

19   very clearly, "Please provide me" -- I have

20   returned many requests.   She knows that.   She

21   knows.

22              She's not saying that you didn't

23   come and talk to me.   That's a lie here.   Because

24   if you look at previous e-mails where I'm pleading

25   for my son's admissions, 98,000.   Based on that, I

```
1                    Mohan Pauliah

2   too -- I applied, and I don't get it.  That

3   director called me and said, Paul, if you can join

4   or not.

5                    There's only one spot.  Getting a

6   spot was very difficult.  And my work have -- wife

7   has to go to work.  And that's leading up to all

8   these things.  And she's having very -- talk to me

9   directly.
10                   And I told you, I don't write many
11  e-mails.  Only when necessary, I wrote this.  It
12  was a dire need, and my family was going through a
13  lot -- a lot of things.
14       Q.   I understand.
15       A.   And this is, like, five years.  And she
16  promise me, and I'm not getting it.  I must --
17  she's not listening to my e-mails.
18       Q.   I'm sorry to hear that.  Let's -- you
19  know, let's just take a break.
20                   (A short recess was taken.)
21                   (A lunch recess was taken.)
22  BY MS. YOST:
23       Q.   Welcome back.  You understand you're
24  still under oath?
25       A.   Yes.
```

1                    Mohan Pauliah

2         Q.    Before the break, we were looking at

3    what had been marked as Exhibit No. 13, which is

4    an e-mail chain between you and Dr. Bradbury dated

5    December 13th, 2014.   It looks like in this

6    e-mail, Dr. Bradbury stated, "Also for the e-mail

7    record, I have you a check to help cover

8    expenses."   Is that accurate?

9         A.    This one here?

10        Q.    It's marked Exhibit 13.

11        A.    13?   One and three.

12        Q.    Yeah.   So, the very first line, I

13   believe, says, "Also for the e-mail record, I have

14   you a check to help cover expenses"; Is that

15   right?

16        A.    Check to cover expenses?

17        Q.    Is that what it says?

18        A.    Yeah.   It says.

19        Q.    Okay.   And do you remember her giving

20   you a check to help cover expenses around this

21   time period?

22        A.    I don't remember.   I have asked for

23   e-mail.   I have check to cover expenses.

24        Q.    Just to orient you, I think this was

25   also right around the time you were asking for the

```
1                    Mohan Pauliah

2    raise because you needed help with your son's

3    school.  Does that help refresh your recollection

4    about her giving you a check?

5         A.   I don't recollect -- I'm not able to

6    recollect.  But she's writing for the record,

7    so -- how much is that?  Okay.

8         Q.   Okay.  So you don't --

9         A.   I'm not able -- I'm not able to remember
10   that.  But I was in need of money at that time.  I
11   was asking only as a salary, not for my pocket.
12        Q.   Right.  Do you have any reason to think
13   that if -- let me rephrase that.
14                  Do you have any reason to think
15   that she didn't give you a check at this time?
16        A.   I don't recollect, but --
17        Q.   Okay.  So, we've been talking about the
18   fact that you believe that you should have been
19   paid this 98,000 back in, you know, the 2014 time
20   frame.  Is there any other aspect to your claim
21   that you should have been paid more in this case?
22        A.   Yes, ma'am.  Medical physicist is equal
23   to radiologist.  Radiologists at par, they get 300
24   to 600 million dollars, basically.  But if I'm
25   allowed to do a ABR certification, which she did
```

1                    Mohan Pauliah

2    not.  I asked for it.  She denied that.

3                    If I am ABR certified, is equal to

4    radiologist certified as ABR, American Board of

5    Radiologists.  So, there is two part.  One is a

6    medical physicist.  One is radiology.  That's the

7    clinical.

8                    And medical physicist also part

9    of -- play a part in clinical, the kickbacks and
10   all of that.  So, we start at the same entry
11   level.  We have, like -- well, 165 would be the
12   starting.  161, 120.  I don't know the starting.
13   Depends upon the locations.
14       Q.   So, you're saying that you wanted to get
15   certified, and she didn't allow it.  Is that what
16   you're saying?
17       A.    Yeah.
18       Q.   Okay.  Did she give you a reason as to
19   why she didn't allow it?
20       A.    She said she agreed.  She spoke to John
21   Humm.  She spoke to other people, but she won't
22   let me do it.  She asked to just, you know -- a
23   lot of time to do that.
24       Q.   So, she said that you could do it, but
25   then she just failed to give you time to do it?

1                    Mohan Pauliah

2        A.    Yeah.    Those internal arrangements,

3    normally managers does as a part of the career

4    growth for the fellow being -- whoever fellow of

5    whoever is the scholar.    They get to do their --

6    what do you call?    The improvement, career

7    improvement.

8                        That would be part of -- later, MSK

9    made it -- made it mandatory the IDP, individual

10   development plan.    Everybody should sign.    Both

11   the parties should sign, and then the career

12   should be like to that.

13       Q.    Okay.    Was there anyone else in the lab

14   that had that certification?

15       A.    I think the Rachael I talked about in

16   the beginning.    She wanted to withdraw.    She was

17   allowed to do both the research, as well as the

18   certification.

19       Q.    Was she in Dr. Bradbury's lab?

20       A.    She was working partly with us on the

21   PET side, and I'm on the MR side.    So, we are

22   pretty much working together.

23       Q.    So, she was working in Dr. Bradbury's

24   lab, then?

25       A.    Yeah.    Partly --

1                          Mohan Pauliah

2          Q.    Part-time?

3          A.    -- partly here, part-time there.

4          Q.    Okay.

5          A.    But, you know, these -- all projects are

6     interlinked.  So, Memorial has a medical physicist

7     department and radiology department.  People work

8     from -- across the departments.

9          Q.    Okay.
10         A.    And --
11         Q.    Do you have any reason to think that
12    there was any reason that she didn't let you go,
13    other than the fact that she didn't want to have
14    you have time away from work?
15         A.    You know, nowadays -- nowadays, if MSK
16    has very clear path for this kind of medical
17    physicist or the post-doc or the research
18    scholars.  So, when they are -- job onboard, it is
19    all defined the day one.
20         Q.    Right.  But going back to your time and
21    the question I asked, do you have any reason to
22    think that she was saying no to your ability to do
23    this other than because it would take time away
24    from the lab?
25         A.    No.  She never said no.  She said yes,

```
1                    Mohan Pauliah

2    and she spoke to people and make the arrangements

3    happen.  But she would delay and deny.  That's the

4    pattern that she was following.

5         Q.   Okay.  And anything other than what

6    we've already talked about in terms of any reason

7    you think that this has to do with your national

8    origin or race?

9         A.   And she have -- she wrote very good
10   recommendation letter for Rachael Bartlett, the
11   one -- she is working with me as a very good
12   medical physicist on the PET side.  I was on the
13   MR side.  So, she promoted her, like, whatever she
14   needed for the career growth to be a faculty.  She
15   did for her but not for me.
16        Q.   And was Rachael there before you?
17        A.   She was there.  I think, yeah.  She was
18   in the same time, I think -- believe.
19        Q.   Okay.  What was her role?
20        A.   I'm not -- I'm not -- I'm not --
21   Rachael?  What time she joined?
22        Q.   And what was her role at the time?
23        A.   She was also medical physicist --
24   medical physicist.  She was -- primarily has
25   appointment as a post-doc medical physicist, like
```

```
 1                    Mohan Pauliah

 2   similar -- similar to me.

 3        Q.   So, was she a research scholar?

 4        A.   Yeah.  Research scholar and post-doc

 5   comes in the same category.  But the titles are,

 6   like, different.  But she was a -- similar

 7   category.  She is not a faculty.

 8        Q.   Okay.  And so, she worked partially for

 9   Dr. Bradbury and partially for someone else?
10        A.   Yes.
11        Q.   Okay.  And Dr. Bradbury wrote her a
12   letter.  Is that --
13        A.   She wrote a letter.  She wrote
14   everything, and she came and told me that I
15   wrote letter --
16        Q.   Who told you?  Who told you?
17        A.   Bradbury.
18        Q.   Bradbury told you she wrote a letter for
19   Rachael?
20        A.   Rachael.
21        Q.   Okay.  And then, she told you you could
22   do it, but then she just never scheduled time for
23   you to do it?
24        A.   I think it should be done on the goal.
25   Like, it goes together, you know.  But she would
```

```
 1                    Mohan Pauliah

 2    not allow me to go or talk to the people.

 3         Q.    Okay.  And other than what we have

 4    already talked about, do you have any reason to

 5    think it was because of your national origin or

 6    race?

 7         A.    It is the -- it is -- she's promoting

 8    another girl and another person, and I'm left off.

 9         Q.    Other than that, do you have any other
10    reason for thinking it's based on your national
11    origin or race?
12         A.    I cannot think of anything.
13         Q.    Okay.  And you don't know what Rachael's
14    qualifications are, correct?
15         A.    I know she is a Ph.D. like me.
16         Q.    Do you know anything else about, like,
17    how many papers she has?
18         A.    Maybe similar to me.
19         Q.    Do you know?
20         A.    I'm not -- I don't have exact numbers,
21    but maybe similar to me.  But she have -- she
22    did -- was in PET imaging, and I was in MR.
23         Q.    Okay.  All right.  So, other than --
24    again, just going back to the salary -- the pay
25    issue.  So, I understand that you believe you
```

1                    Mohan Pauliah

2    should have been paid this 98,000.  Is there

3    anything else, like -- any other time you think

4    you should have gotten more money that you didn't

5    get more money?

6          A.    I'm enough -- medical physicists are

7    paid from, like -- you know, after three years of

8    experience.  Even with outside certifications,

9    they will be paid 120K starting.
10         Q.    Are you talking about at other
11   institutions?
12         A.    Not that -- MSK, they pay.  They pay to
13   people from different --
14         Q.    Who are you -- who are you talking
15   about?
16         A.    Medical -- medical physicists.  After
17   three years of training, they jump into the
18   faculties and then get a pay raise, and they go.
19         Q.    Okay.  So --
20         A.    They don't hold it for, like, eight, ten
21   years -- eight years like what -- my case.
22         Q.    Right.  But is there a particular -- so,
23   you're saying that if you would have been promoted
24   to faculty, you would have gotten paid more?
25         A.    Yeah.

1                    Mohan Pauliah

2        Q.    Okay.  And do you know what the

3   qualifications are to be a faculty?

4        A.    Yes.  I was.  There was another

5   placement for medical physicist very similar to my

6   area of expertise and everything.  And for -- John

7   Deasy (sic) is the chair.  He responded to me when

8   I apply for the position.  "I'll let you know how

9   the search is going."  And that's what I hear.

10  John is working -- helping me to get some faculty

11  positions, too.  So, other people are trying to

12  help me.

13       Q.    Did the -- didn't the posting require

14  that you have evidence of scholarly activity as

15  demonstrated by a number of -- number and quality

16  of scientific publications, many of which is first

17  or senior author?

18       A.    Faculty placement did not have that.  I

19  think -- I wasn't eligible for that, and I -- they

20  responded to my e-mail.  If I am not considered

21  for the position, they would simply write no.

22       Q.    What was their response?

23       A.    Of -- "I will let you know about the

24  search, and we keep in touch."  That's what he --

25  John -- I mean, Joseph Deasy.

1                    Mohan Pauliah

2         Q.    Okay.  So, they didn't say one way or

3    the other whether you were qualified.  He just

4    said "we'll keep in touch," right?

5         A.    I mean, if I am not eligible, they will

6    say clearly I am not eligible.  There was a

7    radiation oncology applied, medical physicist.

8    They have two parts, one diagnostic imaging.

9    Another one, traditional oncology.  Radiologist
10   came and said you have to have radiology oncology
11   training; otherwise, you're not eligible for this
12   post.
13                   So, that day coming to me very
14   clearly that I'm not eligible in any radiology
15   oncology type of work.  So, I went to
16   Northwestern, the next job.  Went to -- got
17   trained in radiation oncology.
18        Q.    Okay.  But if the job did require a
19   significant number in quality of scientific
20   publications, many of which is first or second
21   author, would you agree that you would not have
22   been qualified?
23        A.    From my case?  It's under publication.
24   It's under writing.  And internally, they -- they
25   have to -- they do promote internal candidates

1                    Mohan Pauliah

2    knowing their talents, knowing their expertise.

3    And they will consider.  If I am not considered,

4    they would have clearly told me I'm not

5    considered for this position.

6        Q.    But you don't know what he meant when he

7    said "we'll be in touch," right?

8        A.    But through other sources, I know that

9    they are considering for me.  Because this is also

10   kind of related to my work partly coming from

11   radiology, partly coming from medical physicist.

12       Q.    Okay.  And so, who was considering you

13   for this position?

14       A.    Medical physics.  It's a separate

15   department from radiology.  And medical physics

16   are advertised this position.

17       Q.    So, did Dr. Bradbury have any say

18   whether you got this position or not?

19       A.    She was bad-mouthing about Joseph Deasy.

20       Q.    She was bad-mouthing what?

21       A.    About Joseph.  I said -- I told her I

22   applied for this position.

23       Q.    Right.  But did she have the authority

24   to say whether you got the position or not?

25       A.    She has authority to talk to them.

1                    Mohan Pauliah

2    Usually, the jobs are -- you can -- the post-docs,

3    the research fellows are -- the research scholars.

4    Usually, to help them get a job, talk to the chair

5    or whoever position that makes the decision.  They

6    will talk to them and get position for -- that's

7    the normal way of research.

8            Q.    Okay.  But did she have any -- was she

9    the person who was deciding if you were going to
10   get this position -- this faculty position or not?
11           A.    Yeah.  She would -- she would leave.
12           Q.    She was not the person hiring for this
13   job.  You just said it was someone else hiring for
14   this job.
15           A.    Yes.
16           Q.    So, she would not be deciding whether
17   you got this job or not, correct?
18           A.    Yes.  There was another -- I applied for
19   a few more jobs, and I got an interview.  Later,
20   they asked me do you have a -- they have -- do you
21   have -- did you inform your manager about the
22   transition.  They said you have to talk to them.
23   She never encourages me to go for other job.  So,
24   I also put it in writing to her -- to HR.  So,
25   they asked her, but they didn't -- she did not let

1                    Mohan Pauliah

2    me go.

3         Q.   Okay.  But with respect to this faculty

4    position, Dr. Bradbury did not decide whether you

5    got this position or not, correct?

6         A.   But internally, it is -- it is a

7    manager.  Bradbury has to make the call for me to

8    be -- get selected -- I mean, rolled into that

9    position.

10        Q.   Why would you think that?

11        A.   Because it's the position -- placement

12   that's very similar to what expertise I had.

13        Q.   But do you know what happened with this

14   position?  I mean, you know you didn't get the

15   position.  But do you know why you didn't get the

16   position?

17        A.   I never got answered it that I'm not

18   considered for.

19        Q.   Okay.  So, is it possible that

20   whoever -- that the person who was looking at the

21   application just decided you weren't qualified and

22   never talked to Dr. Bradbury?

23        A.   I know they have talked to Bradbury.

24   That's --

25        Q.   How do you know?

1                       Mohan Pauliah

2        A.    I spoke to many senior people.

3        Q.    Who did you speak to?

4        A.    John Humm, Pat, and there are other

5   neuroradiologists, one more physicist there.

6        Q.    And what did John tell you about this --

7   well, first of all, who is the person who was

8   hiring for this job?

9        A.    It's a medical physics department.  John
10  Humm is the vice chair, and Joe Deasy is the
11  chair.
12        Q.    Okay.  So, what did John Humm tell you
13  about what Michelle said about this job and you?
14  So, you just said that you know that Michelle
15  talked to them because Joe Humm (sic) told you; is
16  that right?
17        A.    John Humm usually -- he knows my
18  situation that I'm suffering so much.  He said I
19  will -- I'm going to -- with your permission.  He
20  asked me for first my permission, John Humm.  And
21  I said yes.  I will go and talk to Bradbury.  This
22  is -- cannot continue for a long time ago.  This
23  is not going to help you, Paul.
24                     So, he went and talked to her many
25  times.  And he also talked about the papers,

1                    Mohan Pauliah

2    manuscript.  He wants the integration of MR-PET.

3    That's a new technique that we developed.

4         Q.   Okay.  But specifically, I want to

5    know --

6         A.   Yeah.

7         Q.   -- with respect to you applying for this

8    faculty position.  Do you know that Dr. Bradbury

9    talked to anyone about your application for this
10   faculty position?
11        A.   Can you please rephrase it?
12        Q.   Do you know, with respect to this
13   faculty position, whether Dr. Bradbury talked to
14   anyone about you applying for this faculty
15   position?
16        A.   I don't recall.  I don't remember.  But
17   I applied to medical physics department.  That's
18   not radiology department.
19        Q.   Right.  So, what I'm trying to
20   understand is Dr. Bradbury would not have been a
21   decision-maker on that, correct?  So, someone in
22   the medical physics department would have decided
23   whether you got the job or not, correct?
24        A.   Yes.
25        Q.   So, Dr. Bradbury would not have decided

```
 1                    Mohan Pauliah

 2   whether you got the job or not, correct?

 3        A.   No.  Dr. Bradbury will be knowing,

 4   because HR will talk to Bradbury before getting

 5   the job.

 6        Q.   But do you know whether Dr. Bradbury, in

 7   fact, talked to anyone about you getting this job?

 8        A.   Bradbury told me -- assured me that I

 9   will have a senior position to my experience, so I
10   thought this is the --
11        Q.   I want to -- sorry.  I just want to
12   rephrase the question, because I'm asking
13   specifically about the faculty position that you
14   applied for in the medical physics department.
15   You said that HR would have talked to
16   Dr. Bradbury.  But do you know whether HR talked
17   to Dr. Bradbury about your application for the
18   faculty position in the medical physics
19   department?
20        A.   I don't know.  I don't know.
21        Q.   Okay.  Okay.  So, were there any other
22   faculty positions you applied for beside the
23   medical physicist position?
24        A.   I applied for manager positions, too.
25        Q.   Manager positions?
```

1                    Mohan Pauliah

2       A.   Yeah.  Manager.  Biomedical engineering

3    positions.  And -- and when I was in very much

4    near that I'm going to be terminated, John Humm

5    took my CV and spoke to the managers, also.

6       Q.   Okay.  And with respect to the medical

7    physicist faculty position, you don't know why you

8    didn't get that position, right?

9       A.   I was waiting for it.  I didn't never
10   got the answer.
11       Q.   All right.  So, is it your position
12   that, effectively ever since 2015, you should have
13   been paid 98,000?
14       A.   Yeah.  That's -- that -- she agreed to
15   me.  And for medical physicist the salary ranges
16   are available in the APM survey, with
17   certification and without certification.
18       Q.   Okay.  You referred earlier to the
19   ten-million-dollar grant that Michelle got.  That
20   was for her company, correct?
21       A.   Ten million dollars?  It's NIH grant.
22       Q.   The NIH grant for establishing the
23   Center of Excellence?
24       A.   Yes.
25       Q.   And you claim that she denied you a

```
1                    Mohan Pauliah

2    position in that; is that right?

3         A.    Yeah.   It was returned -- the grant had

4    returned my name and salaried.  All the peoples

5    were there.  But she did not -- after getting the

6    grant, she did not pay me.  Denied.

7         Q.    Did she deny other people, as well?

8         A.    She denied to Miriam, also.

9         Q.    Was there anyone else who was supposed
10   to be a part of it?
11        A.    Yeah.  We were the -- both of -- both of
12   them working on the project.
13        Q.    I'm sorry.  Who?
14        A.    We both.  She worked on biology.  I
15   worked on imaging.  And she writes -- or edits and
16   all of this connection that she did.  And was --
17   have submitting, I make sure my name is there.
18   She showed me that once we get the grant, I will
19   roll into a senior position and we will make more
20   payment for you.
21                So, that's how she was seeking me.
22   So, I was, like, okay.  Now, she's doing -- we
23   will get the grant.  Then, we will decide about
24   further things.  So, that's how we rolled it.
25   After that, I had to fight to her put my name on
```

Page 230

1                    Mohan Pauliah

2    the grant.

3        Q.    Okay.  So, you and Miriam both had your

4    names left off of the grant?

5        A.    Grant.  Even -- even we requested, she

6    was yelling at us.  She was throwing at us and ask

7    her to, you know, get out of the room and all of

8    that.  And I said I'm going to -- I worked on

9    this.  My name should be there.

10        Q.    And was there anyone else in the lab who

11   was on the grant?

12        A.    Apparently, we both were, so we expect

13   that we both should be there.

14        Q.    Okay.  Okay.  So, there was no one else

15   who was on the grant that was working on the

16   project?

17        A.    Barney Yoo.  Barney.  There was a guy,

18   Barney, who came from another lab.

19        Q.    He was at another lab?

20        A.    Yeah.  But he later came and joined us.

21        Q.    After this grant?

22        A.    After the grant.  Yeah.

23        Q.    And what was his name?

24        A.    Barney Yoo, Y-O-O.

25        Q.    Okay.  And --

1                    Mohan Pauliah

2          A.    So, later, once we got Feng Chen,

3    Daniella -- there's many people were recruited and

4    made a lot of money.

5          Q.    Okay.  And did she give you any reason

6    as to why?

7          A.    She said, "I forgot.  I forgot, Paul.  I

8    forgot, Paul."

9          Q.    Okay.  And was that what she said to
10   Miriam?
11         A.    Then, I was, like -- I was -- I'm not
12   going to live this.  I told Miriam, "I'm not going
13   to live this.  I'm going to fight on this."  I
14   worked on it.  This is my -- whatever happens,
15   happens.  And I leave it to God, and I fight for
16   it.  She add my name later.
17         Q.    She did add your name later?
18         A.    Yeah.  Yeah.
19         Q.    And what about Miriam?  Did she --
20         A.    She -- Miriam was never got it.  And she
21   cries for every day.
22         Q.    Okay.  All right.  So, let's talk about
23   your green card.
24                So, what -- can you just describe
25   your claim pertaining to the green card?

```
 1                     Mohan Pauliah

 2             So, let me just -- let me just back

 3   up, then.  So, MSK did submit a green card

 4   application for you in April of 2017, correct?

 5        A.   Yeah.

 6        Q.   Okay.

 7        A.   Yes, they did.  But prior to that, there

 8   was a lot of things going.  I wrote a

 9   discrimination complaint to Adam Cohen --
10        Q.   Uh-huh (affirmative response).
11        A.   -- prior to that.  And Adam Cohen
12   promised me that he would get my card within two
13   months' time, and he has to set up -- prepare all
14   these documents for me, which I did.  And I did
15   medical, also.  I paid thousand dollars for me and
16   my wife and submitted to him.
17                  And every time, I used to call him
18   or -- he won't reply.  He won't never return my
19   call -- request.  Then I had to reach through
20   post-doctoral affairs manager Cruise.  Denise
21   Cruise (phonetic) or something like that.  She
22   is -- she was later also fired, I think.  She
23   helped me to get that number.  I know because I
24   gave a check.
25                  And I -- if the check has been --
```

1                    Mohan Pauliah

2    if my whole document has been sent to the USCIS, I

3    will know about my check has been credited or not.

4    If I would paid for it, a credit card or anything,

5    I would have not known it.  But if my check is

6    relinquished by the U.S. department, I know that's

7    what consent.

8                    So, I was not knowing -- having any

9    idea what is happening there.  And I -- every day,
10   I used to go.  The security would stop me.  Like,
11   you know, I used to go -- show up there, ask for
12   him.  He won't come out -- meet with me.  Later,
13   somehow I came to know he filed, and he withdraw
14   it.
15       Q.   Let's go through -- let's go through
16   some history with this, then.  So, can you turn
17   back to what's been marked as Exhibit -- sorry --
18   11.  It's the staff e-mails.  All right.  So,
19   turning to the page that's labeled MSKP0642.
20            MR. MORIARTY:  I'm sorry?
21            MS. YOST:  I said that wrong.
22       MSKP01642.
23            MR. MORIARTY:  Great.
24   BY MS. YOST:
25       Q.   Okay.  All right.  So, this appears to

1                          Mohan Pauliah

2    be an e-mail from Dr. Bradbury to Adam Cohen

3    copying you dated October 3rd, 2014; is that

4    right?

5         A.    Yeah.

6         Q.    And it appears that Dr. Bradbury is

7    asking Paul -- I'm sorry.  Dr. Bradbury is asking

8    Adam to expedite your green card; is that right?

9         A.    Yes.

10        Q.    And then, if you go to the next page,

11   MSKP01643, this appears to be an e-mail from Adam

12   Cohen to you dated a couple of weeks later on

13   October 14th, 2014; is that right?

14        A.    Yes.

15        Q.    Okay.  And then, he says, "As a reminder

16   following our meeting two weeks ago, we cannot

17   file your case as is based on your credentials at

18   present.  We will have to determine when you will

19   be submitting additional publications/revisions to

20   journals and were to have that conversation with

21   your PI next month.  There's still work to be

22   done"; is that right?

23        A.    Yes.

24        Q.    So, Adam Cohen was telling you at this

25   time that he couldn't file your case, correct?

1                    Mohan Pauliah

2       A.    He is saying he cannot.  Yes.  2014.  He

3  said -- he brought up that I should have first

4  author paper.

5       Q.    Okay.  And then, did he also suggest you

6  should seek a national interest waiver?  Not in

7  this e-mail, but do you remember him suggesting

8  that?

9       A.    That -- I don't remember.  But I
10  understand national waiver also plays a part.  But
11  if you terminate -- the employer terminates you,
12  we are go back.  That's not going to help me in
13  any way.
14       Q.    Could your wife have worked, though, if
15  you got a national interest waiver?
16       A.    My wife where -- when I was in J-1, she
17  was working.  She got a job, and I was pleading
18  her to extend my -- on a yearly basis, not three
19  months or two months' basis.  So, she was left
20  off.
21            Whenever we file a yearly, that
22  makes three months' time, and she would lose a
23  job.  And she would work without money.  Most of
24  the time, her career was paused because of this.
25       Q.    Okay.  But --

1                    Mohan Pauliah

2        A.    She could not -- she could not move on

3    with the career, but she was always volunteering

4    to keep up -- put in application for career.

5        Q.    But if you had a national interest

6    waiver, could she have worked at that point?

7        A.    National interest waiver at that time?

8    I don't remember.

9        Q.    Okay.

10       A.    But later -- later, he gave me options

11   to file national interest waiver.  But then,

12   that's not going to help me.  Because if they

13   terminate me -- so, I spoke with the lawyers --

14   immigration lawyers.  That if we -- we want to

15   file in both categories and whichever you want.

16              Then, Adam Cohen helped me to find

17   another lawyer who can help me.  I went and asked

18   him what are my options, sir.  Look at my

19   strugglings.  You are immigration lawyer.  Look at

20   me and help me with any kind of thing you can help

21   me.  Then, he gave me three, four lists of

22   lawyers, and I filed with them.

23       Q.    Didn't Adam tell you that he was going

24   to withdraw the application if he got an I-140

25   form from the immigration attorneys -- immigration

1                      Mohan Pauliah

2    authorities?

3         A.    Not --

4         Q.    Sorry.  I said that wrong.  Didn't he

5    tell you he was going to withdraw the green card

6    application if he received a request for evidence?

7         A.    No.

8         Q.    You're saying he did not tell you that?

9         A.    He did not tell me that.  He was -- he
10   told me that in October -- I think October -- end
11   of October -- when I wrote the e-mail.  We met.
12   He wrote the e-mail.  He told me, next month, we
13   will be filing.
14              Within two months' time, you will
15   get the EB-1A clearance and the investigations,
16   that's the part of the -- so, look for that.  And
17   also, look for, in the post, that you will get
18   the -- receive the e-mail card into it.  Don't
19   default on that.  That's what he told me.
20        Q.    So, I'm sorry.  Wait.  You're saying --
21   what's the date that you're saying he said he
22   would file the green card application?
23        A.    Within that year, I think.  I wrote an
24   e-mail to Adam Cohen discrimination about that is
25   dated itself -- I think it's in a number December,

1                     Mohan Pauliah

2    so.

3         Q.    Of what year?

4         A.    I don't remember.  It was '16 or '17, I

5    believe.

6         Q.    Okay.  And your application was, in

7    fact, filed in 2017, correct?

8         A.    Later.

9         Q.    Right.  In April of 2017?
10        A.    Yeah.  After I went to talk to many
11   professors, who are the pillars, consultants to
12   post-docs, research scholars, senior scientists.
13   The way to -- you know, they are called super --
14   godfathers.
15        Q.    Right.  And that's required for the
16   application, correct?
17        A.    That's not required.
18        Q.    You're required to have multiple
19   recommendations, correct?
20        A.    Oh, that's another separate part.  This
21   one, I went and pressured that way so that Adam
22   Cohen responds to me, because he is not responding
23   to me.
24        Q.    Right.  And it's because he didn't think
25   you were qualified at the time, correct?

1                    Mohan Pauliah

2          A.    But that was not told to me.  But he

3    said -- after evaluating, he said, "I'm going to

4    file it."  So, he said yes means he has evaluated

5    my application, and he said -- I get these medical

6    records.  I pay thousand dollars for this.

7          Q.    When are you claiming he told you that

8    you were qualified and he was going to file?

9          A.    That was in October.
10          Q.    Of?
11          A.    2016, I think.
12          Q.    2016.  And so, he filed it six months
13    later, correct?
14          A.    He said he is going -- filing next month
15    so make sure of this medical document, that
16    document, this document.  So, I did all those
17    things.  I collected all those recommendation
18    letters from outsiders, internal.  And Bradbury
19    told me, you don't worry about that.  I get the
20    recommendation letter from me, from the company,
21    from others.  But she never did that.
22          Q.    She did give you a letter of
23    recommendation, correct?
24          A.    That's after long fight, long fight,
25    long fight.  When my attorney said you should have

```
 1                    Mohan Pauliah

 2    at least one recommendation from your boss.  I

 3    only said -- hadn't seen it.

 4         Q.   You didn't have -- you didn't -- I'm

 5    going to show you a document.

 6         A.   And I have sent many reminders after one

 7    reminder.  Only here, she gave it to me.  She did

 8    not give it to me in the first place.

 9         Q.   Okay.  But just to go back to the
10    original question.  So, did you understand that
11    after the green card application was filed, MSK,
12    in fact, did receive a request for evidence?
13         A.   So, as per -- now I understand as per
14    the law, they should have given me the other fee.
15    He only told me.  He never shared that other fee
16    with me.
17         Q.   He shared -- never shared what?  Oh.
18         A.   The other fee, the request for evidence.
19    Okay.  As per U.S. law, it should be shared with
20    the applicant.
21         Q.   You're claiming he didn't share it with
22    you?
23         A.   Yes.
24         Q.   He told you about, it though, correct?
25         A.   He told me.  But I want to know onboard
```

1                    Mohan Pauliah

2    basis, they have rejected.  And it was a very

3    flimsy ground it was rejected.  He's supposed to

4    file it with the updated forms.  He didn't file

5    it.

6          Q.   What updated forms are you saying he

7    should have filed?

8          A.   So, every time -- every year -- year,

9    you see -- send updated forms.  And for the
10   particular year, they update the forms.  And with
11   the -- at the bottom of it, you will see valid
12   from this date to that year.
13         Q.   Are you talking about your visas?
14         A.   No.  RFE.
15         Q.   Okay.  But -- I'm sorry.  It's an RFE
16   form, you're saying?
17         A.   Yeah.  Why it was rejected?  It was
18   rejected based on the fact that Adam Cohen did not
19   submit the right form, which is the updated form.
20              MS. YOST:  Will you mark this?  I think
21        it's 14.
22              (Exhibit No. 14 marked for
23              identification.)
24   BY MS. YOST:
25         Q.   All right.  I'm handing you what's been

1                    Mohan Pauliah

2    marked as Exhibit 14.  Take a look at this e-mail

3    chain, and let me know when you've had a chance to

4    look at it.  Have you had a chance to read the

5    document?

6         A.    Yes, ma'am.

7         Q.    Okay.  So, it appears in this document

8    that -- well, first, let me ask a basic question.

9    So, was Deborah Notkin the lawyer that you hired
10   to handle your green card after MSK withdrew the
11   initial application?
12        A.    Yeah.  So, when Adam Cohen did not give
13   me any options, I asked for lawyers.  Please help
14   me find my lawyers who can fight for me.  And he
15   gave me another ten names or something like that.
16   But she said, she's good.  You go with her.
17        Q.    Right.  So, he gave you the
18   recommendation.  And so, in this e-mail, he
19   appears to be telling her that the green card
20   was -- the RFE was issued because of the author
21   contribution section.  Is that accurate?
22        A.    This is -- so the RFE was issued due to
23   the contributions.  So, he mentioned that.  This
24   is not -- I don't -- I did not receive this
25   e-mail.

```
 1                    Mohan Pauliah

 2        Q.    Right.  But Adam told your lawyer that

 3   it was based on the author contribution section,

 4   correct?

 5        A.    He is saying here --

 6        Q.    Yeah.  So, do you have any reason to

 7   think that's not accurate?

 8        A.    But I filed my green card outside

 9   without first authorship.  I got my green card.
10   Today, I'm a green card holder.
11        Q.    And when did you file your green card?
12        A.    She filed the same thing.
13        Q.    She filed this?
14        A.    Yeah.  She filed.  But Adam Cohen
15   putting a reason for the delay and making more
16   struggle.
17        Q.    So, you think he's just making -- you
18   think he's just making this up?
19        A.    Yeah.  He could have done that.  Because
20   there are previous instance -- he helped many
21   people with a publication get a green card.
22        Q.    Well, he helped -- he tried to help you
23   get a green card, though, correct?
24        A.    I was -- I need desperately.  I was
25   reaching to him in a polite manner, please help
```

1                     Mohan Pauliah

2    me.

3         Q.    Okay.  So, you did eventually get a

4    green card?

5         A.    On my own.

6         Q.    On what?

7         A.    On my own.  Outside MSK.

8         Q.    Right.  And --

9         A.    MSK -- usually, green cards are given to
10   employers instantly, and MSK has a special route.
11   None of the -- none other visiting students in the
12   whole world we have this.  MSK has special route.
13   If they apply for a green card for any
14   participants, they will get it.  They're mostly
15   not denied.  And I know.  And one of my friend
16   working in nuclear medicine, she did not have
17   first author, but she was able to get a green
18   card.
19        Q.    Well, so then, why -- what is --
20        A.    I had --
21        Q.    So, why do you think your application
22   was denied, then?
23        A.    Because she -- Michelle and -- they were
24   playing together.  It was --
25        Q.    But Michelle -- but Michelle was pushing

```
 1                    Mohan Pauliah

 2   him to file it.  You saw the e-mail from 2014

 3   where she was --

 4        A.   It's all here --

 5        Q.   Let me finish the question.  She was

 6   pushing him to file it, was she not?

 7        A.   Ma'am, these are extreme steps I have

 8   taken when she wrote this e-mail.

 9        Q.   What do you mean "these are extreme
10   steps I have taken"?
11        A.   I said I won't be able to stay here long
12   time with my financial hardship and all of that.
13        Q.   That was before -- this e-mail was
14   before those e-mails.
15        A.   Yeah.
16        Q.   This is in October.
17        A.   Yeah.  This one.  This one.  October.
18        Q.   Right.  She was asking Adam Cohen
19   to expedite --
20        A.   "Please expedite Paul's green card."  I
21   was pleading with them many times.
22        Q.   But this was before you started
23   complaining about your salary and saying you were
24   going to leave based on your salary.  That was in
25   December of 2014, correct?
```

1                      Mohan Pauliah

2        A.    I'm not talking here to salary.  I'm

3   talking about a green card.

4        Q.    I know.  But, like, when did you start

5   complaining about your hardships, then?

6        A.    Hardship?  I put it in writing in 20 --

7   yeah.  2014.  From 2012 -- from 2012, I'm pressing

8   her to help me with the green card and a salary

9   and a title.

10        Q.    Okay.  But she, in fact, asked Adam to

11   file it, even though you weren't qualified.  So,

12   what more should she have done?

13        A.    This meeting, I said, you know -- the

14   total crucial work has been put on me.  And she

15   told me, "Paul, I need you."

16        Q.    Right.

17        A.    "I need you for my grant.  I need you

18   for" --

19        Q.    But that's not my question.  My question

20   is she told Adam --

21        A.    Yeah.

22        Q.    -- to expedite this.  What more should

23   she have done?

24        A.    So, I requested please file my green

25   card.  My wife was not able to work, not here.

1                      Mohan Pauliah

2    Not with this money.  I can't do it.

3         Q.    But Adam Cohen was the person who got to

4    decide when it was filed, correct?

5         A.    So, he could have filed, ma'am.

6         Q.    Right.  But I'm asking you with respect

7    to Dr. Bradbury.  Is there something else that she

8    should have done?  Because she was asking him to

9    file the green card application, and he was the
10   one who got to decide whether to file it.  So, is
11   there something more that you claim Dr. Bradbury
12   should have done?
13        A.    So, the procedures -- I attended even
14   Adam Cohen's phone call meetings.  The
15   particulars, they will talk to the manager.  If
16   manager permits, they will file it.
17        Q.    How do you know that?
18        A.    Because that's in the town hall
19   meetings, all the town hall meetings.
20        Q.    But Dr. Bradbury was asking him to file
21   it, and he wasn't filing it.  So, why do you
22   think -- I mean, you were there when she was
23   asking him to file it.  So, it seems that Adam
24   Cohen was the person who got to decide when the
25   green card was filed, correct?

1                    Mohan Pauliah

2        A.    So Adam Cohen said, what managers say,

3    we will do.  If managers say no -- first say yes

4    and then say no, we will not do.  That's what he

5    said.

6        Q.    But from the e-mails we just looked at,

7    she asked him to file it.  He said you weren't

8    qualified, correct?

9        A.    That's the e-mail copied to me.  That's
10   what I know.  She has pressured him, too.
11       Q.    Right.  So, is there some reason you
12   think that Adam Cohen is not the person who
13   decides when green cards are filed?
14       A.    Ma'am, immigration department helps
15   people to get the green card.
16       Q.    Okay.  But you don't -- sir, let me set
17   the record.  You don't know what Adam Cohen's role
18   is, correct?  You don't know whether he is the
19   person who decides when green card application are
20   filed?
21       A.    Yeah.  I tell -- immigration attorneys,
22   yes.
23       Q.    So, Adam Cohen decides?
24       A.    Adam Cohens decides.  And also, there's
25   one more -- one more person was there.  She files

1                    Mohan Pauliah

2    it.  Hedge funds.

3          Q.    Someone who works with Adam Cohen?

4          A.    Yeah.  Adam Cohen came late in 2014.

5    Prior to that, they didn't have a full-time

6    attorney.  But he was hired for full-time

7    attorney.

8          Q.    All right.  Are you familiar with the

9    outstanding researcher requirements for a green

10   card?

11         A.    Yes.

12         Q.    So, is one of those requirements that

13   you have documented proof of significant awards

14   and prizes in your field?

15         A.    Yes.

16         Q.    Did you have that in 20 -- before 2017?

17         A.    I was able to do that, and I get my

18   green card.

19         Q.    I'm not asking that.  I'm asking:  Did

20   you have documented proof of significant awards

21   and prizes before 2017?

22         A.    Before 2017?  It was coming up.  The

23   patent and all of that, it was filing -- 2014, she

24   filed it.  So, it was.  Yes.

25         Q.    Is one of the requirements that you be a

1                    Mohan Pauliah

2    member in a prestigious organization associated

3    with your field?

4       A.    I don't remember.   Prestigious

5    organization associated with my field.   I don't

6    know.   But I don't have a recall.   But these are

7    the attorney's job.   It's not -- I'm not --

8       Q.    Right.

9       A.    I'm not --

10      Q.    So, you were not qualified to say

11   whether you were eligible for an outstanding

12   researcher green card, correct?

13      A.    Yeah.   But apparently, if I got a

14   lawyer, any attorney, lawyer, he first have

15   discussions with me.   And I pay for the discussion

16   consultations.   I met with many.   And they told me

17   I will be able to file it, provided these are

18   coming up, if she submitted a journal.

19              And after submitting a journal,

20   manuscripts, all this, it takes time, six months'

21   time, to come and appear in the news media or

22   internet.   So, we can process with this time, get

23   those letter of recommendations, and we file it.

24   We may not -- we may get; we may not get it.   It's

25   finger crossed.   That's what every lawyer told me.

1                    Mohan Pauliah

2              But if you have first author,

3    definitely -- and citations, you will.  But other

4    cases are there.  Like, your crucial role, that we

5    can tell her -- if they are recommending -- the

6    employer recommending.  So, you go with the

7    employer.  That's what they say.

8         Q.    Okay.  But Adam determined that you were

9    not qualified, correct?

10        A.    Yeah.  He -- he is advising back to

11   Bradbury saying that you give him the papers.

12   He's working on it.  So, she promised my papers on

13   that meeting with Adam Cohen.

14        Q.    Right.  She promised that, generally,

15   she would get you papers, right?

16        A.    No.  That's five papers in writing.

17   There's more.  But at least five papers, I will

18   get.  Adam Cohen, on that date, called Michelle

19   Bradbury on the phone, and she confirmed that.

20        Q.    And what day was this?

21        A.    This was on this time that we --

22        Q.    Around 2017?

23        A.    Even before.  2014, also, I met with the

24   man.  2014 with Elizabeth when I complained to

25   her.  And he made it very clear to Michelle.

1                          Mohan Pauliah

2    Within six months' time, you file these papers.

3    Otherwise, you will miss the bus.  This is what he

4    told everyone.

5        Q.   Do you have any reason to think that he

6    had another reason -- let me back up.  Do any

7    reason to think that he -- that's not a good

8    question at all.

9                          He was stating that you were not
10   qualified.  Do you have reason to think he had a
11   different reason for not submitting your green
12   card application?
13       A.   So, at one of the town hall meetings, he
14   also said this is a two-way process.  When we tell
15   them in this new situations -- if you tell the
16   mentor to get all the papers, that also helps you,
17   and he helps, also, us.
18                         But he has filed many applications
19   without first author paper and employer as a
20   privileges -- and special privileges for MSK to
21   get a green card in a date within two days, three
22   days.  And one of my friends, she told me.
23       Q.   Well, he did file your application,
24   ultimately, without more first author
25   publications, correct?

1                    Mohan Pauliah

2         A.    He did file very lately after all -- you

3    know.  Every day, pushing and pulling and

4    sufferings and all of that.  If I -- and --

5         Q.    Okay.  But is there some -- is there

6    some -- do you think that Adam Cohen was

7    discriminating against you?

8         A.    Adam Cohen did not -- did not file my

9    complaint.

10        Q.    So, you --

11        A.    Adam Cohen -- yes?

12        Q.    I'm sorry.  So, you do think he's

13   discriminated against you?

14        A.    Yes.  Because he --

15        Q.    Based on -- based on what?

16        A.    He did not -- he has given to --

17   the RFEs to other people, not to me.  And he did

18   not update me, so.

19        Q.    Did he give it to your lawyer?

20        A.    He gave it to my lawyer, but that has to

21   be given to the -- I filed with them.  I spent

22   money, also.

23        Q.    Right.  But --

24        A.    So, I spent -- New York City's law and

25   U.S. law, he has to provide me a copy.

1                    Mohan Pauliah

2         Q.    When he gave other people copies, did

3    they have lawyers?

4         A.    Can you please repeat it?

5         Q.    When he gave copies of RFEs to other

6    people, did they have lawyers at that time?

7         A.    Lawyers at that time?  They would have

8    filed to lawyers, even externally.  You can file

9    on your --

10         Q.    But you don't know whether they had a

11    lawyer or not, right?

12         A.    So, why I'm saying I should have got the

13    same, because in Northwestern, when they filed the

14    H-1 and other things, when I talked about them,

15    they made it very clear to me.  They have to

16    provide.  And they showed me that law that it

17    clearly says that it has to be shared with the

18    applicant.

19         Q.    Okay.  All I'm asking is:  With respect

20    to other people who got a copy of it, do you know

21    whether they had a lawyer or not?

22         A.    Sometimes, some people had a lawyer,

23    too.  Yeah.

24         Q.    Okay.  And so, the other people who

25    you're saying Adam, like, submitted green cards

1                     Mohan Pauliah

2    for, do you know what their races are?

3         A.    I don't know.  I can't recall.

4         Q.    Are you suggesting he was discriminating

5    against you based on your national origin or based

6    on your race?

7         A.    Yes.  I'm sorry to say.

8         Q.    Well, which one or both?

9         A.    Both.

10        Q.    Like, what protected characteristic are

11   you claiming that Adam discriminated against you

12   based on?

13        A.    My nationality.

14        Q.    Okay.  And did he make any comments

15   about your national origin at any point?

16        A.    I don't recall.

17        Q.    Okay.  Other than the fact that he

18   delayed filing the green card, do you have any

19   other reason to think that he was taking your

20   national origin or your race into account?

21        A.    Will you repeat that, please?

22        Q.    So, other than the fact that your green

23   card application was delayed, in your view, do you

24   have any other reason for thinking that Adam was

25   discriminating based on your national origin or

1                    Mohan Pauliah

2    your race?

3         A.    Yeah.  So, he was not willing to meet

4    with me.

5         Q.    But do you have any reason to think that

6    he was not meeting with you because of your

7    national origin or your race?

8         A.    He gives me time and avoiding me.  So,

9    that's what happens when people don't want to talk

10   to people.

11        Q.    Right.  But is it possible he didn't

12   want to talk to you because he just found it --

13   your case difficult?  Not because of your national

14   origin or your race?

15        A.    If it is difficult, he should not have

16   said yes.  I -- every day, he would have written

17   to me on e-mail saying that -- very clearly that

18   this is not happening.

19        Q.    Okay.  But is there any other thing that

20   happened with Adam Cohen that makes you think that

21   it was based on your national origin or your race?

22        A.    He was avoiding me.

23        Q.    You said that.  Is there anything else?

24        A.    I don't recall, ma'am.

25        Q.    Okay.  Did Dr. Bradbury give you money

1                          Mohan Pauliah

2    for your lawyer for your green card application?

3          A.   So, I told -- when Adam Cohen processed

4    my green card application, he said I have to

5    file -- for the filing fee, I have to pay for it.

6    So, I gave them two checks.  I told you that when

7    the checks are realized, I know that my

8    application is going to the USCIS immigration

9    office still.

10                      Otherwise, it is still under
11   immigration and -- MSK immigration services.  So,
12   after I spent, I lost the money.  Now, this RFE, I
13   don't know why -- why does it rejected?  I don't
14   know.  I got a letter saying that send me with an
15   updated form.  So, that was the first thing -- I
16   think -- I don't remember exactly what happened
17   there, so.
18         Q.   My question was:  Did Dr. Bradbury give
19   you money for your green card application?
20         A.   So, I lost the money.  So, I asked him
21   what are my options now.  So, if I go outside,
22   and -- I don't earn that much.  I don't have that
23   much money.  I explain already talking to
24   consultation lawyers and everything.  So, what are
25   my options?  Are you -- can I get back with those

```
 1                    Mohan Pauliah

 2   money?  No, he said.

 3                  Then he made arrangements with

 4   Bradbury to pay for it.  Because she assured me

 5   from 2012 that I will get the green card, and she

 6   will pay for everything.  She's not paying me,

 7   either.  And she agreed to pay for it, for all of

 8   the expenses.  "Paul, I will get you the card."

 9                  MR. MORIARTY:  Can we take, like, a
10            five-minute break?  I just need to run to the
11            rest room.
12                  MS. YOST:  Yeah.  Can I just ask one
13            more question?
14                  MR. MORIARTY:  Yeah.
15                  MS. YOST:  Okay.
16   BY MS. YOST:
17        Q.  So, did she, in fact, pay for the
18   expenses?
19        A.  Yes.
20                  MS. YOST:  Okay.  That's fine.  We can
21            take a break now.
22                  MR. MORIARTY:  Thank you.
23                  (A short recess was taken.)
24   BY MS. YOST:
25        Q.  So, Paul, you have another allegation in
```

1                    Mohan Pauliah

2    your complaint that Dr. Bradbury filed your H-1B

3    visa at a lower position title.  Are you aware of

4    the fact that Dr. Bradbury does not choose what

5    title goes on the H-1B application?

6         A.    Can you repeat, please?

7         Q.    Yeah.  So, are you aware of the fact

8    that Dr. Bradbury does not decide what position

9    title is listed on a visa application?

10        A.    She decides.

11        Q.    What makes you believe that?

12        A.    Because she's the one who is sponsoring

13   it.

14        Q.    But there is an immigration office,

15   which we established, correct?

16        A.    She works with the immigration office.

17        Q.    Right.  But if the immigration office

18   were to say that they take whatever title is on

19   your appointment form, would you have any reason

20   to dispute that?

21        A.    I don't know.  I don't know.

22        Q.    Okay.  So, you have no reason to think

23   that's false?

24        A.    False?

25        Q.    So, when your visa applications were

1                       Mohan Pauliah

2      filed, they listed the title that was on your

3      appointment forms, correct?

4           A.   Yes.

5           Q.   Okay.  Are you also aware of the fact

6      that titles don't matter in visa applications?

7           A.   It matters.

8           Q.   What makes you say that?

9           A.   Because it's a titles -- the labor
10     certification titles that goes with the wages.
11          Q.   If the immigration office said that the
12     title didn't matter, would you have any reason to
13     think that was not accurate?
14          A.   It matters.
15          Q.   Well, you never had any problem getting
16     your visas approved, did you?
17          A.   Yes.
18          Q.   You did have problems getting your visas
19     approved?
20          A.   I did not have any problems.
21          Q.   Okay.  So, we're -- no matter what title
22     they put down, your visas always got approved,
23     correct?
24          A.   Yes.  But titles are put by the manager.
25          Q.   But you don't have any reason to think

Page 261

1                    Mohan Pauliah

2    that the immigration office is wrong when it says

3    it takes the title off the appointment form, do

4    you?

5              MR. MORIARTY:  Objection.  You can

6         answer.

7         A.    That's up to -- that's internal process.

8    BY MS. YOST:

9         Q.    You don't know what the internal process
10   is, correct?
11        A.    Yes.
12        Q.    And so, whatever title was put on your
13   visa applications had no impact on your visa
14   status, correct?
15        A.    It matters to me.
16        Q.    But it doesn't have an effect on your
17   visa status, correct?
18        A.    It matters to the visa status, too.
19        Q.    But you never had your visas denied,
20   correct?
21        A.    My visas are not denied.
22        Q.    Right.  So, what impact does it have?
23   You're claiming that titles matter, but your visa
24   applications were always approved, so how does it
25   matter?

1                  Mohan Pauliah

2        A.   So, if the labor certification didn't

3   come through, if they're not paying the right

4   wages, they may deny.

5        Q.   Okay.  But the labor certifications

6   always came through, correct?

7        A.   I don't know.

8        Q.   Did you ever have a visa denied when you

9   were at MSK?

10       A.   No.

11       Q.   Okay.  You have some allegations about a

12  hand injury that you had in 2015.

13       A.   Yes.

14       Q.   In your complaint, you claimed that you

15  think the doctor notified Dr. Bradbury of it?

16       A.   Yes.

17       Q.   Why do you think that?

18       A.   Because it's an emergency situation.

19  Otherwise, I will lose my finger.  So, he asked

20  for me to take rest and not to do any work.  Go

21  and take rest.

22       Q.   Were you there for any conversation he

23  had with Dr. Bradbury?

24       A.   So, right after office, Bradbury was

25  making a lot of calls since he made the call to

```
 1                    Mohan Pauliah

 2   her.  He was connecting on my cell phone.

 3        Q.   I'm sorry.  I asked a question:  Were

 4   you there for a conversation he had with

 5   Dr. Bradbury?

 6        A.   I don't recollect.  I went to the

 7   doctor's office.

 8        Q.   Yeah.  I'm sorry.  I don't want to waste

 9   the whole day.  So, I just want to make sure you
10   understand the question.
11        A.   Okay.
12        Q.   So, I'm asking:  You say that you think
13   the doctor called Dr. Bradbury.  Were you present
14   for that conversation?
15        A.   I don't remember.
16        Q.   Okay.  So, do you know for sure that he
17   contacted Dr. Bradbury?
18        A.   Yes.
19        Q.   Why?
20        A.   Because doctor told me.
21        Q.   The doctor --
22        A.   Told me.
23        Q.   That he contacted Dr. Bradbury?
24        A.   Bradbury.  And yeah.  I'm telling you
25   immediately, go take rest and take these tablets.
```

1                    Mohan Pauliah

2          Q.    Okay.  And are you aware of any other

3    individuals in the lab who were treated

4    differently with respect to having injuries than

5    you?

6          A.    They were given leaves -- vacations.

7          Q.    Who was given leaves?

8          A.    I think Phillips, Evan.

9          Q.    Phillip?
10         A.    Yeah.  Evan.
11         Q.    What were -- injuries did they have?
12         A.    I don't know about the injuries, but
13   they were given leaves on off.
14         Q.    You were given leaves, too, correct?
15         A.    I was not.  I was --
16         Q.    You were given a leave when you father
17   passed away, correct?
18         A.    After three or four days.
19         Q.    What do you mean "after three or four
20   days"?
21         A.    I was asked to come the next day to
22   work.
23         Q.    When your father passed away?
24         A.    Yes.
25         Q.    But then, you were given leave after

```
1                    Mohan Pauliah

2    that?

3         A.    My father was in -- is dead.  I have to

4    make lot of arrangements.

5         Q.    Uh-huh (affirmative response).

6         A.    His was laid in mortuary, and she asked

7    me to come to work.  And I did.

8         Q.    When was this?

9         A.    I don't know.  I don't remember that.
10   It's 2012 or 2014.  2012, I think.
11        Q.    2012?
12              MS. YOST:  Mark this please.
13              (Exhibit No. 15 marked for
14              identification.)
15        A.    2011.
16   BY MS. YOST:
17        Q.    2011.  Okay.  So, I'm handing you a
18   document -- I didn't hand it to you.  Sorry about
19   that.  Here you go.  I'm handing you a document
20   marked as Exhibit 15, which I think appears to
21   relate to your father's -- your father's death,
22   which does appear to, I think, corroborate that
23   it's 2011.  Does that refresh your recollection?
24        A.    Huh?
25        Q.    This does suggest that it was in 2011.
```

1                    Mohan Pauliah

2    Does that refresh your recollection?

3         A.    Yeah.   It's what it says.   Yes.

4         Q.    Okay.   So, in this e-mail chain, it

5    looks like Dr. Bradbury says, "I'm so sorry, Paul.

6    Of course.   When will you leave?"  Is that right?

7         A.    Yes.

8         Q.    So, but you're saying that that's -- did

9    she let you go?

10        A.    No.   She asked me to come to work.

11        Q.    But it's not in this e-mail chain?

12        A.    This is not in the e-mail chain.   Yes.

13        Q.    When did she ask you to come to work?

14        A.    She asked me -- she was -- she is not --

15   she was aware, I believe.   We had a conversation

16   on the phone.   But my cousin coming -- I don't

17   know what to do in this country when my dad passed

18   away.   I have to get my -- all the certifications.

19   And my sisters and brothers asked for -- how we

20   will be able to say bye.   And I had the career,

21   and I didn't have the time to make any of those

22   arrangements.   Some of them -- he told some

23   friends there because -- because he came from

24   Philly.   And he has to do this good job, and I was

25   on with him.   And he was taking me to the

1                     Mohan Pauliah

2    Mount Sinai Hospital back and forth.  And I don't

3    know where to put his body or the things.  So,

4    then I was talking on the phone, he listened to

5    that conversation say that I have to come in.

6    Then he looked at me and said, "What?  What is

7    happening here?  Your dad is dead."  Okay.  Then

8    he reached out many people.  I had to get the --

9    the communicable disease certificate -- all the

10   certifications.  And he arranged for it, and I

11   came to --

12        Q.   I'm obviously very sorry this is a --

13   for your loss.

14                I just want to focus on the

15   conversation with Michelle.  So, I just am not

16   sure I understood the situation.  So, you called

17   her?  She called you?

18        A.   I called her.

19        Q.   You called her?  Okay.  And what did you

20   say?

21        A.   I said my father -- my dad passed away.

22   I just want to make arrangements for his body.

23   Sisters are asking -- brothers are asking for it.

24        Q.   Uh-huh (affirmative response).

25        A.   I don't know when I can leave this

Page 268

1                        Mohan Pauliah

2    country.  I don't have family here.

3         Q.   Okay.

4         A.   Somebody help me.  I asked for help.

5    She did not reply on that.  But my cousin got,

6    somehow, through his friends.

7         Q.   What did she say on the call?

8         A.   "Paul, I wanted you to come tomorrow to

9    the office to do that work."

10        Q.   Okay.

11        A.   And he listened to the conversation.

12   What is going on here?  Same -- then, I'm already

13   broken.  I'm already lost, devastated.  And she is

14   creating a lot of -- probably if I lose my job,

15   and he came to work.  I had to learn a lot of

16   formalities.  I didn't have insurance.  Arrange

17   for money.  Fly to --

18        Q.   Do you want to take a minute?

19        A.   Yeah.

20        Q.   Let's go off the record, please.  Okay.

21                  (A short recess was taken.)

22   BY MS. YOST:

23        Q.   Okay.  So, turning back to the hand

24   injury that you had.  I think we were talking

25   about other people getting leaves.  Are you aware

1                    Mohan Pauliah

2    of whether anyone else in the lab had an injury?

3         A.    Yeah.   Some people get, you know,

4    injuries also.   She give leave.

5         Q.    Who did she give leave to for injuries?

6         A.    I think -- I think Phillips, Evan.   He

7    is kind of diabetic, too.

8         Q.    Phillip Evan is his full name?

9         A.    Yeah.   Evan Phillips or Phillips, Evan.

10        Q.    Okay.   Do you remember what his injury

11   was?

12        A.    No.   No.   I don't -- I didn't get into

13   personal of anybody else.   If they get leave, then

14   he's got leave.   He will injury -- so he were

15   telling that speedy recovery, something like that

16   maybe.

17        Q.    But to your knowledge, she did give him

18   leave?

19        A.    I don't remember exactly.

20        Q.    You don't remember the details?

21        A.    The details.

22        Q.    Okay.   So, one of your other allegations

23   has to do with not being approved to remain in

24   MSKCC housing; is that right?

25        A.    Yes.

1                        Mohan Pauliah

2           Q.    Okay.   And it was when you got promoted

3    to a senior research scientist that you were no

4    longer eligible for housing, correct?

5           A.    That's what the housing people told.

6    Yes.

7           Q.    Okay.   And they told you that senior

8    research scientists were not eligible for housing,

9    right?

10          A.    Yes.   Faculty was eligible.

11          Q.    Okay.   And are you aware of anyone else

12   who was a senior research scientist who was given

13   housing?

14          A.    I don't know.

15          Q.    You're not aware of anyone?

16          A.    I don't know.

17          Q.    Okay.   How long did you live in MSK

18   housing?

19          A.    Talking about termination?

20          Q.    So, about eight years?

21          A.    No.   It was 2018.

22          Q.    Nine years?

23          A.    Or 2018.

24          Q.    Are you aware that there's typically a

25   three-year term limit on housing?

1                    Mohan Pauliah

2        A.    But I was -- I didn't know about that

3    until 2018.   There would be -- so, this is an

4    internal process.   They will talk to the manager

5    and extend my --

6        Q.    Okay.   And you were given an extension

7    even after your promotion, correct?

8        A.    They were given me extension?

9        Q.    So, I think your -- you were promoted in
10   October of 2017 to senior research scientist,
11   right?
12       A.    Yes.
13       Q.    And I think you were given until the end
14   of January to vacate housing; is that right?
15       A.    Yes.
16       Q.    One of your other allegations says that
17   your vacation pay was deducted from your salary
18   and your final paycheck?
19       A.    Yes.
20       Q.    So, I can show you the document, but it
21   looks as though you were paid a substantial amount
22   of vacation pay in your last check of about
23   $9,000.   Is there something else you're claiming
24   you were paid -- you were owed beyond that?
25       A.    My rent was deducted.

1                    Mohan Pauliah

2        Q.    You're saying your house rent was

3    deducted from your pay?

4        A.    No.  From the -- from other pays.  From

5    the -- what the pay?  Is leaving.  They have --

6    what I occurred through leaves, so that I got the

7    pay that I'm used to.  Leaves, I will be paid for

8    that.  So, that was deducted.

9        Q.    I'm sorry.  I'm not sure I'm
10   understanding.  So, you -- the pay for unused
11   leave, you did receive?
12       A.    But I think they deducted it.
13       Q.    Let me just introduce this document, and
14   we can look at it together.
15            (Exhibit No. 16 marked for
16            identification.)
17   BY MS. YOST:
18       Q.    Let me show you what's been marked as
19   Exhibit 16.  So, I think this appears to be your
20   final paycheck that you received on April 28th,
21   2018.  Does that appear to be accurate?
22       A.    2018?  4/2018.  Yes.
23       Q.    Okay.  And so, there's a -- if you look
24   under the earnings field, there's a field for
25   vacation leave pay, vacation payout.  And it says,

1                    Mohan Pauliah

2    "Hours:  217.5.  Rate:  42.07."  And then, the

3    amount is 9,150.23.  And it looks like you were

4    paid -- it looks like you were paid that amount.

5    So, is there some other amount of vacation that

6    you claim you were owed?

7                    (Long pause.)

8    BY MS. YOST:

9         Q.    Do you need me to repeat the question?
10        A.    Yes.
11        Q.    So, it looks like you were paid
12   $9,150.23 for vacation pay in this last check; is
13   that correct?
14        A.    Yeah.  Nine thousand --
15        Q.    So, is there some additional amount of
16   vacation pay that you claim you're owed?
17        A.    Yes.  That's what my thinking is.  I
18   don't recall that.  I can --
19        Q.    Do you think you would have had more
20   than 217 hours of vacation at the time of your
21   separation?
22        A.    I'm not sure.
23        Q.    Okay.  So, is it possible that were paid
24   for your vacation?
25        A.    I'm not sure.  I have to go through in

```
 1                    Mohan Pauliah

 2    details about my claim on that.

 3        Q.   Well, this is the time to do that, so.

 4        A.   I know.  I will get back to you through

 5    my lawyer.  Is that okay?

 6        Q.   You can report back on a break.  Okay.

 7    So, we've talked a little bit about complaints you

 8    made over the course of time that you were

 9    employed.  When was the first time that you made a
10    complaint to HR?
11        A.    Mattila.  So, prior to that, I did
12    complain with the Mattila.  It's on the 2014/2015.
13    Beginning of 2015 or 2014.
14        Q.    Beginning of 2015?
15        A.    Yeah.  2015 or 2014.
16        Q.    Okay.  Let's --
17        A.    I think when I made my complaint to
18    Andre Holodny, chief of the service, he did pass
19    my complaint to HR, also, that I came to know.
20        Q.    When was your complaint to Andre
21    Holodny?
22               (Long pause.)
23        A.    So, 2015, I complained to HR, human
24    resources.  Prior to that, I complained to
25    Dr. Andre Holodny, the chief of services.
```

```
1                    Mohan Pauliah

2    BY MS. YOST:

3         Q.   So, was that also in 2015?

4         A.   Yes.  2014, also, I started telling them

5    about my situation and all.  But I gave one -- he

6    asked me to write one-page complaint.  Just

7    one-page complaint so that he can follow it to HR

8    and other people.  So, I wrote a one-page

9    complaint and sent it to him.
10        Q.   And you don't remember precisely when
11   that was?
12        A.   I don't remember.
13        Q.   Okay.  What did it say, to your
14   knowledge?
15        A.   This is the one.
16        Q.   Oh, you're talking about Exhibit 6?
17        A.   Exhibit 6.
18        Q.   Okay.  Let the record reflect --
19        A.   This is the one I sent it to.
20        Q.   Okay.  So, just for the record, I'm
21   going to state that Mr. Pauliah is stating that
22   the first page of Exhibit 6 is the document sent
23   to Dr. Holodny.  So, you sent this document to him
24   sometime in 2014 or 2015?
25        A.   Yeah.
```

1                    Mohan Pauliah

2         Q.    Okay.  Does this complaint have any

3    reference -- make any reference to your national

4    origin or your race?

5         A.    I don't recall now looking at that.

6    It's not there.  I requested for no retaliation

7    for telling the truth.

8         Q.    You requested there be no retaliation

9    for telling the truth?

10        A.    Retaliation --

11        Q.    Right.  But it does not reference your

12   national origin or your age, correct?  Or your

13   race, rather?

14        A.    Yeah.

15        Q.    Okay.  Can you -- look at, actually, the

16   next few pages of this document.

17        A.    But I mentioned -- I mentioned about

18   slavery here.

19        Q.    Right.  You say that her actions reflect

20   modern-day slavery.

21        A.    Slavery and Paul the personnel.

22              COURT REPORTER:  Slavery and what?

23        A.    Modern-day -- reflect -- Michelle

24   Bradbury actions clearly reflects modern-day

25   slavery and treating Paul, the personal --

1                       Mohan Pauliah

2    personnel.

3         Q.   Can you look at the pages -- the next

4    two pages that are labeled MSKP06136 through

5    MSKP01640?  I'd suggest you start with the back at

6    10640, because I think that reflects the beginning

7    of the chain.

8         A.   Okay.  This is 140?  Yes.  640?

9         Q.   Yes.

10        A.   So, this -- this February, I met with

11   her.  February 26th, I met with her.  After that,

12   I wrote this e-mail.

13        Q.   So, was this -- was this February 2015,

14   was this the first time you complained to HR?

15        A.   I don't recall, but this is -- this

16   exhibit shows after I met with Liz, so.

17        Q.   Right.  Well, I'm actually talking

18   about -- if you go back to 1640, it said you

19   asked -- looks like you asked for a meeting with

20   her in that first e-mail, which is dated February

21   19th at 9:42 a.m.

22        A.   This is the e-mail I asked for in

23   writing.

24        Q.   Okay.  So, is that the -- is this the

25   first time you reached out to HR?

1                    Mohan Pauliah

2        A.    Not the first time.  I don't recall.

3    But I asked for an appointment.

4        Q.    Okay.  So, you don't recall whether this

5    was the first time you complained to HR?

6        A.    Yes.

7        Q.    Okay.  Do you recall when the first --

8    when the first time you complained to HR was?

9    Don't look at the document.  Just tell me if you
10   recall.  Do you recall when --
11       A.    I don't know.  I don't know.
12       Q.    Okay.  Okay.  So, in looking at this
13   e-mail chain, do you say anything about your race
14   or national origin anywhere on this chain?
15       A.    I don't recall.
16       Q.    Okay.  And you had a meeting with her
17   during this time period; is that right?
18       A.    I believe so.  Yes.
19       Q.    Okay.  What did you say to her in the
20   meeting?
21       A.    I told her what's -- I don't recall
22   exactly.  But I wanted to move on with the next
23   career and green card and all of that.  So, she
24   arranged a meeting with Adam Cohen at that time.
25   So Adam Cohen was present.  And Bradbury was on

1                    Mohan Pauliah

2     the speakerphone.  And they said, you will give

3     five papers and all of that -- the discussions,

4     so.

5          Q.   So, the resolution of this complaint was

6     that Bradbury was supposed to give you more

7     papers?

8          A.   More papers and will advance my career.

9          Q.   Okay.  And do you recall complaining --
10    well, actually, let me back up.  Did you say
11    anything about national origin or race during this
12    meeting with Elizabeth Mattila?
13         A.   I don't remember.  But I have submitted
14    some papers as some -- some bunch of papers, also,
15    to her.  I don't remember exactly when it was.
16    But I talked to her on many things, why it's
17    happening.
18         Q.   When you said you submitted a stack of
19    papers, you don't remember when that was?
20         A.   She asked me, I think.  She asked me to
21    submit whatever documents you have in support of
22    your claim, so I submitted many of those.
23         Q.   Okay.  And did those documents reference
24    your national origin, your age -- or your race at
25    all?

1                     Mohan Pauliah

2        A.    I don't recall.

3        Q.    Okay.  And what did Elizabeth say in

4    this meeting, if you remember?

5        A.    So I would speak to Bradbury.

6        Q.    That you should speak to Bradbury?

7        A.    She will --

8        Q.    That she will speak to Bradbury?

9        A.    As HR, she will speak to Bradbury, make
10    understandable what is MSK and all.  And she would
11    help me, and she would let me know.  But she never
12    let me know anything, and she never got me back.
13              I tried to resend the e-mail again,
14    but it was not replied.  So, later, I come to know
15    she's not -- no more working at HR, so last time I
16    had contact with her.
17        Q.    Okay.  And so --
18        A.    So, one time, I met with her from the
19    meeting.  She said, "I spoke to Bradbury very
20    lengthy."
21        Q.    She said she spoke to Bradbury very
22    lengthy?
23        A.    Very lengthy.
24        Q.    And what was said -- what did she relate
25    to you was said during that conversation with

1                          Mohan Pauliah

2    Bradbury?

3         A.    I think she should listen -- change.

4    She said she will change and treat me differently.

5         Q.    Okay.

6         A.    Support me, support my career, too, and

7    she didn't.  I don't know what -- I just met her

8    on a day, too.

9         Q.    And was there another time that you

10   complained to HR after this -- after this

11   complaint in February of 2015?

12        A.    I think so.  I'm not exactly remember.

13        Q.    Okay.  So, you're not sure?

14        A.    I'm not sure.

15        Q.    Okay.  You referenced earlier a

16   complaint to Adam Cohen at some point.  Or were

17   you talking about this complaint?

18        A.    Adam complaint come -- that's in 2016 or

19   '17, October.  I remember October 28th or 29th,

20   there was a complaint I made.  Discrimination

21   complaint I made.

22        Q.    You made a discrimination complaint to

23   Adam in October of 2016, you said?

24        A.    2016.  He processed in 2017, so it's

25   2016, yes.

Page 282

1                    Mohan Pauliah

2         Q.    2016.   Okay.   And so, what did you say

3    in that complaint?   Well, actually, what was the

4    form of that complaint?   Was it in writing?   Was

5    it a meeting?

6         A.    It is in writing.

7         Q.    It's in writing?

8         A.    I put it in writing national origin, my

9    sex, and all other things, which my lawyer asked

10   me to do.

11        Q.    So, you had --

12             MR. MORIARTY:   I'm just going to

13        instruct my client not to discuss anything

14        that any of your lawyers told you to do, even

15        if it's not me.

16   BY MS. YOST:

17        Q.    But are you talking about a

18   communication you had with Adam before you were

19   separated?

20        A.    No.

21        Q.    So, this was after you were separated

22   when you --

23        A.    No.   No.   Before.

24        Q.    Before.   Okay.   So, you submitted

25   something in writing to Adam saying that you were

1                    Mohan Pauliah

2    discriminated against on the basis of, you said,

3    national origin.  You said sex, also?

4         A.   Oh, no.

5         Q.   No?  Okay.

6         A.   No.  National origin.  Discrimination

7    based on national origin.  Age.

8         Q.   Age?  Okay.

9         A.   I don't remember much of things but
10   this.
11        Q.   Okay.  Did the complaint articulate in
12   what ways you believed you were discriminated
13   against?
14        A.   National origin and harassment.  I mean,
15   I don't recall the exact phrases I used.  But I
16   wrote that e-mail to her.
17        Q.   Okay.  But did it articulate what
18   actions you believed were part of the
19   discrimination?
20        A.   I wrote one-page e-mail.  A lot -- a lot
21   more unsaid.  But I insist on no retaliation for
22   speaking truth.  I was -- I wanted to help make a
23   way on the -- resolving the issue, number one.
24        Q.   And what were you asking for in that
25   complaint?

1                    Mohan Pauliah

2       A.    Protect me.

3       Q.    But protect you -- like, were you asking

4  for some other --

5       A.    Retaliation.

6       Q.    But anything -- you must have asked for

7  something beyond that.  Were you asking for, like,

8  a promotion or, like, a raise?  Like, was there

9  something specific -- in particular that you
10 wanted?
11      A.    I don't recall.
12      Q.    You don't recall?  Okay.  Okay.  So,
13 you've referenced retaliation in a couple of these
14 e-mails and a couple of times in your testimony.
15            So, do you believe that you were
16 retaliated against?
17      A.    Yes, I am.
18      Q.    Okay.  How do you -- in what ways do you
19 believe you were retaliated against?
20      A.    After filing this case, I was
21 retaliated.
22      Q.    After filing this case?
23      A.    After filing this discrimination
24 complaint case to the Adam Cohen.  He did not
25 protect me, I believe.  He is an immigration

1                    Mohan Pauliah

2    lawyer, understand my situation.   And he did not

3    protect me.

4         Q.    And what actions do you claim that were

5    taken against you based on your complaint?   Like,

6    what specifically happened to you that you

7    consider to be retaliation?

8         A.    After that, I was -- every time, she is

9    threatening me.   And all things are -- he is not

10   responding to my e-mail.   All things are going.

11   I'm approaching many higher authorities,

12   complaining them.   So, I know one day, they're

13   going to terminate me.   I told of -- the office of

14   post-doctoral affairs and all that.   So,

15   everything I brought up, so I know that they're

16   going to retaliate for making a complaint.

17        Q.    So, you're claiming that Dr. Bradbury

18   made comments to you that were retaliatory?

19        A.    Yes.   She said, "You went to HR.   I will

20   show you the door."

21        Q.    Any other comments?

22        A.    I will design your coffin.   And then

23   I -- that was the -- one of the retreat where we

24   were all enjoying.   She cornered me.   And then --

25   said to Paul, like, "I'll design your coffin."   I

1                    Mohan Pauliah

2    completely asked, "What do you mean?"  She said,

3    "I will -- your exit."

4                    So, a lot of the conversations we

5    had, not able to recall but this -- these things.

6    And I had a -- next day, I had informed many of

7    the people.

8         Q.   So the comment, "You went to HR.  I'll

9    show the door," do you remember when that

10   occurred?

11        A.   So, I don't remember exactly.  But I

12   believe after Mattila talked to her.

13        Q.   Okay.  So, like, 2015?

14        A.   I believe so.

15        Q.   Okay.  And where was it that she said

16   that?

17        A.   She said it in the lab, the corridor.

18        Q.   In the hallway in the lab?

19        A.   Hallway in the lab.

20        Q.   Was anyone else present for the comment?

21        A.   No.

22        Q.   Did you say anything in response?

23        A.   No.  I was devastated.  I cried.  I went

24   to the next bathroom, and I cried.

25        Q.   And so, did you tell anyone about that

```
 1                    Mohan Pauliah

 2   comment?

 3        A.    I did not even share with my wife.

 4        Q.    So, you didn't tell anyone?

 5        A.    Not at that time.  But later -- later on

 6   that day, I didn't tell, because my wife will be

 7   devastated.  My family will be.

 8        Q.    Okay.  And then, what about the

 9   comment --
10        A.    I was -- I was trying to working
11   through.
12        Q.    What was -- was there any -- what did
13   she say right before that?  Was there any context
14   to the comment?
15        A.    I don't -- I don't remember.
16        Q.    You don't remember?  Okay.  And then,
17   the comment about "designing the coffin," when did
18   that happen, if you remember?
19        A.    So, I went to grab a glass of wine.  It
20   was a radiology retreat.
21        Q.    A radiology retreat.  Okay.
22        A.    So, everybody was picking up glasses,
23   included.  So, I was with my group.  And I also
24   went and took my glass.  And she was right after
25   me and cornered me.
```

```
 1                    Mohan Pauliah

 2        Q.   Uh-huh (affirmative response).

 3        A.   So, prior -- I think prior to that, John

 4   Humm spoke to her.

 5        Q.   And do you have a general -- a sense of

 6   when this was?  Like, what year it was?

 7        A.   I don't recall.  Was it 2015?  2015

 8   or -- I'm not -- I can't recall that.  But it's --

 9   yeah.  2015.

10        Q.   Okay.  And the radiology retreat, where

11   was it?

12        A.   It was in the basement on the ground

13   floor.

14        Q.   Of the hospital?

15        A.   It's -- it's on -- not in the hospital.

16   It's on the other side across.

17        Q.   Is there a particular name of the

18   building?

19        A.   I forgot the name, but they were --

20   Friday wine and all served near to that.  There

21   are some rooms, and conference rooms are there.

22        Q.   Okay.  Was this a one-time thing, or did

23   the radiology retreat happen with some frequency?

24        A.   Every year, they --

25        Q.   Every year?  Okay.  And it's, like,
```

```
1                      Mohan Pauliah

2    everyone in the radiology department?

3         A.    It's exclusive for radiology department.

4         Q.    Okay.  And did anyone witness that

5    conversation?

6         A.    Conversation?

7         Q.    Where she said she would design your

8    coffin.

9         A.    I told my friends.  Next day, I told my
10   other -- I mean, I had documented it through my
11   lawyer.
12        Q.    I'm sorry.  I couldn't quite hear that.
13        A.    I have documented through my lawyer.
14        Q.    You have it documented through your
15   lawyer?
16        A.    Yes.
17        Q.    I want to think about this in a way I
18   can ask this question without divulging privileged
19   information.  So, are you talking about something
20   other than your complaint in this lawsuit?
21              So, you said you documented it
22   through your lawyer.  Are you talking about
23   something other than your complaint in this
24   lawsuit?
25        A.    I don't get it.
```

1                    Mohan Pauliah

2        Q.   So, I want to ask you what you meant

3    when you said you "documented it with your

4    lawyer."

5        A.   This was in --

6        Q.   I don't want you to disclose any of the

7    substance of the conversations you had with your

8    lawyer.

9        A.   This was in reference to -- he said,
10   "Did you share with anyone?"
11       Q.   Uh-huh (affirmative response).
12       A.   Shared with my lawyer.
13       Q.   Okay.  But my question was actually did
14   anyone witness this conversation.  Like, was there
15   anyone present for the conversation?
16       A.   Yeah.  A lot of people, they noticed me.
17   And I very sad.  They said, "Paul, what happened?"
18       Q.   Did anyone hear the comment?
19       A.   No.  It was in the hall corner, and I
20   think they had a camera.
21       Q.   Okay.  And so, what specifically did she
22   say to you?
23       A.   This one, I was devastated about what
24   she -- design my coffin.  I literally asked, "What
25   do you mean?"

1                        Mohan Pauliah

2        Q.    Uh-huh (affirmative response).

3        A.    And she said I'm exit, so.

4        Q.    And did you have -- did she say why?

5        A.    She was -- she came and -- I was having

6    a drink.  She willingly came and approached me in

7    a fit of rage kind of thing.  And she corned me.

8        Q.    And do you know why she --

9        A.    I had no plans of meeting her or
10   spending time with her.  But it was a unannounced,
11   and she cornered me.
12       Q.    Okay.  Do you know why she was in a rage
13   at that point?
14       A.    When I spoke to John Humm the other day,
15   he told -- he also told me, "Paul, I went and
16   spoke with her about for you -- your career
17   growth, and she was totally upset on this."
18       Q.    Okay.  And what was John Humm's role at
19   the time?
20       A.    John Humm was a very nice person, and he
21   wanted to help many people.  He used to help.  And
22   he's the vice chair of medical physics, and he
23   helped me.
24       Q.    Okay.  Okay.  So, she made those
25   comments that you referenced.

1                          Mohan Pauliah

2                          And then, is there anything else --

3       anything else that you -- any other actions you

4       claim were taken against you in retaliation for

5       your complaints?

6              A.   I don't recall now.

7              Q.   Okay.  And you were not ultimately

8       terminated for three years after those comments

9       were made, correct?

10             A.   When I was terminated, I was told I

11      doctored an e-mail.

12             Q.   Right.  I'm asking you about the time --

13      the time.  And you were terminated in February of

14      2018, correct?

15             A.   Yes.

16             Q.   So, it was three years after these

17      comment were made, correct?

18             A.   Three years.  Yes.

19             Q.   Okay.  And it was also three years after

20      you first complained to HR, correct?

21             A.   First complaint to HR in 2014.  Yeah.

22      2014.  Yeah.  Close to that.  Not exact, but --

23             Q.   And it was also after you made these

24      complaints that you were promoted to senior

25      research scientist, correct?

```
 1                    Mohan Pauliah

 2        A.   After promotion to complaints?  I was

 3   promoted in 2017.  The complaints were made before

 4   that.

 5        Q.   Right.  So, you were promoted after you

 6   made these complaints, right?

 7        A.   Yeah.

 8        Q.   And you also continued to receive pay

 9   raises after you made these complaints, correct?
10        A.   Yes.
11        Q.   And Adam Cohen eventually submitted your
12   green card after you made these complaints,
13   correct?
14        A.   Adam Cohen?  Yes.  27 -- or 2016, 2017.
15   Right.  If I am wrong -- not wrong.  Yeah.
16        Q.   And other than the comments that
17   Dr. Bradbury made, is there anything else that
18   leads you to believe that these actions were taken
19   against you based on your complaint?
20        A.   Yeah.  I wrote it down, and I expected
21   Adam Cohen would talk to me on this and protect
22   me.  He did not, so.
23        Q.   When you say he didn't protect you, you
24   mean he just didn't -- he didn't act in response
25   to your complaint?
```

1                    Mohan Pauliah

2        A.   Yes.  So, I literally asked for

3   protection from retaliations.

4        Q.   Right.  You asked for protection in

5   2016, right?

6        A.   2016?  So, that's not for another --

7   another -- the days I am there?

8        Q.   Well, I mean, do you --

9        A.   I don't know.  I don't know --
10       Q.   Well, first of all, do you know --
11       A.   -- about the law.  It protects -- I
12  thought it protects, so I made the complaint, even
13  if you -- it will blow over.  That loss protects
14  me.  That's what I know.  That's why I wrote it.
15  But after three years, they can terminate.
16       Q.   Do you know whether Adam, in fact, did
17  anything in response to your complaint?
18       A.   Adam's supposed to file my case.  He did
19  not do it.  I had to go through other channels,
20  higher-ups, to make them listen, to make them
21  respond to my e-mail.
22       Q.   Right.  I think my question is slightly
23  different.  So, I think you're asserting that Adam
24  failed to act when you made a complaint, correct?
25       A.   Yes.  Yes.

1                        Mohan Pauliah

2        Q.    So, do you know whether there's anything

3    he did do in response to your complaint?  Do you

4    know whether he talked to Michelle and didn't tell

5    you, for example?

6        A.    I don't know.  I don't know.

7        Q.    Okay.  Okay.  So, in all -- Adam Cohen

8    also first told you that he didn't think you were

9    qualified for a green card before you made these

10   complaints, right?

11       A.    Before I made the complaints?  Adam

12   Cohen -- when he joined, yeah.  2013 or 2014, so

13   we started conversation.  Yes.

14       Q.    Okay.  So, he had already told you he

15   didn't think you were qualified before you ever

16   complained, correct?

17       A.    Adam Cohen made it clear in -- when

18   we -- I -- when initial asked for expedite the

19   green card, that time, he told her.  And he

20   came -- when I -- when they filed my H-1 visa.

21   And I asked for some filings of green card, which

22   she agreed and which she wrote in the e-mail.

23   Adam did not do that.

24       Q.    Right.  I think my question is a little

25   bit different.  So, it was in October of 2014 that

```
1                      Mohan Pauliah

2    Adam told you he didn't think you were qualified

3    for a green card, correct?  It was in one of the

4    e-mails we looked at.  I can pull it up again, if

5    that would be helpful.

6         A.    He -- he will file it later, but ask her

7    to submit the papers, then I will file.  That's

8    what he said.

9         Q.    But he did --
10        A.    He did not say -- directly say no.
11        Q.    Right.  But he said that at this time,
12   there is not enough, correct?
13        A.    Yes.  That -- he cited that papers are
14   not there.
15        Q.    Right.  And so, that -- that occurred
16   prior to you making any complaints, correct?
17        A.    I think I've -- prior to that, I made a
18   lot of complaints to higher-ups.
19        Q.    Prior to October of 2014?
20        A.    Yeah.  October -- during this promotion
21   time, only I made a lot of higher-up contacts to,
22   you know, help me more.  I'm not getting paid.
23   I'm not getting title.  So, I made some
24   complaints.  But I -- I remember meeting Mattila
25   in 2015.
```

1                      Mohan Pauliah

2        Q.   Okay.  But I asked you earlier if you

3   remembered when you made those complaints to

4   higher-ups, and you said you didn't remember.

5        A.   I don't remember, so.

6        Q.   Are you sure that it's before October

7   2014?

8        A.   I don't recall.

9        Q.   Okay.  And do you know whether Adam
10   would have known about those complaints in October
11   of 2014?
12        A.   I don't know.
13        Q.   Okay.  Okay.  So, let's talk about your
14   termination.
15             So, you referenced, I think, that
16   you were told you were separated for having a
17   doctored e-mail; is that right?
18        A.   Yes.
19        Q.   Okay.  Were you told that Dr. Bradbury
20   had lost her trust in you?
21        A.   Yes.  She said that.
22        Q.   Okay.  I'm going to pull up an e-mail
23   here.
24             (Exhibit No. 17 marked for
25             identification.)

```
 1                    Mohan Pauliah

 2    BY MS. YOST:

 3        Q.    Okay.   I'm handing you what's been

 4    marked as Exhibit 17.   I suggest also -- I will

 5    tell you what it is, and then I will suggest that

 6    you start from the back in reading it, because

 7    it's in chronological order.

 8                     So, this is in -- a series of

 9    e-mails that were Bates labeled MSKP01717 through
10    MSKP01724.
11                     Again, I suggest you start from the
12    back, since that is the earliest e-mail in time.
13    I'll ask you to take a look through this e-mail
14    chain.
15        A.    I haven't finished reading, so.
16        Q.    Oh, I'm just going to suggest starting
17    from the back, because that's the earliest e-mail
18    in time.   I find it easier to read in
19    chronological order.
20        A.    Okay.   Yes.
21        Q.    Have you had a chance to look at the
22    document?
23        A.    Yes.
24        Q.    Okay.   So, I want us to start with the
25    last thing, as I indicated.
```

1                    Mohan Pauliah

2              So, it looks like on January 24th,

3    2018, Dr. Bradbury reached out to you looking for

4    some images; is that right?

5         A.    Yes, ma'am.

6         Q.    And then, did you send her the response

7    on January 25th at 8:38 a.m.?

8         A.    January 25th.

9         Q.    So, I think you said -- at the bottom of
10   page labeled MSKP0173.

11        A.    Yes.

12        Q.    So, you said, "As you are aware, I will
13   be able to attend lab once my bad situation goes
14   back to normal.  I request and hope you grant me
15   the necessary permission"; is that right?

16        A.    Yes, ma'am.

17        Q.    Had you asked her for time off before
18   you sent this e-mail?

19        A.    I had asked many times time off.  She
20   said I'm not -- I had -- the situation she is
21   talking about she doesn't know, that's a lie.
22   Because there are many e-mails and prior talks
23   that my -- I will be evicted from the housing, and
24   my son is attending school.  And I was asking for
25   pay for extension of time to June.

```
 1                  Mohan Pauliah

 2        Q.   Did you --

 3        A.   So --

 4        Q.   -- specifically ask for time off in

 5   those conversations?

 6        A.   Yes.  I asked to -- so, now research

 7   lab, if she gets permissions, we take the

 8   permission, we can work from home, also.  So I

 9   have done that.
10             MS. YOST:  I'm sorry.  Can you just read
11        back the answer?
12             (Answer was read back.)
13   BY MS. YOST:
14        Q.   So, I'm not sure that answered the
15   question.  So, prior to January 25th, 2018, did
16   you say to her, "Michelle, I need to be out of the
17   office for a few days"?  Did you say that to her?
18        A.   I said I am looking for housing.  I have
19   to go in the daytime to look for a house.  I don't
20   have a car.  I need some permission to go and look
21   for houses.  She said yes.
22        Q.   Okay.  So, you -- your testimony is that
23   you did, in fact, tell her you were going to be
24   off?
25        A.   Yeah.
```

```
 1                    Mohan Pauliah

 2          Q.   Okay.  So, then, in the next response --

 3          A.   I don't recall any e-mails putting that,

 4     but I had permissions.  I had informed her about

 5     my situation, the bad situation.  And asked for

 6     permission to look for housing.

 7          Q.   Okay.  So, in her next e-mail response

 8     to you, she says that she was not aware of your

 9     situation.  And that she asks, "How long are you
10     planning to be out for, and what is your expected
11     date of return?"
12          A.   That's totally --
13          Q.   Is that right?
14          A.   That's totally not true.  She knows my
15     situation.  As you go -- previous respondent, she
16     knows my situation.  And I had --
17          Q.   Well, I first wanted to say:  Is that
18     what the e-mail says?
19          A.   That e-mail Michelle wrote?  Yes.  That
20     is.
21          Q.   Okay.  So, then --
22          A.   But that's a lie.
23          Q.   I understand that's your testimony.  So
24     then, did you send in response to that e-mail --
25     the e-mail chain -- the e-mail that starts on page
```

Page 302

1                    Mohan Pauliah

2    MSKP01718?

3         A.    One-eight?  Can you please confirm?

4         Q.    Yes.  So, is this your response to her

5    e-mail from January 25th, 2018?

6         A.    January 25th.  25th.  I wrote another

7    one here.  I'm saying 26th.  26th?  Yes.  2018.

8         Q.    So, this January 26th, 2018, at

9    8:45 a.m., starting on MSKP01718, that's your
10   response to her January 25th, 2018, e-mail,
11   correct?
12        A.    From Paul?  Yes.  That's --
13        Q.    That's your response?
14        A.    That's not responding.  I replied to
15   that e-mail -- one of the e-mails.  But there may
16   be something else.  I don't know.  I don't recall,
17   but this e-mail I wrote to her.
18        Q.    In response to her question about how
19   long you're planning to be out for, what is your
20   expected date of return, correct?
21                    (Long pause.)
22   BY MS. YOST:
23        Q.    The e-mail chain is hard to follow,
24   right?
25        A.    It is.  It is hard to follow.

1                        Mohan Pauliah

2        Q.    Yeah.

3        A.    So, I have not -- I recall --

4        Q.    Well, I think that's because there's

5    e-mails copied and pasted into the e-mail chain.

6        A.    That's for quick reference I did so that

7    she can have recollection.  What she's telling

8    that she doesn't know, she does not have any idea.

9    But I try to recollect her making the situation
10   known to her.  And, you know, I'm expressing my
11   inability to, like, you know, what's there.  I can
12   pull it quickest way.  I copied and pasted the
13   previous e-mails that she understands this.
14       Q.    Okay.  But so, I just wanted to get into
15   the record.  So, is this e-mail from January 26th,
16   2018, at 8:45 a.m. your response to her e-mail of
17   January 25th, 2018, at 11:08 p.m.?
18       A.    I don't remember.  But this e-mail, I
19   wrote.
20       Q.    Okay.  But this e-mail in this January
21   26th, 2018, e-mail at 8:45 a.m., does it at any
22   point answer the question of, "How long are you
23   planning to be out for and what is your expected
24   date of return"?
25       A.    I think I -- I have a vague

1                    Mohan Pauliah

2    recollection, so I did respond to her.  And --

3         Q.   Well, do you see it in this e-mail

4    anywhere?

5         A.   (Witness reading).  I don't recollect.

6    It was sent --

7         Q.   So, you don't know if you told -- if you

8    responded to that question or not?

9         A.   I don't remember exactly, but I told her
10   when I -- occasions, I will come back.  So, I
11   think I came back work on some other date after
12   three, four days.  Yes.
13        Q.   Okay.  But you acknowledge there's
14   nothing in this e-mail that seems to answer that
15   question?
16        A.   There may be some e-mails.  I don't
17   know.
18        Q.   But nothing in this chain?
19        A.   Nothing -- I don't see it there.  Yeah.
20        Q.   All right.  So --
21        A.   But I have my date --
22        Q.   So, you claim -- so, the first part of
23   this e-mail, it looks like, is something you wrote
24   on January 26th, 2018.  Is that accurate?
25                   So, basically, the e-mail that goes

```
 1                    Mohan Pauliah

 2   from the middle of the page MSKP01718 up through

 3   three quarters of the way down, through MSKP01719,

 4   looks like something that you -- information that

 5   you wrote on January 26th, 2018.  Is that

 6   accurate?

 7        A.   That must be brought over to here.  It's

 8   up to 22, I believe.

 9        Q.   Up to 22.  But there's portions of the
10   rest of that that are copied and pasted, and
11   portions that you wrote, correct?
12        A.   The e-mail, yes.
13        Q.   Okay.  So --
14        A.   And I highlighted with highlighter.  If
15   the e-mails, if you copied --
16        Q.   You highlighted what you had written?
17        A.   Written on that, yes.
18        Q.   Okay.  So, you say in this e-mail on
19   1719, "I told you that I am traumatized, as well,
20   as my family.  But you said my wife is bad and bad
21   women"; is that right?
22        A.   Yeah.  I -- yeah.
23        Q.   When did she say that?
24        A.   She -- we had a discussion about pay
25   rise, title change, and -- and they gave me one of
```

1                     Mohan Pauliah

2    the broker.  MSKCC also have brokers.  They work

3    with the brokers to arrange for housing.  So, one

4    of the MSK broker contacted me.  They gave me the

5    other department -- from the realty department,

6    they gave me the address.

7                     I contacted her.  She handed over

8    the requirements.  So, I listed those -- copy of

9    drivers, four recent pay stubs, last year tax

10   return, all this I want.  And that's clearly says

11   that my salary should be four times higher to --

12   in order to stay in that area.  Otherwise, I will

13   have to travel two or three hours where my son

14   is -- will be no longer.  So, I explained to her

15   everything.  Even explaining the --

16        Q.   Yeah.  I'm asking when she said your

17   wife is bad and bad women.

18        A.   So, that meeting, she said that.

19        Q.   Okay.  And what was the context of

20   the -- of the statement?

21        A.   What is the context of the statement?

22   So, I asked again for the green card and pay

23   stuff, as my wife unable to work and all of that.

24   So then, she jumped in saying my wife, you know,

25   she is a bad woman.  And then now she has to, you

```
 1                    Mohan Pauliah

 2   know -- I mean, I told her she tried many jobs.

 3   She is not able to get a job because of the green

 4   card and all of that.  I don't recollect that --

 5        Q.   Didn't she just say that your wife

 6   didn't show enough interest in those jobs?

 7        A.   No.  She showed interest.  She got

 8   interest.

 9        Q.   Is what Bradbury said that your wife
10   didn't show enough interest in those jobs?
11        A.   I don't recall, but I have requested her
12   many times.
13        Q.   Okay.  But just going back to the
14   statement.  So, you probably saw in the other
15   e-mail that Anh claims to have been present for
16   that conversation, and that Dr. Bradbury did not
17   say that your wife was a bad, bad woman.  Does
18   that change your recollection?
19        A.   Dr. Bradbury said she is a bad woman,
20   yes.  And that's why --
21        Q.   So, even though -- even though Anh
22   claims that she did not say that, you still
23   maintain that Dr. Bradbury said your wife is a
24   bad, bad woman?
25        A.   Yeah.  She said that.
```

```
 1                    Mohan Pauliah

 2        Q.   She didn't -- are you sure that she said

 3   your wife is a bad, bad woman and didn't just say

 4   that your wife didn't express enough interest in

 5   jobs?

 6        A.   She said that.  I told you --

 7        Q.   You're testifying under oath that she

 8   said your wife is a bad, bad woman?

 9             MR. MORIARTY:  Objection.  He answered
10        the question four times.
11   BY MS. YOST:
12        Q.   You can answer.  Can you answer audibly,
13   please?
14        A.   Yes.  I heard that.
15        Q.   So, she said that?
16        A.   Yes.
17        Q.   Okay.  So --
18        A.   Not also this.  She said many other
19   occasions.
20        Q.   Okay.  So, on -- so, it looks like
21   you've copied and pasted two e-mails into this
22   chain from Ryan, Rachaelael --
23        A.   Yes.
24        Q.   -- is that correct?
25        A.   Yes.  Because she's telling -- she
```

1                    Mohan Pauliah

2    doesn't know.

3         Q.    Uh-huh (affirmative response).

4         A.    She has no idea on what's -- what's the

5    language she said?  "Also, we have not spoken

6    about" -- it's the next exhibit, 1723.  "Also, we

7    have not spoken about what's happening with your

8    situation, so I'm not aware of any specifics."

9    That's definitely false.

10        Q.    Okay.  And one of the e-mails you copied

11   and pasted is an e-mail that you sent Michelle on

12   June 23rd, 2017; is that right?

13        A.    2017?

14        Q.    It's on the -- it's on MSKP01720.

15        A.    720?  Yes.

16        Q.    And is this e-mail from June 23rd, 2017,

17   one of the ones you copied and pasted into this

18   e-mail?

19        A.    Yes.

20        Q.    Did that e-mail contain what's written

21   on the top of MSKP01722 that says, "Michelle, I'm

22   going to face eviction proceedings.  Please

23   address my pay raise and the bad situation I'm

24   forced into.  Also, as a mentor, please advise me

25   on what I should do in this situation"?

```
 1                    Mohan Pauliah

 2        A.   Yes.  I was literally pleading her.

 3        Q.   But did your 6/23/2017 e-mail contain

 4   that sentence?

 5        A.   6/23?

 6        Q.   Did your original e-mail on 6/23/2017

 7   contain that sentence, or is that something that

 8   you've added to this e-mail?

 9        A.   6/23.  "Thank you, Dr. Paul Mohan" --
10   so, this is the copied e-mail from Catucci to
11   Mr. Mohan, Paul.  That's a copied e-mail.
12        Q.   Uh-huh (affirmative response).
13        A.   And this one, I wrote.  "Michelle, I'm
14   going to face evictions.  Please address."  This
15   is -- I wrote.
16        Q.   Right.  You wrote this as of --
17        A.   After basing that --
18        Q.   -- January 26th, 2018, you wrote this?
19        A.   Yeah.  After that, I wrote -- as of
20   closure of this e-mail that I'm responding to
21   Michelle Bradbury.  But these -- this one from
22   Catucci and from Ryan, "Thank you, Rachaelael,"
23   that too, "Thank you, Rachaelael," that's one
24   e-mail copied and pasted.
25        Q.   Right.  Can you see that someone can
```

1                          Mohan Pauliah

2      read this as it appearing that those -- that

3      language appeared in your June 23rd, 2017, e-mail

4      to Dr. Bradbury?

5           A.   I'm just clear.  I just copied and

6      pasted for --

7           Q.   Right.  But it appears at the end of

8      your June 23rd, 2017, e-mail.

9           A.   I don't think so.
10          Q.   It does.  Because you forwarded Michelle
11     this Lillian Catucci e-mail.  And that's in the
12     June 23rd, 2017, e-mail to her.  And then, this
13     appears at the end of that e-mail.
14               MR. MORIARTY:  There's not a question.
15          A.   There is no question.
16     BY MS. YOST:
17          Q.   Well, do you agree that it could appear
18     that that was in your 6/23/2017 e-mail?
19          A.   Not necessarily.  No.  No.
20          Q.   Do you think it's -- do you think it's
21     possible Dr. Bradbury believed that it was trying
22     to be portrayed as being part of your 6/23/2017
23     e-mail?
24          A.   Bradbury has a copy of this e-mail, too,
25     so she knows it -- what that --

```
 1                    Mohan Pauliah

 2        Q.    That's not my question.  Do you think

 3   that she could have thought that it was that you

 4   were trying to write this in a way that it

 5   appeared that that was in your 6/23/2017 e-mail?

 6              MR. MORIARTY:  Objection.  You can

 7        answer.

 8        A.    Dr. Bradbury is copied on that e-mail.

 9   BY MS. YOST:
10        Q.    That's not my question.  Do you think --
11   you acknowledged this is a confusing e-mail chain.
12   Do you think that someone --
13        A.    It's not confusing, ma'am.
14        Q.    You said it was confusing.
15        A.    No, I did not.
16        Q.    You said it was confusing five minutes
17   ago.  I can have him read it back.  Do you think
18   it's possible that someone could read this and
19   think that that sentence was trying to be
20   portrayed as part of the 6/23/2017 e-mail?
21              MR. MORIARTY:  Objection.  You can
22        answer.
23        A.    This is not confusing.  This is very
24   clear.  I explained to you this is the copied
25   e-mail.  And if I put clarification that this is
```

```
 1                     Mohan Pauliah

 2    in response to what she's saying, I don't know the

 3    back -- back situation.

 4         Q.   Okay.  You don't know whether Michelle

 5    thought that this was something you were trying to

 6    portray as part of the 6/23/2017 e-mail?

 7         A.   If she had some doubts, she could ask

 8    me.  Because I'm literally asking her, "Michelle,

 9    I'm going to face eviction proceedings.  Please
10    address my pay raise and bad situation I am forced
11    into."
12              MS. YOST:  Okay.  Can you read back the
13         question?  You're not answering my question.
14         Can you please read back the question?
15              (Question was read back.)
16    BY MS. YOST:
17         Q.   You don't know what Michelle was
18    thinking when she read this e-mail, correct?
19         A.   Michelle knows what is there.  So, I
20    don't know about what Michelle thinks.  I don't
21    know.
22         Q.   Okay.  And it appears from the e-mail
23    chain after this that Anh also believed the e-mail
24    was doctored, correct?
25         A.   It is not doctored.
```

1                    Mohan Pauliah

2         Q.    I'm not asking if it's doctored.   I'm

3    asking:   Does it appear that Anh Ung thought the

4    e-mail was doctored?

5         A.    It is not doctored.   It does not appear

6    to be doctored.

7         Q.    Okay.   That's not my question.   Does it

8    appear from the e-mail chain that Anh Ung believed

9    that the e-mail was doctored?

10        A.    What Ung believe, I don't know.   But it

11   does not appear at all.   I just copied two e-mails

12   and pasted in and made an explanation in between

13   that to make them refresh quickly as fast as

14   possible as they can.

15              And I have pleaded, Michelle, I'm

16   going to face eviction proceedings with a child

17   like I have.   I have a delicate situations here.

18   Please address.   As a mentor, people help.   And

19   everybody was helping there.

20        Q.    Going back to Anh's e-mail from 1/26/18

21   on the page MSKP01717, she says, "The 20,000 is

22   not as promised as stated in Paul's e-mail.   We

23   informed him that it was contingent upon approval

24   of the clinical contract, which has not been fully

25   approved and executed."   Do you agree with that?

1                    Mohan Pauliah

2        A.    We had already had the money.  We had

3    already ten million dollars money, and it's

4    allocated there to my role and my pay and

5    different projects, how it is paid.  She already

6    got the money there.  And this is -- she's just

7    coming up with some words here.

8        Q.    But was the clinical -- do you know one

9    way or the other whether the clinical contract had
10   been fully approved and executed?
11       A.    This is -- I think -- I don't remember.
12   I think she is referring to enlisted money here.
13       Q.    But you don't know whether the contract
14   had been fully approved and executed, correct?
15       A.    She told me she had approved -- she had
16   a contract approved to MSK.  And also, she got
17   money from the MSKCC from the NIH.  Year-to-year,
18   they give money.  She had the money with her.
19       Q.    Okay.  But my question is:  Did she --
20       A.    And she hired people, so she had the
21   money.
22       Q.    My question is:  Do you know whether the
23   clinical contract referenced here had been fully
24   approved and executed?
25       A.    What does the e-mail say to me?

1                    Mohan Pauliah

2        Q.   No.  I'm just asking -- I'm just asking

3   you if you knew -- if you knew that or not.

4        A.   She said she is paying me next paycheck.

5   That's all I know.

6        Q.   Okay.  So you don't know whether the

7   clinical contract had been fully approved

8   executed, correct?

9        A.   She committed.  She's been saying the

10  next --

11       Q.   You're not answering the question I'm

12  asking you.

13       A.   Yes.

14       Q.   Okay.  Do you know whether the clinical

15  contract had been fully approved and executed?

16       A.   I don't know.

17       Q.   Okay.  Thank you.  Okay.  Let's look at

18  another exhibit.

19            (Exhibit No. 18 marked for

20            identification.)

21  BY MS. YOST:

22       Q.   Okay.  I'm handing you what's been

23  marked as Exhibit 18.  So, this appears to be

24  another e-mail from you to Michelle on January

25  27th, 2018, at 1:26 a.m.; is that right?

1                         Mohan Pauliah

2          A.    27 of January 29.  Yeah.  27th.

3          Q.    Okay.

4          A.    So, this is -- yeah.  Yeah.  So, this is

5     some e-mails coming.  Yes.

6          Q.    Okay.  So, this is now two days after

7     her January 25th, 2018, e-mail, correct?

8          A.    I sent another e-mail here.

9          Q.    Right.  That's the e-mail we just looked
10    at, right?
11         A.    So, we are repeating this one here.
12    Okay.
13         Q.    So, this e-mail from January 27th is two
14    days after her e-mail to you from January 25th,
15    correct?
16         A.    This is 27.  I'm available to attend all
17    the clinical trials cases.
18         Q.    Right.  This is two days after
19    January 25th, correct?
20         A.    This is 27th.  Yes.
21         Q.    Okay.  And in this e-mail, you say, "I'm
22    available to attend all the clinical trial cases,
23    as well as my most important work.  There is no
24    need for alternative work arrangements.  In the
25    meantime, due to unexpected influence of dire

1                    Mohan Pauliah

2    situation, can I work from home?  Or may I have

3    your permission for flexible work hours"; is this

4    right?

5        A.    Yes.

6        Q.    So did you -- you still had not answered

7    her question at this point as to when you could

8    come back to work, correct?

9        A.    This seem I have asked for it in
10   writing.
11       Q.    But you didn't answer her question as to
12   when you would be back in this e-mail, correct?
13       A.    I don't recollect.  But I asked -- I
14   have it in here when I'm coming back on the 27th.
15       Q.    Where does it say when you're coming
16   back?
17       A.    I'm available to attend all the clinical
18   trial cases, as well as most important work.  So,
19   if there is no need for alternative work
20   arrangements.  In the meantime, due to a dire
21   situation, can I work from home?  May I have the
22   permissions to?
23       Q.    Right.  But you still have not said when
24   you can come back to the actual work site,
25   correct?

1                    Mohan Pauliah

2        A.    Work site?  Okay.  So, my work is only

3    my -- I have made present because she has stripped

4    off others of projects.  And I have to present

5    only on the cases where the patients are being on

6    the table.  That day, she will call me.  That's

7    the work arrangements I talked to her and asked

8    for permissions.  So, whenever that patient is on

9    the table, they scheduled a case, their research
10   case or the opitmus camera -- camera.  That's
11   where only I need it.
12                    And that's where I'm referring
13   here.  So, if you give me permission, I can work
14   from my home.  So if you need that -- need to
15   press them in that work on the day of operation
16   when patients are scheduled for it, I will be
17   there.  That's what I'm asking.  That's the work I
18   can do from home or in the office.
19                    But at this time, I wanted to be --
20   preferred to work from a remote site, which is my
21   home.  And try to resolve my problem and the
22   housing and other things.
23        Q.    But again, in this e-mail, at no point
24   are you saying can I work from home for the next
25   two days or can I work from home for the next

1                    Mohan Pauliah

2   three days.  There's no end date, correct?

3        A.   So, I explained to you.  I just wanted

4   to work from home and -- you know, people are

5   given work from home.

6        Q.   Right.  But do you agree there's no end

7   date in this e-mail?

8        A.   This is no end date.  So, open date --

9   open date is that I'm available to -- for work.

10       Q.   Okay.  But there's no end date for your

11  request to work from home, correct?

12       A.   There's no end date.  But it's open.

13  Open date.

14       Q.   Okay.  So then, she responded, "Paul,

15  when do you plan to return to work?"

16       A.   And she is, again, saying we can give

17  you flexibility today and tomorrow.

18       Q.   Right.  But she's now had to ask you

19  three times when you're coming back to work,

20  correct?

21       A.   What?

22       Q.   She's now had to ask you three times

23  when you're going to return to work, correct?

24       A.   She asked three times?  I didn't

25  recollect.  But I think I have answered to her

```
 1                   Mohan Pauliah

 2    question when I wanted to come.  But she is,

 3    again, asking when do you plan to return to work.

 4    We will -- then she is giving me flexibility of

 5    today and tomorrow.  I had open papers here.

 6         Q.   Right.  But it seems that --

 7         A.   But she is now giving only two days for

 8    me to work from home.

 9         Q.   Okay.  But it seems, based on the fact
10    she's asking when you plan to return, that your
11    response was not clear to her, correct?
12         A.   Response not clear to -- I don't think
13    that.  But I give open dates.  I said I'm
14    available to -- and to attend all the clinical
15    trials.  So, I'm not denying that I will not come
16    or -- you need to make alternate work
17    arrangements.  I said, I'm available.  If you tell
18    me to come, I will come.  That's a lot of
19    understanding here.
20         Q.   Okay.  But do you think it's appropriate
21    for a boss to have to ask her employee three times
22    when they're going to return to work?
23         A.   Because we are -- I have previously --
24    from Paul.  And when I was needed, she would call
25    me, and I would go.
```

Page 322

1                    Mohan Pauliah

2        Q.    Right.   But you regularly worked in the

3   office, right?

4        A.    Not regularly.   But most of the time.

5   Also, I work from home also.   Whenever she need --

6   prior to sometimes, she will call me prior and say

7   that tomorrow we will meet --

8        Q.    Okay.   But if your boss is asking you

9   something, do you not think that you should answer
10  it directly and quickly?
11       A.    I have answered, ma'am.
12       Q.    You didn't answer for -- actually, I
13  don't even see a response here at all.   You still
14  have not answered her question as of January 29,
15  2018.
16       A.    I have answered.   I am --
17            MR. MORIARTY:   There's no question.
18       That's not a question.
19  BY MS. YOST:
20       Q.    Well, as of January 29th, 2018, she's
21  still asking you when you plan to return to work,
22  correct?
23       A.    I returned.   I already returned.   I'm
24  available.
25       Q.    Okay.   My question is:   She's still

```
 1                    Mohan Pauliah

 2   asking you when you plan to return to work as of

 3   January 29, 2018, correct?

 4        A.    She is asking me when do you plan to

 5   return to work, and we can give you flexibility

 6   today and tomorrow.

 7        Q.    Okay.

 8        A.    So, she -- she, herself, giving me

 9   flexibility for today and tomorrow.
10                  (Exhibit No. 19 marked for
11                  identification.)
12   BY MS. YOST:
13        Q.    All right.  I'm handing you what's been
14   marked as Exhibit 19.  So, in this e-mail on
15   January 29th, it appears that you respond, "Hoping
16   to be back in the lab on Monday."  Is that
17   accurate?
18        A.    Yeah.  This e-mail -- yeah.  I hope to
19   back on Monday -- lab Monday.
20        Q.    Okay.  So, it took four days for you to
21   respond as to when you were going to return to
22   work, correct?
23                  MR. MORIARTY:  Objection.  You can
24          answer.
25        A.    If there are many e-mails, I don't know
```

1                   Mohan Pauliah

2    if it's missing or not.  But we had conversations.

3    I made it very clear I am available.  Don't

4    make -- don't charge me or don't make any

5    alternative arrangements.  That means you're

6    firing me.  She's indicating that I'm going to

7    fire here very clearly.  That's what I'm saying.

8    I'm available, and I'm ready to come for work.

9    But I have a situation to solve first.

10         Q.   Uh-huh (affirmative response).  But do

11   you --

12         A.   That's -- that's -- any employer or any

13   manager with real heart would ask me that and give

14   me support, and clearly not that one.  Then only I

15   can focus on work.  I can be more productive.

16   Now, I'm in a situation that I'm -- I'm thrown

17   under the bus.  And I have to clear.  That is my

18   important thing.

19         Q.   But wouldn't you expect, as a manager,

20   that your employee would tell you how long they're

21   going to be out for?

22         A.   I am available.  I am -- if she call me,

23   I would be there in ten minutes.

24         Q.   But her question was:  "When will you be

25   back?"  And you did not answer her until January

1                    Mohan Pauliah

2    29th, correct?

3              MR. MORIARTY:  Objection.  You can

4         answer.

5         A.   I said I'm available.  I'm working from

6    home.  I'm available.

7    BY MS. YOST:

8         Q.   So, in your view, you answered the

9    question.  But in her view, you may not have
10   answered the question, correct?
11        A.   She is making a point here, because she
12   wanted to terminate me and make alternate
13   arrangements.
14        Q.   Okay.  But you don't know what Michelle
15   expected in terms of your response, correct?
16        A.   I have responded faithfully to my
17   knowledge.  And faithful to my understanding what
18   she want.  She want a person to be there for the
19   clinical trial, and I was one person that
20   disseminated for that.
21              So, I said I am available.  I have
22   a situation to solve.  I'm taking care of that.
23   In the meantime, give me some flexibility.  That's
24   what I meant here.  And she did.  She did.  Today
25   and tomorrow.  Like previously, she's also -- work

1                    Mohan Pauliah

2    from my home.  I did.

3              But those are not records.  But now

4    you bring it up, just selectively -- I don't know.

5    But my heart -- truthfully, I'm saying.  This is

6    what it is.

7         Q.   Right.  But you also don't know if

8    Dr. Bradbury thought it was highly inappropriate

9    of you not to respond as to when you would be back
10   for four days, correct?
11        A.   Here, many things happening now.
12   Retaliation, threatening.  She want -- threatened
13   of me.  She is removing me from projects for no
14   reason.  I was always working hard.  And I know if
15   I don't work hard, I cannot get my bread.  I have
16   to leave this country.  So, every month, every
17   year, I'm working on it.  But I made it very clear
18   to her I am available if you call me.
19        Q.   Okay.  But you don't know whether
20   Michelle was highly bothered by the fact that you
21   didn't respond for four days as to when you would
22   be back in the lab --
23        A.   Michelle only --
24        Q.   -- right?
25        A.   Michelle only needs me on the clinical

1                        Mohan Pauliah

2    trials.

3        Q.    I'm asking you.   You don't know whether

4    Michelle was bothered by the fact that you

5    didn't -- you didn't answer as to when you were

6    going to be back to the lab for four days?

7              MR. MORIARTY:   Objection.   You can

8        answer.

9        A.    I have answered.   I'm available.
10   BY MS. YOST:
11       Q.    You don't know what Michelle Bradbury is
12   thinking, correct?
13             MR. MORIARTY:   Objection.   You can
14       answer.
15       A.    How do you know who is of what thinking?
16   BY MS. YOST:
17       Q.    Right.   Do you know --
18       A.    What is in her, I don't know.   But --
19       Q.    Do you know of any other employees who
20   reported to Dr. Bradbury who were out for four
21   days without telling her when they would be back?
22       A.    I have responded to her e-mail.
23       Q.    That's not my question.   Do you know of
24   any other employees?
25       A.    I don't know.

```
 1                    Mohan Pauliah

 2       Q.    You don't know.  Okay.  Other than what

 3   we've talked about already, do you have any reason

 4   to believe that your termination was based on your

 5   national origin or your race?

 6       A.    What that was?

 7       Q.    Other than the things we've already

 8   talked about today, do you have any reason to

 9   believe that your termination was based on your
10   national origin or your race?
11       A.    I have -- I believe this is based on my
12   national origin.
13       Q.    Other than what we've already talked
14   about.  Are there any facts that you have --
15       A.    I don't -- I don't recall.  No.  I can't
16   come --
17       Q.    Okay.  And other than what we've already
18   talked about, is there any other reason you have
19   for thinking -- well, actually, ask this question
20   first.  Do you believe that your termination was
21   based on retaliation, as well?
22       A.    Yes.
23       Q.    Okay.  And other than what we've talked
24   about already, do you have any other reason for
25   thinking that it was based on retaliation?
```

Page 329

```
 1                    Mohan Pauliah

 2        A.    I don't recall now, but I presented many

 3   of the facts leading to retaliation, proving the

 4   retaliation.

 5        Q.    And there's nothing else that you

 6   haven't told me today about that?

 7        A.    I answered your questions, but I didn't

 8   have much more recollections.

 9        Q.    And when you were told about your
10   separation, who was present for that?
11        A.    Told my separation by whom?
12        Q.    Yeah.  When were you told you were
13   terminated?
14        A.    I was called for a meeting.  I was not
15   anxious.  It was my son's birthday, February 20th.
16   Next day, I came to office.  I took a leave on
17   20th, I think.  I came to the morning.  And I know
18   there were a lot of factors going on there when I
19   was terminated.  I had wondered.
20              I was told that I was -- Bradbury
21   called me on the phone -- on my desk phone --
22   called me and said, "You have important meeting
23   with HR.  You come to this meeting."  I don't know
24   where the room was, so I was -- I came down and
25   looking for rooms and secretary and all of that.
```

1                    Mohan Pauliah

2    One secretary followed me.

3                    And I put in the e-mail someday,

4    the secretaries will follow me one day like what

5    she did to Miriam.  So, I know I'm going to be

6    terminated.  So, I took it with my God strength He

7    gave me that day.  I asked -- asked the reason why

8    she is terminating me, despite bringing money,

9    success, and a story and an American dream.  That
10   she decided to terminate and --
11        Q.   Sorry.  Just back up.  Who was present
12   for this meeting in HR?
13        A.   Cindi -- Cindi, Anh Ung, and Michelle.
14   And Michelle when I -- when she told the reason.
15   And then Cindi called her that -- said the
16   doctored e-mail.  That's why you're -- so I asked
17   her to please send the doctored e-mail to me.
18   Where is it?  Where is it?  Please show me.  She
19   didn't -- she didn't show me.  She did not.
20                    But the decision has been already
21   made.  Paul, I can't help you, but you had to go.
22   But I know -- I also spoke about Miriam's
23   termination to her, because Miriam's termination
24   also popped up on this meeting.  I think they
25   handed over some documents.  I did not sign.

1                    Mohan Pauliah

2                 But I had my lawyer working very --

3    for long years.  He later contacted Cindi.  I

4    asked for -- I asked for -- I remember now.  I

5    asked for --

6         Q.   Don't disclose the substance of what you

7    told your lawyer.

8                 So, who was it that said you were

9    being terminated based on the doctored e-mail?

10        A.   Cindi.

11        Q.   Cindi.  Okay.  And you said, I think

12   when I asked earlier, that there was also a

13   reference to Dr. Bradbury losing trust in you?

14        A.   That's Bradbury told me that.

15        Q.   Bradbury?

16        A.   Bradbury or Cindi.  I don't really

17   exactly recall, but it was told.

18        Q.   One of them said they had lost trust in

19   you; is that right?

20        A.   Yeah.  I did not understand one of the

21   loss in trust.  I asked -- tried to ask them.  I

22   didn't know what is that.  But she told me

23   doctored e-mail.

24        Q.   And it appears that both Anh and

25   Dr. Bradbury thought the e-mail was doctored,

```
1                    Mohan Pauliah

2    correct?

3         A.    I don't know.  But I can -- if they

4    would have presented to me, I could have cleared

5    everything to them.

6         Q.    Okay.

7         A.    I was asked -- asked for a chance to.

8              MS. YOST:  Let's take a quick break.

9              (A short recess was taken.)
10   BY MS. YOST:
11        Q.    Before we took a break, we were talking
12   about your separation.  Are you aware of anyone
13   else who was accused of sending doctored e-mails
14   who was not terminated?
15        A.    I don't know.
16        Q.    All right.  So, one of the things you
17   allege in your complaint is that there were --
18   that you also thought there might have been some
19   age discrimination.
20        A.    Yes.
21        Q.    Okay.  What is it that you felt was
22   discriminatory based on your age?
23        A.    So, in front of other people, she will
24   ask my age.  One time, I recollect, Brian --
25   what's the new post-doc came from another
```

1                    Mohan Pauliah

2    fellowship?  He had a marriage, and there was

3    celebration for them.

4                    I did not have any kind of

5    celebrations with my eight, nine years.  But

6    Brian, Evan, they were -- but something other,

7    they would -- she would call everyone, and we will

8    celebrate.  And even my son was born, she did not

9    celebrate.  I asked for a leave.  She did not give
10   me.

11                   So, she asked in front of them
12   what's the age.  You have to tell everyone the
13   age.  So, I was -- they know that I'm the senior.
14   I'm still at the lower title, lower pay.  And come
15   back to them.  And did not have a first author.
16   That kept me very low.
17        Q.    So --
18        A.    But I was surviving it.
19        Q.    Okay.  So, Brian and Evan, are those two
20   different people, or is that one person?
21        A.    That's two different people.
22        Q.    Two different people?  Okay.  And so,
23   you're saying Dr. Bradbury would ask your age in
24   front of Brian and Evan?
25        A.    That's one incident I can recollect.

1                    Mohan Pauliah

2        Q.    Okay.  And did she ever ask Brian and

3    Evan their age?

4        A.    Yeah.  They were telling the age, but

5    she was particularly asking my age.  But everyone

6    is volunteering to say that, but she was asking my

7    age.

8        Q.    Okay.  So, this was one time that she

9    asked your age.  And do you remember when this

10   was?

11       A.    When was it?  December, I think.

12       Q.    December of?

13       A.    I don't --

14       Q.    -- what year?

15       A.    I don't recall.  I don't recall.  We had

16   this -- sorry.

17       Q.    Okay.

18       A.    This was happening in her room.

19       Q.    In her lab?

20       A.    In her room -- office room.

21       Q.    Oh, in her office.  Okay.  And so, who

22   was present for this?  Brian and Evan?

23       A.    Syed Zandanhe.  I think Han

24   (unintelligible) -- maybe Han.  I don't remember.

25       Q.    Okay.  And Brian and Evan were just

1                       Mohan Pauliah

2    talking about their age, or --

3        A.    Yeah.  And also, I recall she would

4    introduce he is here for the -- long time with me.

5    And she would say he is eight-year.  He is also

6    much older guy, experienced and that's -- that

7    signifies that, you know.

8        Q.    So is --

9        A.    That's not needed at all, which I
10   believe.
11        Q.    So, it sounds like she may have been
12   trying to be complimentary with respect to talking
13   about your age.
14        A.    It was not complimentary at all.  It was
15   not complimentary.  If my whole career is
16   complimentary, I would have laughed at, but it was
17   not.
18        Q.    Okay.  And so, do you remember how old
19   Brian was?
20        A.    Brian was 20s.  Late 20s, I believe.
21   But I don't know his age.
22        Q.    Okay.  What about Evan?
23        A.    Evan was also 27, 26, that age.
24        Q.    Okay.  And did she ask anyone else in
25   the room their age?

1                    Mohan Pauliah

2        A.    No.   Just me.

3        Q.    Okay.   She didn't -- she didn't ask Syed

4   how old he was?

5        A.    No.

6        Q.    And she didn't ask Anh how old she was?

7        A.    No.

8        Q.    Okay.   How old is Syed?

9        A.    I don't know.

10        Q.    Okay.   Do you -- if you had to guess,

11   what would you say?

12        A.    I don't want to guess anything.

13   That's --

14        Q.    And how old was Dr. Bradbury at the

15   time?

16        A.    Dr. Bradbury?   I'm trying to -- she

17   would be 52 or 50.   I don't know her age exactly,

18   but I --

19        Q.    Is she old?

20        A.    My guess is that she's around 50s or

21   something, with her graduation and experience and

22   all of that.

23        Q.    So, is she older than you?

24        A.    I think so, but I'm not sure.

25        Q.    Okay.   And so, that's the incident you

1                    Mohan Pauliah

2    recall.  Were there any other incidents involving

3    your age that you remember?

4        A.   I don't recall much, but this other

5    incident, as she asked me questions, I could

6    answer.

7        Q.   Okay.  And do you believe your

8    termination was in some way based on your age?

9        A.   Yes.  She was promoting the other
10   people, the young people in the lab, and getting
11   rid of the old people.
12       Q.   I mean, the lab was basically filled
13   with people who were post-docs, correct?
14       A.   No.  She demoted.  I asked her to
15   post-doc position.
16       Q.   But, I mean, a lot of people in her lab
17   were people who had just recently gotten a Ph.D.;
18   is that right?
19       A.   Yes.  Senior people are there.  Like,you
20   know, technicians -- there's one -- another
21   technicians, also.
22       Q.   And the model behind her lab is that
23   people work there for a post-doc period, and then
24   they leave and go somewhere else.  Isn't that
25   right?

1                    Mohan Pauliah

2        A.    That's the usual thing.   But any

3    post-doc, after three years of training, minimum

4    three years of training or two years of training,

5    they fly off with colors and find out their one

6    areas of research and lead the nation.   And

7    that's -- that's the model -- that's U.S. and

8    everywhere in the world.

9        Q.    So, given that model, it's not
10   surprising that a lot of people in her lab were
11   young, correct?
12       A.    Yeah.   Yeah.   Because -- yeah.   She
13   recruited based on the money we brought, so she
14   hired people she may not have got.   Once she got
15   it, it's those people there.
16       Q.    Yeah.   So, I think my question is:
17   Since the model was generally to hire people who
18   had recently attained Ph.D.s, and they would stay
19   for a few years and then move on to something
20   else, it's sort of not surprising that people
21   would tend to be young; isn't that right?
22       A.    It was not.   Particularly, you know --
23   some people, you know, they do come as post-doc,
24   just have a time gap.   When they find the
25   particular job, it's not likable to them, they

1                    Mohan Pauliah

2    will come a post-doc for a few times -- temporary

3    positions, entry-level positions.

4         Q.    Okay.  Did anything else occur that

5    leads you to think that your termination was based

6    on age versus anything else that we talked about?

7         A.    I think, you know, these other things,

8    so I could recollect now.

9         Q.    So, nothing else you remember now?
10        A.    No.
11        Q.    Okay.  So, we talked about this slum dog
12   millionaire comment that you claim Dr. Bradbury
13   made.
14                I just want to make sure we had the
15   date on that.  So, I think in the complaint, you
16   say it was April of 2014.  Is that accurate?  I'm
17   looking at paragraph 26 of your complaint.
18                MR. MORIARTY:  No. 26.  Go back.
19        A.    April 2014.  In and around, but I don't
20   know the exact date.
21   BY MS. YOST:
22        Q.    Okay.  And I think you said before that
23   there were no other witnesses to that; is that
24   right?
25        A.    Yes.

1                    Mohan Pauliah

2        Q.    And then, you referenced earlier that

3    she, at one point, said to go back to India.

4        A.    Yes.

5        Q.    Do you remember that?

6        A.    Yeah.   That's -- that's -- she told --

7    even she told when I -- that, you know, working

8    with the records manager.   What's her name?   On

9    the 71,000 we talked about.

10       Q.    So, that's when she said to go back to

11   India?

12       A.    Yeah.   Yeah.   Cancel the visa and all

13   that.

14       Q.    Is that what you were referring to is

15   that e-mail?

16       A.    It is not the only time she did.   She

17   said it again.

18       Q.    Okay.   So, she said it again?

19       A.    Yeah.

20       Q.    Okay.   In the complaint -- and I'm

21   looking at paragraph 38 -- you claim that that was

22   in November of 2014.   Is that accurate?

23       A.    November 2014?   Can I have the number,

24   please?   Which one, ma'am?

25       Q.    I'm looking at paragraph 38.

1                      Mohan Pauliah

2          A.    Yes.

3          Q.    So is that your best recollection of

4    when that comment was made, in November of 2014?

5          A.    Yeah.  At that time.  But this is not

6    the only time she is doing it.  She does, so.

7          Q.    How many -- on how many occasions did

8    she say this?

9          A.    I don't know.  She -- this is the normal
10   way of threatening, you know, demanding.  I don't
11   need you.  And then --
12         Q.    Okay.
13         A.    -- you know.  I submit myself, like,
14   okay.  Whatever, ma'am.  Want to do, do it.  I
15   will do other things for --
16         Q.    Were there ever any witnesses to
17   these -- to the "go back to India" comment?
18         A.    I shared with Miriam Benezra, my
19   colleagues this.  But 2014, Miriam Benezra, I
20   think she was with me.  She was there.
21         Q.    So, she saw Dr. Bradbury -- hear
22   Dr. Bradbury make the comment?
23         A.    No.  No.
24         Q.    No?  You just told her about it?
25         A.    I told her about it.

1                    Mohan Pauliah

2        Q.   Okay.  Was anyone ever present when

3    Dr. Bradbury made a comment that -- about going

4    back to India?

5        A.   I shared with her, because she was also

6    helping me to get residency, pushing for my wife.

7    Miriam Benezra, through her friendship, I met --

8        Q.   Miriam was?

9        A.   Miriam was.  Because she was a faculty,
10   too, very similar position with Michelle Bradbury.
11       Q.   Okay.
12       A.   And she helped me to get an interview
13   with Sietra (phonetic).
14       Q.   But was anyone else present?  Like, did
15   anyone else overhear Dr. Bradbury making a comment
16   about going back to India?
17       A.   I don't recollect, ma'am.
18       Q.   Okay.  Did Dr. Bradbury make comments
19   like this towards other employees?
20       A.   Like?
21       Q.   Did she make comments about -- along the
22   lines of going back to India or going back to
23   somewhere else?  Any other employees?
24       A.   From my recollections, I'm not exactly
25   what the phrases are, but she make comments about

1                    Mohan Pauliah

2    the Jewish religion about -- she takes leaves

3    during -- but the rest of the day, she works.  And

4    Sunday -- only Saturday, I think that's a holiday

5    for Jewish.  But other days, if she asked for

6    anything, she would comment about the Jews.  I

7    don't remember much of things, but -- but I was

8    here to resolve things and move forward, you know,

9    with my career, my family.  You know, America is a

10   better country, and that's what I was looking for,

11   nothing other than that.

12        Q.   Did she make rude comments to other

13   people?

14        A.   I have seen misbehaving, mistreating,

15   pushing her out of the room and all of that stuff.

16   But this was discussed with Jason Lewis.  He did

17   not take any actions.

18        Q.   Is there anyone else who you believed

19   Dr. Bradbury did not make, like, make rude

20   comments to or yell at?

21        A.   I mean, Roselinda -- I mean, it's not so

22   much I'm giving Roselinda knows that she is devil,

23   so just stay away from her.

24        Q.   Can you say that again?

25        A.   She is a devil, so just stay away from

1                    Mohan Pauliah

2    her.

3         Q.    Oh, okay.

4         A.    Stay away.  Whatever -- if you want to

5    continue her, you continue with her.  Yes.

6         Q.    Okay.  So, is it fair that she generally

7    just made a lot of rude comments?

8         A.    And everybody's -- even for treat.  Yes.

9    You know, you're not in the good books now, so --

10        Q.    Okay.

11        A.    -- you know, find (unintelligible).

12        Q.    You also referenced earlier, and I don't

13   think we followed up on it, that she stripped you

14   of some responsibilities.

15        A.    Yes, ma'am.

16        Q.    And that was in 2016, you said?

17        A.    Yeah.  After I complained to HR.

18        Q.    What were the responsibilities that you

19   were stripped of at that point?

20        A.    I was working in all of the projects

21   prior to that.  And every morning, 7 o'clock or

22   8 o'clock, 9 o'clock, I used to be person with her

23   discussing what today we are doing; what next

24   month we are doing; planning and the methodology;

25   what I am bringing; what's available for grants

1                    Mohan Pauliah

2    applications, and company start-up.  All of these

3    things she would discuss with me.

4         Q.   And what happened after that?

5         A.   After that, she's -- she asked me to

6    hand over all the datas (sic) to Feng Chen.  And I

7    trained him how to take readings, and then he was

8    not able to do it.  I trained him.

9              Pat also helped -- asked me to
10   train him, so I did.  Prior to that, I does every
11   work -- animal imaging, hundreds, hundreds of
12   images.  Animals imaging.  Even with the hand that
13   was, like -- I was doing in the middle of the
14   night.
15        Q.   So, what responsibilities did you still
16   have after that?
17        A.   After that, I had only the clinical
18   trial because I was the only person who can handle
19   the camera well.  Because camera has a lot of
20   technical issues I was improving -- worked on and
21   working with the reporting agents.  So, she would
22   call me for that meeting with Richard Master, the
23   company CEO.  And we had a patent on that, too.
24              But I was very vital to that part,
25   so she cannot do that.  Because one time, there

1                     Mohan Pauliah

2    was some -- some external argument by her, so she

3    was removed from appearing in the case.  So, I was

4    the only person allowed to operate the camera, so.

5          Q.    Okay.  So, did she tell you why she was

6    having Feng Chen do the data?

7          A.    First, she said, just put it in the

8    folder so that everybody can see it, so I put it

9    in the folder.  Then hand over the CDs to her --
10   or him Feng Chen.  So, I added all this data, I
11   wrote up the draft, and I gave it to her.
12         Q.    Did she say why she was asking you to do
13   that?
14         A.    She did not say anything.  That's -- you
15   know if any newcomers, you support everybody
16   working together.  Right?
17         Q.    Okay.  So, was it possible that she was
18   just trying to get Feng Chen some work to do?
19         A.    Feng Chen's discipline was completely
20   different from me.  I am imaging with an
21   engineering background.  He is biomedical science.
22   But why he pulled her into the imaging, I don't
23   know.  But he did not have the expertise in the
24   big end or later or whatever.  But I brought the
25   expertise.  I made the recruitment.  We filed the

1                     Mohan Pauliah

2    patent.  All of that issue.  The stories were

3    there.  But later, she stripped off my other

4    projects, and I was only for the trials that's --

5    you know, once upon a time, it comes.  Patient is

6    scheduled.  They have to look for a patient

7    concern and patient criteria -- fulfilling the

8    criteria.  Then only have a camera set up and all

9    of that.  I was doing it.  So, I was essential to

10   that -- critical to that -- advancing that

11   project.

12        Q.   Did she ever tell you that she was

13   removing those responsibilities because you had

14   made a complaint?

15        A.   What is that?

16        Q.   Did she ever tell you that she was

17   removing those responsibilities because you made

18   a --

19        A.   I don't recall.  I don't recall.  I

20   don't recall.  But I was totally isolated.  And

21   when these people are recruited, also, she's

22   not -- everybody was invited.  I was not invited.

23        Q.    Invited to what?  What are you talking

24   about?

25        A.   Like, meeting.  She is presenting

```
 1                    Mohan Pauliah

 2   something to the audience.  I was not invited.  I

 3   would come to know later, hey, Michelle Bradbury

 4   person that -- did you know that?  So, those

 5   were --

 6         Q.   Was there anyone else -- was there

 7   anyone else in the lab who was not invited?

 8         A.   Me and Miriam, I think.

 9         Q.   Okay.  So, you weren't the only one who
10   wasn't invited?
11         A.   Miriam was -- she is in a different
12   category, but I was not invited.  I should be
13   invited, because I did some of the works.  So, I
14   should able to see the graphs and what is -- guide
15   represents in terms of research and advancement,
16   but I was not given that opportunity very well.  I
17   asked for it.  Later, when I complained to HR and
18   all of that, they were -- they made it mandatory
19   that lab meeting.
20         Q.   Okay.  Did Dr. Bradbury make threatening
21   comments to other people?  I know you mentioned
22   Miriam.  Did she make threatening comments to
23   other people?
24         A.   I know -- I know she make threatening
25   comments to me.
```

```
 1                    Mohan Pauliah

 2        Q.   What about -- you don't know whether she

 3   made them to other people or not?

 4        A.   I'm not sure, but I don't recall.  But

 5   Miriam, I know certain.

 6        Q.   Yeah.

 7        A.   From my experience, I witnessed, so.

 8             MS. YOST:  Okay.  Mark this.

 9             (Exhibit No. 20 marked for
10             identification.)
11   BY MS. YOST:
12        Q.   I'm handing you what's marked as
13   Exhibit 20.  Do you recognize this document?
14             (Long pause.)
15   BY MS. YOST:
16        Q.   Do you recognize this?
17        A.   Yes.
18        Q.   Is this an e-mail you sent to Anh Ung on
19   October 6th, 2017.
20        A.   Yes.
21        Q.   And did you say to her, "Are you
22   qualified/entitled to say this?  Have you ever
23   worked as a post-doc for eight years"?
24        A.    I did bring it that mention.  And also,
25   I handed over the documents saying salary range
```

1                    Mohan Pauliah

2    for senior scientist.

3         Q.    Okay.  Do think that this -- the tone of

4    your e-mail is appropriate?

5         A.    Do I think?

6         Q.    Yeah.

7         A.    If I think that the tone was

8    appropriate, I changed it.  But that's --

9         Q.    So, you think the tone is appropriate?
10        A.    That's how I write.  It's my way of
11   writing.  Maybe I should improve.  I will improve.
12   But that's the way I committed.
13        Q.    Okay.  Did you typically ask for -- or
14   just let me rephrase that.  Did you sometimes ask
15   for a day off the day before when you worked in
16   Michelle's lab?
17        A.    Yes.  This time, I asked her -- in this
18   e-mail, I -- somewhere here, I asked her.
19        Q.    So, it was typical for you to ask for
20   time off, like, only the day before?
21        A.    Not the day before.  Informing that I
22   will not be available, so I am going for a leave
23   and all of that.  But this time, they -- she
24   reminded me that, you know, you cannot take the
25   leave or anything.  She said that on the e-mail.

Page 351

1                         Mohan Pauliah

2    I don't know why that was exchanged to me at that

3    time.  It was --

4         Q.   Okay.  But she told you you needed to

5    provide more notice before taking time off, right?

6         A.   Yes.  She joined after we got the form,

7    to see the form.

8         Q.   Okay.  So after you left MSK, where did

9    you next work?

10        A.   I worked at Northwestern Memorial

11   Hospital, Northwestern University.

12        Q.   When did you start working there?

13        A.   I started working, I think, August 8,

14   2018.

15        Q.   Okay.  And what was your -- what was

16   your job there?

17        A.   I was a research medical physicist

18   working -- putting plans as a medical physicist

19   radiation oncology, speciality.

20             (Exhibit No. 21 marked for

21             identification.)

22   BY MS. YOST:

23        Q.   I'm handing you what's been marked as

24   Exhibit 21, which appears to be a series of

25   appointment forms from when you worked at

```
 1                   Mohan Pauliah

 2   Northwestern.  Have you seen these before?

 3        A.   I don't recollect, but I'm not sure at

 4   this time.

 5        Q.   Okay.  So, if you look at the --

 6        A.   Did they give me -- give me a copy or

 7   not?

 8        Q.   If you look at the last page, which is

 9   MSKP03210, it has your start date as 8/8/18.  I
10   think that's what you just said.  Is that
11   accurate?
12        A.   Yeah.  August 8th.
13        Q.   And it says your full-time salary was
14   58,000.08?
15        A.   Yes.
16        Q.   Was that your salary when you started
17   there?
18        A.   Yes.
19        Q.   And then, if you look at the next page,
20   which is MSKP03206 -- it's the page right before
21   that -- it appears that on 9/1/21, your pay was
22   increased to 59,450.  Is that accurate?
23        A.   Yes.
24        Q.   And is that -- was that your salary
25   throughout the time you were at Northwestern?
```

1                         Mohan Pauliah

2        A.    Yeah.

3        Q.    Okay.  And your appointment at

4   Northwestern was not renewed, right?

5        A.    Not renewed?

6        Q.    So, at a certain point, Northwestern

7   said that they were not going to renew your

8   employment; is that right?

9        A.    No.  I was looking for -- to get
10  training, residency, and certification.  This is
11  the kind of research associate position.  So, I
12  was looking to the -- you know, eligibility for
13  board certification is a training that you have to
14  do two years, which I could not do it this long.
15       Q.    So, you were trying to do a training
16  for -- what was it you said?  You were trying to
17  train for -- what was the discipline you said?
18       A.    For the ABR.  After 2014 -- so, ABR made
19  it -- ABR, American Board of Radiology, made it
20  mandatory that those who have wanted to appear for
21  the board exam, medical physicist discipline, have
22  to do two years of training.  Prior to that, it
23  was not there.
24                    So, anybody who has kind of working
25  experience like me, I could have easily written

1                       Mohan Pauliah

2    the examinations, which need some recommendations

3    from my supervisor that he worked in that area.

4    And he was found recommendations there.  I could

5    have now made the eligibility there.

6                     So, I made my way through ABR

7    eligibility as an externally.  They considered me

8    and gave the eligibility now.

9         Q.   So, you are -- you went into your job at
10   Northwestern thinking that you were going to do it
11   for two years and then get the certification?
12        A.   After, you know, that the project is
13   completion -- near to completion, so one year or
14   second year.  I taught for one year, then move
15   into residency.  But my manager wants to continue
16   in that position.  Although, my senior was giving
17   me opportunity to work on the residency where a
18   number of hours that matters to qualify for that
19   exam.
20        Q.   Okay.
21        A.   The early exam.
22             MS. YOST:  So, can you mark this?
23             (Exhibit No. 22 marked for
24             identification.)
25

```
 1                   Mohan Pauliah

 2    BY MS. YOST:

 3        Q.    Handing you what's been marked as

 4    Exhibit 22, which appears to be a letter that you

 5    received from Northwestern on May 27, 2021; is

 6    that right?

 7        A.    Yeah.   They gave us this information,

 8    yes.

 9        Q.    And so, this states that, "This letter
10    serves as confirmation to our conversation on May
11    27th, 2021, when you were informed that your staff
12    term appointment, which expires on August 31st,
13    2021, will not be renewed."  Is that accurate?
14        A.    Yes.
15        Q.    So, your appointment was not renewed,
16    correct?
17        A.    Yeah.   They have not renewed.  Yes.
18        Q.    Okay.   Were you given any warnings when
19    you were at Northwestern?
20        A.    I received a memo that say -- which I --
21    which I referred to previously -- that the
22    software was not working, and they asked me to
23    falsify the report.  I did not reply to them.
24        Q.    Okay.
25              (Exhibit No. 23 marked for
```

```
 1                    Mohan Pauliah

 2           identification.)

 3   BY MS. YOST:

 4        Q.    I'm handing you what's been marked as

 5   Exhibit 23.  Does this appear to be the warning

 6   you received when you worked at Northwestern?

 7        A.    Yes.  It's the --

 8        Q.    Okay.  And if you turn to the last page,

 9   one of the expectations is, "Mohan is expected to
10   treat others with civility and respect and must
11   maintain appropriate professional behavior at all
12   times, including when his work is reviewed."  Is
13   that accurate?
14        A.    That is not accurate, but they mentioned
15   it.  But I was all of the time civil.  I only
16   said, "The software is not working."  And many of
17   my seniors agreed with that.  I spoke with chairs
18   and other -- and higher-ups, and they made clear
19   what they -- but he was -- he was the -- issued
20   this memo.  And later, he apologized for me.
21        Q.    Who apologized for you?
22        A.    Dr. Kalapurakal said, "I will have
23   withdrawn this."  In this meeting, when we had
24   this meeting, I asked him, "Because of this
25   warning, I'm not able to look for another job
```

1                    Mohan Pauliah

2    inside Northwestern."  He apologized and said, "I

3    will have -- retrieve this."

4         Q.    Okay.  But he -- at no point -- well,

5    let me just back up.  But this warning does say

6    that you're expected to treat others with civility

7    and respect?

8         A.    So I brought that very factual things

9    what I did and what they asked and how they found

10   to do that treatment when the patient is treated.

11   They wanted to say the patient is --

12        Q.    Right.  I don't want to get into the

13   specifics of what happened.

14        A.    So, that's -- that's my memo is --

15   that's what memo is.

16        Q.    All right.  But this memo also says on

17   the first page, "A witness confirmed that Mohan

18   raised his voice and continued to refuse to adjust

19   the process."  Did you raise your voice?

20        A.    No.

21        Q.    So, that's a lie, you're saying?

22        A.    This is a lie.  So, I was able to

23   represent to the higher authorities, and they

24   asked me to file that.  That's it.  And that

25   was -- for your record, that person is not more

```
 1                    Mohan Pauliah

 2   working in Northwestern.

 3        Q.   Who is not working at Northwestern?

 4        A.   The person who was causing all this

 5   trouble to me.

 6        Q.   What was his name?

 7        A.   Mahesh Gopalakrishnan.

 8        Q.   Did you have any issues at Northwestern

 9   regarding your attendance?

10        A.   Attendance?

11        Q.   Were you told you had to come into the

12   office?

13        A.   I was working in the office.  During

14   COVID time, I was working from home.

15             MS. YOST:  Can you mark that, please?

16             (Exhibit No. 24 marked for

17             identification.)

18   BY MS. YOST:

19        Q.   I'm handing you a e-mail chain that's

20   marked as Exhibit 34 -- Exhibit 24.  Sorry.  If

21   you look at the -- if you go to MSKP03747, it

22   looks like you, on November 18th, 2020, said,

23   "Dr. John, I'm sorry.  I will not be able to come

24   tomorrow due to illness.  Earlier, I have informed

25   you about working from home, and I request again
```

1                    Mohan Pauliah

2    to work from home."  Did I read that right?

3        A.    Yes.

4        Q.    Okay.  And then it looks like John

5    responds, "Hi, Mohan.  Why are you not coming in?

6    You mentioned below, 'Earlier I have informed you

7    about working from home, and I request again to

8    work from home.'"

9                    "We did not have this conversation.

10   And moreover, we have so much work to do to catch

11   up and complete this project, so I will not tell

12   you to work from home when we cannot make any

13   progress with regard to Mahesh and my reviews."

14   Did I read that correctly?

15       A.    That was wrong.  I gave another e-mail

16   where he and I have a e-mail conversation.  I

17   showed it to Daniel Sheedy and also to the higher

18   authorities.

19       Q.    Okay.  But it -- John is clearly saying

20   that you did not have that conversation in this

21   e-mail?

22       A.    He said that.  But when I showed the

23   e-mail, what he and I had returned to him, that

24   what it is.

25       Q.    Okay.  Then on November 30th, you wrote

1                           Mohan Pauliah

2       back again saying, "All my work can be done

3       remotely; and henceforth, I'm working from home."

4       Did I read that correctly?

5            A.    Yes.  So --

6            Q.    And then, Dan Sheedy responds to you,

7       "Hi, Mohan.  We'll meet on Wednesday 12/2, 2:30,

8       to discuss your unilateral statement that you'll

9       be working from home."  Is that accurate?

10           A.    He wrote me, and I have sent him with

11      the e-mail stating that state of -- Chicago

12      requires that no non-essential workers should work

13      from home.  That e-mail is all trade-off e-mail

14      that's missing here, but I can produce that to

15      you.

16           Q.    But he did say that you would need to

17      discuss your unilateral statement that you would

18      work from home; isn't that right?

19           A.    He said that it's unilateral, but that's

20      wrong.  So I asked him --

21           Q.    Well, do you think it's appropriate to

22      tell your superiors that, "Henceforth, I'm working

23      from home"?

24           A.    Henceforth, I'm working from home?

25           Q.    That's what you said.

```
 1                      Mohan Pauliah

 2        A.    So, "I'm sorry.  I'm not able to come

 3   tomorrow due to illness."

 4        Q.    I'm talking about your November 30th

 5   e-mail when you said, "All my work can be done

 6   remotely; and henceforth, I'm working from home."

 7   Do you think that's appropriate to tell your

 8   superiors?

 9        A.    Number 38?  (Witness reading.)  Yes.
10        Q.    Do you think it's appropriate to tell
11   your superiors that, "Henceforth, I'm working from
12   home"?
13        A.    Yes.  So, the conversation -- you have
14   to understand the situation here.  He asked me to
15   put all the plans in the system.  And that work --
16   all the work can be done remotely.  And the
17   COVID -- because of that, I don't have to come to
18   office.
19        Q.    Okay.  But is it fair to say that there
20   were concerns expressed by John about the fact you
21   weren't in the office?
22        A.    I worked from -- I worked from office,
23   because John ordered -- have a time of turning in,
24   but he never showed up.  And I have told him,
25   whenever you want, I will be there.  But he said,
```

1                    Mohan Pauliah

2    you can put all this plans from home.  They gave

3    me computer to work from home.

4        Q.    Okay.  Well, the document will speak for

5    itself.

6                    Did you take a leave after you

7    received this warning?  I'm sorry.  Not this

8    warning.  Did you receive a leave after you got

9    your corrective action form?

10       A.    Leave?

11       Q.    Did you take a leave from Northwestern?

12       A.    Yes, I did.  I took leave.

13       Q.    What was the reason for your leave?

14       A.    That was my personal reasons of my --

15    because a lot of things were going on.  I couldn't

16    handle it mentally.  Sick.  I had my -- I won't

17    say my illnesses.

18       Q.    So, you took the leave because you were

19    struggling based on what happened at Northwestern?

20       A.    Not based on Northwestern.  It's based

21    on Memorial Sloan Kettering.  I had prior checking

22    in sometimes.  My vitals were going up and down

23    prior to this.  So, I went and checked out and got

24    medications for that.  So, it was continuing.  But

25    this when -- when I told them what happened at

1                          Mohan Pauliah

2    Memorial, I didn't want to be like this here.

3    That's when they tried to start it, you know.

4    Okay.

5                          They came with this, but I made it

6    very clear to John and Mahesh and to the chief

7    of -- and Daniel.  I tell you, those people are

8    angels to help me in this situation.  And I -- and

9    I got my green card.  So, I was tied to the visa.
10   I could not go anywhere.
11                         So, I was looking for -- I had
12   different opportunities.  But I was continuing to
13   work, finish the work, get the residency, and some
14   more.  That was my point cutting me here, but I
15   had other opportunities before.
16                         MS. YOST:  Can you mark that, please?
17                         (Exhibit No. 25 marked for
18                         identification.)
19   BY MS. YOST:
20        Q.    I'm handing you what's been marked as
21   Exhibit 25, which is a compilation of medical
22   records from Clarity Clinic.
23        A.    Yes.
24        Q.    Is Clarity Clinic the medical provider
25   that you went to when you took this leave?

```
 1                    Mohan Pauliah

 2        A.   Yes.

 3        Q.   Okay.  And let me direct your attention

 4   to -- sorry.  One second.  The page that's marked

 5   in the bottom right, MSKP03168.  Do you see that?

 6        A.   Yes.

 7        Q.   Okay.  So, this appears to be notes from

 8   2/1/21; is that right?

 9        A.   2/1/21.  This is -- yeah.  This is the
10   date that's mentioned here.
11        Q.   Okay.  And it says at the top there that
12   you were seen today for an initial psychiatric
13   evaluation; is that right?
14        A.   Initial psych evaluation to establish
15   care and present.  Yes, I see that.
16        Q.   Okay.  So, was this the first time that
17   you went to Clarity Clinic?
18        A.   To that Clarity Clinic?  Yeah.  I don't
19   recall, but yeah.  Maybe the first time.
20        Q.   Okay.
21        A.   2/1/21.
22        Q.   Okay.
23        A.   I don't recall the date, but it's
24   correct here.  I went for consultation.
25        Q.   Okay.  So, if you look at the next page
```

1                    Mohan Pauliah

2    on 3169, it says, "No legal issues."  Is that an

3    accurate statement?

4        A.    No legal issues?

5        Q.    Uh-huh (affirmative response).

6        A.    I mentioned about -- I mentioned about

7    MSK.  Prior to that, I had filed my cases.

8        Q.    Is there anything in this document that

9    references MSK?

10        A.    I have told them, but I don't know.  No.

11    This is their report.  I spoke to doctor, as well

12    as therapists.

13        Q.    And did you ever discuss MSK with them?

14        A.    Yes.  That's -- that's a first point I

15    discussed with them.

16        Q.    Well, I will represent to you that these

17    notes repeatedly talk about Northwestern and say

18    nothing about MSK.  Are you saying that's a lie?

19        A.     Not like they would have given present

20    situation, process what you are going through and

21    I -- they were also advising how to welcome the

22    present situation with Northwestern.  That's where

23    the most of discussion later came up.  But in the

24    beginning, how we started, how I'm moving to -- it

25    doesn't happen in a day, depression.

1                    Mohan Pauliah

2         Q.   Right.  But read through these notes and

3    tell me if there's any reference to Memorial Sloan

4    Kettering here.

5         A.   So, it doesn't happen in a day.  It

6    evolved -- my mental illness evolved through

7    years.  And I'm still struggling with that,

8    despite my wife is a physician.  I have a

9    physician in the family.

10                  But I'm not able to quote her, but

11   I -- I -- she was -- the therapist was asking what

12   we can do presently.  She was listening to go to

13   chair and try to them.  This is the case for you.

14        Q.   Okay.  But did you tell her that you had

15   no legal issues?

16        A.   I told them illegal issues?  No.  I told

17   her MSK, about the doctor --

18        Q.   So, you're saying that she --

19        A.   I don't recall.  I don't recall.  But I

20   told her.

21        Q.   Okay.  So, you're saying that she lied

22   when she wrote down in these notes that says, "No

23   legal issues"?

24             MR. MORIARTY:  Objection.

25        A.   It's not lie.  It's not lie.  She might

```
1                    Mohan Pauliah

2    have --

3    BY MS. YOST:

4         Q.    So, her notes are inaccurate, then, to

5    your belief?

6         A.    I don't know.  But I have told them

7    instances -- many instances that I have therapy

8    every two or three -- two to three weeks.  We talk

9    about -- however with many things.  About how to
10   come out of the mental illness.  So the therapy
11   goes in a different way.  Like, you know, we talk
12   about something to imagine something to others.
13   Those things are happening there.
14        Q.    So --
15        A.    But I don't --
16        Q.    -- this says, "He's been reporting
17   increasing work stress and especially since around
18   March of 2020 when the pandemic-related issues
19   started.  Assessing his history and previous work
20   stress, in addition to the pandemic stress,
21   coincides with the time line of symptoms
22   reemergence, and since then has worsened over the
23   past few months."  Is that accurate?
24        A.    She will have mentioned about past few
25   months?
```

1                     Mohan Pauliah

2          Q.    She said, "It's been worsened over the

3     past few months."

4          A.    So, I have the issues -- I have symptom.

5     I think I have symptom -- my medical record will

6     be from -- normal prior to that.  Prior to this, I

7     had -- she advised me to go for a psychiatry check

8     prior to all these incidents.

9          Q.    In November of what year?

10         A.    '18.  '18.  Yeah.  '18 or '19.  '18.

11         Q.    Well, we have not received any notes

12    from November of 2018.  Are you saying that you

13    did seek psychological treatment in November of

14    2018?

15         A.    Psychological treatment?  Regular

16    treatment, I took it here.  But she referred me to

17    that time, but I didn't have much time to do --

18         Q.    I'm sorry.  I just want to understand.

19    Are you testifying that you did seek psychological

20    treatment in November of '18?

21         A.    I was advised also in November of 2018

22    to seek for psychological mental evaluation.

23         Q.    Who advised you to seek mental

24    evaluation?

25         A.    So, when I checked for first time in

1                    Mohan Pauliah

2    Northwestern for medical treatment.

3         Q.    So, I'm sorry.  You went to Northwestern

4    for medical treatment?

5         A.    Yeah.

6         Q.    And they told you what?  Who did you see

7    at Northwestern?

8         A.    I think I don't remember the nurse --

9    nurse -- I think NP.  She treated me.  It was an
10   emergency situation kind of thing.  She treated
11   me.
12        Q.    So, you were in the emergency room?
13        A.    Not in emergency room.  I went and -- I
14   had an appointment.  I showed up.  And she took my
15   vitals and took my history and all of that.  So,
16   there she requested a team of doctors to look on
17   me.
18        Q.    What did you go into the hospital for?
19        A.    Because I couldn't cope with my stress
20   and mental illness.  My blood and other things
21   were shooting up beyond my control.  And I
22   couldn't sit for five minutes.
23        Q.    And you don't remember who it is you
24   saw?
25        A.    She's a nurse practitioner at

1                    Mohan Pauliah

2    Northwestern.  She is no more there.

3          Q.    She's normally there?

4          A.    No more there.  No.  She moved from

5    Northwestern after a year or two, I think.

6          Q.    Are you sure it wasn't November 2019?

7          A.    November 2019?

8          Q.    So, if you look at these notes, on

9    MSKP03168, it says, "He first got evaluated for
10   depression and anxiety in November 2019 when he
11   was diagnosed with major depressive disorder."
12   I'm looking at MSKP01368.
13         A.    This is Clarity Clinic.  This is later.
14         Q.    I understand.  But this is -- this is in
15   a section of the history of your illness.  And it
16   says that you reported into your history that you
17   first got evaluated for depression/anxiety in
18   November 2019.  Is that accurate?
19         A.    November 2019.  For November 2019.
20   Yeah.  This is here.
21         Q.    So, it was not --
22         A.    November 2019, I had an appointment.
23   Yes.
24         Q.    Okay.  So, it was not November 2018?
25         A.    November -- I don't recall.  But

```
1                    Mohan Pauliah

2    November 2019, I had appointment.  That was prior

3    to this one.

4         Q.   Okay.  But so, you did not get evaluated

5    in November of 2018, correct?

6         A.   I don't recall after.

7         Q.   Well, okay.  If you have any other

8    doctors that you saw, we would ask that you

9    supplement your discovery.  Because we've asked,
10   now, five times for your medical history, and
11   you've not given it to us.
12              MR. MORIARTY:  There's no question.
13              MS. YOST:  I'm just asking you -- like,
14         this is now -- we've asked this several
15         times.  And he's now claiming that he may
16         have seen other doctors that we've never
17         heard of.
18   BY MS. YOST:
19         Q.   Okay.  So, is it accurate to say that
20   you were first diagnosed with major depressive
21   disorder in November of 2019?
22         A.   Yeah.  This is -- so, yeah.  I was out.
23         Q.   Do you remember being diagnosed with
24   major depressive disorder before that time?
25         A.   Before that time, in MSK also, I
```

```
 1                    Mohan Pauliah

 2    diagnose.  But that's all my friends, my wife, and

 3    all.

 4         Q.   So, you talked to people who said you

 5    had it?

 6         A.   Yeah.  Had it.

 7         Q.   Okay.  But you didn't see a doctor?

 8         A.   My wife is a doctor, so.

 9         Q.   Is she a psychologist?
10         A.   My cousin is a psychologist --
11    psychiatrist.  I have family of doctors in my
12    home, so they all tried to help me.  Tried to give
13    me kind of, you know, the positive note that I had
14    to see, come up.
15         Q.   So, you talked to your cousin, who's a
16    psychologist?
17         A.   India.  And we get medicines from India,
18    too.
19         Q.   And he -- you talked to him about -- did
20    you talk to him about MSK?
21         A.   Yeah.  MSK.
22         Q.   What's your cousin's name?
23         A.   Cousin name?
24         Q.   Yeah.  What's your cousin's name?
25         A.   Cousin name is Lal, L-A-L.  Yeah.
```

```
 1                    Mohan Pauliah

 2    L-A-L.

 3        Q.    What's his last name?

 4        A.    Lal Henry.

 5        Q.    Can you spell the last name?

 6        A.    Henry, H-E-N-R-Y.

 7        Q.    H-E --

 8        A.    N-R-Y.

 9        Q.    -- N-R-Y.  Lal Henry.  Okay.  So, you
10    talked to him.  You talked to your wife, you said.
11        A.    Yeah.  I talked -- my sister is also
12    part of a psychiatry clinic in the hospital she
13    works.
14        Q.    And so, you talked to her?
15        A.    I talked to her.
16        Q.    Okay.  When did you talk to Lal?
17        A.    Lal?  Let me see.  Sometime in -- I
18    don't remember much.  But maybe back from my
19    father's died and all of that time that we talked.
20        Q.    Okay.  And when did you talk to your
21    wife about --
22        A.    Wife on a daily basis and --
23        Q.    Do you remember when you started talking
24    to your wife about this?
25        A.    It's happening to my life, so she knows
```

1                      Mohan Pauliah

2    it every day, so.

3         Q.   What about your sister?  When did you

4    talk to your sister?

5         A.   Sister?  I talked to -- you know, she --

6    I had to spend money sometimes on a phone, so we

7    normally talk very less frequency.  But regularly,

8    we talk.

9         Q.   When did you first talk to her about
10   psychological issues?
11        A.   Psychological issues in 20 -- right
12   after my father's death.
13        Q.   So, 2011?
14        A.   2011.  And she --
15        Q.   Is it fair to say that your father's
16   death contributed to your mental health issues?
17        A.   No.  No.
18        Q.   You don't think your father's death
19   contributed at all?
20        A.   No.  Father's death --
21        Q.   Was it not a traumatic --
22        A.   Father's death was grieved to me.  I
23   could have a better person to take care of him.  I
24   could not.
25        Q.   You don't think it was a traumatic

1                    Mohan Pauliah

2    experience?

3        A.    The way Michelle treated me after my

4    father's death was a traumatic.

5        Q.    But you don't view his death itself as

6    traumatic?

7        A.    His death as traumatic?

8        Q.    I'm asking -- well, some people do

9    experience trauma when their parents die.  Do
10   you -- are you aware of that?
11       A.    Parent's death?  Everybody have to die
12   one day.
13       Q.    Okay.
14       A.    But --
15       Q.    So --
16       A.    Somebody tried to -- I have to get him
17   to bring back to my country.
18       Q.    Okay.
19       A.    That part, it was not allowed.
20       Q.    All right.  So, around this time of your
21   father's death, you talked to Lal and your sister
22   and your wife about potential psychological
23   issues.
24             Did you ever talk to anyone about
25   psychological issues prior to that time?

```
 1                      Mohan Pauliah

 2         A.    So, one more thing.  My twin brother.

 3    I'm a twin born, and I've shared him every time

 4    what's happening with that.

 5         Q.    Okay.  And when did you start talking to

 6    him about your psychological issues?

 7         A.    Right after -- what Michelle said -- on

 8    a frequent basis, she does.  And he knows that I

 9    filed the case, and I was going on.  He asked me.
10         Q.    Okay.  And what is your brother's name?
11         A.    Anand Pauliah.
12         Q.    And what about your sister?
13         A.    Anbesolin.  Dr. Anbesolin (phonetic).
14         Q.    Did you ever talk to anyone about
15    psychological issues prior to that time in 2011?
16         A.    No.  No.  I don't have any issues before
17    2011.
18         Q.    Okay.  So, 2011 is when --
19         A.    I was a happy guy.
20         Q.    Okay.  So, 2011 is when you --
21         A.    After these incidents --
22         Q.    Okay.  But you didn't see a doctor,
23    other than family members, until November of 2019?
24         A.    My wife helped me to get some doctors
25    nearby where she worked, volunteered and all.
```

1                    Mohan Pauliah

2    They came and -- I used to go have my check-up and

3    all of that.  There was sort of counseling because

4    we need to pay, also.  We don't have that kind of

5    flexibility to pay for a doctor, too.  But they do

6    it on a regular basis, I'm meeting with them.  And

7    that doctor is Rahman.

8         Q.    What's the name?

9         A.    Rahman.
10        Q.    Can you spell that?
11        A.    R-A-H-M-A-N.
12        Q.    And did you talk to that doctor about
13   the psychological issues?
14        A.    My blood pressure, he took even.  My
15   normal blood pressures and all of that.
16   Psychological issue depressions?  Yeah.  But I
17   talked to him about father's death and all of
18   that.
19        Q.    So, you did talk to him about
20   psychological issues?
21        A.    Yeah.  Yeah.
22        Q.    And when was that?
23        A.    It was -- yeah.  2011, 2012.  But
24   whenever I get some ear infection or infection, he
25   prescribed medicine.  Even Dr. Bradbury.

1                    Mohan Pauliah

2          Q.    Okay.   Any other doctors that you've

3     talked to about psychological issues, other than

4     the five you just named?

5          A.    I remember many.   But -- and I grew up

6     with a family of doctors, so I have a support from

7     them, too, as well.

8          Q.    Okay.   So, these notes go on to say that

9     in November of 2019, you were diagnosed with major
10    depressive disorder, generalized anxiety disorder,
11    as well?
12         A.    That's what she did examine, and then
13    she come to the conclusion -- is not my -- she
14    came to conclusion.
15         Q.    Okay.   Had you ever been diagnosed with
16    either of those disorders before November of 2019?
17         A.    I was taking medications but not on a
18    U.S. medical system based one -- like,
19    prescription-based, no.
20         Q.    What medications were you taking?
21         A.    My medications coming from India,
22    Alprexol (phonetic) and all that, depression.
23         Q.    What medication?
24         A.    Alprexol.
25         Q.    What is Alprexol?

1                    Mohan Pauliah

2          A.    Alprexol?   It's a depressive disorder.

3          Q.    And who prescribed you this medicine?

4          A.    My sister will prescribe.   And, you

5    know, my brother's wife is also doctor.

6          Q.    And when did they prescribe you with

7    this medicine?

8          A.    If I have friends coming, they will

9    bring it.

10         Q.    If what?

11         A.    My friends coming from India, they will

12    bring that medication.

13         Q.    So, they would just bring it to you and

14    hand it to you?

15         A.    Yeah.

16         Q.    So, did you take it regularly, or was

17    it, like, on and off?

18         A.    On and off.  Because at that time, it

19    was not that severe.  But after -- after this

20    eviction and all of that, that's really affected

21    my health.

22         Q.    Okay.  So, other than the Alprexol that

23    you took from your relatives, where there any

24    other medications that you took prior to November

25    of 2019?

1                    Mohan Pauliah

2        A.    I used to take herbal medicines.

3        Q.    Take what?

4        A.    Herbal medicines.

5        Q.    Can you --

6        A.    Herbal.  Herbal.

7              MR. MORIARTY:  Herbal.

8   BY MS. YOST:

9        Q.    Herbal.  Oh, herbal.  Okay.  What kind
10  of herbal medicines did you take?
11       A.    I don't recollect.  But most of these
12  were anxiety Indian medicines.
13       Q.    Okay.  All right.  So, just to back up.
14  So, I think I was actually asking about the
15  diagnosis.  Had you ever been diagnosed with major
16  depressive disorder or generalized anxiety
17  disorder prior to November of 2019?
18       A.    At that time, I recollect, I gave you
19  the information.
20       Q.    So, you don't recall ever a diagnosis?
21  You just recall taking some medicines from your
22  family?
23       A.    Yeah.
24       Q.    Okay.  And then in November of 2019, it
25  looks like you were prescribed Clonazepam; is that

1                    Mohan Pauliah

2    right?

3         A.    They did prescribe.  Yes.

4         Q.    And Cymbalta?

5         A.    Cymbalta.  Yes.

6         Q.    What is Cymbalta?  Is it a sleep aid?

7         A.    They gave medication.  I'm not -- I'm

8    not familiar with that.

9         Q.    Okay.  And then --
10        A.    So, they -- but I had many reactions to
11   some of the drugs, so I could not continue.  So
12   the change goes and goes --
13        Q.    Okay.  Yeah.  It says here that you had
14   a lot of nausea and vomiting as you went off of
15   it.
16        A.    Yeah.  Yeah.  That's it.  Yeah.  Yeah.
17        Q.    Okay.  So, did you not take any more
18   medication until you went to Clarity Clinic?
19        A.    Yeah.  Most of the medications won't
20   tolerate me.  I have to go to work and -- you
21   know.  So, but if it becomes severe, I used to
22   take.  But I also had some complications coming
23   with that.
24        Q.    Okay.  So, at Clarity Clinic, you did
25   psychotherapy; is that right?  Do you know what

1                    Mohan Pauliah

2    that is?

3        A.    First is the psychiatry, and then he

4    referred me to psychotherapy.  He did suggest that

5    I make because of my severities, suicidal

6    thoughts, and all of that.  So, he made a

7    reference to go for therapy, so that I have been

8    properly taken care of by a therapist on a regular

9    basis.

10       Q.    Okay.  And so, would you ever --

11       A.    But it cost a lot of money from my

12   pocket, too.

13       Q.    And had you ever done -- been -- done

14   psychotherapy before 2021?

15       A.    I've not -- I've not done anything.

16       Q.    Okay.  So then, turning to a few pages

17   to the page labeled 31 -- or actually, I guess

18   it's back.  Yeah.  It's back to 3081.  It's

19   towards the beginning of this stack here.  So,

20   this appears to suggest that you were prescribed

21   with Fluoxetine in February of 2021.

22       A.    Fluoxetine?  February 2021?

23       Q.    Are you on the right page?  3081?  Yeah.

24   Yeah.  You're on the right page.  Does that sound

25   right that you were prescribed with Fluoxetine in

Page 383

```
1                    Mohan Pauliah

2    2/1/21?

3        A.   Yeah.  That was -- that was -- but I

4    later changed that, I think.

5        Q.   Okay.  And that was -- that was --

6    that's an antidepressant, correct?

7        A.   I'm not familiar with that.  But these

8    are the drugs that doctors gave me to take for

9    that.

10        Q.   Okay.  And then you switched to

11    Bupropion in March '21?

12        A.   He was giving me a low dose.  Then I

13    just take that dose and trying with different

14    medications.

15        Q.   Okay.  And is that also an

16    antidepressant?

17        A.   Antidepressant?  Yes.  I think.

18        Q.   Okay.  All right.  Turn to 3160.

19        A.   He was giving me a lot of combinations

20    to --

21             MR. MORIARTY:  There's not a question.

22    Just --

23    BY MS. YOST:

24        Q.   So, can you turn to the page that's

25    labeled MSKP03160?  Do these appear to be notes
```

1                    Mohan Pauliah

2    from a psychotherapy session?

3         A.    This is notes?

4         Q.    I'm asking you if that's what they

5    appear to be.

6         A.    Yeah.  You can -- yes.  This is a note

7    of psychotherapy.

8         Q.    So, there is a list of -- active problem

9    list.  And it says, "Unable to go into work,

10   triggered and angry, anxious of losing job and

11   being deported."  Is that accurate?

12        A.    Anxious of losing job and being

13   deported?  Yeah.  This is -- this was a --

14        Q.    And this is -- this is what you told the

15   therapist?

16        A.    The therapist that I would be -- the

17   same situations like that of MSKCC.  And here,

18   also.  But I have, that time, filed a green card

19   so that I can stay in this country.  So, I was

20   waiting for the approval.

21        Q.    And so, under history of chief

22   complaint, it says, "Unhappy with workplace.  From

23   what this clinician understood, client has

24   supervisors that have asked him to do questionable

25   things regarding documentation."  Is that

1                     Mohan Pauliah

2    accurate?

3         A.    (Witness reading document out loud.)

4    This is -- not clearly, but this is what they have

5    written.  I have explained to them what happened

6    to me at MSK, as well as in Northwestern --

7         Q.    Well --

8         A.    -- of falsifying those --

9         Q.    Is there anything written in these notes
10   about MSK?  On this page of the notes from this
11   session, is there anything about MSK?
12        A.    So every day, they have the notes.  I
13   don't recall.  But every day, they -- do they have
14   the notes like this?
15        Q.    Yes.
16        A.    So, they should have some of the MSK.
17        Q.    Well, I'm just asking about this day.
18   Is there anything -- do you see anything here
19   about MSK?
20        A.    Part of the things I could see that's
21   pertinent to the previous MSK, too.  Anxious of
22   losing job.  It's like the experience prior.  The
23   losing job -- it's already had the experience.
24        Q.    Is there anything else in here that you
25   view as --

1                    Mohan Pauliah

2        A.    And deported.   These are things that

3    happened at MSK.

4        Q.    Well, you weren't deported when you were

5    at MSK, right?

6        A.    MSK situations were deport --

7    deportation was there.   If I won't stay, I have

8    to -- I will be deported.

9        Q.    Okay.   Anything else on this page?
10       A.    It was --
11       Q.    There's no question right now.   Anything
12   else on this page that pertains to MSK?
13       A.    There is unable to -- triggered and
14   angry, these are developmental --
15       Q.    Okay.   But in terms of the history of
16   chief complaint section, there's nothing written
17   here about MSK; is that right?
18       A.    They never written about Northwestern,
19   too, so.   They never written about Northwestern,
20   so.
21       Q.    I'm sorry.   Say that -- say that again.
22       A.    Implies -- person implies Northwestern
23   written.   They have not written MSK here or
24   anywhere.   So, the conditions that exist coming
25   from MSK only.   It's not coming from Northwestern

                        Mohan Pauliah

1

2    alone.

3        Q.    Okay.  But you basically talked

4    exclusively about Northwestern, according to these

5    notes.

6        A.    So, therapy would ask, "What is the

7    present situation?  What is that you have to go

8    on?"

9        Q.    Okay.  But you agree that the notes
10   largely reflect a discussion of Northwestern,
11   correct?
12       A.    No.  That's mostly --
13       Q.    You disagree with that?
14       A.    What's that?
15       Q.    You disagree that these notes largely
16   reflect a discussion of Northwestern?
17       A.    They are not written.  That's not added
18   here.  Those are not added here.
19       Q.    So, are you saying that you did
20   specifically discuss MSK during this session?
21       A.    Yeah.  MSK.  Because every day for one
22   hour, we talk.
23       Q.    Okay.  So, you're saying the therapist
24   just simply did not write down anything about MSK?
25   Is that your testimony?

```
1                    Mohan Pauliah

2        A.   I don't know.  I don't have a full --

3        Q.   Well, I'm just asking about this day.

4   Do you remember discussing MSK during this --

5        A.   I don't remember discussing all of that.

6        Q.   Okay.  Okay.  But assuming there's --

7        A.   I don't recollect.

8        Q.   Assuming there's nothing in these notes

9   about MSK, is it your testimony that the therapist

10  simply just did not write down all the things you

11  told her about MSK?

12       A.   MSK was the primary.  I told them.

13       Q.   Okay.  But I want to understand your

14  testimony.  If there is nothing in these notes

15  about MSK.  Is it your testimony that the

16  therapist just left out everything about MSK?

17       A.   They should have written.  I think

18  somehow, they should have written.  That's my

19  belief.  They should have written, because where

20  the start, it is coming.

21       Q.   So, it's your belief that you did talk

22  to them about MSK?

23       A.   I did.  I did have a conversation with

24  them.

25       Q.   Okay.
```

1                      Mohan Pauliah

2        A.    But this is only --

3        Q.    Do you agree -- do you agree that the

4   issues that occurred at Northwestern contributed

5   to your psychological illness?

6        A.    Say the question again.

7        Q.    Do you agree that the issues at

8   Northwestern contributed to your psychological

9   conditions?

10        A.    It's partly, maybe.  Partly.  But it's

11   coming from MSK.  I was a normal person when I

12   joined MSK.  And that shows how much -- I put it

13   in the e-mail the harassment and the hardship and

14   the financial.

15        Q.    But you -- and you -- you didn't --

16        A.    But I did not take medications or go

17   like formally to this.  I had to go -- rush to the

18   hospital because my condition is my -- my wife

19   told me no.  You can't take it further.  Go get

20   (unintelligible).

21        Q.    And that was after you had been

22   suspended from Northwestern, correct?

23        A.    Suspended from Northwestern?

24        Q.    Well, these notes actually refer to you

25   being suspended from Northwestern.  But it seems

1                    Mohan Pauliah

2    like you were on leave.  Do you view yourself as

3    having been suspended, or were you on leave?

4         A.    I was -- I was told by the superior take

5    the leave and rest yourself.

6         Q.    Okay.  So --

7         A.    That's --

8         Q.    You didn't -- you didn't go to get

9    treatment until you had been put on leave by
10   Northwestern, correct?
11        A.    Can you please repeat that?
12        Q.    You didn't go to get treatment from
13   Clarity Clinic until you had already been put on
14   leave by Northwestern, correct?
15        A.    These are two separate things.  Leave
16   sanctioning, it's based on my medical records.
17   Right?
18        Q.    I just wanted to get the time line down.
19   So, you didn't go to Clarity Clinic until after
20   you had been put on leave by Northwestern; isn't
21   that right?
22        A.    I don't recollect.  But medical
23   conditions, if I go to doctor, he advises to have
24   leave, then only I will get sanctioned for the
25   leave.

1                    Mohan Pauliah

2        Q.   Okay.  But you agree that you didn't

3   start going to Clarity Clinic until February 2021,

4   right?

5        A.   I don't recollect, but --

6        Q.   Okay.  Turning to the next page, which

7   is MSKP03161.  Under --

8        A.   3161?

9        Q.   Yes.  It's the next page.  It says,
10   again, "Legal history denied."  Do you see that?
11        A.   Legal history denied?  Why?  In summary,
12   the lawsuits are there.
13        Q.   So, do you recall discussing your
14   lawsuit with the therapist?
15        A.   Yeah, I did.
16        Q.   And so, is it your testimony that she
17   just put down something wrong in her notes?
18        A.   She must have oversight.  She not put
19   everything here.  She may have only did part of
20   things.  She did not put all the things here.
21             MR. MORIARTY:  I just want to say that
22        according to my calculations, which are
23        accurate as far as I know, we have seven
24        minutes left on the record.
25             MS. YOST:  All right.  Thank you.  I

1              Mohan Pauliah

2      would say that we've had a lot of delays

3      because of your client's refusal to answer

4      questions in a clear way.

5              MR. MORIARTY:  I disagree.  I think the

6      questions were not clear.

7              MS. YOST:  Well, I disagree.  And I also

8      need to reserve the right to keep the

9      deposition open based on all of these new

10     medical witnesses that he's identified.  So,

11     we will reserve the right to go back to the

12     Court for more time if we need to.

13             MR. MORIARTY:  Of course.

14             MS. YOST:  Let's go off the record for a

15     minute.  Just let me collect my thoughts.

16  BY MS. YOST:

17     Q.   So, Mr. Pauliah, if you could look at

18  the same document, the page labeled MSKP03171.  Do

19  you see on that page it says, "The patient denies

20  any past trauma, including abuse or bullying"?  Do

21  you see that?

22     A.   Where is that?

23     Q.   MSKP03171.

24             MR. MORIARTY:  Can you just point out

25     where on the page?

1                    Mohan Pauliah

2              MS. YOST:  Yeah.  It's about four --

3         it's under developmental and social history,

4         about four lines down.

5              MR. MORIARTY:  Okay.  Right here.

6    BY MS. YOST:

7         Q.   So, is that an -- is that an inaccurate

8    statement?

9         A.   That's inaccurate.

10        Q.   So, you think the therapist wrote that

11   down incorrectly?

12        A.   Yes.

13             (Exhibit No. 26 marked for

14             identification.)

15   BY MS. YOST:

16        Q.   Okay.  All right.  I've marked a

17   document Exhibit 26, which I'm going to hand to

18   you.  Mr. Pauliah, when did you start working at

19   the University of Mississippi?

20        A.   This is 26?

21        Q.   That's Exhibit 26.  Yes.  You don't need

22   that yet.  But when did you start -- do you recall

23   when you started working at the University of

24   Mississippi?

25        A.   I working -- started working in

```
 1                    Mohan Pauliah

 2    December -- December 13th, I believe.  13th, 2021.

 3         Q.   December of 2021.  Okay.  And do you

 4    recall your pay at Northwestern?

 5         A.   Well, what's my pay at Northwestern?

 6         Q.   I'm sorry.  What's your pay at

 7    University of Mississippi?

 8         A.   Mississippi?  165K -- thousand.

 9         Q.   Okay.  And do you -- do you have,
10    roughly, equivalent benefits as you had at MSK
11    there?
12         A.   Yes, ma'am.  I'm in the faculty, so a
13    lot more benefits.
14         Q.   So, you have a lot more benefits?  Okay.
15    And what about at Northwestern?  Did you have,
16    roughly, equivalent benefits at Northwestern as
17    you did at MSK?
18         A.   I think -- post-docs don't get much
19    benefits.
20         Q.   So, you didn't have many benefits at
21    either place?
22         A.   Yes.
23         Q.   Okay.  All right.  So, can you turn to
24    the page in here that's marked MSKP03993?  It's
25    about the -- yeah.  Should be on this page.  Is
```

```
 1                    Mohan Pauliah

 2   this the resume that you submitted to

 3   Northwestern?

 4        A.   There are multiple resume but not first

 5   in --

 6        Q.   I'm sorry.  Is this the resume you

 7   submitted to University of Mississippi?

 8        A.   I had multiple images for my different

 9   formats, so there are multiple editions.  Yeah.
10        Q.   Okay.  If we received a copy of this
11   resume from the University of Mississippi, would
12   you have any reason to think this is not the
13   resume that you submitted to Mississippi?
14        A.   This is my -- might be one of my
15   resumes.
16        Q.   Okay.  And this says that from October
17   of 2009 to April 2018, you were a senior research
18   scientist MR medical physicist at MSK.  Is that
19   what it says on here?
20        A.   Yes.  So --
21        Q.   Is that accurate?
22        A.   Yeah.  So, normally, you put the last
23   title.
24        Q.   You wouldn't put all the titles you held
25   on here?
```

1                    Mohan Pauliah

2        A.   No.  Normally, to --

3        Q.   So, you don't view this as inaccurate?

4    You don't view it as inaccurate?

5        A.   I don't think it's inaccurate.  But

6    you -- last position what you have, that's what

7    you mention here.

8        Q.   Okay.  And under research support

9    grants, it also says that you were a
10   co-investigator of an NIH study.  Is that the
11   study at Northwestern that's being referred to
12   there?
13       A.   Yes.
14       Q.   Do you believe you were a
15   co-investigator?
16       A.   They said I would be a
17   co-investigator -- they will add me as a
18   co-investigator.
19       Q.   So, even if your documents refer to John
20   as the principal investigator, you don't think
21   it's inaccurate to say you're the co-investigator?
22       A.   So, certainly, you record that you are
23   the investigator and all of the -- get permission
24   to work on clinical trials, clinical patient
25   datas(sic).  So, they said they are adding me as a

1                     Mohan Pauliah

2    co-investigator.  That's what that --

3         Q.   Okay.  And then under patents, you're

4    listed as the first author of two of these

5    patents; is that right?

6         A.   Yes.

7         Q.   So, it accurate that you were the first

8    author of those patents?

9         A.   Patents normally -- authorship -- first
10   author, second author doesn't matter in patents.
11   Only in manuscripts matters.  So, anybody can put
12   their name.  So, in this case, in my case, I have
13   the most shareholder on this patent.  The other
14   one, she did not give me the shares so far.
15        Q.   And under conferences -- if you can turn
16   to page labeled MSKP04001.  This Australia
17   conference paper appears to be listed on here.  Is
18   that accurate to list it on here, even though you
19   did not attend the conference?
20        A.   Whatever -- what's the number?
21        Q.   It's 14.
22        A.   It's 14.  (Witness reading out loud.)
23        Q.   This is the conference you did not
24   attend, correct?
25        A.   I did not attend.

1                    Mohan Pauliah

2        Q.   So, is it accurate to list it on your

3    resume?

4        A.   Yeah.  So, it's available on the

5    internet.  I have submitted abstracts, so

6    abstracts are available, so.

7        Q.   So, you think it's accurate?

8        A.   It is.

9        Q.   Okay.  And then turning back to
10   page MSKP03999, it looks as though there are four
11   first author -- actually, six first author
12   publications here.  No. 15, 16, 17, 18, 20 and 21.
13        A.   20 and 21?
14        Q.   15, 16, 17, 18, 20 and 21 are all listed
15   as first author publications.  Is that accurate?
16        A.   20 and 21 are accurate.  22 is accurate.
17        Q.   I'm asking about -- what about 15, 16,
18   17, and 18?
19        A.   Fifteen, sixteen, in preparation, yes.
20   That's what I have submitted for publishing.  I
21   have turned out manuscript --
22        Q.   Okay.  So, you believe that to be
23   accurate?  Okay.
24        A.   This is what an agreement that Michelle
25   and I talked about putting paper together.

1                    Mohan Pauliah

2         Q.    Okay.   Have you had any issues at

3    University of Mississippi?   Have you had any

4    concerns about harassment or discrimination or

5    retaliation?

6         A.    I don't think so.   Anything are coming.

7         Q.    Okay.   So, you have not made any

8    complaints since you've been at Northwestern?   I'm

9    sorry.   You've not made any complaints since

10   you've been at University of Mississippi?   Is that

11   accurate?

12        A.    I've not been -- make complaints.   If

13   anything happens, if that has to be brought to the

14   authority --

15        Q.    But you've not made any complaints thus

16   far?

17        A.    No, ma'am.

18              (Exhibit No. 27 marked for

19              identification.)

20   BY MS. YOST:

21        Q.    Okay.   All right.   I'm handing you a

22   document marked Exhibit 27.   Is this the charge

23   that you filed against Northwestern?

24        A.    Yes.

25        Q.    Okay.   Do you remember when you received

1                    Mohan Pauliah

2    the right to sue from Northwestern?

3         A.    I think -- I think after the interview,

4    they gave it the next day or three days' time.

5    They didn't investigate.

6         Q.    But you received it quickly?

7         A.    Yeah.  They didn't investigate.

8         Q.    They did not investigate?

9         A.    Yeah.  They said, "We don't have
10   manpower."
11        Q.    Okay.  So, other than what we've talked
12   about already, you feel anxiety and stress, is
13   there any other emotional distress you experienced
14   in connection with your MSK employment?
15        A.    Pardon me?
16        Q.    So, you've talked about experiencing
17   anxiety and stress based on your MSK experiences.
18   Is there any other emotional distress you've
19   experienced as a result of your MSK employment?
20        A.    I don't recall, but I have gone through
21   a lot of -- in life.
22        Q.    Okay.  Do you have any physical issues
23   as a result of your MSK employment?
24        A.    I'm wearing braces now here -- but kind
25   of back support.  I can't sit for a long time.

1                    Mohan Pauliah

2    This is partly due to my kind of stress, overly

3    stressed.  I'm living, too, kind of in a bad

4    spine.

5         Q.   Has any doctor told you that that's

6    because of stress?

7         A.   Yeah.

8         Q.   What doctor has told you that?

9         A.   Normally, the first thing you will get
10   is the back pain.
11        Q.   But did a doctor specifically tell you
12   that the back issue was caused by stress?
13        A.   Yes.
14        Q.   And what doctor was that?
15        A.   The therapist told.  My psychologist --
16   psychiatrist told me.
17        Q.   But did any doctor that deals with back
18   issues tell you it was based on stress?
19        A.   I didn't -- I didn't see any doctor that
20   have back issues.
21        Q.   Okay.  So, any other physical --
22             MR. MORIARTY:  We're well beyond the
23        time.
24             MS. YOST:  Okay.  All right.  Let me
25        just ask one more question.

1                    Mohan Pauliah

2    BY MS. YOST:

3        Q.    Have you fully and accurately described

4    your claims against MSK today?

5        A.    All the claims are accurate.

6        Q.    So, you --

7              MR. MORIARTY:  That's -- we're good.

8              MS. YOST:  All right.  I reserve the

9    right to keep the deposition open based on

10   these additional medical providers that

11   Mr. Pauliah disclosed today.  We will be

12   subpoenaing them and potentially seeking

13   depositions.

14             MR. MORIARTY:  Okay.  We're done.

15             COURT REPORTER:  You need a copy,

16   Mr. Moriarty?

17             MR. MORIARTY:  Not at this moment.

18   Thank you.

19             (Ended at 5:52 p.m.)

20

21

22

23

24

25

1              Mohan Pauliah

2        CERTIFICATE OF COURT REPORTER

3        I, Todd J. Davis, Court Reporter and

4   Notary Public in and for the County of Madison,

5   State of Mississippi, hereby certify that the

6   foregoing pages contain a true and correct

7   transcript of the testimony of MOHAN PAULIAH, as

8   taken by me in the aforementioned matter at the

9   time and place heretofore stated, as taken by
10  stenotype and later reduced to typewritten form
11  under my supervision to the best of my skill and
12  ability by means of computer-aided transcription.
13        I further certify that under the
14  authority vested in me by the State of Mississippi
15  that the witness was placed under oath by me to
16  truthfully answer all questions in this matter.
17        I further certify that I am not in the
18  employ of or related to any counsel or party in
19  this matter and have no interest, monetary or
20  otherwise, in the final outcome of this matter.
21        Witness my signature and seal this the
22  3rd day of February, 2023.
23                          *Todd Davis*
                    _____
                    TODD J. DAVIS, CSR #1406
24

25  My Commission Expires:
    March 27, 2025

```
                                                    Page 404
1                    ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg.  No. Now Reads      Should Read   Reason
6   ___  ___ _____    _____   _____
7   ___  ___ _____    _____   _____
8   ___  ___ _____    _____   _____
9   ___  ___ _____    _____   _____
10  ___  ___ _____    _____   _____
11  ___  ___ _____    _____   _____
12  ___  ___ _____    _____   _____
13  ___  ___ _____    _____   _____
14  ___  ___ _____    _____   _____
15  ___  ___ _____    _____   _____
16  ___  ___ _____    _____   _____
17  ___  ___ _____    _____   _____
18  ___  ___ _____    _____   _____
19  ___  ___ _____    _____   _____
20                          _____
                                  Signature of Deponent
21
22  SUBSCRIBED AND SWORN BEFORE ME
23  THIS ____ DAY OF _____, 2023.
24  _____
25  (Notary Public)   MY COMMISSION EXPIRES:_____
```