### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                    **PLAINTIFF**

**vs.**                             **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET. AL.**                                            **DEFENDANTS**

### NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY RESPONSES

Notice is hereby given that on this day I served the Plaintiff's Responses to UMMC's Second Set of Interrogatories and Third Requests for Production via electronic mail on the opposing attorneys:

    Malissa Wilson (MSB #100751)
    Chelsea Lewis (MSB #105300)
    FORMAN WATKINS & KRUTZ LLP
    210 East Capitol St., Suite 2200
    Jackson, Mississippi 39201
    Phone: (601) 960-3173
    Facsimile: (601) 960-8613
    malissa.wilson@formanwatkins.com
    chelsea.lewis@formanwatkins.com

Date: May 7, 2025.

                                                       **MOHAN PAULIAH, PH.D,**
                                                       **PLAINTIFF**

                                                       */s/* Samuel L. Begley
                                                       **SAMUEL L. BEGLEY, ESQ.**
                                                       Miss. Bar No. 2315
                                                       BEGLEY LAW FIRM, PLLC
                                                       P. O. Box 287
                                                       Jackson, MS 39205
                                                       Tel: 601-969-5545
                                                       begleylaw@gmail.com
                                                       *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to defendants' counsel of record.

Dated: May 7, 2025.

*/s/Samuel L. Begley*