IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MOHAN PAULIAH,** *Ph.D.*, <br><br> *Plaintiff*, <br><br> v. <br><br> **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,** *et al.*, <br><br> *Defendants*. | CAUSE NO. 3:23-CV-3113-CWR-ASH |

## ORDER

Before the Court is the defendants' motion to dismiss under Rule 41(b). Docket No. 97. The defendants' supporting memorandum "demands immediate action to stop Plaintiff's blatant perjury." Docket No. 98 at 1.

After review, the Court is not persuaded that the situation rises to the level of *Univ. of Miss. Med. Ctr. v. Sullivan*, No. 3:19-CV-459-CWR-LGI, 2021 WL 4713242, at *3–4 (S.D. Miss. Oct. 8, 2021), *Taylor v. Consol. Pipe & Supply Co.*, No. 3:15-CV-585-CWR-FKB, 2017 WL 3090317, at *2 (S.D. Miss. July 20, 2017), or *Phi Theta Kappa Honor Soc'y v. HonorSociety.Org, Inc.*, No. 3:22-CV-208-CWR-RPM, 2025 WL 904703, at *3 (S.D. Miss. Mar. 25, 2025). And the Court does not agree that taking an opponent's deposition means counsel is "participating in, or at minimum facilitating, the presentation of knowingly false evidence." Docket No. 98 at 2 n.1. The motion is, therefore, denied without prejudice.

**SO ORDERED**, this the 12th day of May, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
