## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.** **PLAINTIFF**

**vs.** **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,**
**ET AL.** **DEFENDANTS**
_____

### AMENDED NOTICE OF DEPOSITION OF MERLIN MANOGARAM, PH.D.
_____

**TO:** ALL COUNSEL OF RECORD

COME NOW, Defendants, by and through undersigned counsel, hereby file their amended notice to take the stenographic deposition of **Merlin Manogaram, Ph.D.**, before an officer authorized by law to administer oaths. Said deposition will take place on **Wednesday, May 28, 2025, beginning at 9:00 a.m., at the law office of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, MS 39201.**

You are hereby notified to appear and take part in the deposition as you deem appropriate.

THIS, the 21st day of May, 2025.

                                                   Respectfully submitted,

                                                   **DEFENDANTS**

                                                 Malissa Wilson (MSB #100751)
                                                 Chelsea Lewis (MSB #105300)
                                                 FORMAN WATKINS & KRUTZ LLP
                                                 210 East Capitol St., Suite 2200
                                                 Jackson, Mississippi 39201
                                                 Phone: (601) 960-3173
                                                 Facsimile: (601) 960-8613
                                                 malissa.wilson@formanwatkins.com
                                                 chelsea.lewis@formanwatkins.com

                                               **THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613