**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                   **PLAINTIFF**

**vs.**                                                  **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                          **DEFENDANTS**

**NOTICE OF INTENT TO SERVE
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

PLEASE TAKE NOTICE that pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Defendant University of Mississippi Medical Center, by and through counsel, intends to serve the attached Amended Subpoena to Testify at a Deposition in a Civil Action (Exhibit "A"), to Merlin Manogaram, Ph.D. The deposition will be taken via stenographer.

Respectfully submitted, this the 21st day of May, 2025.

                                         **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

                                         Malissa Wilson (MSB #100751)
                                         Chelsea Lewis (MSB #105300)
                                         FORMAN WATKINS & KRUTZ LLP
                                         210 East Capitol St., Suite 2200
                                         Jackson, Mississippi 39201
                                         malissa.wilson@formanwatkins.com
                                         chelsea.lewis@formanwatkins.com
                                         Phone: (601) 960-3173
                                         Facsimile: (601) 960-8613

                                         **ITS ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613