**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                                             **PLAINTIFF**

**vs.**                                    **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET AL.**                                                                      **DEFENDANTS**

**NOTICE OF SERVICE OF UMMC DEFENDANTS' SECOND SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

**TO:** All Attorneys of Record

Notice is hereby given that Defendants University of Mississippi Medical Center, Richard Duszak, M.D., and LouAnn Woodward, M.D. have this date served their Second Supplemental Responses to Plaintiff's First Set of Requests for Production.

This the 30th day of May, 2025.

                                                Respectfully submitted,

                                                **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, RICHARD DUSZAK, M.D., AND LOUANN WOODWARD, M.D.**

                                                By:*/s/ Malissa Wilson*
                                                Malissa Wilson (MSB #100751)
                                                Chelsea Lewis (MSB #105300)
                                                FORMAN WATKINS & KRUTZ LLP
                                                210 East Capitol St., Suite 2200
                                                Jackson, Mississippi 39201
                                                Phone: (601) 960-3173
                                                Facsimile: (601) 960-8613
                                                malissa.wilson@formanwatkins.com
                                                chelsea.lewis@formanwatkins.com

                                                **THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613