IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.** **PLAINTIFF**

vs. CASE NO: 3:23-cv-3113-CWR-ASH

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET. AL.** **DEFENDANTS**

## MOTION FOR ENLARGEMENT OF TIME

During the informal discovery teleconference with the Court on May 22, the Court, as memorialized in an ECF text entry, imposed a deadline of today, May 30, for the Plaintiff to file a motion to compel on any issues outstanding following further discussions among counsel.

At 3 p.m. today, Defendant UMMC served more than 3,500 pages of documents.

The Plaintiff seeks seven (7) additional days to file his motion to compel, if necessary, to give the Plaintiff sufficient time to review these documents.

Date: May 30, 2025.

                                               **MOHAN PAULIAH, PH.D,**
                                               **PLAINTIFF**

                                               */s/* Samuel L. Begley
                                               **SAMUEL L. BEGLEY, ESQ.**
                                               Miss. Bar No. 2315
                                               BEGLEY LAW FIRM, PLLC
                                               P. O. Box 287
                                               Jackson, MS 39205

Tel: 601-969-5545
begleylaw@gmail.com
*Attorney for the Plaintiff*