**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                      **PLAINTIFF**

vs.                                  **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER, ET. AL.**                                            **DEFENDANTS**

**PLAINTIFF'S NOTICES OF DEPOSITIONS OF
DR. MORRIS, DR. DUSZAK, AND DR. HOWARD**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned attorney will take the depositions of the following persons at the UMMC Legal Department, at the indicated dates and times. The deposition will be conducted before a person authorized to administer oaths and will be recorded by Stenographic method. The deposition will continue on a day-to-day basis until it is completed.

    Robert W. Morris, MD– June 3, at 2:30 p.m.

    Richard L. Duszak, MD – June 13, at 9 a.m.

    Candace M. Howard, MD – June 13, at 1 p.m.

Dated: June 2, 2025

                                                     **MOHAN PAULIAH, PH.D,
PLAINTIFF**

                                                     */s/* Samuel L. Begley
                                                     **SAMUEL L. BEGLEY, ESQ.**
                                                     Miss. Bar No. 2315
                                                     BEGLEY LAW FIRM, PLLC
                                                     P. O. Box 287
                                                     Jackson, MS 39205