AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| Mohan Pauliah <br> *Plaintiff* <br> v. <br> University of Mississippi Medical Center, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No.  3:23-cv-03113-CWR-ASH |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Merlin Manogaram, Ph.D.

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: ~~Forman Watkins & Krutz LLP~~ <br> 210 East Capitol Street, Suite 2200 <br> Jackson, MS 39201 | Date and Time: <br> 05/28/2025 9:00 am |
|---|---|

The deposition will be recorded by this method: ____stenographer____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
1.) Any documents within your control or posession relating to the alleged damages and inquiries, including emotional distress, of Plaintiff; and
2.) Any medical records within your control or posession as a provider related to the treatment of Plaintiff.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ____05/21/2025____

| CLERK OF COURT | OR | /s/ Malissa Wilson |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* University of Mississippi Medical Center _____, who issues or requests this subpoena, are:
Malissa Wilson, 210 E. Capitol St., Suite 2200, Jackson, MS 39201; malissa.wilson@formanwatkins.com; 601-960-3173

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03113-CWR-ASH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Merlin Manogaram, Ph.D.
on *(date)* 5·22·25 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Merlin Manogaram, Ph.D.
_____ on *(date)* 5·22·25 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-22-25

_Dewayne Reed_
Server's signature

Dewayne Reed    Runner
Printed name and title

210 E. Capital St., Jackson, MS 39201
Server's address

Additional information regarding attempted service, etc.: