**Archived:** Thursday, May 15, 2025 4:10:54 PM
**From:** Jennifer P Smith
**Sent:** Thursday, July 28, 2022 10:43:54 AM
**To:** Mohan Pauliah
**Cc:** Richard Duszak  Kimberly M. Price  Robert W. Morris  Amy Parr  Daniel Wall  Candace Howard-Claudio  Kevin MacDougall
**Subject:** Update
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
RE_ PC H_W and S_W installation .msg

---

Dr. Pauliah,

Update................

In reference to the workstation box that Dr. Howard purchased for you, the port was activated this morning. Marcus has already come by and checked the port- the box is up and running.

Colorchecker and Matlab have both been added to the laptop.

You should have everything that you requested in the list that was sent to me on 7/26/2022 except for VPN and DICOM viewer. I got a call about your VPN access this morning and it still needs to go through a chain of command before they push it out to you, but it is with the right people.

Dr. Duszak: I'm told that they may reach out to you today to verify some information.

***PACS has been installed on the laptop. Daniel was able to pull it up on the computer yesterday. I think the only thing that wasn't completely done was a question about you being able to see the meta data on a scan. Kevin has opened a ticket with Philips as currently only system administrators can see the meta data.

As soon as I receive the information from you in reference to the DICOM viewer, I will get the ball rolling for this as well (email sent today).

In addition to access, you and I discussed a filing cabinet for your office on yesterday. I offered the one in Dr. Taylor's office and you requested something smaller. I had someone (Quality Group) come over to do some measurements this morning and they are going to bring a filing cabinet from surplus. Should be within the next couple of weeks.

Please let me know if there is anything else that I can help with.

Thanks

Jennifer

---

**From:** Jennifer P Smith
**Sent:** Wednesday, July 27, 2022 3:27 PM
**To:** Candace Howard-Claudio
**Cc:** Mohan Pauliah ; Richard Duszak ; Kimberly M. Price ; Robert Morris
**Subject:** FW: Your incident 4229036 has been resolved. (DO NOT REPLY - This address is not monitored)

Dr. Howard,

The workstation box has been moved, but there is no internet access – I put a request in to get the other port activated so that Marcus can get it up and running.

Also, Daniel was installing MIMS on the laptop when Marcus came by to install Matlab and Colorchecker. He will be back on tomorrow to install both of these items.

EXHIBIT 21
M. Pauliah
05/19/2025
Ginger H. Brooks

Pauliah_UMMC_001331(Fed)

Exhibit U

Thanks

Jennifer

**From:** REDACTED <REDACTED>
**Sent:** Wednesday, July 27, 2022 2:55 PM
**To:** Jennifer P Smith <REDACTED>
**Subject:** Your incident 4229036 has been resolved. (DO NOT REPLY - This address is not monitored)

The following Incident has been resolved.

### \itap2Incident Details

| | |
|---|---|
| \itap2Incident Number: | \itap24229036 |
| \itap2Resolved By: | \itap2Marcus R. Luton |
| \itap2Resolution Details: | \itap2Workstation has been moved. |
| \itap2Summary: | \itap2Move workstation box from space to office |
| \itap2Description: | \itap2Workstation box # 223455 needs to be moved from S011-36 to S012-10 \itap2(office space - Dr. Mohan Pauliah) |

### \itap2Status Details

| | |
|---|---|
| \itap2Status: | \itap2Resolved |
| \itap2Opened Date: | \itap27/26/2022 12:43:57 PM [Central Daylight Time (GMT-05:00)] |
| \itap2Assigned Group - User: | \itap2Area Support-Radiology - Marcus R. Luton |

If you feel the incident has not been resolved to your satisfaction, you may reopen the ticket by clicking the following link and then selecting the UnResolve action.
**Click Here To Reopen Incident**

**Exhibit U**

Pauliah_UMMC_001332(Fed)

**Archived:** Friday, May 16, 2025 12:22:50 AM
**From:** Mohan Pauliah
**Sent:** Tuesday, July 26, 2022 1:16:38 PM
**To:** Jennifer P Smith
**Subject:** RE: PC H/W and S/W installation
**Importance:** Normal
**Sensitivity:** None

---

Hi Jennifer,
See highlighted in Green. Need to install below software ASAP
PACS – Top-tier access
Matlab
Dicomviewer
Colorchecker - what is this? software to be installed (for Clinical Physics QA-ACR purpose)
MIMS (Remote access )
Remote access with VPN
Expert I (Siemens) – is this the same as Syngovia?   Yes

Thanks
Paul



Mohan Pauliah B.Engg., M.Engg., Ph.D.
Assistant Professor Radiology
Medical Physicist (MRI)
School Of Medicine- Department of Radiology
University of Mississippi Medical Center
2500 N. State Street,
Jackson, MS 39216, USA
Office Phone REDACTED
Email: REDACTED

**From:** Jennifer P Smith <REDACTED>
**Sent:** Tuesday, July 26, 2022 1:11 PM
**To:** Mohan Pauliah <REDACTED>
**Subject:** RE: PC H/W and S/W installation


**From:** Mohan Pauliah <REDACTED>
**Sent:** Tuesday, July 26, 2022 11:07 AM
**To:** Jennifer P Smith <REDACTED>
**Cc:** Marcus R. Luton <REDACTED>; Candace Howard-Claudio <REDACTED>
**Subject:** RE: PC H/W and S/W installation

Hi Jennifer,
As discussed I received a Dell laptop from Dr. Candy and I wanted to install below software ASAP.
PACS – Top-tier access

Matlab
Dicomviewer
Colorchecker - what is this? software to be installed (for Clinical Physics QA-ACR purpose)
MIMS (Remote access )
Remote access with VPN
Expert I (Siemens) – is this the same as Syngovia?    Yes

Thank you

Thanks
paul



Dr. Mohan Pauliah B.Engg., M.Engg., Ph.D.
Assistant Professor Radiology
Medical Physicist (MRI)
School Of Medicine- Department of Radiology
University of Mississippi Medical Center
2500 N. State Street,
Jackson, MS 39216, USA

Office Phone: REDACTED
Email: REDACTED


**From:** Marcus R. Luton <REDACTED>
**Sent:** Thursday, July 21, 2022 2:06 PM
**To:** Mohan Pauliah <REDACTED>    Robert D Wall <REDACTED>
**Cc:** Candace Howard-Claudio <REDACTED>; Shelvalian Ware <REDACTED>
**Subject:** RE: PC H/W and S/W installation

The software you are requesting requires your manager's approval.  This issue can only be solved within your department.  DIS cannot install any application that has not been cleared for use.

Thank You

Marcus R. Luton
End User Support
**Division of Information Systems**
University of Mississippi Medical Center
2500 North State Street
Office: REDACTED
Email: REDACTED

Pauliah_UMMC_001334(Fed)

Exhibit U



For Technical Assistance 24 x 7, please contact the UMMC Help Desk | REDACTED REDACTED

*Note that a return response to this email may not be immediate. To ensure a timely response to your issue, call the Help Desk or update your ticket in the Self-Service Portal.

**From:** Mohan Pauliah <REDACTED>
**Sent:** Thursday, July 21, 2022 1:55 PM
**To:** Marcus R. Luton <REDACTED>; Robert D Wall <REDACTED>
**Cc:** Candace Howard-Claudio <REDACTED>; Shelvalian Ware <REDACTED>
**Subject:** RE: PC H/W and S/W installation

I called the help desk and told him about the software's
Matlab
Dicomviewer
Colorchecker
MIMS
PACS – Top-tier access.
See below. The DIS rep Latonya, simply wrote

The following Incident has been updated. n#2

**Click Here To View Incident**

**Click Here To Add A Note To Your Incident**

**Incident Details**

| | |
|---|---|
| Incident Number: | 4179037 |
| Updated By: | Latonya S. Thigpen |
| Update Details: | User needs assistance with installation of instrument and software on computer. Please advise. |
| Summary: | Software needs to be installed |
| | User needs MAMS installed on their PC. |
| Description: | PC#214255 |
| | Location - S012-10 |

**Status Details**

| | |
|---|---|
| Status: | In Progress |

Exhibit U

Pauliah_UMMC_001335(Fed)

Opened Date:           7/18/2022 10:45:14 AM [Central Daylight Time (GMT-05:00)]
Assigned Group - User:    Area Support-Radiology -

Thanks
paul



Mohan Pauliah B.Engg., M.Engg., Ph.D.
Assistant Professor Radiology
Medical Physicist (MRI)
School Of Medicine- Department of Radiology
University of Mississippi Medical Center
2500 N. State Street,
Jackson, MS 39216, USA
Office Phone: REDACTED
Email: REDACTED

**From:** Marcus R. Luton <REDACTED>
**Sent:** Thursday, July 21, 2022 1:48 PM
**To:** Mohan Pauliah <REDACTED> Robert D Wall <REDACTED>
**Cc:** Candace Howard-Claudio <REDACTED>; Shelvalian Ware <REDACTED>
**Subject:** RE: PC H/W and S/W installation

Also, I noticed that you submitted an incident report for the applications you need. Per my manager, you will need to fill out a request in order to get clearance for any application installation.

Thank You

Marcus R. Luton
End User Support
**Division of Information Systems**
University of Mississippi Medical Center
2500 North State Street
Office: REDACTED
Email: REDACTED



For Technical Assistance 24 x 7, please contact the UMMC Help Desk | REDACTED REDACTED

Exhibit U

Pauliah_UMMC_001336(Fed)

*Note that a return response to this email may not be immediate. To ensure a timely response to your issue, call the Help Desk or update your ticket in the Self-Service Portal.

**From:** Mohan Pauliah <REDACTED>
**Sent:** Thursday, July 21, 2022 1:35 PM
**To:** Marcus R. Luton <REDACTED>; Robert D Wall <REDACTED>
**Cc:** Candace Howard-Claudio <REDACTED>; Shelvalian Ware <REDACTED>
**Subject:** RE: PC H/W and S/W installation

Not yet but looking forward to it.
Thanks



Mohan Pauliah B.Engg., M.Engg., Ph.D.
Assistant Professor Radiology
Medical Physicist (MRI)
School Of Medicine- Department of Radiology
University of Mississippi Medical Center
2500 N. State Street,
Jackson, MS 39216, USA
Office Phone: REDACTED
Email: REDACTED

**From:** Marcus R. Luton <REDACTED>
**Sent:** Thursday, July 21, 2022 1:28 PM
**To:** Mohan Pauliah <REDACTED>; Robert D Wall <REDACTED>
**Cc:** Candace Howard-Claudio <REDACTED>; Shelvalian Ware <REDACTED>
**Subject:** RE: PC H/W and S/W installation

Hello,
Has Daniel had an opportunity to discuss with you the installation of MIMS application?

Thank You

Marcus R. Luton
End User Support
**Division of Information Systems**
University of Mississippi Medical Center
2500 North State Street
Office: REDACTED
Email: REDACTED

**Exhibit U**

Pauliah_UMMC_001337(Fed)



For Technical Assistance 24 x 7, please contact the UMMC Help Desk | REDACTED REDACTED

*Note that a return response to this email may not be immediate. To ensure a timely response to your issue, call the Help Desk or update your ticket in the Self-Service Portal.

**From:** Mohan Pauliah REDACTED
**Sent:** Thursday, July 21, 2022 1:09 PM
**To:** Marcus R. Luton REDACTED
**Cc:** Candace Howard-Claudio REDACTED
**Subject:** PC H/W and S/W installation

Hello Marcus,

Any updates about installing the new PC. This is part of Dr. Candace Howard grant. As discussed, also need to install the software matlab, dicom viewer, MIM's.

Thanks
Paul



Mohan Pauliah B.Engg., M.Engg., Ph.D.
Assistant Professor Radiology
Medical Physicist (MRI)
School Of Medicine- Department of Radiology
University of Mississippi Medical Center
2500 N. State Street,
Jackson, MS 39216, USA
Office Phone: REDACTED
Email: REDACTED

Pauliah_UMMC_001338(Fed)

Exhibit U