### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                                                                  **PLAINTIFF**

**vs.**                                                                         **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET. AL.**                                                                                    **DEFENDANTS**

### FIRST MOTION FOR TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Mohan Pauliah, seeks an enlargement of time of 14 days from the deadline of Monday, July 14, 2025 to respond to the Defendants' Motion for Summary Judgment in this employment discrimination case. The Motion for Summary Judgment includes 21 exhibits, including deposition testimony, and the accompanying Memorandum is 27 pages. The jury trial in this case is scheduled to commence on December 1, 2025, more than four months away. Plaintiff's counsel is trying an election contest in Clarksdale this week and is outside the office. He has other deadlines and responsibilities next week in connection with his litigation caseload that limit his ability to provide a thorough response to this complex motion for summary judgment, which is due on Monday. This motion is made in good faith and not for purposes of delay. Granting the requested extension will not prejudice Defendants or unduly delay the proceedings. Plaintiff simply seeks sufficient time to prepare a full and fair response to the pending motion for summary judgment.

Dated: July 8, 2025

**MOHAN PAULIAH, PH.D,**
**PLAINTIFF**

*/s/*  Samuel L. Begley
**SAMUEL L. BEGLEY, ESQ.**
Miss. Bar No. 2315
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205