**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                                     **PLAINTIFF**

**vs.**                                         **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,
ET AL.**                                                               **DEFENDANTS**

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), move the Court for an extension until Monday, August 18, 2025, to file their reply in support of Defendants' Motion for Summary Judgment [Doc. No. 121]. In support, Defendants would show as follows:

1. On July 1, 2025, Defendants filed their *Motion for Summary Judgment* [Doc. No. 121], making the deadline for Plaintiff to file his response on July 14, 2025.

2. Plaintiff requested a 14-day extension of the reply deadline, which Defendants agreed to, extending it to July 28, 2025. The Court granted the request by text order on July 9, 2025.

3. Plaintiff filed his *Response in Opposition to Defendants' Motion for Summary Judgment* [Doc. No. 124] on July 28, 2025, setting the current deadline for Defendants' reply on Monday, August 4, 2025.

4. Defendants now seek a 14-day extension or until August 18, 2025, to file their reply to Plaintiff's response in opposition.

5. Granting the requested extension will not cause undue delay in these proceedings. Rule 6(b) of the Federal Rules of Civil Procedure allows for extension upon a showing of good

cause, and such extensions should be generally granted unless there is evidence of bad faith or undue prejudice. *See Hooghe v. Shaw*, 2020 WL 1536166 *7 (S.D. Miss., Feb. 21, 2020) (". . .[E]xtensions are liberally granted to all parties in litigation, especially where good cause is shown.")

6. Undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought in this Motion. Plaintiff's counsel has agreed to the requested extension until August 18, 2025.

7. A proposed order will be submitted contemporaneously with the filing of the Motion.

WHEREFORE, Defendant requests entry of an order extending the reply deadline to August 18, 2025.

RESPECTFULLY SUBMITTED, this the 29th day of July, 2025.

**DEFENDANTS**

By:    */s/ Malissa Wilson*
Malissa Wilson (MSB #100751)
Chelsea Lewis (MSB #105300)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-3173
Facsimile: (601) 960-8613
malissa.wilson@formanwatkins.com
chelsea.lewis@formanwatkins.com

**THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613