**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                **PLAINTIFF**

**vs.**                                 **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET AL.**                                               **DEFENDANTS**

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF EXCEEDING PAGE LIMIT

Defendants, by and through undersigned counsel, move this Court for leave to exceed the 35-page combined limit for the memorandum in support of their Motion for Summary Judgment (Doc. No. 122) and reply brief under Local Rule 7(b)(5) by no more than 37 pages. In support, Defendants state as follows:

1.	While Defendants believe that the substance of their arguments will fall within the 35-page limitation, they are filing this Motion out of an abundance of caution because the total number of pages of the memorandum in support of their Motion for Summary Judgment and reply brief may exceed 35 pages.

2.	Defendants have made every effort to be as succinct as possible with their arguments. However, Plaintiff has filed numerous claims, including race, national origin, color, and age discrimination under Title VII, as well as Sections 1981 and 1983 claims and tortious interference with employment claims against Dr. Duszak in his individual capacity. The breadth of Plaintiff's factual allegations in support of these claims necessitates a comprehensive response.

3.	Additionally, Plaintiff's response documents contain several misrepresentations and fabricated testimony, which require Defendants to address. This could lengthen the reply brief, as Defendants must correct the record and respond to Plaintiff's inaccuracies.

4. Granting this Motion will not prejudice Plaintiff. As noted above, Defendants do not anticipate that the substance of their arguments will exceed the page limitation. Nonetheless, the requested additional pages are minimal, and Plaintiff cannot claim prejudice when his misrepresentations and fabrications have directly resulted in the need for additional pages.

RESPECTFULLY SUBMITTED, this the 12th day of August, 2025.

**DEFENDANTS**

By: */s/ Malissa Wilson*

Malissa Wilson (MSB #100751)
Chelsea Lewis (MSB #105300)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-3173
Facsimile: (601) 960-8613
malissa.wilson@formanwatkins.com
chelsea.lewis@formanwatkins.com

**THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613