Dr. Mohan Pauliah 5/19/2025

```
 1                  CERTIFICATE OF DEPONENT
 2   DEPONENT:  MOHAN PAULIAH, Ph.D.
     DATE:  May 19, 2025
 3   CASE STYLE:  MOHAN PAULIAH, PH.D. vs. UNIVERSITY
     OF MISSISSIPPI MEDICAL CENTER, ET AL.
 4   ORIGINAL TO:  MALISSA WILSON, ESQ.
             I, the above-named deponent in the
 5   deposition taken in the herein styled and numbered
     cause, certify that I have examined the deposition
 6   taken on the date above as to the correctness
     thereof, and that after reading said pages, I find
 7   them to contain a full and true transcript of the
     testimony as given by me.
 8           Subject to those corrections listed
     below, if any, I find the transcript to be the
 9   correct testimony I gave at the aforestated time
     and place.
10   Page      Line                  Comments
     ____      ____     _____
11   ____      ____     _____
     ____      ____     _____
12   ____      ____     _____
     ____      ____     _____
13   ____      ____     _____
     ____      ____     _____
14   ____      ____     _____
     ____      ____     _____
15   ____      ____     _____
     ____      ____     _____
16   ____      ____     _____
     ____      ____     _____
17
18          This the ____ day of _____, 2025.
19                              _____
                                MOHAN PAULIAH, Ph.D.
20   State of _____
     County of _____
21
         Subscribed and sworn to before me, this the
22   _____ day of _____, 2025.
23   My Commission Expires:
24   _____    _____
25                                         Notary Public
```