

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MOHAN PAULIAH, PH.D.**                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:23-CV-03113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,**

**ET AL.,**                                                 **DEFENDANTS**

## NOTICE OF APPEAL (PROTECTIVE FILING)

TO THE CLERK OF THE DISTRICT COURT:

Please take notice that Plaintiff, Dr. Mohan Pauliah, proceeding pro se, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following:

1. The Court's Order granting summary judgment, entered on October 23, 2025.

2. All prior non-final orders, including the Order striking Plaintiff's entire declaration and imposing sanctions under Rule 56(h).

This Notice of Appeal is filed protectively to preserve appellate jurisdiction, contingent upon Plaintiff's Emergency Motion for Extension of Time under Rule 6(b). Plaintiff expressly reserves the right to seek relief from judgment through motions under Rules 59(e) and 60(b).

The grounds for this appeal include, but are not limited to, the extraordinary circumstances and legal errors detailed in the accompanying motions, primarily arising from plaintiff's counsel's admission and the Court's finding that a fabricated declaration was submitted in bad faith, together with the undisclosed conflict of interest, abandonment, and misconduct, all of which materially prejudiced Plaintiff's ability to proceed.in a timely manner. This request is also grounded in Structural Error, Extraordinary circumstances, suppression of material evidence and attorney misconduct materially impaired Plaintiff's ability and fair opportunity to fairly present his case.

These errors constitute structural defects warranting judicial correction, reconsideration, and procedural restoration. Judicial Relief is necessary to restore procedural integrity, correct attorney-driven deficiencies and prevent manifest injustice.

The relief sought is not to relitigate settled matters, but to restore procedural integrity, correct attorney-driven deficiencies, and prevent manifest injustice.

Plaintiff respectfully requests that this Notice of Appeal be deemed timely filed upon the Court's grant of Plaintiff's Emergency Motion to proceed pro se. This filing is made in good faith to

preserve appellate jurisdiction and prevent irreparable harm caused by counsel's abandonment and obstruction.

**Respectfully submitted** this 10th day of November 2025.

/s/ Mohan Pauliah

Dr. Mohan Pauliah
Plaintiff, Pro Se
100 Sagefield Drive
Canton, MS 39046
pauliahmohan@gmail.com
(347) 949-3224

Certificate of Service

I, hereby certify that on this 10 day of November, 2025, I served a true and correct copy of the foregoing NOTICE OF APPEAL upon all counsel of record served via email to:

1. Samuel L. Begley, Esq.
   Attorney for Plaintiff
   Begley Law Firm, PLLC
   P.O. Box 287
   Jackson, MS 39205
   begleylaw@gmail.com

2. Malissa Wilson
   210 East Capitol Street, Suite 2200
   Jackson, Mississippi 39201
   Malissa.Wilson@formanwatkins.com

/s/ Mohan Pauliah

Dr. Mohan Pauliah