UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

**MOHAN PAULIAH, Ph.D.**

Appellant, Pro Se
100 Sagefield Drive
Canton, MS 39046
Email: pauliahmohan@gmail.com
Phone: (347) 949-3224

v.

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, et al.** Defendants

Civil Action No. 3:23-CV-03113-CWR-ASH

### PROTECTIVE NOTICE OF APPEAL

Appellant, Dr. Mohan Pauliah, pro se, hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the **Order Granting Summary Judgment (Dkt. 141)** and all related rulings and judgments entered in the above-captioned matter.

This Protective Notice of Appeal is submitted to preserve appellate rights in light of the district court clerk's refusal to accept filings pending judicial authorization. Appellant respectfully requests that the Fifth Circuit direct the Clerk to docket this Notice of Appeal *nunc pro tunc* to the date of attempted filing (November 10 and November 14, 2025).

Respectfully submitted, on November 15, 2025

/s/ Mohan Pauliah

8

**Dr. Pauliah Mohan, Ph.D.**
Appellant, Pro Se
100 Sagefield Drive
Canton, MS 39046
Email: pauliahmohan@gmail.com
Phone: (347) 949-3224