**3. Notice of Filing**

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

**MOHAN PAULIAH, Ph.D.**

Appellant, Pro Se
100 Sagefield Drive
Canton, MS 39046
Email: pauliahmohan@gmail.com
Phone: (347) 949-3224

v.

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, et al.** Defendants

Civil Action No. 3:23-CV-03113-CWR-ASH

### NOTICE OF FILING

Appellant, Dr. Mohan Pauliah, pro se, respectfully submits the enclosed Protective Notice of Appeal to the Clerk's Office of the Fifth Circuit Court of Appeals.

This Notice of Filing is submitted to ensure the Fifth Circuit is aware of Appellant's Protective Notice of Appeal and related filings, despite the district court clerk's refusal to accept filings.

**Attachment included:** Copy of District Court's Order Granting Summary Judgment (Dkt. 141).

Respectfully submitted,

/s/ Mohan Pauliah

**Dr. Mohan Pauliah**
Appellant, Pro Se

11

100 Sagefield Drive
Canton, MS 39046
Email: pauliahmohan@gmail.com
Phone: (347) 949-3224

### 4. Certificate of Service

I hereby certify that on November 15, 2025, I served a true and correct copy of the above-referenced Protective Notice of Appeal upon all counsel of record by electronic mail.

/s/ Mohan Pauliah

**Dr. Mohan Pauliah**
Appellant, Pro Se
100 Sagefield Drive
Canton, MS 39046
Email: pauliahmohan@gmail.com
Phone: (347) 949-3224