**Attachment Label Page**

**UNITED STATES DISTRICT COURT**

Southern District of Mississippi – Northern Division

**Case:** *Pauliah v. University of Mississippi Medical Center, et al.* **Civil Action No.:** 3:23-CV-03113-CWR-ASH

**ATTACHMENT TO PROTECTIVE NOTICE OF APPEAL**

**Document Title:** Memorandum Opinion and Order Granting Summary Judgment

**Docket Number:** 141

**Date Entered:** October 23, 2025

**PURPOSE OF ATTACHMENT**

This document is provided as an attachment to Appellant's **Protective Notice of Appeal** to the United States Court of Appeals for the Fifth Circuit. It identifies the judgment appealed from and ensures clarity in the appellate record.

Respectfully submitted,

/s/ Mohan Pauliah.

Dr. Mohan Pauliah, Ph.D.
Appellant, Pro Se
100 Sagefield Drive Canton, MS 39046
Email: pauliahmohan@gmail.com
Phone: (347) 949-3224

13

 Gmail                                                                                          Mohan Pauliah <pauliahmohan@gmail.com>

## Emergency Request for Judicial Intervention – Pro Se Status Recognition – Pauliah v. UMMC, No. 3:23-cv-03113-CWR-ASH

**PaulMohan** <pauliahmohan@gmail.com>                                            Mon, Nov 10, 2025 at 8:14 PM
To: reeves_chambers@mssd.uscourts.gov
Cc: ecf_information@mssd.uscourts.gov, Samuel Begley <begleylaw@gmail.com>, Malissa.Wilson@formanwatkins.com, Mohan Pauliah <pauliahmohan@gmail.com>
Bcc: paulmummc@gmail.com

**Subject: Pauliah v. University of Mississippi Medical Center, et al. – Civil Action No. 3:23-CV-03113-CWR-ASH**
**Emergency Request for Judicial Intervention – Pro Se Status Recognition**

To: Chambers of Hon. Carlton W. Reeves, U.S. District Judge (reeves_chambers@mssd.uscourts.gov)
Cc: Clerk of Court (ecf_information@mssd.uscourts.gov)
Cc: Counsel of Record (Samuel L. Begley, Esq., (begleylaw@gmail.com));
    Defendant's counsel (Malissa Wilson, Esq., (Malissa.Wilson@formanwatkins.com))

Via email

### Emergency Request for Judicial Intervention – Pro Se Status Recognition

Dear Chambers clerk,

I respectfully submit for the Court's immediate attention the attached Emergency Request for Judicial Intervention to Recognize Pro Se Status, Direct Clerk to Accept Filings, and Restore Procedural Integrity in Pauliah v. University of Mississippi Medical Center, et al., Civil Action No. 3:23-CV-03113-CWR-ASH.

This filing seeks judicial recognition of my pro se status and direction to the Clerk to accept filings, in light of counsel's refusal to withdraw and the Clerk's denial of my attempted filings. The motion is accompanied by:

1. Emergency Request for Judicial Intervention
2. Declaration of Mohan Pauliah (28 U.S.C. § 1746)
3. Exhibits A–E (supporting documentation referenced in the motion)

Given imminent deadlines under Fed. R. App. P. 4(a)(1)(A) and Fed. R. Civ. P. 59(e), I respectfully request expedited consideration to preserve appellate rights and ensure procedural fairness.

Copies of this submission are contemporaneously served on counsel of record via email.

Respectfully submitted,

/s/ Mohan Pauliah
Dr. Mohan Pauliah
Plaintiff, Pro Se
100 Sagefield Drive
Canton, MS 39046
Email: pauliahmohan@gmail.com
Telephone: (347) 949-3224

--
Dr. Mohan Pauliah

**6 attachments**

📄 **Emergency Request for Judicial Intervention – Pro Se Status Recognition.pdf**
227K

📄 **B. Exhibit B - Pauliah Notice of Appearance Prose.pdf**
166K

📄 **A. Exhibit A - Pauliah Notice of Protective Appeal.pdf**
148K

📄 **D. Exhibit D - Purposed Order to grant Pauliah CM ECF Filing privileges.pdf**
102K

📄 **C. Exhibit C - Pauliah Prose Motion for CM ECF Filing privileges.pdf**
138K

📄 **E. Exhibit E – Email from Samuel Begley (October 24,26, 2025) Acknowledging responsibility for the declaration and stating intent to take corrective steps.pdf**
247K

 Gmail            Mohan Pauliah &lt;pauliahmohan@gmail.com&gt;

## Subject: Service of Protective Notice of Appeal – Pauliah v. UMMC, No. 3:23-CV-03113-CWR-ASH

1 message

**PaulMohan** &lt;pauliahmohan@gmail.com&gt;        Sat, Nov 15, 2025 at 12:45 AM
To: Samuel Begley &lt;begleylaw@gmail.com&gt;, Malissa.Wilson@formanwatkins.com
Cc: Mohan Pauliah &lt;pauliahmohan@gmail.com&gt;
Bcc: "paulmummc@gmail.com" &lt;paulmummc@gmail.com&gt;

**Email to Opposing Counsel**

**Subject:** Service of Protective Notice of Appeal – *Pauliah v. UMMC, No. 3:23-CV-03113-CWR-ASH*

**To:**

- Samuel L. Begley, Esq. – begleylaw@gmail.com
- Malissa Wilson, Esq. – Malissa.Wilson@formanwatkins.com

Dear Counsel,

Pursuant to the Certificate of Service dated November 15, 2025, please be advised that I have served upon you a true and correct copy of my **Protective Notice of Appeal** in the matter of *Pauliah v. University of Mississippi Medical Center, et al.*, Civil Action No. 3:23-CV-03113-CWR-ASH.

For clarity and completeness of the record, I am also including **copies of my November 10, 2025, filings** (Emergency Request for Judicial Intervention – Pro Se Status Recognition, and the initial Protective Notice of Appeal) as reference attachments. These earlier filings demonstrate my diligence in attempting to preserve appellate rights despite the district court clerk's refusal to accept filings.

**Attachments included:**

1. Protective Notice of Appeal (Nov. 15, 2025) – with Dkt. 141 attached
2. Notice of Filing and Certificate of Service (Nov. 15, 2025)
3. November 10, 2025, filings (Emergency Request for Judicial Intervention – Pro Se Status Recognition, and initial Protective Notice of Appeal)

This service included the Protective Notice of Appeal and supporting reference documents.

Respectfully submitted,

/s/ Mohan Pauliah, Ph.D.

Appellant, Pro Se

100 Sagefield Drive Canton, MS 39046

Email: pauliahmohan@gmail.com

Phone: (347) 949-3224

--
Dr. Mohan Pauliah

**4 attachments**

- Gmail - Emergency Request for Judicial Intervention – Pro Se Status Recognition – Pauliah v. UMMC, No. 3_23-cv-03113-CWR-ASH.pdf
  160K
- A. Exhibit A - Pauliah Notice of Protective Appeal.pdf
  148K

📄 **Pauliahs Notice of Appeals to Fifth Circuit 111525_F.pdf**
287K

📄 **pauliahdoc141 msj order.pdf**
161K