## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**MOHAN PAULIAH,**

                    *Plaintiff,*

v.

                                                   CAUSE NO. 3:23-CV-3113-CWR-ASH

**UNIVERSITY OF MISSISSIPPI**
**MEDICAL CENTER,** *et al.,*

                    *Defendants.*

### ORDER

Pro se Plaintiff Mohan Pauliah has filed a motion seeking permission to allow him to participate in the Court's electronic filing system. Docket No. 148. Section 1.B of the Court's Administrative Procedures for Electronic Case Filing provides that "**only registered attorneys, as officers of the court, are permitted to file electronically**." (Emphasis in original). As Mr. Pauliah is not a registered attorney, the Court will not permit him to participate in electronic filing. His motion is therefore denied.

**SO ORDERED**, this the 20th day of November 2025.

                                    s/ Carlton W. Reeves
                                    UNITED STATES DISTRICT JUDGE

1