UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MOHAN PAULIAH, Ph.D.                                        **PLAINTIFF**

VS.                                    **CIVIL ACTION NO. 3:23-cv-03113-CWR-ASH**

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,

ET AL.,                                                    **DEFENDANTS**


**EXHIBIT O**

**CHRONOLOGICAL TIMELINE OF EVENTS: SUBMISSION OF PLAINTIFF'S DECLARATION**

**ON JULY 28, 2025**


This exhibit provides a chronological record of communications between Plaintiff and his former counsel, Samuel L. Begley, on July 28, 2025, the day Plaintiff's declaration was submitted to the Court. The timeline documents the extreme time pressure imposed by counsel, counsel's failure to conduct a final review of the document, and Plaintiff's good-faith reliance on counsel's explicit instruction to sign and submit the declaration without further vetting

**Exhibit O – Timeline of communication and events on July 28, 2025**

On **July 28, 2025, around 1:30 PM**, Mr. Begley emailed: *"I am trying to cram as many facts as possible into your declaration. Please review and correct and add any additional facts to the tail end of the document if possible."*

Plaintiff received the second draft of the declaration from counsel at approximately **5:17 PM on July 28, 2025**, and was instructed to review and finalize it by **9:00 PM**. At **8:08 PM**, counsel wrote: *"Can you get it to me by nine? Otherwise, I need to file a motion with the court asking for another day."* Plaintiff responded at **8:10 PM**: *"Yes sir, I'll send it before 9 for your review."* Counsel then replied: *"You can go ahead and sign it. I trust you."* Per counsel direction, Plaintiff submitted the signed affidavit at **9:05 PM**, followed by a message, Plaintiff stated: *"This is the best I could do with the available time. I guess there is much room for improvement. Please let me know."* At **9.08 PM,** counsel responded: *"This is why we are going with it."*

During this compressed window, Plaintiff was experiencing **severe physical and cognitive fatigue, severe stress, and panic**. Also, I shared my concern with my wife that Mr. Begley has asked me to write and submit in a short time.

**Exhibit O – Timeline of communication and Events on July 28, 2025 (Declaration Submission)**

1. **9:57 AM** – Plaintiff texted attorney Samuel Begley: *"I'm back at my laptop. Please let me know if any. I'm available to speak with you."*

2. **1:28 PM** – Mr. Begley emailed: *"I am trying to cram as many facts as possible into your declaration. Please review and correct and add any additional facts to the tail end of the document if possible."*

3. **5:17 PM** – Plaintiff received the second draft of the declaration by email and began working on it at approximately 5:33 PM, setting aside the first draft entirely.

4. **8:08 PM** – Mr. Begley emailed: *"Can you get it to me by nine? Otherwise, I need to file a motion with the court asking for another day."*

5. **8:10 PM** – Plaintiff replied: *"Yes sir, I'll send it before 9 for your review."*

6. **8:11 PM** – Mr. Begley responded: ***"You can go ahead and sign it. I trust you."***

7. **9:05 PM** – Plaintiff submitted the signed affidavit as directed.

8. **9:08 PM** – Plaintiff followed up: *"This is the best I could do with the available time. I guess there is much room for improvement. Please let me know."*

9. **9:08 PM** – Mr. Begley replied: *"This is why we are going with it."*

## CONTEXT AND PLAINTIFF'S CONDITION

During the compressed window between receipt of Draft Two (5:14 PM) and the submission deadline (9:05 PM), Plaintiff experienced severe physical and cognitive fatigue, stress, and anxiety. Plaintiff had not eaten all day and consumed excessive caffeine in an effort to

remain alert. Plaintiff expressed concerns to his spouse about being required to finalize and submit a sworn declaration under such extreme time pressure.

**GOOD FAITH RELIANCE**

Plaintiff acted in good faith, relied on counsel's instructions, and had no intent to mislead the Court. Any errors in the declaration were unintentional and the product of counsel's direction to sign and submit under extreme time constraints.

**COUNSEL'S SUBSEQUENT ADMISSIONS**

In email correspondence dated October 24 – 26, 2025, former counsel Samuel L. Begley expressly acknowledged his responsibility for the accuracy of the declaration, stating: **"It was my responsibility to ensure that your declaration was accurate before attaching it" and "I don't think you engaged in bad faith."** (See Exhibit 154 and 155-1, Begley Email, Oct. 24, 2025, 8:28 AM). Mr. Begley later confirmed he did not vet Plaintiff's draft before it was filed.

**EVIDENCE OF COUNSEL'S LACK OF PREPARATION**

Further demonstrating his inadequate preparation, Mr. Begley revealed after filing the declaration that he had not performed the necessary due diligence to support its contents. In an email dated August 25, 2025, regarding a key accusation from Defendants, Mr. Begley wrote to Plaintiff: "I could not find an answer to the item I cut and pasted below. Help." This

4

communication confirms that Mr. Begley filed a sworn declaration without first verifying its

factual basis—a fundamental breach of his duty to the Court and his client.

**SUMMARY**

This timeline demonstrates that Plaintiff was directed by counsel to sign and submit "Draft

Two" of the declaration without the benefit of counsel's final review, and did so in good-faith

reliance on that instruction. Any deficiencies in the filing are attributable to the time

pressure created by counsel and counsel's failure to fulfill his professional duty to vet and

substantiate the document before submission.

 Gmail                                          Mohan Pauliah <pauliahmohan@gmail.com>

---

**declaration( affidavit)attached**

---

**PaulMohan** <pauliahmohan@gmail.com>                                Mon, Jul 28, 2025 at 5:37 PM
To: Samuel Begley <begleylaw@gmail.com>

hi Sam,
Sure I'll
thank you so much
paul


Dr. Mohan Pauliah

On Mon, Jul 28, 2025, 1:28 PM Samuel Begley <begleylaw@gmail.com> wrote:
I am trying to cram as many facts as possible into your declaration.Please review and correct and add any additional
facts to the tail end of the document if possible.

--
*Samuel L. Begley*
BEGLEY LAW FIRM, PLLC
Mailing Address: P.O. Box 287,Jackson, MS 39205
Home Address: 255 Eastbrooke Street, Jackson, MS 39216
Land line:  601-969-5545
Cell:        601-940-2408

E-mail:  begleylaw@gmail.com

https://www.sambegleylaw.com/
https://www.facebook.com/begleylawfirm/
https://www.linkedin.com/in/sambegley

*******************************************************************************************************
NOTICE: This email and any attachments may be confidential and  protected by legal privilege.  If you are not the
intended recipient, be aware that any disclosure, copying, distribution or use of the email or any  attachment is
prohibited.  If you have received this email in error, please notify us immediately by replying to the sender and deleting
this copy and the reply from your system.
*******************************************************************************************************

2:55  📞 1:11:06

 **Sam Begley Lawyer**  📞  ⋮

Monday, Jun 16 · 11:00 AM

> Hello Sam,
> I have not received the videos of my deposition.
> can you please send it or the link to download

Wednesday, Jun 18 · 3:08 PM

I misread the rule you've got 30 days from <u>June 9</u> to fill out that sheet

> Okay, thanks 👍

> I'll send it to you today. thanks.

Take your time we have a few days

> thanks

I also sent you the ⬇ ier

⊕  RCS message        ☺  🖼  ᯰ

2:58 📞 1:14:08

← S Sam Begley Lawyer 📞 ⋮

I also sent you the other depositions. I would appreciate it if you summarize these things for me.

Okay, will do

thanks

Make sure we've got that calendar ride on your error sheet

Calendar correctly

I received it on June 3, 2025.

It was sent to me on June 3 as well. So we have 30 days from June 3 to get the error sheet to the court reporter.

↓

yes sir

⊕ RCS message    ☺ 🖼 ▮⫶▮

3:00  📞 1:16:36

← **S** Sam Begley Lawyer 📞 ⋮

yes sir

Wednesday, Jul 2 · 8:02 AM

I sent you an email with the errata sheet

Wednesday, Jul 2 · 10:21 AM

I sent both PDF and doc as requested. I was away but have now returned. Please let me know. thank you so much

Monday, Jul 14 · 6:04 PM

Hello Sam, I sent you the draft for your review. please let me know. I'm sorry for the late response as I was in NY and unfortunately held at the airport. I'm back. please let me know. thanks

↓

⊕ RCS message    ☺ 🖼 ∿

3:02  📞 1:18:08

←  Sam Begley Lawyer  📞  ⋮

me know. thanks

Tuesday, Jul 15 • 8:38 AM

Thanks let's pick a time to meet Wednesday over the telephone

Sounds great, thank you so much!

I'm available tomorrow from 10 am -4 pm. and anytime for the rest of the week - Thursday, Friday, Saturday., Sunday, Monday, Tuesday. Feel free to call me

We will talk at 11 tomorrow  

Okay, sounds good

thanks

Wednesday, ⬇ 16 • 11:14 AM

⊕ RCS message      ☺ 🖼 ⑈

3:04   1:20:08

✕   1       ⎘   🗑   ☆   ⋮

thanks

Wednesday, Jul 16 • 11:14 AM

Paul, send me the email or memo
that you sent me a few days ago
about audits and some other stuff.
I can't seem to find it.

Okay, thanks 👍

I'm updating a few more
sentences, and will send you as
soon as I add these to it.
Thank you so much

Ok

Thanks!

Saturday, Jul 19 • 6:53 AM

Good morning, am,

⊕   RCS message       ☺   🖼   🎚

**3:07**   📞 **1:23:23**

✕   1

thanks

Wednesday, Jul 16 • 11:14 AM

Paul, send me the email or memo
that you sent me a few days ago
about audits and some other stuff.
I can't seem to find it.

Okay, thanks 👍

I'm updating a few more
sentences, and will send you as
soon as I add these to it.
Thank you so much

Ok

Thanks!

Saturday, Jul 19 • 6:53 AM

Good morning m,

⊕   RCS message

3:08  📞 1:24:45

✕  1                    ⎘    🗑    ☆    ⋮

Saturday, Jul 19 • 6:53 AM

Good morning Sam,

This morning I sent  to you econd
Draft of the Reply in Opposition to
Defendants' Motion for Summary
Judgment. I'm currently working
on the remaining sections,
including the tables, appendix,
rebuttal, and Rule 56.1
Counter-Statement of Material
Facts, and will forward those to
you shortly.

Let me know your thoughts or any
revisions.

Saturday, Jul 19 • 5:07 PM

Ok. I'm out of the office. I will look
at it Monday morn ↓ .

 RCS message               

**3:09**   📞 **1:25:36**

✕   1        🗐   🗑   ☆   ⋮

Saturday, Jul 19 • 5:07 PM

Ok. I'm out of the office. I will look at it Monday morning.

sounds good

thanks

Monday, Jul 28 • 9:57 AM

Hi Sam, I'm back at my laptop. please let me know if any. I'm available to speak with you.

Monday, Jul 28 • 5:14 PM

Paul, I sent you a second draft of your affidavit. Remember, we are just trying to present issues of fact to allow the case to move forward to trial. I need you to review this affidavit, actually ↓ called a

⊕   RCS message            



4:01  16:08

← S Sam Begley Lawyer

morning.



sounds good

thanks

Monday, Jul 28 • 9:57 AM

Hi Sam, I'm back at my laptop. please let me know if any. I'm available to speak with you.

Monday, Jul 28 • 5:14 PM

Paul, I sent you a second draft of your affidavit. Remember, we are just trying to pre‿ ⌄ �示t issues

⊕ RCS message ☺  

**4:14** 📞 **28:50**

← Ⓢ Sam Begley Lawyer 📞 ⋮

trying to present issues of fact to allow the case to move forward to trial. I need you to review this affidavit, actually it's called a declaration and edit it as soon as you can. Let me know if you cannot address this now.

Thank you so much. I'm going to review and send you the signed copy ASAP

Ok.

⊕ RCS message ☺ 🖼 ⑊



4:42   📞 57:06

←   (S)   Sam Begley Lawyer   📞   ⋮

copy ASAP

Ok.
I don't need it right at this moment,
but I appreciate you addressing it
and getting it to me

5:19 PM

sounds good

Monday, Jul 28 · 8:08 PM

Can you get it to me by nine?
Otherwise I need to file a motion
with the court asking for another
day.

Yes Sir, I'll send it before 9 for your
review.

8:10 PM ✔✔

You can go ahead ↓ d sign it. I
trust you.

⊕   RCS message     ☺      



4:44   58:26

← S Sam Begley Lawyer

You can go ahead and sign it. I trust you.

yes I will.

I just sent the affidavit duly signed to your email

Thank you

This is the best I could do with the available time. i guess there is much room for improvement. please let me know

This is why we're going with

Thursday, Aug 14 • 8:12 AM

Good morning Sam

Thursday, ↓ 1 • 2:30 AM

 RCS message         

2:42   58:25

  Sam Begley Lawyer

Thursday, Aug 14 • 8:12 AM

Good morning Sam

Thursday, Aug 21 • 2:30 AM

Good morning Sam, I sent you my response for your review. please let me know what you think. I'm available and free to discuss over the phone.
Thanks

Monday, Aug 25 • 7:38 AM

Hello Sam

Is there any best time to talk to you?

Monday, Aug 25 • 2:27 PM

I sent you a draft to the response to the motion to strike your

⊕ RCS message

2:45  📞 1:01:06

← Ⓢ Sam Begley Lawyer 📞 ⋮

I sent you a draft to the response to the motion to strike your declaration. I can talk to you about your case tomorrow at 9:30 AM.

Sure and I'm available at 9.30 am tomorrow. Thank you so much

Wednesday · 3:01 PM

I sent an email with comments for your review thanks

3:01 PM 👁

Thursday · 5:56 PM

Texting with Sam (SMS/MMS)

Paul, I just sent you the judge's order granting summary judgment. I'm very sorry about this. I'm reading it now.

5:56 PM

RCS chat with Sam

⊕ RCS message        ☺ 🖼 ⑈

 **Gmail**                                    Mohan Pauliah <pauliahmohan@gmail.com>

---

## Fwd:

---

**PaulMohan** <pauliahmohan@gmail.com>                          Mon, Aug 25, 2025 at 9:46 PM
To: Samuel Begley <begleylaw@gmail.com>

Hi Sam,

Awesome! Excellent work, and thank you so much for putting this together. Please see below and make any corrections
as needed

I added the following response to item 143:

Plaintiff acknowledges a citation error and clarifies that Dr. Howard's relevant testimony appears on page 18 of Dr.
Howard's deposition, where she discusses the operational need for an on-site physicist. This aligns with 143 & 144 and
the evidentiary record and supports the assertion that the role was never intended to be remote-only.

Additional support is found in:

- Dr. Duszak's deposition (pp. 75, 76, 94, 95), addressing operational expectations of MRI physicist roles.

- Dr. Morris's deposition (p. 52), confirming accreditation duties tied to on-site presence.

- ACR MRI Quality Control Manual (p. 10) affirms the institutional requirement for on-site physicist oversight and
  substantiates Plaintiff's declaration.

-

- **ACR -** MRI Quality Control Manual, (p. 10) Standards state:

"A qualified medical physicist or MRI scientist onsite (or one who is readily available) should administer each facility's QC
program." — ACR QC Manual, p. 10.

This national standard reinforces the institutional expectation of on-site physicist presence and directly supports the
factual basis of Plaintiff's declaration.


There's one additional correction needed on page 9, lines 1 and 2. Kindly remove the text highlighted in green: ***"Rather, it
appears to be entirely fabricated."***
The corrected sentence should read: **Response:** Dr. Howard's deposition testimony comports with paragraphs 139 and
147.
Looking forward to speaking with you tomorrow morning at 9:30 AM. Thanks again for your excellent support.


Thank you so much.
paul


Response: Dr. Howard's deposition testimony comports with paragraphs 139 and 147
deposition. **Rather, it appears to be entirely fabricated.**


On Mon, Aug 25, 2025 at 2:20 PM Samuel Begley <begleylaw@gmail.com> wrote:
: *I* have drafted our response to the motion to strike, attached in Word.I could not find an answer to the item I cut and
: pasted below.Help

: *Paragraph 143. This paragraph claims Dr. Howard testified: "Having an on-site*
: *physicist is essential to the integrity of our accreditation processes and day-to-day operations. It was never intended to*
: *be a remote-only role," citing page 34:4-7. Again, there is no such testimony in Dr. Howard's deposition, and it appears*

*Plaintiff has completely manufactured this statement.*
Response:


---------- Forwarded message ----------
From: **Samuel Begley** <sbegley@jacksonms.gov>
Date: Mon, Aug 25, 2025 at 1:13 PM
Subject:
To: Samuel Begley <begleylaw@gmail.com>




Samuel L. Begley

Legal Counsel

Office of the City Attorney

City of Jackson, Mississippi

P.O. Box 2779

Jackson, Mississippi  39207

C: (601)940-2408

O: (601) 960-1799

F: (601) 960-1756

sbegley@jacksonms.gov



--
**Samuel L. Begley**
BEGLEY LAW FIRM, PLLC
Mailing Address: P.O. Box 287,Jackson, MS 39205
Home Address: 255 Eastbrooke Street, Jackson, MS 39216
Land line:   601-969-5545
Cell:          601-940-2408

E-mail:  begleylaw@gmail.com

https://www.sambegleylaw.com/
https://www.facebook.com/begleylawfirm/
https://www.linkedin.com/in/sambegley

***************************************************************************************************
NOTICE:  This email and any attachments may be confidential and  protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any  attachment is prohibited.  If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system.
***************************************************************************************************

--
Dr. Mohan Paullah



**response to motion to strike.docx**
29K