**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MOHAN PAULIAH, PH.D.**                                                      **PLAINTIFF**

**vs.**                                                      **CASE NO: 3:23-cv-3113-CWR-ASH**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER, ET AL.**                                                      **DEFENDANTS**

**NOTICE OF INTENT TO REQUEST REDACTION**

In accordance with this Court's policy on official court transcripts, notice is hereby given

that, upon review of the transcript to determine whether settlement offer details were disclosed on

the record, a redaction request may be filed directly with the Court Reporter within 21 days from

the date of the filing of the transcript in this cause.

RESPECTFULLY SUBMITTED, this the 18th day of December 2025.

**DEFENDANTS**

By:     */s/ Chelsea Lewis*
          Malissa Wilson (MSB #100751)
          Chelsea Lewis (MSB #105300)
          FORMAN WATKINS & KRUTZ LLP
          210 East Capitol St., Suite 2200
          Jackson, Mississippi 39201
          Phone: (601) 960-3173
          Facsimile: (601) 960-8613
          malissa.wilson@formanwatkins.com
          chelsea.lewis@formanwatkins.com

**THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613