# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MOHAN PAULIAH,**

    *Plaintiff,*

v.

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,** *et al.,*

    *Defendants.*

CAUSE NO. 3:23-CV-3113-CWR-ASH

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting summary judgment, Docket No. 141, as well as the reasons stated in the Court's Order issued this day, addressing the outstanding matters before the Court, Docket No. 170, this cause is dismissed with prejudice and closed on the Court's docket.

**SO ORDERED**, this the 30th day of December 2025.

                                            s/ Carlton W. Reeves
                                            UNITED STATES DISTRICT JUDGE